# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1665, -1666, -1667

ADJUSTACAM, LLC,

        Plaintiff-Appellant,

v.

NEWEGG, INC., NEWEGG.COM, INC. and ROSEWILL, INC.,

        Defendants-Cross Appellants,

and

SAKAR INTERNATIONAL, INC.,

        Defendant-Cross Appellant.

Appeals from the United States District Court for the Eastern District of Texas in case no. 10-CV-0329, Chief Judge Leonard Davis.

Authorized Abbreviated Caption[2]

ADJUSTACAM, LLC V NEWEGG, INC., 2013-1665, -1666, -1667

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.