IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC., ET AL. | |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff AdjustaCam LLC in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the following:

1. Memorandum Opinion and Order filed April 10, 2012 (Doc. No. 627) regarding claim construction, including construction relative to the following terms: rotatably attached / adapted to be rotatably attached / adapted to rotatably attach.

2. Order filed June 7, 2012 (Doc. No. 650) overruling Plaintiff's objections to claim construction ruling and adopting the foregoing Memorandum Opinion and Order; and

3. Final Judgment, entered in this action on August 20, 2013 (Doc. No. 762).

Plaintiff also appeals to the United States Court of Appeals for the Federal Circuit all other opinions, orders, findings, or rulings prior to, during, or after the trial of the above-named case that were adverse to Plaintiff.

September 17, 2013

Respectfully submitted,

/s/ John J. Edmonds
John J. Edmonds – LEAD COUNSEL
Texas Bar No. 789758
Stephen F. Schlather
Texas Bar No. 24007993

Johnathan K. Yazdani
Texas Bar No. 24079616
COLLINS, EDMONDS, POGORZELSKI,
SCHLATHER & TOWER, PLLC
1616 South Voss Road, Suite 125
Houston, Texas 77057
Telephone: (713) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
sschlather@cepiplaw.com
jyazdani@cepiplaw.com

ATTORNEYS FOR PLAINTIFF
ADJUSTACAM LLC

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record are being served with a copy of this document pursuant to Fed R. App. P. 3(d) and that all who are deemed to have consented to electronic service are being served with a copy of this document via the District Court's CM/ECF system per Local Rule CV-5(a)(3).

September 17, 2013

/s/ *John J. Edmonds*
John J. Edmonds

APPEAL,JURY,LED1,PATENT,PROTECTIVE-ORDER

# U.S. District Court [LIVE]
## Eastern District of TEXAS (Tyler)
## CIVIL DOCKET FOR CASE #: 6:10-cv-00329-LED
## Internal Use Only

Adjustacam LLC v. Amazon.com, Inc. et al
Assigned to: Judge Leonard Davis
Cause: 35:271 Patent Infringement

Date Filed: 07/02/2010
Date Terminated: 08/20/2013
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Mediator**

**James W Knowles**          represented by     **James W Knowles**
Knowles Mediations
909 East South East Loop 323
Ste 410
Tyler, TX 75701
903/534-3800
Fax: 903/534-3806
Email: jimk@knowlesmed.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**AdjustaCam LLC**          represented by     **Andrew W. Spangler**
Spangler Law P.C.
208 N. Green St.
Suite 300
Longview, TX 75601
903-753-9300
Fax: 903-553-0403
Email:
spangler@spanglerlawpc.com
*ATTORNEY TO BE NOTICED*

A TRUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

By: _____DCollazo_____

**Andrew Patrick Tower**

Collins Edmonds & Pogorzelski
1616 S. Voss
Ste 125
Houston, TX 77057
713/364-4701
Fax: 832-415-2535
Email: atower@cepiplaw.com
*ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
Red Hat, Inc
1801 Varsity Drive
Raleigh, NC 27606
713-256-3879
Email: erobinson@redhat.com
*TERMINATED: 10/11/2011*

**James A Fussell , III**
Spangler & Fussell PC
211 N. Union Street
Suite 100
Alexandria, VA 22314
903-753-9300
Fax: 903-553-0403
Email: fussell@sfipfirm.com
*ATTORNEY TO BE NOTICED*

**Johnathan K Yazdani**
Collins Edmonds & Pogorzelski
1616 S. Voss
Ste 125
Houston, TX 77057
281-501-3425
Fax: 832-415-2535
Email: jyazdani@cepiplaw.com
*ATTORNEY TO BE NOTICED*

**Joshua Brooks Long**

Collins Edmonds & Pogorzelski
1616 S. Voss
Ste 125
Houston, TX 77057
281-501-3425
Fax: 832-415-2535
Email: jlong@cepiplaw.com
*TERMINATED: 06/11/2013*

**Michael James Collins**
Collins Edmonds & Pogorzelski
1616 S. Voss
Ste 125
Houston, TX 77057
281-501-3490
Fax: 832-415-2535
Email: mcollins@cepiplaw.com
*ATTORNEY TO BE NOTICED*

**Stephen F Schlather**
Collins Edmonds Pogorzelski
Schlather & Tower, PLLC
1616 S. Voss
Ste 125
Houston, TX 77057
713-364-2371
Fax: 832-415-2535
Email: sschlather@cepiplaw.com
*ATTORNEY TO BE NOTICED*

**John J Edmonds**
Collins Edmonds Pogorzelski
Schlather & Tower, PLLC
1616 South Voss
Suite 125
Houston, TX 77057
713-364-5291
Fax: 832-415-2535

Email: jedmonds@cepiplaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Amazon.com, Inc.**           represented by   **Eric Hugh Findlay**
*TERMINATED:*                                  Findlay Craft
*04/24/2012*                                   6760 Old Jacksonville Hwy
                                               Suite 101
                                               Tyler, TX 75703
                                               903/534-1100
                                               Fax: 903/534-1137
                                               Email: efindlay@findlaycraft.com
                                               *ATTORNEY TO BE NOTICED*

                                               **James E Geringer**
                                               Klarquist Sparkman LLP
                                               121 SW Salmon Street
                                               Suite 1600
                                               Portland, OR 97204
                                               503-595-5300
                                               Fax: 503-595-5301
                                               Email:
                                               James.Geringer@klarquist.com
                                               *ATTORNEY TO BE NOTICED*

                                               **Roger Brian Craft**
                                               Findlay Craft
                                               6760 Old Jacksonville Hwy
                                               Suite 101
                                               Tyler, TX 75703
                                               903/534-1100
                                               Fax: 903/534-1137
                                               Email: bcraft@findlaycraft.com
                                               *ATTORNEY TO BE NOTICED*

**Salumeh R Loesch**
Klarquist Sparkman LLP
121 SW Salmon Street
Suite 1600
Portland, OR 97204
503/595-5300
Fax: 503/595-5301
Email:
salumeh.loesch@klarquist.com
*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
Farney Daniels, PC
800 South Austin Ave
Ste 200
Georgetown, TX 78626
512-582-2820
Fax: 512-582-2829
Email:
SDaniels@farneydaniels.com
*ATTORNEY TO BE NOTICED*

**Walter Wayne Lackey , Jr.**
Findlay Craft
6760 Old Jacksonville Hwy
Suite 101
Tyler, TX 75703
903-534-1100
Fax: 903-534-1137
Email: wlackey@findlaycraft.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Auditek Corporation**     represented by **Jen-Feng Lee**
*TERMINATED:*                              LT Pacific Law Group LLP
*05/30/2012*                               17800 Castleton Street
                                           Suite 560
                                           City of Industry, CA 91748

626/810-7200
Fax: 626/810-7300
Email: jflee@ltpacificlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vincent Jerome Allen**
Carstens & Cahoon LLP
P O Box 802334
13760 Noel Rd
Suite 900
Dallas, TX 75240
972-367-2001
Fax: 972-367-2002
Email: allen@cclaw.com

**Zachary Wade Hilton**
Carstens & Cahoon LLP
P O Box 802334
13760 Noel Rd
Suite 900
Dallas, TX 75240
972-367-2001
Fax: 972-367-2002
Email: hilton@cclaw.com

**Defendant**

| | | |
|---|---|---|
| **Blue Microphones, LLC** *TERMINATED: 08/22/2011* | represented by | **Michael D Harris** SoCal IP Law Group LLP 310 N Westlake Blvd Suite 120 Westlake Village, CA 91362 805/230-1350 Fax: 805/230-1355 |

Email: mharris@socalip.com
*LEAD ATTORNEY*
*PRO HAC VICE*

**Allen Franklin Gardner**
Potter Minton, a Professional
Corporation
110 N College Avenue
Suite 500
Tyler, TX 75702
903/597-8311
Fax: 903-593-0846
Email:
allengardner@potterminton.com

**Daniel Alan Noteware , Jr.**
Potter Minton, a Professional
Corporation
110 N College Avenue
Suite 500
Tyler, TX 75702
903/597-8311
Fax: 9035930846
Email:
dannynoteware@potterminton.com
*ATTORNEY TO BE NOTICED*

**John Frederick Bufe**
Potter Minton, a Professional
Corporation
110 N College Avenue
Suite 500
Tyler, TX 75702
903/597/8311
Fax: 9035930846
Email: johnbufe@potterminton.com

*ATTORNEY TO BE NOTICED*

**M Kala Sarvaiya**
SoCal IP Law Group LLP
310 N Westlake Blvd
Suite 120
Westlake Village, CA 91362
805/230-1350
Fax: 805/230-1355
Email: ksarvaiya@socalip.com
*PRO HAC VICE*

**Michael E Jones**
Potter Minton PC
110 N College
Suite 500
PO Box 359
Tyler, TX 75710-0359
903-597-8311
Fax: 903-593-0846
Email:
mikejones@potterminton.com

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone** *TERMINATED: 08/22/2011* | represented by | **Michael D Harris** (See above for address) *LEAD ATTORNEY* *PRO HAC VICE* |

**Allen Franklin Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Alan Noteware , Jr.**
(See above for address)

*ATTORNEY TO BE NOTICED*

**John Frederick Bufe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M Kala Sarvaiya**
(See above for address)
*PRO HAC VICE*

**Michael E Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**CDW Corporation F/K/A CDW Computer Centers, Inc.**
*TERMINATED: 07/27/2012*

represented by **Anthony S Gabrielson**
Marshall Gerstein & Borun
233 S Wacker Dr
6300 Sears Tower
Chicago, IL 60606-6357
312/474-6300
Fax: 312/474-0448
Email: agabrielson@marshallip.com

**Benjamin T Horton**
Marshall Gerstein & Borun LLP
233 S Wacker Dr
6300 Willis Tower
Chicago, IL 60606-6357
312/474-6300
Fax: 312/474-0448
Email: bhorton@marshallip.com
*PRO HAC VICE*

**Bryan Donivan Atkinson**
Farney Daniels, LLP
800 S. Austin Ave
Ste 200
Georgetown, TX 78626
512-582-2836
Fax: 512-582-2829
Email:
BAtkinson@farneydaniels.com
*ATTORNEY TO BE NOTICED*

**Eric Hugh Findlay**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jia-Geng Lu**
Farney Daniels, PC
800 South Austin Ave
Ste 200
Georgetown, TX 78626
512-582-2828
Fax: 512-528-2829
Email: jlu@farneydaniels.com
*ATTORNEY TO BE NOTICED*

**Roger Brian Craft**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas L Duston**
Marshall Gerstein & Borun LLP
233 S Wacker Dr
6300 Willis Tower

Chicago, IL 60606-6357
312/474-6300
Fax: 312/474-0448
Email: tduston@marshallip.com

**Defendant**

**CDW, Inc.**                    represented by **Anthony S Gabrielson**
*TERMINATED:*                    (See above for address)
*07/27/2012*

                                 **Benjamin T Horton**
                                 (See above for address)
                                 *PRO HAC VICE*

                                 **Bryan Donivan Atkinson**
                                 (See above for address)
                                 *ATTORNEY TO BE NOTICED*

                                 **Eric Hugh Findlay**
                                 (See above for address)
                                 *ATTORNEY TO BE NOTICED*

                                 **Jia-Geng Lu**
                                 (See above for address)
                                 *ATTORNEY TO BE NOTICED*

                                 **Roger Brian Craft**
                                 (See above for address)
                                 *ATTORNEY TO BE NOTICED*

                                 **Steven Robert Daniels**
                                 (See above for address)
                                 *ATTORNEY TO BE NOTICED*

                                 **Thomas L Duston**
                                 (See above for address)

**Defendant**

**CDW, LLC**                     represented by **Anthony S Gabrielson**

*TERMINATED:*
*07/20/2010*

(See above for address)

**Bryan Donivan Atkinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jia-Geng Lu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas L Duston**
Marshall Gerstein & Borun
233 S Wacker Dr
6300 Sears Tower
Chicago, IL 60606-6357
312/474-6300
Fax: 312/474-0448
Email: tduston@marshallip.com

**Defendant**

**Compusa.com, Inc.**        represented by **David W Denenberg**
*TERMINATED:*                Davidoff Hutcher & Citron, LLP -
*03/22/2012*                 Garden City NY
                             200 Garden City Plaza
                             Suite 315
                             Garden City, NY 11530
                             516-248-6400
                             Fax: 516-248-6422
                             Email: dwd@dhclegal.com
                             *PRO HAC VICE*

                             **Steven Robert Daniels**
                             (See above for address)
                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Cobra Digital, LLC**    represented by   **Allison Standish Miller**
*TERMINATED:*                        Shepherd, Scott, Clawater &
*04/05/2011*                         Houston, LLP
                                       2777 Allen Parkway
                                       7th Floor
                                       Houston, TX 77019
                                       713-650-6600
                                       Fax: 713-650-1720
                                       Email: amiller@sschlaw.com
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **Steven Robert Daniels**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

                                       **Walter Wayne Lackey , Jr.**
                                       (See above for address)
                                       *TERMINATED: 03/22/2011*

**Defendant**

**Creative Technology Ltd**
*TERMINATED:*
*12/06/2010*

**Defendant**

**Creative Labs, Inc.,**    represented by   **Eric Hugh Findlay**
*TERMINATED:*                        (See above for address)
*11/29/2011*                         *ATTORNEY TO BE NOTICED*

                                       **Roger Brian Craft**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

                                       **Steven Robert Daniels**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dell, Inc.,**                    represented by    **Roger Joseph Fulghum**
*TERMINATED:*                                       Baker Botts - Houston
*12/05/2011*                                        910 Louisiana
                                                    Suite 3000 One Shell Plaza
                                                    Houston, TX 77002-4995
                                                    713/229-1707
                                                    Fax: 713/229-2707
                                                    Email:
                                                    roger.fulghum@bakerbotts.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Deron R Dacus**
                                                    The Dacus Firm, PC
                                                    821 ESE Loop 323
                                                    Suite 430
                                                    Tyler, TX 75701
                                                    903/705-1117
                                                    Fax: 9037051117
                                                    Email: ddacus@dacusfirm.com
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Paula Diane Heyman**
                                                    Baker Botts LLP - Austin
                                                    1500 San Jacinto Center
                                                    98 San Jacinto Blvd
                                                    Austin, TX 78701-4087
                                                    512-322-2555
                                                    Fax: 512-322-3610
                                                    Email:
                                                    paula.heyman@bakerbotts.com
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Scott F Partridge**

Baker Botts LLP
910 Louisiana
Suite 3000 One Shell Plaza
Houston, TX 77002-4995
713/229-1569
Fax: 713/229-7769
Email:
scott.partridge@bakerbotts.com
*TERMINATED: 05/05/2011*

**Shannon Marie Dacus**
The Dacus Firm, PC
821 ESE Loop 323
Suite 430
Tyler, TX 75701
9037051117
Fax: 9037051117
Email: sdacus@dacusfirm.com
*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Digital Innovations, LLC** *TERMINATED: 06/07/2012* | represented by | **Bradley Wayne Hoover** McGuireWoods LLP-Houston 600 Travis Suite 7500 Houston, TX 77002 713/571-9191 Fax: 17135719652 Email: bhoover@nickenskeeton.com *TERMINATED: 01/09/2012* |

**Gary Y Leung**
McGuire Woods - Chicago

77 West Wacker Dr
41st Floor
Chicago, IL 60601
312/849-8100
Fax: 312/641-2742
Email: gleung@mcguirewoods.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Phillip Brett Philbin**
Haynes and Boone
2323 Victory Avenue
Suite 700
Dallas, TX 75219
214/651-5000
Fax: 12142000672
Email:
phillip.philbin@haynesboone.com
*TERMINATED: 07/29/2011*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tamara Danielle Stiner Toomer**
McGuireWoods LLP-Houston
600 Travis
Suite 7500
Houston, TX 77002
713-353-6661
Fax: 832-214-9925
Email:
tstinertoomer@mcguirewoods.com

**Defendant**

**Eastman Kodak        represented by  Jennifer Parker Ainsworth**
**Company**                             Wilson Robertson & Cornelius PC

*TERMINATED:*
*09/20/2010*

909 ESE Loop 323
Suite 400
P.O. Box 7339
Tyler, TX 75711-7339
903-509-5000
Fax: 903-509-5092
Email:
jainsworth@wilsonlawfirm.com

**Defendant**

**Ezonics Corporation**
**D/B/A Ezonics**
**Corporation USA**
**D/B/A Ezonics**
*TERMINATED:*
*12/21/2010*
*also known as*
Ezonics Corporation
USA
*TERMINATED:*
*12/21/2010*

**Defendant**

**Fry's Electronics Inc**    represented by **Ezra Sutton**
*TERMINATED:*                Ezra Sutton & Associates PA
*08/22/2012*                 900 Route 9 North
                            Woodbridge, NJ 07095
                            732-634-3520
                            Fax: 732-634-3511
                            Email: esutton@ezrasutton.com
                            *LEAD ATTORNEY*
                            *PRO HAC VICE*
                            *ATTORNEY TO BE NOTICED*

                            **Bryan Donivan Atkinson**
                            (See above for address)
                            *TERMINATED: 05/10/2012*

**Eric Hugh Findlay**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jia-Geng Lu**
(See above for address)
*TERMINATED: 05/10/2012*

**Roger Brian Craft**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*TERMINATED: 05/10/2012*

**Defendant**

**Gear Head, LLC**
*TERMINATED:*
*08/17/2012*

represented by **Patricia L Davidson**
Mirick, O'Connell, DeMallie &
Lougee, LLP
100 Front Street
Worcester, MA 01608
508-791-8500
Fax: 508-983-6240
Email:
pdavidson@mirickoconnell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herbert J Hammond**
Thompson & Knight - Dallas
1722 Routh Street
Ste 1500
Dallas, TX 75201-2533
214/969-1607
Fax: 12149691751
Email:
herbert.hammond@tklaw.com

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vishal Hemant Patel**
Thompson & Knight - Dallas
1722 Routh Street
Ste 1500
Dallas, TX 75201-2533
214-969-124
Fax: 214-880-3224
Email: vishal.patel@tklaw.com

**Defendant**

**General Electric Company**
*TERMINATED: 07/13/2010*

**Defendant**

**Hewlett-Packard Company**
*TERMINATED: 08/27/2012*

represented by **Bryan Donivan Atkinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Hugh Findlay**
(See above for address)
*ATTORNEY TO BE NOTICED*

**George Walton Webb , III**
Farney Daniels, LLP
800 S. Austin Ave
Ste 200
Georgetown, TX 78626
512-582-2828
Fax: 512-582-2829
Email: gwebb@farneydaniels.com
*ATTORNEY TO BE NOTICED*

**Jia-Geng Lu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roger Brian Craft**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Intcomex, Inc.**
*TERMINATED:*
*12/02/2010*

represented by **Russell T. Wong**
Wong Cabello Lutsch, Rutherford
& Brucculeri
20333 SH 249
Ste 600
Houston, TX 77070
832/446-2420
Email: rwong@counselip.com
*TERMINATED: 12/07/2010*

**Defendant**

**Jasco Products
Company LLC D/B/A
Jasco Products
Company D/B/A Jasco**

*TERMINATED:*
*03/23/2011*
*also known as*
Jacso Products
Company LLC
*TERMINATED:*
*03/23/2011*

represented by **Michael Charles Smith**
Siebman Burg Phillips & Smith,
LLP-Marshall
P O Box 1556
Marshall, TX 75671-1556
903-938-8900
Fax: 19727674620
Email: michaelsmith@siebman.com

*ATTORNEY TO BE NOTICED*

**Peter I Sanborn**
Holland & Knight LLP - Boston

10 St James Avenue
11th Floor
Boston, MA 02116
617/523-2700
Fax: 617/523-6850
Email: peter.sanborn@hklaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**R David Donoghue**
Holland & Knight - Chicago
131 South Dearborn Street
30th Floor
Chicago, IL 60603
312/578-6553
Fax: 312/578-6666
Email:
david.donoghue@hklaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Jwin Electronics Corporation** *TERMINATED: 04/05/2011* | represented by | **Allen Franklin Gardner** (See above for address) *TERMINATED: 09/16/2010* |

**Michael E Jones**
(See above for address)
*TERMINATED: 09/16/2010*

**Philip A Werner**
Werner Ayers LLP
1800 Bering Drive
Suite 305
Houston, TX 77057
713/626-2233
Fax: 713-626-9708
Email: pwerner@wernerayers.com

*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Klip Extreme LLC**          represented by   **Russell T. Wong**
*TERMINATED:*                                  (See above for address)
*12/02/2010*                                   *TERMINATED: 12/07/2010*

**Defendant**

**KMart Corporation**         represented by   **John Hanson Barr , Jr**
*TERMINATED:*                                  Bracewell & Giuliani - Houston
*05/24/2011*                                   711 Louisiana St
                                               Suite 2300
                                               Houston, TX 77002-2770
                                               713/221-1242
                                               Fax: 17132223206
                                               Email: john.barr@bgllp.com
                                               *LEAD ATTORNEY*

                                               **Christopher Schenck**
                                               Kilpatrick Townsend & Stockton
                                               LLP
                                               1420 Fifth Avenue
                                               Ste 4400
                                               Seattle, WA 98101
                                               206-516-3081
                                               Fax: 206-623-6793
                                               Email:
                                               CSchenck@kilpatricktownsend.com

                                               *PRO HAC VICE*

                                               **Christopher Aaron Shield**
                                               Bracewell & Giuliani - Houston
                                               711 Louisiana St

Suite 2300
Houston, TX 77002-2770
713/221-1115
Fax: 713/222-3225
Email:
chris.shield@bracewellgiuliani.com

**John Allen Yates**
Bracewell & Giuliani - Houston
711 Louisiana St
Suite 2300
Houston, TX 77002-2770
713-221-1375
Fax: 713-222-3296
Email: jay.yates@bgllp.com

**Robert Dean Ayers , Jr**
Bracewell & Giuliani - Houston
711 Louisiana St
Suite 2300
Houston, TX 77002-2770
713-221-1146
Fax: 713-221-1212
Email: robert.ayers@bgllp.com

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lifeworks Technology**    represented by    **Bryan Donivan Atkinson**
**Group, LLC**                                Farney Daniels, PC
*TERMINATED:*                                800 South Austin Ave
*09/15/2011*                                 Ste 200
                                             Georgetown, TX 78626
                                             512-582-2836
                                             Fax: 512-582-2829
                                             Email:

BAtkinson@farneydaniels.com
*ATTORNEY TO BE NOTICED*

**Collin Michael Maloney**
Ireland Carroll & Kelley
6101 S Broadway
Suite 500
Tyler, TX 75703
903/561-1600
Fax: 9035811071
Email: cmaloney@icklaw.com
*TERMINATED: 04/27/2011*

**Jennifer Huang**
Kaplan, Massamillo & Andrews,
LLC
70 East 55th Street
25th Floor
New York, NY 10022
212/922-0450
Fax: 212/922-0530
Email: jhuang@kmalawfirm.com
*TERMINATED: 04/27/2011*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Carulli**
Kaplan, Massamillo & Andrews,
LLC
70 East 55th Street
25th Floor
New York, NY 10022
212/922-0450
Fax: 212/922-0530
Email: tcarulli@kmalawfirm.com
*TERMINATED: 04/27/2011*

**William Bryan Farney**
Farney Daniels, PC
800 South Austin Ave
Ste 200
Georgetown, TX 78626
512/582-2828
Fax: 512/582-2829
Email: bfarney@farneydaniels.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Macally Peripherals,**          represented by   **Steven Robert Daniels**
**Inc. D/B/A Macally**                             (See above for address)
**U.S.A.**                                         *ATTORNEY TO BE NOTICED*
*TERMINATED:*
*12/01/2011*                                       **Peter M Lukevich**
                                                   Apex Juris LLC
                                                   12733 Lake City Way, NE
                                                   Seattle, WA 98125
                                                   206/664-0314
                                                   Fax: 206/664-0329
                                                   Email: peter@apexjuris.com
                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**Mace Group, Inc.**              represented by   **Steven Robert Daniels**
*TERMINATED:*                                      (See above for address)
*12/01/2011*                                       *ATTORNEY TO BE NOTICED*

                                                   **Peter M Lukevich**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**Micro Electronics, Inc.**       represented by   **Bryan Donivan Atkinson**
**DBA Micro Center**                               (See above for address)
*TERMINATED:*                                      *ATTORNEY TO BE NOTICED*

*08/22/2012*

**Eric Hugh Findlay**
(See above for address)
*ATTORNEY TO BE NOTICED*

**George Walton Webb , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Herbert J Hammond**
Thompson & Knight LLP - Dallas
1722 Routh Street
Ste 1500
Dallas, TX 75201-2533
214/969-1607
Fax: 12149691751
Email:
herbert.hammond@tklaw.com
*ATTORNEY TO BE NOTICED*

**Jia-Geng Lu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roger Brian Craft**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**New Compusa**                represented by **David W Denenberg**
**Corporation**                                (See above for address)
*TERMINATED:*                                  *LEAD ATTORNEY*
*03/22/2012*                                   *PRO HAC VICE*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Newegg, Inc.**          represented by **John N Zarian**
*TERMINATED:*                            Parsons Behle & Latimer
*09/27/2012*                             960 Broadway Ave
                                         Ste 250
                                         Boise, ID 83706
                                         208-562-4900
                                         Fax: 208/562-4901
                                         Email: JZarian@parsonsbehle.com
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **Christopher J Cuneo**
                                         Parsons Behle & Latimer
                                         960 Broadway Ave
                                         Ste 250
                                         Boise, ID 83706
                                         (208) 562-4900
                                         Fax: (208) 562-4901
                                         Email: ccuneo@parsonsbehle.com
                                         *PRO HAC VICE*
                                         *ATTORNEY TO BE NOTICED*

                                         **Dana M Herberholz**
                                         Parsons Behle & Latimer
                                         960 Broadway Ave
                                         Ste 250
                                         Boise, ID 83706
                                         208-562-4900
                                         Fax: 2085624901
                                         Email:
                                         DHerberholz@parsonsbehle.com
                                         *ATTORNEY TO BE NOTICED*

**Debra Elaine Gunter**
Yarbrough Wilcox, PLLC
100 E. Ferguson Street
Ste 1015
Tyler, TX 75702
903-595-3111
Email: debby@yw-lawfirm.com
*ATTORNEY TO BE NOTICED*

**Herbert A Yarbrough , III**
Attorney at Law
100 E Ferguson
Suite 1015
Tyler, TX 75702
903/595-3111
Fax: 19035950191
Email: trey@yw-lawfirm.com
*ATTORNEY TO BE NOTICED*

**Justin Neil Stewart**
Parsons Behle & Latimer
960 Broadway Ave
Ste 250
Boise, ID 83706
208-562-4900
Fax: 208-562-4901
*TERMINATED: 12/30/2010*

**Robert A Matson**
Parsons Behle & Latimer
960 Broadway Ave
Ste 250
Boise, ID 83706
208/562-4900
Fax: 208/562-4901
Email: rmatson@parsonsbehle.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Newegg.com, Inc.**          represented by **John N Zarian**
*TERMINATED:*                 (See above for address)
*09/27/2012*                  *LEAD ATTORNEY*
                              *ATTORNEY TO BE NOTICED*

**Christopher J Cuneo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dana M Herberholz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Debra Elaine Gunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Herbert A Yarbrough , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin Neil Stewart**
(See above for address)
*TERMINATED: 12/30/2010*
*ATTORNEY TO BE NOTICED*

**Robert A Matson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Office Depot, Inc.**      represented by  **Bryan Donivan Atkinson**
*TERMINATED:*                               (See above for address)
*08/22/2012*                                *TERMINATED: 04/30/2012*
                                            *ATTORNEY TO BE NOTICED*

                                            **Eric Hugh Findlay**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

                                            **Herbert J Hammond**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

                                            **Jia-Geng Lu**
                                            (See above for address)
                                            *TERMINATED: 04/30/2012*
                                            *ATTORNEY TO BE NOTICED*

                                            **Patricia L Davidson**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

                                            **Roger Brian Craft**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

                                            **Steven Robert Daniels**
                                            (See above for address)
                                            *TERMINATED: 04/30/2012*
                                            *ATTORNEY TO BE NOTICED*

                                            **Vishal Hemant Patel**
                                            Thompson & Knight LLP - Dallas

1722 Routh Street
Ste 1500
Dallas, TX 75201-2533
214-969-124
Fax: 214-880-3224
Email: vishal.patel@tklaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Overstock.com, Inc.**          represented by     **John Hanson Barr , Jr**
*TERMINATED:*                                     (See above for address)
*09/21/2011*                                       *LEAD ATTORNEY*

                                                   **Christopher Schenck**
                                                   (See above for address)
                                                   *PRO HAC VICE*

                                                   **Christopher Aaron Shield**
                                                   (See above for address)

                                                   **John Allen Yates**
                                                   (See above for address)

                                                   **Robert Dean Ayers , Jr**
                                                   (See above for address)

                                                   **Steven Robert Daniels**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**Phoebe Micro Inc.**          represented by     **Phoebe Micro Inc.**
*TERMINATED:*                                     c/o Peter Sedyuen Lui
*03/24/2011*                                       Phoebe Micro Inc
                                                   47606 Kato Road
                                                   Fremont, CA 94538
                                                   510-933-1683
                                                   Fax: 510-360-0818

Email: peter.lui@phoebemicro.com
PRO SE

**Nena W Wong**
Attorney at Law
6080 Center Drive
Suite 600
Los Angeles, CA 90045
310/704-6603
Fax: 310/689-2339
Email: nenawong@earthlink.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Prolynkz, LLC**                    represented by    **Prolynkz, LLC**
*TERMINATED:*                                          c/o Sean Pate
*01/10/2011*                                           2010 Main Street
                                                       Suite 1250
                                                       Irvine, CA 92614
                                                       949-307-3223
                                                       Fax: 949-271-4565
                                                       Email: seanpate@gmail.com
                                                       PRO SE

**Defendant**

**Radioshack**                       represented by    **Christopher Michael Joe**
**Corporation**                                        Buether Joe & Carpenter, LLC
*TERMINATED:*                                          1700 Pacific Avenue
*08/22/2011*                                           Suite 2390
                                                       Dallas, TX 75201
                                                       (214) 466-1272
                                                       Fax: (214) 635-1828
                                                       Email: Chris.Joe@bjciplaw.com

*TERMINATED: 10/28/2010*

**Daniel L Farris**
Holland & Knight - Chicago
131 South Dearborn Street
30th Floor
Chicago, IL 60603
(312) 715-5765
Fax: (312) 578-6666
Email: daniel.farris@hklaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Charles Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter I Sanborn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R David Donoghue**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rosewill Inc.**                represented by **John N Zarian**
*TERMINATED:*                    (See above for address)
*09/27/2012*                     *LEAD ATTORNEY*
                                 *ATTORNEY TO BE NOTICED*

**Christopher J Cuneo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dana M Herberholz**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Debra Elaine Gunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Herbert A Yarbrough , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin Neil Stewart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert A Matson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Defendant

**Sears Brands, LLC**          represented by   **John Hanson Barr , Jr**
*TERMINATED:*                                  (See above for address)
*05/24/2011*                                   *LEAD ATTORNEY*

                                               **Christopher Schenck**
                                               (See above for address)
                                               *PRO HAC VICE*

                                               **Christopher Aaron Shield**
                                               (See above for address)

                                               **John Allen Yates**
                                               (See above for address)

**Robert Dean Ayers , Jr**
(See above for address)

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Sears Holdings Corporation D/B/A Sears** *TERMINATED: 05/24/2011* *also known as* Sears, Roebuck and Company *TERMINATED: 05/24/2011* | represented by | **John Hanson Barr , Jr** (See above for address) *LEAD ATTORNEY* **Christopher Schenck** (See above for address) *PRO HAC VICE* **Christopher Aaron Shield** (See above for address) **John Allen Yates** (See above for address) **Robert Dean Ayers , Jr** (See above for address) **Steven Robert Daniels** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Sakar International, Inc.** *TERMINATED: 12/17/2012* | represented by | **Ezra Sutton** (See above for address) *PRO HAC VICE* *ATTORNEY TO BE NOTICED* **Steven Robert Daniels** (See above for address) |

*ATTORNEY TO BE NOTICED*

**Defendant**

**Sakar, Inc.**                    represented by    **Ezra Sutton**
*TERMINATED:*                                       (See above for address)
*12/06/2010*                                        *LEAD ATTORNEY*

**Defendant**

**SDI Technologies, Inc.**    represented by    **Collin Michael Maloney**
                                                    (See above for address)

*TERMINATED:*
*09/01/2010*

**Defendant**

**Software Brokers of**        represented by    **Russell T. Wong**
**America Inc. DBA**                                (See above for address)
**Intcomex Corporation**                           *TERMINATED: 12/07/2010*
**D/B/A Intcomex**
*TERMINATED:*
*12/02/2010*

**Defendant**

**Systemax, Inc. D/B/A**      represented by    **David W Denenberg**
**Compusa**                                         (See above for address)
*TERMINATED:*                                       *PRO HAC VICE*
*03/22/2012*
                                                    **Steven Robert Daniels**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Target Corp.**               represented by    **Bryan Donivan Atkinson**
*TERMINATED:*                                       (See above for address)
*03/05/2012*                                        *ATTORNEY TO BE NOTICED*

                                                    **Jia-Geng Lu**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Michael Charles Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter I Sanborn**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**R David Donoghue**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tigerdirect, Inc.**        represented by   **David W Denenberg**
*TERMINATED:*                                 (See above for address)
*03/22/2012*                                  *PRO HAC VICE*

                                              **Steven Robert Daniels**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Trippe Manufacturing**   represented by   **David L De Bruin**
**Company D/B/A**                            Michael Best & Freidrich LLP
**Tripp Lite**                               180 N Stetson Avenue
*TERMINATED:*                                Suite 2000
*10/25/2010*                                 Chicago, IL 60601
                                             312-222-0800
                                             Fax: 312-222-0818
                                             Email: dldebruin@michaelbest.com

*PRO HAC VICE*

**Larry Saret**
Michael Best & Freidrich LLP
180 N Stetson Avenue
Suite 2000
Chicago, IL 60601
312-661-2116
Fax: 312-222-0818
Email: llsaret@michaelbest.com
*PRO HAC VICE*

**Defendant**

**Wal-Mart Stores, Inc.**    represented by   **Laura Lindsay Chapman**
*TERMINATED:*                                 Sheppard Mullin Richter &
*08/22/2012*                                  Hampton, LLP - San Francisco
                                              Four Embarcadero Center
                                              17th Floor
                                              San Francisco, CA 94111
                                              415-774-3215
                                              Fax: 415-434-3947
                                              Email:
                                              lchapman@sheppardmullin.com
                                              *LEAD ATTORNEY*

**Michael Charles Smith**
(See above for address)

**Steven Robert Daniels**
(See above for address)

**Victor DeGyarfas**
Foley & Lardner - Los Angeles
555 S Flower Street
Suite 3500
Los Angeles, CA 90071
213/972-4500
Fax: 213/486-0065

Email: vdegyarfas@foley.com

**Defendant**

**Sears, Roebuck and**          represented by **John Hanson Barr , Jr**
**Company**                                      (See above for address)
*TERMINATED:*                                    *LEAD ATTORNEY*
*05/24/2011*

                                                 **Christopher Schenck**
                                                 (See above for address)
                                                 *PRO HAC VICE*

                                                 **Christopher Aaron Shield**
                                                 (See above for address)

                                                 **John Allen Yates**
                                                 (See above for address)

                                                 **Robert Dean Ayers , Jr**
                                                 (See above for address)

                                                 **Steven Robert Daniels**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Best Buy Co Inc**             represented by **Bryan Donivan Atkinson**
*D/B/A Best Buy D/B/A*                            (See above for address)
*Rocketfish*                                      *ATTORNEY TO BE NOTICED*
*TERMINATED:*
*08/22/2012*                                     **George Walton Webb , III**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Jia-Geng Lu**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Steven Robert Daniels**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Best Buy Stores, LP**       represented by **Bryan Donivan Atkinson**
*TERMINATED:*                                  (See above for address)
*08/22/2012*                                   *ATTORNEY TO BE NOTICED*

                                               **George Walton Webb , III**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

                                               **Jia-Geng Lu**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

                                               **Steven Robert Daniels**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**BestBuy.com, LLC**          represented by **Bryan Donivan Atkinson**
*TERMINATED:*                                  (See above for address)
*08/22/2012*                                   *ATTORNEY TO BE NOTICED*

                                               **George Walton Webb , III**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

                                               **Jia-Geng Lu**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

                                               **Steven Robert Daniels**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**CONNS, INC. D/B/A**    represented by    **J Thad Heartfield**
**CONNS**    The Heartfield Law Firm
*TERMINATED:*    2195 Dowlen Rd
*03/24/2011*    Beaumont, TX 77706
409/866-3318
Fax: 14098665789
Email: thad@jth-law.com

**M. Dru Montgomery**
The Heartfield Law Firm
2195 Dowlen Road
Beaumont, TX 77706
409/866-3318
Fax: 409/866-5789
Email: dru@jth-law.com

**Kent Morrison Adams**
Lewis Brisbois Bisgaard & Smith -
Houston
3355 West Alabama
Suite 400
Houston, TX 77098
713-659-6767
Fax: 713/759-6830
Email: kadams@lbbslaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**J&R ELECTRONICS**    represented by    **Allen Franklin Gardner**
**INC. D/B/A J&R**    (See above for address)
*TERMINATED:*
*01/04/2012*    **Daniel Alan Noteware , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Frederick Bufe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael E Jones**
(See above for address)

**Steven Robert Daniels**
Farney Daniels, LLP
800 S. Austin Ave
Ste 200
Georgetown, TX 78626
512-582-2820
Fax: 512-582-2829
Email:
SDaniels@farneydaniels.com
*ATTORNEY TO BE NOTICED*

**Walter Thomas Henson**
Ramey & Flock
100 E Ferguson
Suite 500
Tyler, TX 75702-0629
903/597-3301
Fax: 9035972413
Email: thenson@rameyflock.com

**Defendant**

**KOHLS**                    represented by **Ezra Sutton**
**CORPORATION**                      (See above for address)
**D/B/A KOHL'S**                     *LEAD ATTORNEY*
*TERMINATED:*                    *ATTORNEY TO BE NOTICED*
*12/17/2012*

                             **Steven Robert Daniels**
                             (See above for address)
                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Kohl's Illinois, Inc.**    represented by **Ezra Sutton**
*TERMINATED:*                    (See above for address)
*12/17/2012*                     *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**SOLID YEAR CO.,
LTD.**
*TERMINATED:
12/06/2010*

**Defendant**

**WALGREEN CO.
D/B/A WALGREENS**
*TERMINATED:
09/14/2010*

**Counter Claimant**

**Dell, Inc.,**          represented by  **Roger Joseph Fulghum**
*TERMINATED:*                           (See above for address)
*12/05/2011*                            *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Paula Diane Heyman**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

                                        **Scott F Partridge**
                                        (See above for address)
                                        *TERMINATED: 05/05/2011*

V.

**Counter Defendant**

**AdjustaCam LLC**      represented by  **Andrew W. Spangler**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
(See above for address)
*TERMINATED: 10/11/2011*

**John J Edmonds**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Amazon.com, Inc.**          represented by   **James E Geringer**
*TERMINATED:*                                 (See above for address)
*04/24/2012*                                  *ATTORNEY TO BE NOTICED*

                                              **Salumeh R Loesch**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**AdjustaCam LLC**           represented by   **Andrew W. Spangler**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

                                              **Erick Scott Robinson**
                                              (See above for address)
                                              *TERMINATED: 10/11/2011*

                                              **John J Edmonds**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Systemax, Inc. D/B/A**     represented by   **David W Denenberg**
**Compusa**                                   (See above for address)
*TERMINATED:*                                 *PRO HAC VICE*
*03/22/2012*

**Counter Claimant**

**Tigerdirect, Inc.**            represented by   **David W Denenberg**
*TERMINATED:*                                   (See above for address)
*03/22/2012*                                    *PRO HAC VICE*

**Counter Claimant**

**New Compusa**                 represented by   **David W Denenberg**
**Corporation**                                 (See above for address)
*TERMINATED:*                                   *LEAD ATTORNEY*
*03/22/2012*                                     *PRO HAC VICE*

**Counter Claimant**

**Compusa.com, Inc.**           represented by   **David W Denenberg**
*TERMINATED:*                                   (See above for address)
*03/22/2012*                                    *PRO HAC VICE*


V.

**Counter Defendant**

**AdjustaCam LLC**              represented by   **Andrew W. Spangler**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

                                                **Erick Scott Robinson**
                                                (See above for address)
                                                *TERMINATED: 10/11/2011*

                                                **John J Edmonds**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Newegg.com, Inc.**            represented by   **Christopher J Cuneo**
*TERMINATED:*                                   (See above for address)
*09/27/2012*                                    *PRO HAC VICE*
                                                *ATTORNEY TO BE NOTICED*

**Justin Neil Stewart**
(See above for address)
*TERMINATED: 12/30/2010*
*ATTORNEY TO BE NOTICED*

**Robert A Matson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

## Counter Claimant

**Newegg, Inc.**          represented by   **Christopher J Cuneo**
*TERMINATED:*                              (See above for address)
*09/27/2012*                               *PRO HAC VICE*
                                           *ATTORNEY TO BE NOTICED*

                          **Justin Neil Stewart**
                          (See above for address)
                          *TERMINATED: 12/30/2010*
                          *ATTORNEY TO BE NOTICED*

                          **Robert A Matson**
                          (See above for address)
                          *PRO HAC VICE*
                          *ATTORNEY TO BE NOTICED*

V.

## Counter Defendant

**AdjustaCam LLC**        represented by   **Andrew W. Spangler**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

                          **Erick Scott Robinson**
                          (See above for address)
                          *TERMINATED: 10/11/2011*

                          **John J Edmonds**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Rosewill Inc.**
*TERMINATED:*
*09/27/2012*

        represented by  **Christopher J Cuneo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Justin Neil Stewart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert A Matson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**AdjustaCam LLC**

        represented by  **Andrew W. Spangler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
(See above for address)
*TERMINATED: 10/11/2011*

**John J Edmonds**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**CONNS, INC. D/B/A**
**CONNS**
*TERMINATED:*
*03/24/2011*

        represented by  **Kent Morrison Adams**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**AdjustaCam LLC**            represented by   **Andrew W. Spangler**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

                                              **Erick Scott Robinson**
                                              (See above for address)
                                              *TERMINATED: 10/11/2011*

                                              **John J Edmonds**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Sakar International,**      represented by   **Ezra Sutton**
**Inc.**                                      (See above for address)
*TERMINATED:*                                 *ATTORNEY TO BE NOTICED*
*12/17/2012*

V.

**Counter Defendant**

**AdjustaCam LLC**            represented by   **Andrew W. Spangler**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

                                              **Erick Scott Robinson**
                                              (See above for address)
                                              *TERMINATED: 10/11/2011*

                                              **John J Edmonds**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Kohl's Illinois, Inc.**          represented by **Ezra Sutton**
*TERMINATED:*                                   (See above for address)
*12/17/2012*                                    *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

<u>**Counter Claimant**</u>

**KOHLS**                          represented by **Ezra Sutton**
**CORPORATION**                                 (See above for address)
**D/B/A KOHL'S**                                *LEAD ATTORNEY*
*TERMINATED:*                                   *ATTORNEY TO BE NOTICED*
*12/17/2012*

V.

<u>**Counter Defendant**</u>

**AdjustaCam LLC**                 represented by **Andrew W. Spangler**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

                                                **Erick Scott Robinson**
                                                (See above for address)
                                                *TERMINATED: 10/11/2011*

                                                **John J Edmonds**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

<u>**Counter Claimant**</u>

**Sakar International,**           represented by **Ezra Sutton**
**Inc.**                                        (See above for address)
*TERMINATED:*                                   *ATTORNEY TO BE NOTICED*
*12/17/2012*

V.

<u>**Counter Defendant**</u>

**AdjustaCam LLC**                 represented by **Andrew W. Spangler**
                                                (See above for address)

*ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
(See above for address)
*TERMINATED: 10/11/2011*

**John J Edmonds**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Kohl's Illinois, Inc.**           represented by **Ezra Sutton**
*TERMINATED:*                       (See above for address)
*12/17/2012*                        *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**KOHLS**                           represented by **Ezra Sutton**
**CORPORATION**                     (See above for address)
**D/B/A KOHL'S**                    *LEAD ATTORNEY*
*TERMINATED:*                       *ATTORNEY TO BE NOTICED*
*12/17/2012*

V.

**Counter Defendant**

**AdjustaCam LLC**                  represented by **Andrew W. Spangler**
                                    (See above for address)
                                    *ATTORNEY TO BE NOTICED*

                                    **Erick Scott Robinson**
                                    (See above for address)
                                    *TERMINATED: 10/11/2011*

                                    **John J Edmonds**
                                    (See above for address)
                                    *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Sakar International,**          represented by   **Ezra Sutton**
**Inc.**                                          (See above for address)
*TERMINATED:*                                     *ATTORNEY TO BE NOTICED*
*12/17/2012*


V.

**Counter Defendant**

**AdjustaCam LLC**               represented by   **Andrew W. Spangler**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Erick Scott Robinson**
                                                  (See above for address)
                                                  *TERMINATED: 10/11/2011*

                                                  **Michael James Collins**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

                                                  **John J Edmonds**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Kohl's Illinois, Inc.**        represented by   **Ezra Sutton**
*TERMINATED:*                                     (See above for address)
*12/17/2012*                                      *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**KOHLS**                        represented by   **Ezra Sutton**
**CORPORATION**                                   (See above for address)
**D/B/A KOHL'S**                                  *LEAD ATTORNEY*
*TERMINATED:*                                     *ATTORNEY TO BE NOTICED*
*12/17/2012*

V.

**Counter Defendant**

**AdjustaCam LLC**          represented by     **Andrew W. Spangler**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

                                              **Erick Scott Robinson**
                                              (See above for address)
                                              *TERMINATED: 10/11/2011*

                                              **Michael James Collins**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

                                              **John J Edmonds**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**KMart Corporation**       represented by     **John Hanson Barr , Jr**
*TERMINATED:*                                 (See above for address)
*05/24/2011*                                  *LEAD ATTORNEY*

                                              **Christopher Aaron Shield**
                                              (See above for address)

V.

**Counter Defendant**

**AdjustaCam LLC**          represented by     **Andrew W. Spangler**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

                                              **Erick Scott Robinson**
                                              (See above for address)
                                              *TERMINATED: 10/11/2011*

**Michael James Collins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J Edmonds**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Overstock.com, Inc.**        represented by    **John Hanson Barr , Jr**
*TERMINATED:*                                   (See above for address)
*09/21/2011*                                    *LEAD ATTORNEY*

                                                **Christopher Aaron Shield**
                                                (See above for address)

V.

**Counter Defendant**

**AdjustaCam LLC**            represented by    **Andrew W. Spangler**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

                                                **Erick Scott Robinson**
                                                (See above for address)
                                                *TERMINATED: 10/11/2011*

                                                **Michael James Collins**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

                                                **John J Edmonds**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Sears Holdings**            represented by    **John Hanson Barr , Jr**

**Corporation D/B/A**
**Sears**
*TERMINATED:*
*05/24/2011*

(See above for address)
*LEAD ATTORNEY*

**Christopher Aaron Shield**
(See above for address)

**Counter Claimant**

**Sears, Roebuck and**        represented by  **John Hanson Barr , Jr**
**Company**                                   (See above for address)
*TERMINATED:*                                 *LEAD ATTORNEY*
*05/24/2011*

**Christopher Aaron Shield**
(See above for address)

**Counter Claimant**

**Sears Brands, LLC**         represented by  **John Hanson Barr , Jr**
*TERMINATED:*                                 (See above for address)
*05/24/2011*                                  *LEAD ATTORNEY*

**Christopher Aaron Shield**
(See above for address)

V.

**Counter Defendant**

**AdjustaCam LLC**            represented by  **Andrew W. Spangler**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
(See above for address)
*TERMINATED: 10/11/2011*

**Michael James Collins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J Edmonds**

             (See above for address)
             *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Overstock.com, Inc.**  represented by  **John Hanson Barr , Jr**
*TERMINATED:*        (See above for address)
*09/21/2011*         *LEAD ATTORNEY*

             **Christopher Aaron Shield**
             (See above for address)

V.

**Counter Defendant**

**AdjustaCam LLC**  represented by  **Andrew W. Spangler**
             (See above for address)
             *ATTORNEY TO BE NOTICED*

             **Erick Scott Robinson**
             (See above for address)
             *TERMINATED: 10/11/2011*

             **Michael James Collins**
             (See above for address)
             *ATTORNEY TO BE NOTICED*

             **John J Edmonds**
             (See above for address)
             *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**KMart Corporation**  represented by  **John Hanson Barr , Jr**
*TERMINATED:*        (See above for address)
*05/24/2011*         *LEAD ATTORNEY*

             **Christopher Aaron Shield**
             (See above for address)

V.

**Counter Defendant**

**AdjustaCam LLC**            represented by   **Andrew W. Spangler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
(See above for address)
*TERMINATED: 10/11/2011*

**Michael James Collins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J Edmonds**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Sears Holdings**           represented by   **John Hanson Barr , Jr**
**Corporation D/B/A**                        (See above for address)
**Sears**                                    *LEAD ATTORNEY*
*TERMINATED:*
*05/24/2011*                                 **Christopher Aaron Shield**
(See above for address)

**Counter Claimant**

**Sears, Roebuck and**       represented by   **John Hanson Barr , Jr**
**Company**                                  (See above for address)
*TERMINATED:*                                *LEAD ATTORNEY*
*05/24/2011*
**Christopher Aaron Shield**
(See above for address)

**Counter Claimant**

**Sears Brands, LLC**        represented by   **John Hanson Barr , Jr**

*TERMINATED:*                          (See above for address)
*05/24/2011*                           *LEAD ATTORNEY*

                                       **Christopher Aaron Shield**
                                       (See above for address)


V.

**Counter Defendant**

**AdjustaCam LLC**        represented by **Andrew W. Spangler**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

                                       **Erick Scott Robinson**
                                       (See above for address)
                                       *TERMINATED: 10/11/2011*

                                       **Michael James Collins**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

                                       **John J Edmonds**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Macally Peripherals,**  represented by **Peter M Lukevich**
**Inc. D/B/A Macally**                 (See above for address)
**U.S.A.**                             *ATTORNEY TO BE NOTICED*
*TERMINATED:*
*12/01/2011*


V.

**Counter Defendant**

**AdjustaCam LLC**        represented by **Andrew W. Spangler**
                                       (See above for address)

*ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
(See above for address)
*TERMINATED: 10/11/2011*

**John J Edmonds**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Auditek Corporation**    represented by **Jen-Feng Lee**
*TERMINATED:*                    (See above for address)
*05/30/2012*                   *PRO HAC VICE*
                                    *ATTORNEY TO BE NOTICED*

**Vincent Jerome Allen**
(See above for address)

**Zachary Wade Hilton**
(See above for address)

V.

**Counter Defendant**

**AdjustaCam LLC**    represented by **Andrew W. Spangler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
(See above for address)
*TERMINATED: 10/11/2011*

**Michael James Collins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J Edmonds**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Macally Peripherals,**     represented by **Peter M Lukevich**
**Inc. D/B/A Macally**                          (See above for address)
**U.S.A.**                                      *ATTORNEY TO BE NOTICED*
*TERMINATED:*
*12/01/2011*

**Counter Claimant**

**Mace Group, Inc.**     represented by **Peter M Lukevich**
*TERMINATED:*                             (See above for address)
*12/01/2011*                              *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**AdjustaCam LLC**     represented by **Andrew W. Spangler**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

                                        **Erick Scott Robinson**
                                        (See above for address)
                                        *TERMINATED: 10/11/2011*

                                        **Michael James Collins**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

                                        **John J Edmonds**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Digital Innovations,**     represented by **Bradley Wayne Hoover**
**LLC**                                       (See above for address)
*TERMINATED:*                                 *TERMINATED: 01/09/2012*

*06/07/2012*

**Gary Y Leung**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Phillip Brett Philbin**
(See above for address)
*TERMINATED: 07/29/2011*

**Tamara Danielle Stiner Toomer**
(See above for address)

V.

**Counter Defendant**

**AdjustaCam LLC**    represented by **Andrew W. Spangler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
(See above for address)
*TERMINATED: 10/11/2011*

**Michael James Collins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J Edmonds**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Sakar International,**    represented by **Ezra Sutton**
**Inc.**
*TERMINATED:*    (See above for address)
*12/17/2012*    *ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**

(See above for address)
*ATTORNEY TO BE NOTICED*

V.

## Counter Defendant

**AdjustaCam LLC**          represented by    **Andrew W. Spangler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Patrick Tower**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
(See above for address)
*TERMINATED: 10/11/2011*

**Michael James Collins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J Edmonds**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Counter Claimant

**Newegg, Inc.**          represented by    **Christopher J Cuneo**
*TERMINATED:*                              (See above for address)
*09/27/2012*                               *PRO HAC VICE*
                                           *ATTORNEY TO BE NOTICED*

**Justin Neil Stewart**
(See above for address)
*TERMINATED: 12/30/2010*
*ATTORNEY TO BE NOTICED*

**Robert A Matson**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Newegg.com, Inc.**          represented by **Christopher J Cuneo**
*TERMINATED:*                 (See above for address)
*09/27/2012*                  *PRO HAC VICE*
                              *ATTORNEY TO BE NOTICED*

                              **Debra Elaine Gunter**
                              (See above for address)
                              *ATTORNEY TO BE NOTICED*

                              **Herbert A Yarbrough , III**
                              (See above for address)
                              *ATTORNEY TO BE NOTICED*

                              **Justin Neil Stewart**
                              (See above for address)
                              *TERMINATED: 12/30/2010*
                              *ATTORNEY TO BE NOTICED*

                              **Robert A Matson**
                              (See above for address)
                              *PRO HAC VICE*
                              *ATTORNEY TO BE NOTICED*

                              **Steven Robert Daniels**
                              (See above for address)
                              *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**AdjustaCam LLC**          represented by **Andrew W. Spangler**
                            (See above for address)
                            *ATTORNEY TO BE NOTICED*

Erick Scott Robinson
(See above for address)
*TERMINATED: 10/11/2011*

John J Edmonds
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Rosewill Inc.**          represented by   **Christopher J Cuneo**
*TERMINATED:*                              (See above for address)
*09/27/2012*                               *PRO HAC VICE*
                                           *ATTORNEY TO BE NOTICED*

                                           **Justin Neil Stewart**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

                                           **Robert A Matson**
                                           (See above for address)
                                           *PRO HAC VICE*
                                           *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**AdjustaCam LLC**         represented by   **Andrew W. Spangler**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

                                           **Charles Van Cleef**
                                           Charles van Cleef, Attorney at Law,
                                           PC
                                           PO Box 2432
                                           Longview, TX 75606-2432
                                           903-248-8244
                                           Fax: 903-248-8249

Email: charles@vancleef.pro
*ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
(See above for address)
*TERMINATED: 10/11/2011*

**John J Edmonds**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Counter Claimant

**Wal-Mart Stores, Inc.**    represented by    **Laura Lindsay Chapman**
*TERMINATED:*                                  (See above for address)
*08/22/2012*                                   *LEAD ATTORNEY*

                                               **Victor DeGyarfas**
                                               (See above for address)
                                               *LEAD ATTORNEY*

                                               **Michael Charles Smith**
                                               (See above for address)

                                               **Steven Robert Daniels**
                                               (See above for address)

V.

## Counter Defendant

**AdjustaCam LLC**    represented by    **Andrew W. Spangler**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

                                        **Andrew Patrick Tower**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

                                        **Erick Scott Robinson**

(See above for address)
*TERMINATED: 10/11/2011*

**Michael James Collins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J Edmonds**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Overstock.com, Inc.**       represented by  **John Hanson Barr , Jr**
*TERMINATED:*                                (See above for address)
*09/21/2011*                                 *LEAD ATTORNEY*

                                             **Christopher Schenck**
                                             (See above for address)
                                             *PRO HAC VICE*

                                             **Christopher Aaron Shield**
                                             (See above for address)

                                             **John Allen Yates**
                                             (See above for address)

                                             **Robert Dean Ayers , Jr**
                                             (See above for address)

                                             **Steven Robert Daniels**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**AdjustaCam LLC**       represented by  **Andrew W. Spangler**
                                         (See above for address)

*ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
(See above for address)
*TERMINATED: 10/11/2011*

**John J Edmonds**
(See above for address)
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| <u>**Counter Claimant**</u> | | |
| **Digital Innovations, LLC** *TERMINATED: 06/07/2012* | represented by | **Bradley Wayne Hoover** (See above for address) *TERMINATED: 01/09/2012* |

**Gary Y Leung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Phillip Brett Philbin**
(See above for address)
*TERMINATED: 07/29/2011*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tamara Danielle Stiner Toomer**
(See above for address)

V.

| | | |
|---|---|---|
| <u>**Counter Defendant**</u> | | |
| **AdjustaCam LLC** | represented by | **Andrew W. Spangler** (See above for address) *ATTORNEY TO BE NOTICED* |

**Andrew Patrick Tower**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
(See above for address)
*TERMINATED: 10/11/2011*

**Michael James Collins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J Edmonds**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Counter Claimant

**Dell, Inc.,**
*TERMINATED:
12/05/2011*

represented by **Roger Joseph Fulghum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deron R Dacus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paula Diane Heyman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott F Partridge**
(See above for address)
*TERMINATED: 05/05/2011*

**Shannon Marie Dacus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**

(See above for address)
*ATTORNEY TO BE NOTICED*

## V.

### Counter Defendant

**AdjustaCam LLC**          represented by     **Andrew W. Spangler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Patrick Tower**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
(See above for address)
*TERMINATED: 10/11/2011*

**Michael James Collins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J Edmonds**
(See above for address)
*ATTORNEY TO BE NOTICED*

### Counter Claimant

**Auditek Corporation**     represented by     **Jen-Feng Lee**
*TERMINATED:*                                  (See above for address)
*05/30/2012*                                   *PRO HAC VICE*
                                               *ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vincent Jerome Allen**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Zachary Wade Hilton**
(See above for address)

V.

**Counter Defendant**

**AdjustaCam LLC**          represented by    **Andrew W. Spangler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
(See above for address)
*TERMINATED: 10/11/2011*

**John J Edmonds**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Dell, Inc.,**          represented by    **Roger Joseph Fulghum**
*TERMINATED:*                              (See above for address)
*12/05/2011*                               *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

**Deron R Dacus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paula Diane Heyman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott F Partridge**
(See above for address)
*TERMINATED: 05/05/2011*

**Shannon Marie Dacus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**AdjustaCam LLC**     represented by   **Andrew W. Spangler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Patrick Tower**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
(See above for address)
*TERMINATED: 10/11/2011*

**Michael James Collins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J Edmonds**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Amazon.com, Inc.**     represented by   **Eric Hugh Findlay**
*TERMINATED:*                            (See above for address)
*04/24/2012*                             *ATTORNEY TO BE NOTICED*

**Roger Brian Craft**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Salumeh R Loesch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Walter Wayne Lackey , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**AdjustaCam LLC**    represented by    **Andrew W. Spangler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Patrick Tower**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
(See above for address)
*TERMINATED: 10/11/2011*

**Michael James Collins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J Edmonds**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Sakar International, Inc.**
*TERMINATED: 12/17/2012*

represented by **Ezra Sutton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**AdjustaCam LLC**

represented by **Andrew W. Spangler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Patrick Tower**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
(See above for address)
*TERMINATED: 10/11/2011*

**Michael James Collins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J Edmonds**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**KOHLS CORPORATION D/B/A KOHL'S**
*TERMINATED: 12/17/2012*

represented by **Ezra Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**

(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**AdjustaCam LLC**          represented by   **Andrew W. Spangler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Patrick Tower**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
(See above for address)
*TERMINATED: 10/11/2011*

**Michael James Collins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J Edmonds**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 07/02/2010 | 1 | COMPLAINT against Amazon.com, Inc., Auditek Corporation, Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Blue Microphones, LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., CDW, LLC, Cobra Digital, LLC, Compusa.com, Inc., Creative Labs, Inc.,, Creative Technology Ltd, Dell, Inc.,, Digital Innovations, |

| | | |
|---|---|---|
| | | LLC, Eastman Kodak Company, Ezonics Corporation USA, Fry's Electronics Inc, Gear Head, LLC, General Electric Company, Hewlett-Packard Company, Intcomex, Inc., Jacso Products Company LLC, Jwin Electronics Corporation, KMart Corporation, Klip Extreme LLC, Lifeworks Technology Group, LLC, Macally Peripherals, Inc. D/B/A Macally U.S.A., Mace Group, Inc., Micro Electronics, Inc. DBA Micro Center, New Compusa Corporation, Newegg, Inc., Newegg.com, Inc., Office Depot, Inc., Overstock.com, Inc., Phoebe Micro Inc., Prolynkz, LLC, Radioshack Corporation, Rosewill Inc., SDI Technologies, Inc., Sakar International, Inc., Sakar, Inc., Sears Brands, LLC, Sears, Roebuck and Company, Software Brokers of America Inc. DBA Intcomex Corporation D/B/A Intcomex, Systemax, Inc. D/B/A Compusa, Target Corp., Tigerdirect, Inc., Trippe Manufacturing Company D/B/A Tripp Lite, Wal-Mart Stores, Inc. ( Filing fee $ 350 receipt number 0540-2559879.), filed by AdjustaCam LLC. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet)(Edmonds, John) (Entered: 07/02/2010) |
| 07/02/2010 | | Judge Leonard Davis added. (mll, ) (Entered: 07/06/2010) |
| 07/06/2010 | 🔒 | (Court only) ***Staff notes: Modified names of selected defendants on the docket to be consistent with the Original Complaint, e.g. defts Ezonics, Jasco, and Sears. (mll, ) (Entered: 07/06/2010) |
| 07/07/2010 | 🔒 2 | E-GOV SEALED SUMMONS Issued as to Amazon.com, Inc., Auditek Corporation, Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Blue Microphones, LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., CDW, LLC, Cobra Digital, LLC, Compusa.com, Inc., Dell, Inc.,, |

| | | | |
|---|---|---|---|
| | | | Digital Innovations, LLC, Eastman Kodak Company, Ezonics Corporation D/B/A Ezonics Corporation USA D/B/A Ezonics, Fry's Electronics Inc, Gear Head, LLC, General Electric Company, Hewlett-Packard Company, Intcomex, Inc., Jasco Products Company LLC D/B/A Jasco Products Company D/B/A Jasco, Jwin Electronics Corporation, KMart Corporation, Klip Extreme LLC, Lifeworks Technology Group, LLC., and emailed to pltf for service. (mll, ) (Entered: 07/07/2010) |
| 07/07/2010 | 🔒 | 3 | E-GOV SEALED SUMMONS Issued as to Macally Peripherals, Inc. D/B/A Macally U.S.A., Mace Group, Inc., Micro Electronics, Inc. DBA Micro Center, New Compusa Corporation, Newegg, Inc., Newegg.com, Inc., Office Depot, Inc., Overstock.com, Inc., Phoebe Micro Inc, Prolynkz, LLC, Radioshack Corporation, Rosewill Inc., SDI Technologies, Inc., Sakar International, Inc., Sakar, Inc., Sears Brands, LLC, Sears Holdings Corporation D/B/A Sears, Sears, Roebuck and Company, Software Brokers of America Inc. DBA Intcomex Corporation D/B/A Intcomex, Systemax, Inc. D/B/A Compusa, Target Corp., Tigerdirect, Inc., Trippe Manufacturing Company D/B/A Tripp Lite, Wal-Mart Stores, Inc., and emailed to pltf for service. (mll, ) (Entered: 07/07/2010) |
| 07/07/2010 | | 4 | CORPORATE DISCLOSURE STATEMENT filed by AdjustaCam LLC identifying Corporate Parent Acacia Patent Acquisition LLC for AdjustaCam LLC. (Edmonds, John) (Entered: 07/07/2010) |
| 07/07/2010 | | 5 | NOTICE of Attorney Appearance by Erick Scott Robinson on behalf of AdjustaCam LLC (Robinson, Erick) (Entered: 07/07/2010) |
| 07/08/2010 | | 6 | NOTICE of Attorney Appearance by Andrew W. |

| | | Spangler on behalf of AdjustaCam LLC (Spangler, Andrew) (Entered: 07/08/2010) |
|---|---|---|
| 07/12/2010 | 7 | NOTICE of Voluntary Dismissal by AdjustaCam LLC (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 07/12/2010) |
| 07/13/2010 | 8 | ORDER granting 7 Notice of Voluntary Dismissal filed by AdjustaCam LLC. Pltf's claims against deft General Electric Company are DISMISSED without prejudice. Signed by Judge Leonard Davis on 07/13/10. cc:attys 7-14-10(mll, ) (Entered: 07/14/2010) |
| 07/13/2010 | 🔒 | (Court only) *** Party deft General Electric Company terminated per 8 Order of partial dismissal. (mll, ) (Entered: 07/14/2010) |
| 07/19/2010 | 9 | NOTICE of Voluntary Dismissal by AdjustaCam LLC (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 07/19/2010) |
| 07/20/2010 | 10 | ORDER granting 9 Notice of Voluntary Dismissal filed by AdjustaCam LLC. Pltf's claims against CDW LLC are dismissed without prejudice. Signed by Judge Leonard Davis on 07/20/10. cc:attys 7-20-10(mll, ) (Entered: 07/20/2010) |
| 07/20/2010 | 🔒 | (Court only) *** Party deft CDW, LLC terminated per 10 Order of partial dismissal. (mll, ) (Entered: 07/20/2010) |
| 07/22/2010 | 🔒 11 | APPLICATION to Appear Pro Hac Vice by Attorney David W Denenberg for Compusa.com, Inc., Systemax, Inc. D/B/A Compusa, Tigerdirect, Inc.. (mll, ) (Additional attachment(s) added on 7/22/2010: # 1 Exhibit) (mll, ). (Entered: 07/22/2010) |
| | | |

| 07/26/2010 | 12 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Trippe Manufacturing Company D/B/A Tripp Lite.( Saret, Larry) (Entered: 07/26/2010) |
| 07/26/2010 | 13 | NOTICE of Attorney Appearance by David W Denenberg on behalf of Compusa.com, Inc., New Compusa Corporation, Systemax, Inc. D/B/A Compusa, Tigerdirect, Inc. (Denenberg, David) (Entered: 07/26/2010) |
| 07/27/2010 | 14 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Radioshack Corporation.( Joe, Christopher) (Entered: 07/27/2010) |
| 07/27/2010 | 15 | ORDER that plaintiff file a notice that the case is ready for scheduling conference when all of the defendants have either answered or filed a motion to transfer or dismiss. The notice shall be filed within five days of the last remaining defendant's answer or motion. Signed by Judge Leonard Davis on 07/27/10. cc:attys 7-28-10(mll, ) (Entered: 07/28/2010) |
| 07/29/2010 | 16 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Systemax, Inc. D/B/A Compusa.( Denenberg, David) (Entered: 07/29/2010) |
| 07/29/2010 | 17 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Compusa.com, Inc..( Denenberg, David) (Entered: 07/29/2010) |
| 07/29/2010 | 18 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re New Compusa Corporation.( Denenberg, David) (Entered: 07/29/2010) |
| 07/29/2010 | 19 | Defendant's Unopposed First Application for |

| | | Extension of Time to Answer Complaint re Tigerdirect, Inc..( Denenberg, David) (Entered: 07/29/2010) |
|---|---|---|
| 07/30/2010 | 20 | APPLICATION to Appear Pro Hac Vice by Attorney Larry Saret for Trippe Manufacturing Company D/B/A Tripp Lite. (mll, ) (Entered: 07/30/2010) |
| 07/30/2010 | 21 | APPLICATION to Appear Pro Hac Vice by Attorney David L De Bruin for Trippe Manufacturing Company D/B/A Tripp Lite. (mll, ) (Entered: 07/30/2010) |
| 07/30/2010 | 22 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Hewlett-Packard Company.(Daniels, Steven) (Entered: 07/30/2010) |
| 07/30/2010 | 23 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Micro Electronics, Inc. DBA Micro Center.(Daniels, Steven) (Entered: 07/30/2010) |
| 07/30/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 12 is granted pursuant to Local Rule CV-12 for Trippe Manufacturing Company D/B/A Tripp Lite to 9/4/2010. 30 Days Granted for Deadline Extension. ( mll, ) (Entered: 07/30/2010) |
| 07/30/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 14 is granted pursuant to Local Rule CV-12 for Radioshack Corporation to 9/6/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 07/30/2010) |
| 07/30/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 16 is granted pursuant to Local Rule CV-12 for |

| | | |
|---|---|---|
| | | Systemax, Inc. D/B/A Compusa to 9/9/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 07/30/2010) |
| 07/30/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 17 is granted pursuant to Local Rule CV-12 for Compusa.com, Inc. to 9/9/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 07/30/2010) |
| 07/30/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 18 is granted pursuant to Local Rule CV-12 for New Compusa Corporation to 9/9/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 07/30/2010) |
| 07/30/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 19 is granted pursuant to Local Rule CV-12 for Tigerdirect, Inc. to 9/9/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 07/30/2010) |
| 07/30/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 22 is granted pursuant to Local Rule CV-12 for Hewlett-Packard Company to 9/3/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 07/30/2010) |
| 07/30/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 23 is granted pursuant to Local Rule CV-12 for Micro Electronics, Inc. DBA Micro Center to 9/3/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 07/30/2010) |
| 08/02/2010 | 🔒 24 | E-GOV SEALED SUMMONS REISSUED as to Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone. |

| | | |
|---|---|---|
| | | (mll, ) (Entered: 08/02/2010) |
| 08/02/2010 | 25 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Jasco Products Company LLC D/B/A Jasco Products Company D/B/A Jasco.(Smith, Michael) (Entered: 08/02/2010) |
| 08/02/2010 | 26 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Target Corp..(Smith, Michael) (Entered: 08/02/2010) |
| 08/02/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 25 is granted pursuant to Local Rule CV-12 for Jasco Products Company LLC D/B/A Jasco Products Company D/B/A Jasco to 9/3/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/02/2010) |
| 08/02/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 26 is granted pursuant to Local Rule CV-12 for Target Corp. to 9/3/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/02/2010) |
| 08/02/2010 | 27 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Office Depot, Inc..(Daniels, Steven) (Entered: 08/02/2010) |
| 08/02/2010 | 28 | NOTICE of Attorney Appearance by Justin Neil Stewart on behalf of Newegg, Inc., Newegg.com, Inc., Rosewill Inc. (Stewart, Justin) (Entered: 08/02/2010) |
| 08/02/2010 | 29 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Rosewill Inc..( Stewart, Justin) (Entered: 08/02/2010) |
| 08/02/2010 | 30 | Defendant's Unopposed First Application for |

| | | Extension of Time to Answer Complaint re Newegg, Inc..( Stewart, Justin) (Entered: 08/02/2010) |
|---|---|---|
| 08/02/2010 | 31 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Newegg.com, Inc..( Stewart, Justin) (Entered: 08/02/2010) |
| 08/02/2010 | 32 | Return of Service Executed as to Wal-Mart Stores, Inc. on 7/14/2010, by cert mail; answer due: 8/4/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 33 | Return of Service Executed as to Trippe Manufacturing Company D/B/A Tripp Lite on 7/15/2010, by cert mail. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 34 | Return of Service Executed as to Target Corp. on 7/14/2010, by cert mail. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 35 | Return of Service Executed as to Systemax, Inc. D/B/A Compusa on 7/16/2010, by cert mail. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 36 | Return of Service Executed as toSoftware Brokers of America Inc. DBA Intcomex Corporation D/B/A Intcomex on 7/15/2010, by cert mail; answer due: 8/5/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 37 | Return of Service Executed as to SDI Technologies, Inc. on 7/14/2010, by cert mail; answer due: 8/4/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 38 | Return of Service Executed as to Sakar, Inc. on 7/15/2010, by cert mail; answer due: 8/5/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 39 | Return of Service Executed as to Sakar International, Inc. on 7/15/2010, by cert mail; answer due: 8/5/2010. (mll, ) (Entered: 08/03/2010) |

| 08/02/2010 | 40 | Return of Service Executed as to Rosewill Inc. on 7/16/2010, by cert mail; answer due: 8/6/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 41 | Return of Service Executed as to Radioshack Corporation on 7/14/2010, by cert mail. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 42 | Return of Service Executed as to Phoebe Micro Inc. on 7/14/2010, by cert mail; answer due: 8/4/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 43 | Return of Service Executed as to Overstock.com, Inc. on 7/15/2010, by cert mail; answer due: 8/5/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 44 | Return of Service Executed as to Office Depot, Inc. on 7/15/2010, by cert mail; answer due: 8/5/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 45 | Return of Service Executed as to Newegg.com, Inc. on 7/16/2010, by cert mail; answer due: 8/6/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 46 | Return of Service Executed as to Newegg, Inc. on 7/15/2010, by cert mail; answer due: 8/5/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 47 | Return of Service Executed as to New Compusa Corporation on 7/15/2010, by cert mail. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 48 | Return of Service Executed as to Micro Electronics, Inc. DBA Micro Center on 7/14/2010, by cert mail. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 49 | Return of Service Executed as to Mace Group, Inc. on 7/16/2010, by cert mail; answer due: 8/6/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 50 | Return of Service Executed as to Macally Peripherals, Inc. D/B/A Macally U.S.A. on |

| | | |
|---|---|---|
| | | 7/16/2010, by cert mail; answer due: 8/6/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | [51](#) | Return of Service Executed as to Klip Extreme LLC on 7/15/2010, by cert mail; answer due: 8/5/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | [52](#) | Return of Service Executed as to Jwin Electronics Corporation on 7/15/2010, by cert mail; answer due: 8/5/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | [53](#) | Return of Service Executed as to Intcomex, Inc. on 7/15/2010, by cert mail; answer due: 8/5/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | [54](#) | Return of Service Executed as to Hewlett-Packard Company on 7/14/2010, by cert mail. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | [55](#) | Return of Service Executed as to General Electric Company on 7/15/2010, by cert mail; answer due: 8/5/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | [56](#) | Return of Service Executed as to Gear Head, LLC on 7/15/2010, by cert mail; answer due: 8/5/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | [57](#) | Return of Service Executed as to Fry's Electronics Inc on 7/16/2010, by cert mail; answer due: 8/6/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | [58](#) | Return of Service Executed as to Eastman Kodak Company on 7/14/2010, by cert mail; answer due: 8/4/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | [59](#) | Return of Service Executed as to Dell, Inc., on 7/14/2010, by cert mail; answer due: 8/4/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | [60](#) | Return of Service Executed as to Compusa.com, Inc. on 7/14/2010, by cert mail. (mll, ) (Entered: 08/03/2010) |
| | | |

| 08/02/2010 | 61 | Return of Service Executed as to CDW, Inc. on 7/15/2010, by cert mail; answer due: 8/5/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 62 | Return of Service Executed as to CDW Corporation F/K/A CDW Computer Centers, Inc. on 7/15/2010, by cert mail; answer due: 8/5/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 64 | Return of Service Executed as to Auditek Corporation on 7/14/2010, by cert mail; answer due: 8/4/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 65 | Return of Service Executed as to Amazon.com, Inc. on 7/15/2010, by cert mail; answer due: 8/5/2010. (mll, ) (Entered: 08/03/2010) |
| 08/03/2010 | 63 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Fry's Electronics Inc.(Daniels, Steven) (Entered: 08/03/2010) |
| 08/03/2010 | 66 | NOTICE of Attorney Appearance by Salumeh R Loesch on behalf of Amazon.com, Inc. (Loesch, Salumeh) (Entered: 08/03/2010) |
| 08/03/2010 | 67 | CORPORATE DISCLOSURE STATEMENT filed by Amazon.com, Inc. (Loesch, Salumeh) (Entered: 08/03/2010) |
| 08/03/2010 | 68 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Amazon.com, Inc..( Loesch, Salumeh) (Entered: 08/03/2010) |
| 08/03/2010 | 69 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Wal-Mart Stores, Inc..( deGyarfas, Victor) (Entered: 08/03/2010) |
| 08/03/2010 | 70 | NOTICE of Attorney Appearance by Jennifer Parker Ainsworth on behalf of Eastman Kodak |

| | | |
|---|---|---|
| | | Company (Ainsworth, Jennifer) (Entered: 08/03/2010) |
| 08/03/2010 | 71 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Eastman Kodak Company.( Ainsworth, Jennifer) (Entered: 08/03/2010) |
| 08/03/2010 | 72 | NOTICE of Attorney Appearance by Roger Joseph Fulghum on behalf of Dell, Inc., (Fulghum, Roger) (Entered: 08/03/2010) |
| 08/03/2010 | 73 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Dell, Inc.,.( Fulghum, Roger) (Entered: 08/03/2010) |
| 08/03/2010 | 74 | Return of Service Executed as to Blue Microphones, LLC on 7/22/2010, by cert mail; answer due: 8/12/2010. (mll, ) (Entered: 08/03/2010) |
| 08/03/2010 | 75 | Return of Service Executed as to KMart Corporation on 7/16/2010, by cert mail; answer due: 8/6/2010. (mll, ) (Entered: 08/03/2010) |
| 08/03/2010 | 76 | Return of Service Executed as to Sears Holdings Corporation D/B/A Sears on 7/16/2010, by cert mail; answer due: 8/6/2010. (mll, ) (Entered: 08/03/2010) |
| 08/03/2010 | 77 | Return of Service Executed as to Sears, Roebuck and Company on 7/16/2010, by cert mail; answer due: 8/6/2010. (mll, ) (Entered: 08/03/2010) |
| 08/03/2010 | 78 | Return of Service Executed as to Cobra Digital, LLC on 7/15/2010, by cert mail; answer due: 8/5/2010. (mll, ) (Entered: 08/03/2010) |
| 08/03/2010 | 79 | Return of Service Executed as to Sears Brands, LLC on 7/20/2010, by cert mail; answer due: 8/10/2010. (mll, ) (Entered: 08/03/2010) |
| | | |

| 08/03/2010 | 80 | Return of Service Executed as to Lifeworks Technology Group, LLC on 7/23/2010, by cert mail; answer due: 8/13/2010. (mll, ) (Entered: 08/03/2010) |
| 08/03/2010 | 81 | Return of Service Executed as to Tigerdirect, Inc. on 7/23/2010, by cert mail. (mll, ) (Entered: 08/03/2010) |
| 08/03/2010 | 82 | NOTICE of Attorney Appearance by Victor deGyarfas on behalf of Wal-Mart Stores, Inc. (deGyarfas, Victor) (Entered: 08/03/2010) |
| 08/04/2010 | 83 | NOTICE of Attorney Appearance by Paula Diane Heyman on behalf of Dell, Inc., (Heyman, Paula) (Entered: 08/04/2010) |
| 08/04/2010 | 84 | NOTICE of Attorney Appearance by Scott F Partridge on behalf of Dell, Inc., (Partridge, Scott) (Entered: 08/04/2010) |
| 08/04/2010 | 85 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV-12 for Phoebe Micro Inc. to 9/4/2010. 30 Days Granted for Deadline Extension. ( mll, ) (mll, ). (Entered: 08/04/2010) |
| 08/04/2010 | 86 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Intcomex, Inc..( Wong, Russell) (Entered: 08/04/2010) |
| 08/04/2010 | 87 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Klip Extreme LLC.( Wong, Russell) (Entered: 08/04/2010) |
| 08/04/2010 | 88 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Software Brokers of America Inc. DBA Intcomex Corporation D/B/A Intcomex.( Wong, Russell) |

|  |  |  |
|---|---|---|
|  |  | (Entered: 08/04/2010) |
| 08/04/2010 | 89 | APPLICATION to Appear Pro Hac Vice by Attorney Ezra Sutton for Fry's Electronics Inc, Sakar International, Inc.. (mll, ) (Entered: 08/04/2010) |
| 08/04/2010 | 90 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Sakar International, Inc., Sakar, Inc..( Sutton, Ezra) (Entered: 08/04/2010) |
| 08/04/2010 | 91 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Fry's Electronics Inc.( Sutton, Ezra) (Entered: 08/04/2010) |
| 08/04/2010 | 92 | APPLICATION to Appear Pro Hac Vice by Attorney Peter I Sanborn for Jasco Products Company LLC D/B/A Jasco Products Company D/B/A Jasco, Target Corp.. (mll, ) (Entered: 08/04/2010) |
| 08/04/2010 | 93 | APPLICATION to Appear Pro Hac Vice by Attorney R David Donoghue for Jasco Products Company LLC D/B/A Jasco Products Company D/B/A Jasco, Target Corp.. (mll, ) (Entered: 08/04/2010) |
| 08/04/2010 | 94 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Overstock.com, Inc..( Shield, Christopher) (Entered: 08/04/2010) |
| 08/05/2010 | 95 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re SDI Technologies, Inc..( Maloney, Collin) (Entered: 08/05/2010) |
| 08/05/2010 | 96 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re |

| | | Lifeworks Technology Group, LLC.( Maloney, Collin) (Entered: 08/05/2010) |
|---|---|---|
| 08/05/2010 | 97 | NOTICE of Attorney Appearance by Anthony S Gabrielson on behalf of CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., CDW, LLC (Gabrielson, Anthony) (Entered: 08/05/2010) |
| 08/05/2010 | 98 | MOTION to Dismiss by CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., CDW, LLC. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Gabrielson, Anthony) (Entered: 08/05/2010) |
| 08/06/2010 | 99 | ***Filed In Error. Please See Entry 100 For Correction.*** CORPORATE DISCLOSURE STATEMENT filed by CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., CDW, LLC (Gabrielson, Anthony) Modified on 8/6/2010 (gsg). (Entered: 08/06/2010) |
| 08/06/2010 | | ***FILED IN ERROR. Document #99, Corporate Disclosure. PLEASE IGNORE.*** (gsg) (Entered: 08/06/2010) |
| 08/06/2010 | 100 | CORPORATE DISCLOSURE STATEMENT filed by CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., CDW, LLC identifying Corporate Parent VH Holdings, Inc. for CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., CDW, LLC. (Gabrielson, Anthony) (Entered: 08/06/2010) |
| 08/06/2010 | 101 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Jwin Electronics Corporation.( Jones, Michael) (Entered: 08/06/2010) |
| 08/09/2010 | 102 | APPLICATION to Appear Pro Hac Vice by Attorney Benjamin T Horton for CDW Corporation |

| | | |
|---|---|---|
| | | F/K/A CDW Computer Centers, Inc., CDW, Inc.. (mll, ) (Entered: 08/09/2010) |
| 08/09/2010 | [103](#) | APPLICATION to Appear Pro Hac Vice by Attorney Thomas L Duston for CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc.. (mll, ) (Entered: 08/09/2010) |
| 08/09/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint [27](#) is granted pursuant to Local Rule CV-12 for Office Depot, Inc. to 9/3/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/09/2010) |
| 08/09/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint [29](#) is granted pursuant to Local Rule CV-12 for Rosewill Inc. to 9/9/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/09/2010) |
| 08/09/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint [30](#) is granted pursuant to Local Rule CV-12 for Newegg, Inc. to 9/9/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/09/2010) |
| 08/09/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint [31](#) is granted pursuant to Local Rule CV-12 for Newegg.com, Inc. to 9/9/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/09/2010) |
| 08/09/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint [63](#) is granted pursuant to Local Rule CV-12 for Fry's Electronics Inc to 9/3/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/09/2010) |
| 08/09/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint [68](#) is granted pursuant to Local Rule CV-12 for |

| | | |
|---|---|---|
| | | Amazon.com, Inc. to 9/7/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/09/2010) |
| 08/09/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 69 is granted pursuant to Local Rule CV-12 for Wal-Mart Stores, Inc. to 9/3/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/09/2010) |
| 08/09/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 71 is granted pursuant to Local Rule CV-12 for Eastman Kodak Company to 9/3/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/09/2010) |
| 08/09/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 73 is granted pursuant to Local Rule CV-12 for Dell, Inc., to 9/3/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/09/2010) |
| 08/09/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 86 is granted pursuant to Local Rule CV-12 for Intcomex, Inc. to 9/7/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/09/2010) |
| 08/09/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 87 is granted pursuant to Local Rule CV-12 for Klip Extreme LLC to 9/7/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/09/2010) |
| 08/09/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 88 is granted pursuant to Local Rule CV-12 for Software Brokers of America Inc. DBA Intcomex Corporation D/B/A Intcomex to 9/7/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/09/2010) |
| | | |

| | | |
|---|---|---|
| 08/09/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 90 is granted pursuant to Local Rule CV-12 for Sakar International, Inc. to 9/3/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/09/2010) |
| 08/09/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 91 is granted pursuant to Local Rule CV-12 for Fry's Electronics Inc. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/09/2010) |
| 08/09/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 94 is granted pursuant to Local Rule CV-12 for Overstock.com, Inc. to 9/7/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/09/2010) |
| 08/09/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 95 is granted pursuant to Local Rule CV-12 for SDI Technologies, Inc. to 9/3/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/09/2010) |
| 08/09/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 96 is granted pursuant to Local Rule CV-12 for Lifeworks Technology Group, LLC to 9/13/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/09/2010) |
| 08/09/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 101 is granted pursuant to Local Rule CV-12 for Jwin Electronics Corporation to 9/7/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/09/2010) |
| 08/09/2010 | 104 | APPLICATION to Appear Pro Hac Vice by |

| | | Attorney James E Geringer for Amazon.com, Inc.. (mll, ) (Entered: 08/10/2010) |
|---|---|---|
| 08/10/2010 | 105 | NOTICE of Change of Address by John J Edmonds (Edmonds, John) (Entered: 08/10/2010) |
| 08/10/2010 | 106 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re KMart Corporation.( Shield, Christopher) (Entered: 08/10/2010) |
| 08/10/2010 | 107 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Sears Brands, LLC.( Shield, Christopher) (Entered: 08/10/2010) |
| 08/10/2010 | 108 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Sears, Roebuck and Company.( Shield, Christopher) (Entered: 08/10/2010) |
| 08/10/2010 | 109 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Sears Holdings Corporation D/B/A Sears.( Shield, Christopher) (Entered: 08/10/2010) |
| 08/11/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 106 is granted pursuant to Local Rule CV-12 for KMart Corporation to 9/7/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/11/2010) |
| 08/11/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 107 is granted pursuant to Local Rule CV-12 for Sears Brands, LLC to 9/9/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/11/2010) |
| 08/11/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 108 is granted pursuant to Local Rule CV-12 for Sears, |

| | | Roebuck and Company to 9/7/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/11/2010) |
|---|---|---|
| 08/11/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 109 is granted pursuant to Local Rule CV-12 for Sears Holdings Corporation D/B/A Sears to 9/7/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/11/2010) |
| 08/13/2010 | 110 | NOTICE of Attorney Appearance by Allen Franklin Gardner on behalf of Jwin Electronics Corporation (Gardner, Allen) (Entered: 08/13/2010) |
| 08/16/2010 | 111 | AMENDED COMPLAINT against Amazon.com, Inc., Auditek Corporation, Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Blue Microphones, LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., CDW, LLC, Cobra Digital, LLC, Compusa.com, Inc., Creative Labs, Inc.,, Creative Technology Ltd, Dell, Inc.,, Digital Innovations, LLC, Eastman Kodak Company, Ezonics Corporation D/B/A Ezonics Corporation USA D/B/A Ezonics, Fry's Electronics Inc, Gear Head, LLC, General Electric Company, Hewlett-Packard Company, Intcomex, Inc., Jasco Products Company LLC D/B/A Jasco Products Company D/B/A Jasco, Jwin Electronics Corporation, KMart Corporation, Klip Extreme LLC, Lifeworks Technology Group, LLC, Macally Peripherals, Inc. D/B/A Macally U.S.A., Mace Group, Inc., Micro Electronics, Inc. DBA Micro Center, New Compusa Corporation, Newegg, Inc., Newegg.com, Inc., Office Depot, Inc., Overstock.com, Inc., Phoebe Micro Inc., Prolynkz, LLC, Radioshack Corporation, Rosewill Inc., SDI Technologies, Inc., Sakar International, Inc., Sakar, Inc., Sears Brands, LLC, Sears |

| | | |
|---|---|---|
| | | Holdings Corporation D/B/A Sears, Sears, Roebuck and Company, Software Brokers of America Inc. DBA Intcomex Corporation D/B/A Intcomex, Systemax, Inc. D/B/A Compusa, Target Corp., Tigerdirect, Inc., Trippe Manufacturing Company D/B/A Tripp Lite, Wal-Mart Stores, Inc., filed by AdjustaCam LLC.(Edmonds, John) (Entered: 08/16/2010) |
| 08/16/2010 | 🔒 | (Court only) ***Party defendants Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, CONNS, INC. D/B/A CONNS, J&R ELECTRONICS INC. D/B/A J&R, KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., SOLID YEAR CO., LTD. and WALGREEN CO. D/B/A WALGREENS added, per 111 First Amended Complaint. (mll, ) (Entered: 08/18/2010) |
| 08/18/2010 | 🔒 112 | E-GOV SEALED SUMMONS Issued as to Auditek Corporation, Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, Blue Microphones, LLC, CONNS, INC. D/B/A CONNS, Cobra Digital, LLC, Creative Labs, Inc.,, Creative Technology Ltd, Digital Innovations, LLC, Ezonics Corporation D/B/A Ezonics Corporation USA D/B/A Ezonics, Gear Head, LLC, J&R ELECTRONICS INC. D/B/A J&R, KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Macally Peripherals, Inc. D/B/A Macally U.S.A., Mace Group, Inc., Phoebe Micro Inc., Prolynkz, LLC, SOLID YEAR CO., LTD., WALGREEN CO. D/B/A WALGREENS, and emailed to pltf for service. (mll, ) (Entered: 08/18/2010) |
| 08/23/2010 | 🔒 113 | E-GOV SEALED SUMMONS REISSUED as to Systemax, Inc. D/B/A Compusa. (mll, ) (Entered: 08/23/2010) |
| | | |

| 08/23/2010 | 114 | RESPONSE to Motion re 98 MOTION to Dismiss *of CDW filed by AdjustaCam LLC*. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Edmonds, John) (Additional attachment(s) added on 8/26/2010: # 3 Text of Proposed Order) (kls, ). (Entered: 08/23/2010) |
| 08/23/2010 | 115 | Return of Service Executed as to Jasco Products Company LLC D/B/A Jasco Products Company D/B/A Jasco on 8/2/2010, by cert mail. (mll, ) (Entered: 08/24/2010) |
| 08/25/2010 | 116 | Defendant's Unopposed first Application for Extension of Time to Answer Complaint re Blue Microphones, LLC.( Harris, Michael) (Entered: 08/25/2010) |
| 08/26/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 116 is granted pursuant to Local Rule CV-12 for Blue Microphones, LLC to 9/13/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/26/2010) |
| 08/26/2010 | 🔒 117 | E-GOV SEALED SUMMONS REISSUED as to CDW, Inc.. (mll, ) (Entered: 08/26/2010) |
| 08/30/2010 | 118 | Emergency MOTION for Extension of Time to File Answer re 111 Amended Complaint,,,,, *and Request for Expedited Briefing* by Fry's Electronics Inc, Hewlett-Packard Company, Micro Electronics, Inc. DBA Micro Center, Office Depot, Inc.. (Attachments: # 1 Text of Proposed Order Proposed Order for Expedited Breifing, # 2 Text of Proposed Order Proposed Order for Extension of Time) (Daniels, Steven) (Entered: 08/30/2010) |
| 08/30/2010 | 119 | NOTICE of Voluntary Dismissal by AdjustaCam LLC (Attachments: # 1 Text of Proposed Order Proposed Order)(Robinson, Erick) (Entered: |

| | | 08/30/2010) |
|---|---|---|
| 08/31/2010 | 120 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Intcomex, Inc..( Wong, Russell) (Entered: 08/31/2010) |
| 08/31/2010 | 121 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Klip Extreme LLC.( Wong, Russell) (Entered: 08/31/2010) |
| 08/31/2010 | 122 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Software Brokers of America Inc. DBA Intcomex Corporation D/B/A Intcomex.( Wong, Russell) (Entered: 08/31/2010) |
| 08/31/2010 | | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint 120 is granted pursuant to Local Rule CV-12 for Intcomex, Inc. to 9/21/2010. 14 Days Granted for Deadline Extension.( mll, ) (Entered: 08/31/2010) |
| 08/31/2010 | | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint 121 is granted pursuant to Local Rule CV-12 for Klip Extreme LLC to 9/21/2010. 14 Days Granted for Deadline Extension.( mll, ) (Entered: 08/31/2010) |
| 08/31/2010 | | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint 122 is granted pursuant to Local Rule CV-12 for Software Brokers of America Inc. DBA Intcomex Corporation D/B/A Intcomex to 9/21/2010. 14 Days Granted for Deadline Extension.( mll, ) (Entered: 08/31/2010) |
| 08/31/2010 | 123 | ORDER granting 118 Motion for Expedited Briefing. Pltf's responsive brief shall be due 9-01-2010, and defts' reply is due before 12:00 p.m. on 9- |

| | | 02-2010. Signed by Judge Leonard Davis on 08/31/10. cc:attys 8-31-10 (mll, ) (Entered: 08/31/2010) |
|---|---|---|
| 08/31/2010 | 124 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone. ( Harris, Michael) (Entered: 08/31/2010) |
| 09/01/2010 | 125 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re: KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., and Sakar International, Inc..( Sutton, Ezra) (Entered: 09/01/2010) |
| 09/01/2010 | 126 | RESPONSE to Motion re 118 Emergency MOTION for Extension of Time to File Answer re 111 Amended Complaint,,,,, *and Request for Expedited Briefing*Emergency MOTION for Extension of Time to File Answer re 111 Amended Complaint,,,,, *and Request for Expedited Briefing* filed by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order)(Edmonds, John) (Entered: 09/01/2010) |
| 09/01/2010 | 127 | ORDER granting 119 Notice of Voluntary Dismissal filed by AdjustaCam LLC. Pltf's claims against deft SDI Technologies Inc are dismissed without prejudice. Signed by Judge Leonard Davis on 09/01/10. cc:attys 9-02-10(mll, ) (Entered: 09/02/2010) |
| 09/01/2010 | 🔒 | (Court only) *** Party deft SDI Technologies, Inc. terminated per 127 Order of partial dismissal. (mll, ) (Entered: 09/02/2010) |
| 09/02/2010 | 128 | REPLY to Response to Motion re 118 Emergency MOTION for Extension of Time to File Answer re 111 Amended Complaint,,,,, *and Request for* |

| | | *Expedited Briefing*Emergency MOTION for Extension of Time to File Answer re 111 Amended Complaint,,,,, *and Request for Expedited Briefing filed by Fry's Electronics Inc, Hewlett-Packard Company, Micro Electronics, Inc. DBA Micro Center, Office Depot, Inc..* (Daniels, Steven) (Entered: 09/02/2010) |
|---|---|---|
| 09/02/2010 | 129 | NOTICE of Attorney Appearance by Roger Brian Craft on behalf of Fry's Electronics Inc (Craft, Roger) (Entered: 09/02/2010) |
| 09/02/2010 | 130 | NOTICE of Attorney Appearance by Roger Brian Craft on behalf of Hewlett-Packard Company (Craft, Roger) (Entered: 09/02/2010) |
| 09/02/2010 | 131 | NOTICE of Attorney Appearance by Roger Brian Craft on behalf of Micro Electronics, Inc. DBA Micro Center (Craft, Roger) (Entered: 09/02/2010) |
| 09/02/2010 | 132 | NOTICE of Attorney Appearance by Roger Brian Craft on behalf of Office Depot, Inc. (Craft, Roger) (Entered: 09/02/2010) |
| 09/02/2010 | 133 | NOTICE of Attorney Appearance by Eric Hugh Findlay on behalf of Fry's Electronics Inc (Findlay, Eric) (Entered: 09/02/2010) |
| 09/02/2010 | 134 | NOTICE of Attorney Appearance by Eric Hugh Findlay on behalf of Hewlett-Packard Company (Findlay, Eric) (Entered: 09/02/2010) |
| 09/02/2010 | 135 | NOTICE of Attorney Appearance by Eric Hugh Findlay on behalf of Micro Electronics, Inc. DBA Micro Center (Findlay, Eric) (Entered: 09/02/2010) |
| 09/02/2010 | 136 | NOTICE of Attorney Appearance by Eric Hugh Findlay on behalf of Office Depot, Inc. (Findlay, Eric) (Entered: 09/02/2010) |
| 09/02/2010 | 137 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Eastman |

| | | Kodak Company.( Ainsworth, Jennifer) (Entered: 09/02/2010) |
|---|---|---|
| 09/02/2010 | 138 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Overstock.com, Inc..( Shield, Christopher) (Entered: 09/02/2010) |
| 09/02/2010 | 139 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Sears Brands, LLC.( Shield, Christopher) (Entered: 09/02/2010) |
| 09/02/2010 | 140 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Sears Holdings Corporation D/B/A Sears.( Shield, Christopher) (Entered: 09/02/2010) |
| 09/02/2010 | 141 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Sears, Roebuck and Company.( Shield, Christopher) (Entered: 09/02/2010) |
| 09/02/2010 | 142 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re KMart Corporation.( Shield, Christopher) (Entered: 09/02/2010) |
| 09/02/2010 | 143 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc.( Horton, Benjamin) (Entered: 09/02/2010) |
| 09/02/2010 | 144 | SUR-REPLY to Reply to Response to Motion re 118 Emergency MOTION for Extension of Time to File Answer re 111 Amended Complaint,,,,, *and Request for Expedited Briefing*Emergency MOTION for Extension of Time to File Answer re 111 Amended Complaint,,,,, *and Request for Expedited Briefing filed by AdjustaCam LLC.* |

| | | (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Edmonds, John) (Entered: 09/02/2010) |
|---|---|---|
| 09/02/2010 | 145 | ORDER **GRANTING** 118 Emergency MOTION for Extension of Time to File Answer re 111 Amended Complaint *and Request for Expedited Briefing* filed by Micro Electronics, Inc. DBA Micro Center, Office Depot, Inc., Fry's Electronics Inc, Hewlett-Packard Company. Signed by Judge Leonard Davis on 9/2/2010. (gsg) (Entered: 09/03/2010) |
| 09/03/2010 | 146 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Trippe Manufacturing Company D/B/A Tripp Lite.( Saret, Larry) (Entered: 09/03/2010) |
| 09/03/2010 | 147 | MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* by Wal-Mart Stores, Inc.. (Attachments: # 1 Affidavit of Victor de Gyarfas, # 2 Exhibit 1 to de Gyarfas Decl, # 3 Exhibit 2 to de Gyarfas Decl, # 4 Exhibit 3 to de Gyarfas Decl, # 5 Exhibit 4 to de Gyarfas Decl, # 6 Exhibit 5 to de Gyarfas Decl, # 7 Exhibit 6 to de Gyarfas Decl, # 8 Exhibit 7 to de Gyarfas Decl, # 9 Exhibit 8 to de Gyarfas Decl, # 10 Text of Proposed Order)(deGyarfas, Victor) (Entered: 09/03/2010) |
| 09/03/2010 | 148 | NOTICE of Disclosure by Wal-Mart Stores, Inc. (deGyarfas, Victor) (Entered: 09/03/2010) |
| 09/03/2010 | 149 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Jwin Electronics Corporation.( Jones, Michael) (Entered: 09/03/2010) |
| 09/03/2010 | 150 | *Defendant Dell Inc's* ANSWER to 111 Amended Complaint,,,,, *and*, COUNTERCLAIM against AdjustaCam LLC by Dell, Inc.,.(Fulghum, Roger) (Entered: 09/03/2010) |

| 09/03/2010 | 151 | CORPORATE DISCLOSURE STATEMENT filed by Dell, Inc., (Fulghum, Roger) (Entered: 09/03/2010) |
|---|---|---|
| 09/03/2010 | 152 | ***DOCUMENT FILED IN ERROR. PLEASE DISREGARD.*** MOTION to Join Defendant Wal-Mart Stores, Inc.s Partial Motion to Dismiss for Failure to State a Claim re 147 MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12 (B)(6)* MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* by Jasco Products Company LLC D/B/A Jasco Products Company D/B/A Jasco. (Attachments: # 1 Text of Proposed Order)(Smith, Michael) Modified on 9/7/2010 (mjc, ). (Entered: 09/03/2010) |
| 09/03/2010 | 153 | ANSWER to 111 Amended Complaint,,,,, by Jasco Products Company LLC D/B/A Jasco Products Company D/B/A Jasco.(Smith, Michael) (Entered: 09/03/2010) |
| 09/03/2010 | 154 | CORPORATE DISCLOSURE STATEMENT filed by Jasco Products Company LLC D/B/A Jasco Products Company D/B/A Jasco identifying Corporate Parent Jasco Products Company for Jasco Products Company LLC D/B/A Jasco Products Company D/B/A Jasco. (Smith, Michael) (Entered: 09/03/2010) |
| 09/03/2010 | 155 | ***DOCUMENT FILED IN ERROR. PLEASE DISREGARD.*** MOTION to Join Defendant Wal-Mart Stores, Inc.s Partial Motion to Dismiss for Failure to State a Claim re 147 MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12 (B)(6)* MOTION to Dismiss *[PARTIAL] FOR* |

| | | | *FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* by Target Corp.. (Attachments: # 1 Text of Proposed Order) (Smith, Michael) Modified on 9/7/2010 (mjc, ). (Entered: 09/03/2010) |
| 09/03/2010 | | 156 | ANSWER to 111 Amended Complaint,,,,, by Target Corp..(Smith, Michael) (Entered: 09/03/2010) |
| 09/03/2010 | | 157 | CORPORATE DISCLOSURE STATEMENT filed by Target Corp. identifying Corporate Parent Target Corporation for Target Corp.. (Smith, Michael) (Entered: 09/03/2010) |
| 09/03/2010 | | 158 | ***DOCUMENT FILED IN ERROR. PLEASE DISREGARD.*** MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim* by Dell, Inc.,. (Attachments: # 1 Text of Proposed Order) (Fulghum, Roger) Modified on 9/8/2010 (mjc, ). (Entered: 09/03/2010) |
| 09/03/2010 | | 159 | ANSWER and AFFIRMATIVE DEFENSES to 111 Amended Complaint, by Phoebe Micro Inc..(mll, ) (Entered: 09/07/2010) |
| 09/07/2010 | 🔒 | 160 | E-GOV SEALED SUMMONS REISSUED as to J&R ELECTRONICS INC. D/B/A J&R. (mll, ) (Entered: 09/07/2010) |
| 09/07/2010 | | | NOTICE of Deficiency regarding the 152 Motion to Join submitted by Jasco Products Company LLC D/B/A Jasco Products Company D/B/A Jasco. Document does not contain a Certificate of Conference. Correction should be made by one business day. (mjc, ) (Entered: 09/07/2010) |
| 09/07/2010 | | | NOTICE of Deficiency regarding the 155 Motion to Join submitted by Target Corp. Document does not |

| | | contain a Certificate of Conference. Correction should be made by one business day. (mjc, ) (Entered: 09/07/2010) |
|---|---|---|
| 09/07/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 124 is granted pursuant to Local Rule CV-12 for Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone to 10/6/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 09/07/2010) |
| 09/07/2010 | | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint 125 is granted pursuant to Local Rule CV-12 for KOHLS CORPORATION D/B/A KOHL'S to 9/17/2010; Sakar, Inc. to 9/17/2010; Kohl's Illinois, Inc. to 9/17/2010. 14 Days Granted for Deadline Extension.( mll, ) (Entered: 09/07/2010) |
| 09/07/2010 | | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint 137 is granted pursuant to Local Rule CV-12 for Eastman Kodak Company to 9/17/2010. 14 Days Granted for Deadline Extension.( mll, ) (Entered: 09/07/2010) |
| 09/07/2010 | | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint 138 is granted pursuant to Local Rule CV-12 for Overstock.com, Inc. to 9/17/2010. 13 Days Granted for Deadline Extension.( mll, ) (Entered: 09/07/2010) |
| 09/07/2010 | | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint 139 is granted pursuant to Local Rule CV-12 for Sears Brands, LLC to 9/17/2010. 8 Days Granted for Deadline Extension.( mll, ) (Entered: 09/07/2010) |
| 09/07/2010 | | Defendant's Unopposed Second Application for |

| | | |
|---|---|---|
| | | Extension of Time to Answer Complaint 140 is granted pursuant to Local Rule CV-12 for Sears Holdings Corporation D/B/A Sears to 9/17/2010. 12 Days Granted for Deadline Extension.( mll, ) (Entered: 09/07/2010) |
| 09/07/2010 | | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint 141 is granted pursuant to Local Rule CV-12 for Sears, Roebuck and Company to 9/17/2010. 12 Days Granted for Deadline Extension.( mll, ) (Entered: 09/07/2010) |
| 09/07/2010 | | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint 142 is granted pursuant to Local Rule CV-12 for KMart Corporation to 9/17/2010. 12 Days Granted for Deadline Extension.( mll, ) (Entered: 09/07/2010) |
| 09/07/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 143 is granted pursuant to Local Rule CV-12 for CDW, Inc. to 9/17/2010; CDW Corporation F/K/A CDW Computer Centers, Inc. to 9/17/2010. 15 Days Granted for Deadline Extension.( mll, ) (Entered: 09/07/2010) |
| 09/07/2010 | | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint 146 is granted pursuant to Local Rule CV-12 for Trippe Manufacturing Company D/B/A Tripp Lite to 9/14/2010. 7 Days Granted for Deadline Extension. ( mll, ) (Entered: 09/07/2010) |
| 09/07/2010 | | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint 149 is granted pursuant to Local Rule CV-12 for Jwin Electronics Corporation to 9/14/2010. 7 Days Granted for Deadline Extension.( mll, ) (Entered: 09/07/2010) |
| | | |

| 09/07/2010 | 161 | NOTICE by Jasco Products Company LLC D/B/A Jasco Products Company D/B/A Jasco re 147 MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6) (NOTICE OF JOINDER)* (Smith, Michael) (Entered: 09/07/2010) |
| --- | --- | --- |
| 09/07/2010 | 162 | NOTICE by Target Corp. re 147 MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12 (B)(6) (NOTICE OF JOINDER)* (Smith, Michael) (Entered: 09/07/2010) |
| 09/07/2010 | 163 | *Defendant Amazon.com, Inc.'s* ANSWER to 111 Amended Complaint,,,,, *For Patent Infringement*, COUNTERCLAIM against AdjustaCam LLC by Amazon.com, Inc..(Geringer, James) (Entered: 09/07/2010) |
| 09/08/2010 | | ***\*\*\*FILED IN ERROR. Document # 158 , Motion to Dismiss. CORRECTED DOCUMENT TO BE FILED BY ATTY. PLEASE IGNORE.\*\*\**** (mjc, ) (Entered: 09/08/2010) |
| 09/08/2010 | 164 | MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Corrected)* by Dell, Inc.,. (Attachments: # 1 Text of Proposed Order) (Fulghum, Roger) (Entered: 09/08/2010) |
| 09/08/2010 | 165 | NOTICE of Voluntary Dismissal by AdjustaCam LLC (Attachments: # 1 Text of Proposed Order) (Robinson, Erick) (Entered: 09/08/2010) |
| | | |

| 09/08/2010 | 166 | NOTICE of Disclosure by Compusa.com, Inc., New Compusa Corporation, Systemax, Inc. D/B/A Compusa, Tigerdirect, Inc. *Fed.R.Civ.P. 7.1 Disclosure Statement* (Denenberg, David) (Entered: 09/08/2010) |
|---|---|---|
| 09/08/2010 | 167 | **\*\*\*DISREGARD ENTRY - NOT SEARCHABLE PDF\*\*\***<br><br>*Defendants COMPUSA.COM, INC.'S, NEW COMPUSA CORP.'S, SYSTEMAX INC.'S AND TIGERDIRECT, INC.'S* ANSWER to 111 Amended Complaint,,,,,, COUNTERCLAIM against AdjustaCam LLC by Systemax, Inc. D/B/A Compusa, Tigerdirect, Inc., New Compusa Corporation, Compusa.com, Inc..(Denenberg, David) Modified on 9/10/2010 (kls, ). (Entered: 09/08/2010) |
| 09/08/2010 | 168 | NOTICE by Radioshack Corporation re 147 MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6) (Notice of Joinder)* (Smith, Michael) (Entered: 09/08/2010) |
| 09/08/2010 | 169 | ANSWER to 111 Amended Complaint,,,,, by Radioshack Corporation.(Smith, Michael) (Entered: 09/08/2010) |
| 09/08/2010 | 170 | CORPORATE DISCLOSURE STATEMENT filed by Radioshack Corporation identifying Corporate Parent None for Radioshack Corporation. (Smith, Michael) (Entered: 09/08/2010) |
| 09/09/2010 | 171 | *Newegg Inc. and Newegg.com Inc.'s* ANSWER to 111 Amended Complaint,,,,,, COUNTERCLAIM *and Affirmative Defenses* against AdjustaCam LLC |

| | | by Newegg.com, Inc., Newegg, Inc..(Stewart, Justin) (Entered: 09/09/2010) |
|---|---|---|
| 09/09/2010 | 172 | *Rosewill Inc.'s* ANSWER to 111 Amended Complaint,,,,,, COUNTERCLAIM *and Affirmative Defenses* against AdjustaCam LLC by Rosewill Inc..(Stewart, Justin) (Entered: 09/09/2010) |
| 09/09/2010 | 173 | CORPORATE DISCLOSURE STATEMENT filed by Newegg, Inc., Newegg.com, Inc. (Stewart, Justin) (Entered: 09/09/2010) |
| 09/09/2010 | 174 | CORPORATE DISCLOSURE STATEMENT filed by Rosewill Inc. identifying Corporate Parent Newegg Inc., Corporate Parent Magnell Associate Inc. for Rosewill Inc., Rosewill Inc.. (Stewart, Justin) (Entered: 09/09/2010) |
| 09/09/2010 | 175 | NOTICE by Newegg, Inc., Newegg.com, Inc. re 164 MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Corrected)* (Stewart, Justin) (Entered: 09/09/2010) |
| 09/09/2010 | 176 | NOTICE by Rosewill Inc. re 164 MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Corrected)* (Stewart, Justin) (Entered: 09/09/2010) |
| 09/10/2010 | 177 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Lifeworks Technology Group, LLC.( Maloney, Collin) (Entered: 09/10/2010) |
| 09/10/2010 | 178 | CORPORATE DISCLOSURE STATEMENT filed by Compusa.com, Inc., New Compusa Corporation, Systemax, Inc. D/B/A Compusa, Tigerdirect, Inc. (Denenberg, David) (Entered: 09/10/2010) |
| 09/10/2010 | 179 | RESPONSE to 111 Amended Complaint,,,,, |

| | | |
|---|---|---|
| | | *Defendants' Compusa.com, Inc.'s, New Compusa Corp.'s, Systemax Inc.'s and Tigerdirect, Inc.'s Answer to Plaintiff's First Amended Complaint* by Compusa.com, Inc., New Compusa Corporation, Systemax, Inc. D/B/A Compusa, Tigerdirect, Inc.. (Denenberg, David) (Entered: 09/10/2010) |
| 09/13/2010 | 180 | NOTICE by Dell, Inc., re 164 MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Corrected) Notice of Additional Authority* (Attachments: # 1 Exhibit A)(Fulghum, Roger) (Entered: 09/13/2010) |
| 09/13/2010 | 181 | *Conn's, Inc., d/b/a Conn's* ANSWER to 1 Complaint,,,,, *Defenses and*, COUNTERCLAIM against AdjustaCam LLC by CONNS, INC. D/B/A CONNS.(Adams, Kent) (Entered: 09/13/2010) |
| 09/13/2010 | | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint 177 is granted pursuant to Local Rule CV-12 for Lifeworks Technology Group, LLC to 9/17/2010. 5 Days Granted for Deadline Extension.( mll, ) (Entered: 09/13/2010) |
| 09/14/2010 | 182 | Defendant's Unopposed Third Application for Extension of Time to Answer Complaint re Trippe Manufacturing Company D/B/A Tripp Lite.( Saret, Larry) (Entered: 09/14/2010) |
| 09/14/2010 | 183 | Defendant's Unopposed Third Application for Extension of Time to Answer Complaint re Jwin Electronics Corporation.( Jones, Michael) (Entered: 09/14/2010) |
| 09/14/2010 | 184 | ORDER granting 165 Notice of Voluntary Dismissal filed by AdjustaCam LLC. Pltf's claims against deft Walgreen Co are dismissed without prejudice. Signed by Judge Leonard Davis on |

| | | |
|---|---|---|
| | | 09/14/10. cc:attys 9-15-10(mll, ) (Entered: 09/15/2010) |
| 09/14/2010 | 🔒 | (Court only) *** Party deft WALGREEN CO. D/B/A WALGREENS terminated per 184 Order of partial dismissal. (mll, ) (Entered: 09/15/2010) |
| 09/15/2010 | 185 | NOTICE of Voluntary Dismissal by AdjustaCam LLC (Attachments: # 1 Text of Proposed Order Prposed Order)(Edmonds, John) (Entered: 09/15/2010) |
| 09/15/2010 | 186 | Unopposed MOTION to Withdraw as Attorney *Michael E. Jones and Allen F. Gardner of the Potter Minton, PC law firm* by Jwin Electronics Corporation. (Attachments: # 1 Text of Proposed Order)(Jones, Michael) (Entered: 09/15/2010) |
| 09/15/2010 | 187 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Creative Labs, Inc.,.(Daniels, Steven) (Entered: 09/15/2010) |
| 09/16/2010 | | Defendant's Unopposed Third Application for Extension of Time to Answer Complaint 182 is granted pursuant to Local Rule CV-12 for Trippe Manufacturing Company D/B/A Tripp Lite to 9/20/2010. 6 Days Granted for Deadline Extension. ( mll, ) (Entered: 09/16/2010) |
| 09/16/2010 | | Defendant's Unopposed Third Application for Extension of Time to Answer Complaint 183 is granted pursuant to Local Rule CV-12 for Jwin Electronics Corporation to 9/21/2010. 7 Days Granted for Deadline Extension.( mll, ) (Entered: 09/16/2010) |
| 09/16/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 187 is granted pursuant to Local Rule CV-12 for Creative Labs, Inc., to 9/23/2010. 7 Days Granted for Deadline Extension.( mll, ) (Entered: 09/16/2010) |
| | | |

| 09/16/2010 | 188 | ***DOCUMENT FILED IN ERROR. PLEASE DISREGARD.*** *Defendant Sakar International, Inc.'s Answer to Amended Complaint, Affirmative Defenses, Counterclaims, and Jury Demand* ANSWER to 111 Amended Complaint,,,,,, COUNTERCLAIM against AdjustaCam LLC by Sakar International, Inc..(Sutton, Ezra) Modified on 9/20/2010 (mjc, ). (Entered: 09/16/2010) |
| --- | --- | --- |
| 09/16/2010 | 189 | ORDER granting 186 Motion to Withdraw as Attorney. Attorney Allen Franklin Gardner and Michael E Jones terminated. Signed by Judge Leonard Davis on 9/16/10. cc:attys 9-16-10 (mll, ) (Entered: 09/16/2010) |
| 09/16/2010 | 190 | Unopposed MOTION for Extension of Time to File Answer re 111 Amended Complaint,,,,, by KMart Corporation, Overstock.com, Inc., Sears Brands, LLC, Sears Holdings Corporation D/B/A Sears, Sears, Roebuck and Company. (Attachments: # 1 Text of Proposed Order proposed Order)(Barr, John) (Entered: 09/16/2010) |
| 09/17/2010 | 191 | *Defendant jWIN Electronics Corp's Original* ANSWER to 111 Amended Complaint,,,,, by Jwin Electronics Corporation.(Werner, Philip) (Entered: 09/17/2010) |
| 09/17/2010 | 192 | Defendant's Unopposed Third Application for Extension of Time to Answer Complaint re Software Brokers of America Inc. DBA Intcomex Corporation D/B/A Intcomex.( Wong, Russell) (Entered: 09/17/2010) |
| 09/17/2010 | 193 | Defendant's Unopposed Third Application for Extension of Time to Answer Complaint re Intcomex, Inc..( Wong, Russell) (Entered: 09/17/2010) |
| | | |

| 09/17/2010 | 194 | Defendant's Unopposed Third Application for Extension of Time to Answer Complaint re Klip Extreme LLC.( Wong, Russell) (Entered: 09/17/2010) |
| 09/17/2010 | 195 | E-GOV SEALED SUMMONS Issued as to SOLID YEAR CO., LTD. (kls, ) (Entered: 09/17/2010) |
| 09/17/2010 | 196 | NOTICE by Fry's Electronics Inc re 164 MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Corrected)*, 180 Notice (Other), Notice (Other) *Notice of Joinder* (Daniels, Steven) (Entered: 09/17/2010) |
| 09/17/2010 | 197 | NOTICE by Hewlett-Packard Company re 164 MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Corrected)*, 180 Notice (Other), Notice (Other) *Notice of Joinder* (Daniels, Steven) (Entered: 09/17/2010) |
| 09/17/2010 | 198 | NOTICE by Micro Electronics, Inc. DBA Micro Center re 164 MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Corrected)*, 180 Notice (Other), Notice (Other) *Notice of Joinder* (Daniels, Steven) (Entered: 09/17/2010) |
| 09/17/2010 | 199 | NOTICE by Office Depot, Inc. re 164 MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Corrected)*, 180 Notice (Other), Notice (Other) *Notice of Joinder* (Daniels, Steven) (Entered: 09/17/2010) |
| 09/17/2010 | 200 | *Defendants Kohl's Illinois, Inc. and Kohl's Corporation's Answer to Amended Complaint, Affirmative Defenses, Counterclaims, and Jury* |

| | | |
|---|---|---|
| | | *Demand* ANSWER to 1 Complaint,,,,,, COUNTERCLAIM against AdjustaCam LLC by Kohl's Illinois, Inc., KOHLS CORPORATION D/B/A KOHL'S.(Sutton, Ezra) (Entered: 09/17/2010) |
| 09/17/2010 | 201 | ANSWER to 111 Amended Complaint,,,,, by Fry's Electronics Inc.(Daniels, Steven) (Entered: 09/17/2010) |
| 09/17/2010 | 202 | ANSWER to 111 Amended Complaint,,,,, by Office Depot, Inc..(Daniels, Steven) (Entered: 09/17/2010) |
| 09/17/2010 | 203 | ANSWER to 111 Amended Complaint,,,,, by Hewlett-Packard Company.(Daniels, Steven) (Entered: 09/17/2010) |
| 09/17/2010 | 204 | ANSWER to 111 Amended Complaint,,,,, by Micro Electronics, Inc. DBA Micro Center.(Daniels, Steven) (Entered: 09/17/2010) |
| 09/17/2010 | 205 | CORPORATE DISCLOSURE STATEMENT filed by Micro Electronics, Inc. DBA Micro Center (Daniels, Steven) (Entered: 09/17/2010) |
| 09/17/2010 | 206 | CORPORATE DISCLOSURE STATEMENT filed by Hewlett-Packard Company (Daniels, Steven) (Entered: 09/17/2010) |
| 09/17/2010 | 207 | CORPORATE DISCLOSURE STATEMENT filed by Fry's Electronics Inc (Daniels, Steven) (Entered: 09/17/2010) |
| 09/17/2010 | 208 | ORDER granting 190 Motion for Extension of Time to Answer. Defts Overstock.com, Kmart Corporation, and Sears defendants shall have to 10-01-2010 to answer or otherwise respond to pltf's First Amended Complaint. Signed by Judge Leonard Davis on 09/17/10. cc:attys 9-17-10 (mll, ) (Entered: 09/17/2010) |
| 09/17/2010 | 209 | ANSWER to 1 Complaint,,,,, by Gear Head, LLC. |

| | | (Hammond, Herbert) (Entered: 09/17/2010) |
|---|---|---|
| 09/17/2010 | 210 | CORPORATE DISCLOSURE STATEMENT filed by Office Depot, Inc. identifying Other Affiliate AllianceBernstein L.P. for Office Depot, Inc.. (Daniels, Steven) (Entered: 09/17/2010) |
| 09/17/2010 | 211 | ANSWER to 111 Amended Complaint,,,,, by Lifeworks Technology Group, LLC.(Maloney, Collin) (Entered: 09/17/2010) |
| 09/17/2010 | 212 | NOTICE of Attorney Appearance by Vishal Hemant Patel on behalf of Gear Head, LLC (Patel, Vishal) (Entered: 09/17/2010) |
| 09/17/2010 | 213 | NOTICE by Lifeworks Technology Group, LLC re 164 MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Corrected)*, 180 Notice (Other), Notice (Other) *Of Joinder* (Maloney, Collin) (Entered: 09/17/2010) |
| 09/17/2010 | 214 | ANSWER to 111 Amended Complaint,,,,, by CDW, LLC.(Duston, Thomas) (Entered: 09/17/2010) |
| 09/17/2010 | 215 | CORPORATE DISCLOSURE STATEMENT filed by CDW, LLC identifying Corporate Parent VH Holdings, Inc. for CDW, LLC. (Duston, Thomas) (Entered: 09/17/2010) |
| 09/17/2010 | 216 | Consent MOTION for Extension of Time to File Answer re 111 Amended Complaint,,,,, *up to and including October 6, 2010* by Blue Microphones, LLC. (Attachments: # 1 Text of Proposed Order) (Jones, Michael) (Entered: 09/17/2010) |
| 09/20/2010 | 217 | ORDER granting 185 Notice of Voluntary Dismissal filed by AdjustaCam LLC. Pltf's claims against deft Eastman Kodak Company are DISMISSED without prejudice. Signed by Judge Leonard Davis on 09/20/10. cc:attys 9-20-10(mll, ) |

| | | (Entered: 09/20/2010) |
|---|---|---|
| 09/20/2010 | 🔒 | (Court only) *** Party deft Eastman Kodak Company terminated per 217 Order of partial dismissal. (mll, ) (Entered: 09/20/2010) |
| 09/20/2010 | 218 | ORDER granting 216 Motion for Extension of Time to Answer. The deadline for deft Blue Microphones LLC to answer, move or otherwise respond to pltf's First Amended Complaint is extended to 10-06-2010. Signed by Judge Leonard Davis on 09/20/10. cc:attys 9-20-10 (mll, ) (Entered: 09/20/2010) |
| 09/20/2010 | 219 | Unopposed MOTION for Extension of Time to File Response/Reply as to 147 MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12 (B)(6)* MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Robinson, Erick) (Entered: 09/20/2010) |
| 09/20/2010 | | NOTICE of Deficiency regarding the 188 Answer to Amended Complaint submitted by Sakar International, Inc. Document does not contain a Certificate of Service. Correction should be made by one business day. (mjc, ) (Entered: 09/20/2010) |
| 09/21/2010 | | Defendant's Unopposed Third Application for Extension of Time to Answer Complaint 192 is granted pursuant to Local Rule CV-12 for Software Brokers of America Inc. DBA Intcomex Corporation D/B/A Intcomex to 10/5/2010. 14 Days Granted for Deadline Extension.( mll, ) (Entered: 09/21/2010) |
| 09/21/2010 | | Defendant's Unopposed Third Application for Extension of Time to Answer Complaint 193 is |

| | | granted pursuant to Local Rule CV-12 for Intcomex, Inc. to 10/5/2010. 14 Days Granted for Deadline Extension.( mll, ) (Entered: 09/21/2010) |
|---|---|---|
| 09/21/2010 | | Defendant's Unopposed Third Application for Extension of Time to Answer Complaint 194 is granted pursuant to Local Rule CV-12 for Klip Extreme LLC to 10/5/2010. 14 Days Granted for Deadline Extension.( mll, ) (Entered: 09/21/2010) |
| 09/21/2010 | 220 | *Defendant Sakar International, Inc.'s Answer to Amended Complaint, Affirmative Defenses, Counterclaims, and Jury Demand* ANSWER to 1 Complaint,,,,,, COUNTERCLAIM against AdjustaCam LLC by Sakar International, Inc.. (Sutton, Ezra) (Entered: 09/21/2010) |
| 09/21/2010 | 221 | **\*\*\*DISREGARD ENTRY - NOT .pdf SEARCHABLE FORMAT\*\*\*** <br><br> *Defendant Kohl's Answer to Amended Complaint, Affirmative Defenses, Counterclaims, and Jury Demand* ANSWER to 111 Amended Complaint,,,,,, COUNTERCLAIM against AdjustaCam LLC by Kohl's Illinois, Inc., KOHLS CORPORATION D/B/A KOHL'S.(Sutton, Ezra) Modified on 9/23/2010 (kls, ). (Entered: 09/21/2010) |
| 09/21/2010 | 222 | ORDER granting 219 Motion for Extension of Time to File Response/Reply re 147 MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)*; Responses due by 9/24/2010. Signed by Judge Leonard Davis on 09/21/10. cc:attys 9-21-10 (mll, ) (Entered: 09/21/2010) |
| 09/21/2010 | 223 | CORPORATE DISCLOSURE STATEMENT filed by Gear Head, LLC (Hammond, Herbert) (Entered: 09/21/2010) |
| 09/21/2010 | 224 | **\*\*\*DOCUMENT FILED IN ERROR. PLEASE** |

| | | **DISREGARD.\*\*\*** Unopposed MOTION for Extension of Time to File Answer *of Defendant Trippe Manufacturing Company* by AdjustaCam LLC. (Robinson, Erick) Modified on 9/23/2010 (mjc, ). (Entered: 09/21/2010) |
|---|---|---|
| 09/23/2010 | 225 | Defendant's Unopposed Fourth Application for Extension of Time to Answer Complaint re Trippe Manufacturing Company.( Robinson, Erick) (Entered: 09/23/2010) |
| 09/23/2010 | 226 | NOTICE by Creative Labs, Inc., re 164 MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Corrected)*, 180 Notice (Other), Notice (Other) *Notice of Joinder* (Daniels, Steven) (Entered: 09/23/2010) |
| 09/23/2010 | 227 | ANSWER to 111 Amended Complaint,,,,, by Creative Labs, Inc.,.(Daniels, Steven) (Entered: 09/23/2010) |
| 09/23/2010 | 228 | CORPORATE DISCLOSURE STATEMENT filed by Creative Labs, Inc., identifying Corporate Parent Creative Holdings, Inc., Other Affiliate Creative Technology Ltd. for Creative Labs, Inc.,. (Daniels, Steven) (Entered: 09/23/2010) |
| 09/23/2010 | | NOTICE of Deficiency regarding the 224 Unopposed Motion for Extension of Time submitted by Trippe Manufacturing Company D/B/A Tripp Lite. Document is the Unopposed Application for Extension of Time. Correction should be made by one business day (mjc, ) (Entered: 09/23/2010) |
| 09/24/2010 | | Defendant's Unopposed Fourth Application for Extension of Time to Answer Complaint 225 is granted pursuant to Local Rule CV-12 for Trippe |

| | | Manufacturing Company D/B/A Tripp Lite to 9/24/2010. 4 Days Granted for Deadline Extension. (Filed by pltf on behalf of deft.)( mll, ) (Entered: 09/24/2010) |
|---|---|---|
| 09/24/2010 | 229 | NOTICE of Attorney Appearance by Michael James Collins on behalf of AdjustaCam LLC (Collins, Michael) (Entered: 09/24/2010) |
| 09/24/2010 | 230 | *Defendant Sakar International, Inc.'s Answer to Amended Complaint, Affirmative Defenses, Counterclaims, and Jury Demand* ANSWER to 220 Answer to Complaint, Counterclaim, COUNTERCLAIM against AdjustaCam LLC by Sakar International, Inc..(Sutton, Ezra) (Entered: 09/24/2010) |
| 09/24/2010 | 231 | *Defendant Kohl's Answer to Amended Complaint, Affirmative Defenses, Counterclaims, and Jury Demand* ANSWER to 221 Answer to Amended Complaint, Counterclaim,,, COUNTERCLAIM against AdjustaCam LLC by Kohl's Illinois, Inc., KOHLS CORPORATION D/B/A KOHL'S.(Sutton, Ezra) (Entered: 09/24/2010) |
| 09/24/2010 | 232 | *Amended* ANSWER to 111 Amended Complaint,,,,, by Gear Head, LLC.(Hammond, Herbert) (Entered: 09/24/2010) |
| 09/24/2010 | 233 | NOTICE of Attorney Appearance by Herbert A Yarbrough, III on behalf of Newegg, Inc., Newegg.com, Inc., Rosewill Inc. (Yarbrough, Herbert) (Entered: 09/24/2010) |
| 09/24/2010 | 234 | NOTICE of Attorney Appearance by Debra Elaine Gunter on behalf of Newegg, Inc., Newegg.com, Inc., Rosewill Inc. (Gunter, Debra) (Entered: 09/24/2010) |
| 09/24/2010 | 235 | RESPONSE in Opposition re 147 MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A* |

| | | |
|---|---|---|
| | | *CLAIM, F.R.C.P. 12(B)(6)* MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12 (B)(6) filed by AdjustaCam LLC.* (Attachments: # 1 Text of Proposed Order)(Robinson, Erick) (Entered: 09/24/2010) |
| 09/24/2010 | 236 | APPLICATION to Appear Pro Hac Vice by Attorney M Kala Sarvaiya for Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Blue Microphones, LLC. (mll, ) (Entered: 09/27/2010) |
| 09/24/2010 | 237 | APPLICATION to Appear Pro Hac Vice by Michael D Harris for Blue Microphones, LLC and Latvian Universal Electronics, LLC. (mll, ) (Entered: 09/27/2010) |
| 09/27/2010 | 238 | Unopposed MOTION to Withdraw as Attorney *and Substitute Counsel* by Radioshack Corporation. (Attachments: # 1 Text of Proposed Order)(Smith, Michael) (Entered: 09/27/2010) |
| 09/27/2010 | 239 | ANSWER and AFFIRMATIVE DEFENSES to 1 Complaint by Phoebe Micro Inc..(mll, ) (Entered: 09/27/2010) |
| 09/27/2010 | 240 | ANSWER to 150 Answer to Amended Complaint, Counterclaim *of Defendant Dell, Inc.* by AdjustaCam LLC.(Edmonds, John) (Entered: 09/27/2010) |
| 09/27/2010 | 241 | STIPULATION of Dismissal *of Defendant Trippe Manufacturing Company* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Robinson, Erick) (Entered: 09/27/2010) |
| 09/27/2010 | 242 | RESPONSE in Opposition re 164 MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to* |

| | | *State a Claim (Corrected) filed by AdjustaCam LLC.* (Attachments: # 1 Text of Proposed Order) (Robinson, Erick) (Entered: 09/27/2010) |
|---|---|---|
| 09/27/2010 | 243 | APPLICATION to Appear Pro Hac Vice by Attorney Jen-Feng Lee for Auditek Corporation. (mll, ) (Entered: 09/28/2010) |
| 09/28/2010 | 244 | ANSWER to 171 Answer to Amended Complaint, Counterclaim *of Defendants Newegg Inc. and Newegg.com Inc.* by AdjustaCam LLC.(Edmonds, John) (Entered: 09/28/2010) |
| 09/28/2010 | 245 | ANSWER to 172 Answer to Amended Complaint, Counterclaim *of Defendant Rosewill, Inc.* by AdjustaCam LLC.(Edmonds, John) (Entered: 09/28/2010) |
| 09/28/2010 | 246 | ANSWER to 167 Answer to Amended Complaint, Counterclaim,, *of Defendants CompUSA.com, Inc., New CompUSA Corp., TigerDirect, Inc. and Systemax, Inc.* by AdjustaCam LLC.(Edmonds, John) (Entered: 09/28/2010) |
| 09/28/2010 | 247 | ANSWER to 163 Answer to Amended Complaint, Counterclaim *of Defendant Amazon.com, Inc.* by AdjustaCam LLC.(Edmonds, John) (Entered: 09/28/2010) |
| 09/29/2010 | 248 | APPLICATION to Appear Pro Hac Vice by Attorney Nena W Wong for Phoebe Micro Inc.. (mll, ) (Entered: 09/29/2010) |
| 09/30/2010 | 249 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re J&R ELECTRONICS INC. D/B/A J&R.( Henson, Walter) (Entered: 09/30/2010) |
| 10/01/2010 | 250 | *Original* ANSWER to 111 Amended Complaint,,,,, *and*, COUNTERCLAIM against AdjustaCam LLC by KMart Corporation.(Barr, John) (Entered: |

| | | 10/01/2010) |
|---|---|---|
| 10/01/2010 | 251 | NOTICE of Disclosure by CONNS, INC. D/B/A CONNS *Corporate Disclosure Statement* (Adams, Kent) (Entered: 10/01/2010) |
| 10/01/2010 | 252 | *Original* ANSWER to 111 Amended Complaint,,,,, *and*, COUNTERCLAIM against AdjustaCam LLC by Overstock.com, Inc..(Barr, John) (Entered: 10/01/2010) |
| 10/01/2010 | 253 | *Original* ANSWER to 111 Amended Complaint,,,,, *and*, COUNTERCLAIM against AdjustaCam LLC by Sears Holdings Corporation D/B/A Sears, Sears, Roebuck and Company, Sears Brands, LLC.(Barr, John) (Entered: 10/01/2010) |
| 10/01/2010 | 254 | NOTICE of Disclosure by Overstock.com, Inc. (Barr, John) (Entered: 10/01/2010) |
| 10/01/2010 | 255 | CORPORATE DISCLOSURE STATEMENT filed by KMart Corporation, Sears Brands, LLC, Sears Holdings Corporation D/B/A Sears, Sears, Roebuck and Company (Barr, John) (Entered: 10/01/2010) |
| 10/01/2010 | 257 | APPLICATION to Appear Pro Hac Vice by Attorney Thomas Carulli for Lifeworks Technology Group, LLC. (mll, ) (Entered: 10/04/2010) |
| 10/01/2010 | 258 | APPLICATION to Appear Pro Hac Vice by Attorney Jennifer Huang for Lifeworks Technology Group, LLC. (mll, ) (Entered: 10/04/2010) |
| 10/04/2010 | 256 | REPLY to Response to Motion re 147 MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12 (B)(6) filed by Wal-Mart Stores, Inc..* (deGyarfas, Victor) (Entered: 10/04/2010) |
| | | |

| | | |
|---|---|---|
| 10/05/2010 | 259 | ***MOTION WITHDRAWN BY DOCUMENT #289***<br><br>Unopposed MOTION for Extension of Time to File Response/Reply as to 179 Response to Non-Motion, by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) Modified on 10/8/2010 (kls, ). (Entered: 10/05/2010) |
| 10/05/2010 | 260 | ANSWER to 181 Answer to Complaint, Counterclaim by AdjustaCam LLC.(Edmonds, John) (Entered: 10/05/2010) |
| 10/05/2010 | 261 | NOTICE by Overstock.com, Inc. re 164 MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Corrected)*, 180 Notice (Other), Notice (Other) *of Joinder* (Barr, John) (Entered: 10/05/2010) |
| 10/05/2010 | 262 | NOTICE by KMart Corporation re 164 MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Corrected)*, 180 Notice (Other), Notice (Other) *of Joinder* (Barr, John) (Entered: 10/05/2010) |
| 10/05/2010 | 263 | SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT filed by CDW, LLC identifying Corporate Parent CDW Corporation of Delaware for CDW, LLC. (Horton, Benjamin) (Entered: 10/05/2010) |
| 10/05/2010 | 264 | NOTICE by Sears Brands, LLC re 164 MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Corrected)*, 180 Notice (Other), Notice (Other) *Notice of Joinder* (Barr, John) (Entered: 10/05/2010) |

| 10/05/2010 | 265 | NOTICE by Sears Holdings Corporation D/B/A Sears re 164 MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Corrected)*, 180 Notice (Other), Notice (Other) *Notice of Joinder* (Barr, John) (Entered: 10/05/2010) |
|---|---|---|
| 10/05/2010 | 266 | NOTICE by Sears, Roebuck and Company re 164 MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Corrected)*, 180 Notice (Other), Notice (Other) *Notice of Joinder* (Barr, John) (Entered: 10/05/2010) |
| 10/05/2010 | 267 | AMENDED ANSWER to *Plaintiff's First* 111 Amended Complaint,,,,, *and First,* Amended COUNTERCLAIM against AdjustaCam LLC by Overstock.com, Inc.. (Barr, John) (Entered: 10/05/2010) |
| 10/05/2010 | 268 | AMENDED ANSWER to *Plaintiff's First* 111 Amended Complaint,,,,, *and First,* Amended COUNTERCLAIM against AdjustaCam LLC by KMart Corporation. (Barr, John) (Entered: 10/05/2010) |
| 10/05/2010 | 269 | AMENDED ANSWER to *Plaintiff's First* 111 Amended Complaint,,,,, *and First,* Amended COUNTERCLAIM against AdjustaCam LLC by Sears Holdings Corporation D/B/A Sears, Sears, Roebuck and Company, Sears Brands, LLC. (Barr, John) (Entered: 10/05/2010) |
| 10/05/2010 | 270 | Defendant's Unopposed Fourth Application for Extension of Time to Answer Complaint re Intcomex, Inc..( Wong, Russell) (Entered: 10/05/2010) |
| 10/05/2010 | 271 | Defendant's Unopposed Fourth Application for |

| | | Extension of Time to Answer Complaint re Software Brokers of America Inc. DBA Intcomex Corporation D/B/A Intcomex.( Wong, Russell) (Entered: 10/05/2010) |
|---|---|---|
| 10/05/2010 | 272 | Defendant's Unopposed Fourth Application for Extension of Time to Answer Complaint re Klip Extreme LLC.( Wong, Russell) (Entered: 10/05/2010) |
| 10/06/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 249 is granted pursuant to Local Rule CV-12 for J&R ELECTRONICS INC. D/B/A J&R to 11/1/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 10/06/2010) |
| 10/06/2010 | | Defendant's Unopposed Fourth Application for Extension of Time to Answer Complaint 270 is granted pursuant to Local Rule CV-12 for Intcomex, Inc. to 10/6/2010. 1 Days Granted for Deadline Extension.( mll, ) (Entered: 10/06/2010) |
| 10/06/2010 | | Defendant's Unopposed Fourth Application for Extension of Time to Answer Complaint 271 is granted pursuant to Local Rule CV-12 for Software Brokers of America Inc. DBA Intcomex Corporation D/B/A Intcomex to 10/6/2010. 1 Days Granted for Deadline Extension.( mll, ) (Entered: 10/06/2010) |
| 10/06/2010 | | Defendant's Unopposed Fourth Application for Extension of Time to Answer Complaint 272 is granted pursuant to Local Rule CV-12 for Klip Extreme LLC to 10/6/2010. 1 Days Granted for Deadline Extension.( mll, ) (Entered: 10/06/2010) |
| 10/06/2010 | 273 | REPLY to Response to Motion re 164 MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to* |

| | | |
|---|---|---|
| | | *State a Claim (Corrected) filed by Dell, Inc.,.* (Attachments: # 1 Exhibit)(Fulghum, Roger) (Entered: 10/06/2010) |
| 10/06/2010 | 274 | MOTION to Dismiss *for Lack of Personal Jurisdiction, Improper Venue and Failure to State a Claim or in the Alternative to Transfer to the Southern District of Florida* by Intcomex, Inc., Klip Extreme LLC, Software Brokers of America Inc. DBA Intcomex Corporation D/B/A Intcomex. (Attachments: # 1 Declaration of Russell A. Olson) (Wong, Russell) (Additional attachment(s) added on 10/8/2010: # 2 Text of Proposed Order) (mjc, ). (Entered: 10/06/2010) |
| 10/06/2010 | 275 | CORPORATE DISCLOSURE STATEMENT filed by Intcomex, Inc., Klip Extreme LLC, Software Brokers of America Inc. DBA Intcomex Corporation D/B/A Intcomex (Wong, Russell) (Entered: 10/06/2010) |
| 10/06/2010 | 276 | MOTION to Dismiss *and Notice of Joinder in Defendant Wal-Mart Stores, Inc.'s and Dell, Inc.'s Motions to Dismiss Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim* by Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Blue Microphones, LLC. (Attachments: # 1 Text of Proposed Order)(Gardner, Allen) (Entered: 10/06/2010) |
| 10/06/2010 | 277 | CORPORATE DISCLOSURE STATEMENT filed by Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Blue Microphones, LLC identifying Corporate Parent None for Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Blue Microphones, LLC. |

| | | (Gardner, Allen) (Entered: 10/06/2010) |
|---|---|---|
| 10/06/2010 | 278 | Defendant's Unopposed first Application for Extension of Time to Answer Complaint re Best Buy Co Inc.(Daniels, Steven) (Entered: 10/06/2010) |
| 10/06/2010 | 279 | Defendant's Unopposed first Application for Extension of Time to Answer Complaint re Best Buy Stores, LP.(Daniels, Steven) (Entered: 10/06/2010) |
| 10/06/2010 | 280 | Defendant's Unopposed first Application for Extension of Time to Answer Complaint re BestBuy.com, LLC.(Daniels, Steven) (Entered: 10/06/2010) |
| 10/07/2010 | 281 | CORPORATE DISCLOSURE STATEMENT filed by Jwin Electronics Corporation (Werner, Philip) (Entered: 10/07/2010) |
| 10/07/2010 | 282 | NOTICE by Hewlett-Packard Company re 273 Reply to Response to Motion, *Notice of Joinder* (Daniels, Steven) (Entered: 10/07/2010) |
| 10/07/2010 | 283 | NOTICE by Creative Labs, Inc., re 273 Reply to Response to Motion, *Notice of Joinder* (Daniels, Steven) (Entered: 10/07/2010) |
| 10/07/2010 | 284 | NOTICE by Fry's Electronics Inc re 273 Reply to Response to Motion, *Notice of Joinder* (Daniels, Steven) (Entered: 10/07/2010) |
| 10/07/2010 | 285 | NOTICE by Office Depot, Inc. re 273 Reply to Response to Motion, *Notice of Joinder* (Daniels, Steven) (Entered: 10/07/2010) |
| 10/07/2010 | 286 | NOTICE by Micro Electronics, Inc. DBA Micro Center re 273 Reply to Response to Motion, *Notice of Joinder* (Daniels, Steven) (Entered: 10/07/2010) |
| 10/07/2010 | 287 | NOTICE by Newegg, Inc., Newegg.com, Inc. re 273 Reply to Response to Motion, *Notice of Joinder* |

| | | |
|---|---|---|
| | | (Stewart, Justin) (Entered: 10/07/2010) |
| 10/07/2010 | 288 | NOTICE by Rosewill Inc. re 273 Reply to Response to Motion, *Notice of Joinder* (Stewart, Justin) (Entered: 10/07/2010) |
| 10/08/2010 | 289 | NOTICE by AdjustaCam LLC re 259 Unopposed MOTION for Extension of Time to File Response/Reply as to 179 Response to Non-Motion, *Notice of WIthdrawal* (Edmonds, John) (Entered: 10/08/2010) |
| 10/08/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 278 is granted pursuant to Local Rule CV-12 for Best Buy Co Inc to 10/13/2010. 26 Days Granted for Deadline Extension.( mll, ) (Entered: 10/08/2010) |
| 10/08/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 279 is granted pursuant to Local Rule CV-12 for Best Buy Stores, LP to 10/13/2010. 26 Days Granted for Deadline Extension.( mll, ) (Entered: 10/08/2010) |
| 10/08/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 280 is granted pursuant to Local Rule CV-12 for BestBuy.com, LLC to 10/13/2010. 26 Days Granted for Deadline Extension.( mll, ) (Entered: 10/08/2010) |
| 10/08/2010 | 290 | ANSWER to 111 Amended Complaint,,,,,,, COUNTERCLAIM against AdjustaCam LLC by Macally Peripherals, Inc. D/B/A Macally U.S.A.. (Lukevich, Peter) (Entered: 10/08/2010) |
| 10/11/2010 | 291 | NOTICE by CONNS, INC. D/B/A CONNS re 164 MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Corrected)*, 180 Notice (Other), Notice (Other), 273 Reply to Response to |

| | | |
|---|---|---|
| | | Motion, *Joinder Thereof* (Adams, Kent) (Entered: 10/11/2010) |
| 10/12/2010 | 292 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Best Buy Co Inc.(Daniels, Steven) (Entered: 10/12/2010) |
| 10/12/2010 | 293 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Best Buy Stores, LP.(Daniels, Steven) (Entered: 10/12/2010) |
| 10/12/2010 | 294 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re BestBuy.com, LLC.(Daniels, Steven) (Entered: 10/12/2010) |
| 10/14/2010 | 295 | NOTICE by Compusa.com, Inc., New Compusa Corporation, Systemax, Inc. D/B/A Compusa, Tigerdirect, Inc. *OF JOINDER IN DEFENDANT DELL INC.'S CORRECTED MOTION TO DISMISS PLAINTIFF'S ALLEGATIONS OF INDIRECT INFRINGEMENT AND WILLFUL INFRINGEMENT FOR FAILURE TO STATE A CLAIM* (Denenberg, David) (Entered: 10/14/2010) |
| 10/14/2010 | 296 | SUR-REPLY to Reply to Response to Motion re 147 MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* filed by AdjustaCam LLC. (Attachments: # 1 Exhibit Exhibit A) (Robinson, Erick) (Entered: 10/14/2010) |
| 10/15/2010 | | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint 292 is granted pursuant to Local Rule CV-12 for Best Buy Co Inc to 10/25/2010. 10 Days Granted for |

| | | |
|---|---|---|
| | | Deadline Extension.( mll, ) (Entered: 10/15/2010) |
| 10/15/2010 | | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint 293 is granted pursuant to Local Rule CV-12 for Best Buy Stores, LP to 10/25/2010. 10 Days Granted for Deadline Extension.( mll, ) (Entered: 10/15/2010) |
| 10/15/2010 | 297 | NOTICE of Attorney Appearance by Roger Brian Craft on behalf of Amazon.com, Inc. (Craft, Roger) (Entered: 10/15/2010) |
| 10/15/2010 | | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint 294 is granted pursuant to Local Rule CV-12 for BestBuy.com, LLC to 10/25/2010. 16 Days Granted for Deadline Extension.( mll, ) (Entered: 10/15/2010) |
| 10/15/2010 | 298 | NOTICE of Attorney Appearance by Eric Hugh Findlay on behalf of Amazon.com, Inc. (Findlay, Eric) (Entered: 10/15/2010) |
| 10/15/2010 | 299 | Unopposed MOTION for Extension of Time to File Answer re 200 Answer to Complaint, Counterclaim,, by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order) (Robinson, Erick) (Entered: 10/15/2010) |
| 10/15/2010 | 300 | Unopposed MOTION for Extension of Time to File Answer re 230 Answer to Counterclaim,,, by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Robinson, Erick) (Entered: 10/15/2010) |
| 10/15/2010 | 301 | SUR-REPLY to Reply to Response to Motion re 164 MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Corrected) filed by AdjustaCam LLC.* (Attachments: # 1 Exhibit A) (Robinson, Erick) (Entered: 10/15/2010) |
| | | |

| 10/18/2010 | 302 | Unopposed MOTION for Extension of Time to File Response/Reply as to 231 Answer to Counterclaim,,, by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order) (Robinson, Erick) (Entered: 10/18/2010) |
| 10/18/2010 | 303 | NOTICE of Voluntary Dismissal by AdjustaCam LLC (Attachments: # 1 Text of Proposed Order Proposed Order)(Robinson, Erick) (Entered: 10/18/2010) |
| 10/19/2010 | 304 | ORDER granting 299 Motion for Extension of Time to Answer. Pltf's time to respond to Kohl's Illinois Inc and Kohl's Corporation's Counterclaims is extended to 10-18-2010. Signed by Judge Leonard Davis on 10/19/10. cc:attys 10-20-10 (mll, ) (Entered: 10/20/2010) |
| 10/19/2010 | 305 | ORDER granting 300 Motion for Extension of Time to Answer. Pltf's time to respond to Sakar International's Counterclaims is extended to 10-18-2010. Signed by Judge Leonard Davis on 10/19/10. cc:attys 10-20-10 (mll, ) (Entered: 10/20/2010) |
| 10/20/2010 | 306 | ORDER granting 302 Motion for Extension of Time to File Response/Reply. Pltf's time to respond to Kohl's Illinois Inc and Kohl's Corporation's Counterclaims is extended until such time as Kohl defts amend their Counterclaims to remove inequitable conduct allegations. Signed by Judge Leonard Davis on 10/20/10. cc:attys 10-20-10 (mll, ) (Entered: 10/20/2010) |
| 10/21/2010 | 307 | Unopposed MOTION for Extension of Time to File Response/Reply as to 274 MOTION to Dismiss *for Lack of Personal Jurisdiction, Improper Venue and Failure to State a Claim or in the Alternative to Transfer to the Southern District of Florida* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) |

| | | | |
|---|---|---|---|
| | | | (Entered: 10/21/2010) |
| 10/21/2010 | 🔒 | 308 | E-GOV SEALED SUMMONS REISSUED as to Digital Innovations, LLC. (mll, ) (Entered: 10/21/2010) |
| 10/25/2010 | | 309 | NOTICE by Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC re 164 MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Corrected)*, 180 Notice (Other), Notice (Other), 273 Reply to Response to Motion, *Notice of Joinder* (Daniels, Steven) (Entered: 10/25/2010) |
| 10/25/2010 | | 310 | ANSWER to 111 First Amended Complaint by Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC.(mll, ) (Entered: 10/25/2010) |
| 10/25/2010 | | 311 | CORPORATE DISCLOSURE STATEMENT filed by Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC identifying Corporate Parent Best Buy Stores, L.P. for BestBuy.com, LLC; Corporate Parent BBC Property Co. for Best Buy Stores, LP. (Daniels, Steven) (Entered: 10/25/2010) |
| 10/25/2010 | | 312 | ORDER granting 303 Notice of Voluntary Dismissal filed by AdjustaCam LLC. Pltf's claims against deft Trippe Manufacturing Company are DISMISSED with prejudice. Signed by Judge Leonard Davis on 10/25/10. cc:attys 10-25-10(mll, ) (Entered: 10/25/2010) |
| 10/25/2010 | 🔒 | | (Court only) *** Party deft Trippe Manufacturing Company D/B/A Tripp Lite terminated per 312 Order of partial dismissal. (mll, ) (Entered: 10/25/2010) |
| 10/25/2010 | | 313 | RESPONSE to 250 Answer to Amended Complaint, Counterclaim *of KMart* by AdjustaCam LLC. (Edmonds, John) (Entered: 10/25/2010) |
| | | | |

| 10/25/2010 | 314 | RESPONSE to 253 Answer to Amended Complaint, Counterclaim *of Sears* by AdjustaCam LLC. (Edmonds, John) (Entered: 10/25/2010) |
| 10/25/2010 | 315 | RESPONSE to 252 Answer to Amended Complaint, Counterclaim *of Overstock* by AdjustaCam LLC. (Edmonds, John) (Entered: 10/25/2010) |
| 10/26/2010 | 316 | ORDER granting 307 Motion for Extension of Time to File Response/Reply re 274 MOTION to Dismiss *for Lack of Personal Jurisdiction, Improper Venue and Failure to State a Claim or in the Alternative to Transfer to the Southern District of Florida*; Responses due by 11/8/2010. Signed by Judge Leonard Davis on 10/26/10. cc:attys 10-26-10 (mll, ) (Entered: 10/26/2010) |
| 10/27/2010 | 317 | Unopposed MOTION for Discovery by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 10/27/2010) |
| 10/27/2010 | 318 | Unopposed MOTION for Extension of Time to File Response/Reply as to 274 MOTION to Dismiss *for Lack of Personal Jurisdiction, Improper Venue and Failure to State a Claim or in the Alternative to Transfer to the Southern District of Florida* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 10/27/2010) |
| 10/28/2010 | 319 | ORDER granting 238 Motion to Withdraw as Attorney. Added attorney R David Donoghue,Peter I Sanborn for Radioshack Corporation. Attorney Christopher Michael Joe terminated. Signed by Judge Leonard Davis on 10/28/10. cc:attys 10-28-10 (mll, ) (Entered: 10/28/2010) |
| 10/28/2010 | 320 | ORDER granting 318 Motion for Extension of Time to File Response/Reply re 274 MOTION to Dismiss |

| | | |
|---|---|---|
| | | *for Lack of Personal Jurisdiction, Improper Venue and Failure to State a Claim or in the Alternative to Transfer to the Southern District of Florida*; Responses due by 12/27/2010. Signed by Judge Leonard Davis on 10/28/10. cc:attys 10-28-10 (mll, ) (Entered: 10/28/2010) |
| 10/29/2010 | 321 | ORDER granting 317 Motion for Discovery. Signed by Judge Leonard Davis on 10/28/10. cc:attys 10-29-10(mll, ) (Entered: 10/29/2010) |
| 11/01/2010 | 322 | RESPONSE to 111 Amended Complaint,,,,, --- *Answer to Plaintiff's First Amended Complaint for Patent Infringement* by J&R ELECTRONICS INC. D/B/A J&R. (Jones, Michael) (Entered: 11/01/2010) |
| 11/01/2010 | 323 | CORPORATE DISCLOSURE STATEMENT filed by J&R ELECTRONICS INC. D/B/A J&R identifying Corporate Parent None for J&R ELECTRONICS INC. D/B/A J&R. (Jones, Michael) (Entered: 11/01/2010) |
| 11/01/2010 | 324 | RESPONSE to 290 Answer to Amended Complaint, Counterclaim *of Macally* by AdjustaCam LLC. (Edmonds, John) (Entered: 11/01/2010) |
| 11/08/2010 | 325 | Unopposed MOTION for Extension of Time to File Answer re 230 Answer to Counterclaim,,, by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Robinson, Erick) (Entered: 11/08/2010) |
| 11/09/2010 | 326 | ORDER granting 325 Motion for Extension of Time to Answer re 230 Answer to Counterclaim. ORDERED that Plaintiff AdjustaCam, LLCs time to respond to Defendant Sakar International Inc.s Counterclaims is extended until such time Defendant Sakar International Inc. amends its Counterclaims to remove its inequitable conduct allegations. Signed by Judge Leonard Davis on |

| | | 11/9/2010. (gsg) (Entered: 11/09/2010) |
|---|---|---|
| 11/15/2010 | 327 | MOTION for Extension of Time to File Answer re 111 Amended Complaint,,,,, by Digital Innovations, LLC. (Attachments: # 1 Text of Proposed Order) (Philbin, Phillip) (Entered: 11/15/2010) |
| 11/17/2010 | 328 | ANSWER to 111 Amended Complaint,,,,,, COUNTERCLAIM against AdjustaCam LLC by Auditek Corporation.(Lee, Jen-Feng) (Entered: 11/17/2010) |
| 11/17/2010 | 329 | ORDER granting 327 Motion for Extension of Time to Answer. Deft Digital Innovations LLC shall have until 12-16-2010 to answer or otherwise respond to pltf's Complaint. Signed by Judge Leonard Davis on 11/17/10. cc:attys 11-17-10 (mll, ) (Entered: 11/17/2010) |
| 11/17/2010 | 330 | *1st Amended* ANSWER to 111 Amended Complaint,,,,, *Affirmative Defenses*, COUNTERCLAIM against AdjustaCam LLC by Macally Peripherals, Inc. D/B/A Macally U.S.A., Mace Group, Inc..(Lukevich, Peter) (Entered: 11/17/2010) |
| 11/19/2010 | 331 | Unopposed MOTION for Extension of Time to File Answer re 111 Amended Complaint,,,,, *or Otherwise Respond* by Cobra Digital, LLC. (Attachments: # 1 Text of Proposed Order)(Lackey, Walter) (Entered: 11/19/2010) |
| 11/22/2010 | 332 | ORDER granting 331 Motion for Extension of Time to Answer. Deft Cobra Digital LLC shall have to 11-26-2010 to move, answer, or otherwise respond to pltf's Complaint. Signed by Judge Leonard Davis on 11/22/10. cc:attys 11-22-10 (mll, ) (Entered: 11/22/2010) |
| 11/29/2010 | 333 | NOTICE of Voluntary Dismissal by AdjustaCam LLC (Attachments: # 1 Text of Proposed Order |

| | | Proposed Order)(Edmonds, John) (Entered: 11/29/2010) |
|---|---|---|
| 11/29/2010 | 334 | NOTICE of Attorney Appearance by Eric Hugh Findlay on behalf of CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc. (Findlay, Eric) (Entered: 11/29/2010) |
| 11/29/2010 | 335 | NOTICE of Attorney Appearance by Roger Brian Craft on behalf of CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc. (Craft, Roger) (Entered: 11/29/2010) |
| 11/29/2010 | 336 | NOTICE of Voluntary Dismissal by AdjustaCam LLC (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 11/29/2010) |
| 11/29/2010 | 337 | NOTICE of Voluntary Dismissal by AdjustaCam LLC (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 11/29/2010) |
| 12/02/2010 | 338 | NOTICE of Voluntary Dismissal by AdjustaCam LLC (Attachments: # 1 Text of Proposed Order) (Edmonds, John) (Entered: 12/02/2010) |
| 12/02/2010 | 339 | NOTICE of Voluntary Dismissal by AdjustaCam LLC (Attachments: # 1 Text of Proposed Order) (Edmonds, John) (Entered: 12/02/2010) |
| 12/02/2010 | 340 | NOTICE of Voluntary Dismissal by AdjustaCam LLC (Attachments: # 1 Text of Proposed Order) (Edmonds, John) (Entered: 12/02/2010) |
| 12/02/2010 | 341 | ORDER granting 333 Notice of Voluntary Dismissal filed by AdjustaCam LLC. Pltf's claims against deft Klip Xtreme LLC are dismissed with prejudice. Signed by Judge Leonard Davis on 12/02/10. cc:attys 12-03-10(mll, ) (Entered: 12/03/2010) |
| | | |

| 12/02/2010 | 🔒 | (Court only) *** Party deft Klip Extreme LLC terminated per 341 Order of partial dismissal. (mll, ) (Entered: 12/03/2010) |
| 12/02/2010 | 342 | ORDER granting 336 Notice of Voluntary Dismissal filed by AdjustaCam LLC. Pltf's claims against deft Intcomex Inc are DISMISSED with prejudice. Signed by Judge Leonard Davis on 12/02/10. cc:attys 12-03-10(mll, ) (Entered: 12/03/2010) |
| 12/02/2010 | 🔒 | (Court only) *** Party deft Intcomex, Inc. terminated per 342 Order of partial dismissal. (mll, ) (Entered: 12/03/2010) |
| 12/02/2010 | 343 | ORDER granting 337 Notice of Voluntary Dismissal filed by AdjustaCam LLC. Pltf's claims against deft Software Brokers of America Inc are DISMISSED with prejudice. Signed by Judge Leonard Davis on 12/02/10. cc:attys 12-03-10(mll, ) (Entered: 12/03/2010) |
| 12/02/2010 | 🔒 | (Court only) *** Party deft Software Brokers of America Inc. DBA Intcomex Corporation D/B/A Intcomex terminated per 343 Order of partial dismissal. (mll, ) (Entered: 12/03/2010) |
| 12/02/2010 | 🔒 | (Court only) ***Motions terminated: 274 MOTION to Dismiss *for Lack of Personal Jurisdiction, Improper Venue and Failure to State a Claim or in the Alternative to Transfer to the Southern District of Florida* filed by Software Brokers of America Inc. DBA Intcomex Corporation D/B/A Intcomex, Intcomex, Inc., Klip Extreme LLC. TERMINATED as moot per dismissal of defendants. (mll, ) (Entered: 12/13/2010) |
| 12/03/2010 | 344 | NOTICE by J&R ELECTRONICS INC. D/B/A J&R *for Termination of Electronic Notices* (Henson, Walter) (Entered: 12/03/2010) |

| 12/03/2010 | 345 | NOTICE of Voluntary Dismissal by AdjustaCam LLC (Attachments: # 1 Text of Proposed Order) (Edmonds, John) (Entered: 12/03/2010) |
|------------|-----|---|
| 12/06/2010 | 346 | NOTICE by Intcomex, Inc., Klip Extreme LLC, Software Brokers of America Inc. DBA Intcomex Corporation D/B/A Intcomex *Withdrawal* (Wong, Russell) (Entered: 12/06/2010) |
| 12/06/2010 | 347 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV-12 for Prolynkz, LLC to 1/5/2011. 30 Days Granted for Deadline Extension. ( mll, ) (mll, ). (Entered: 12/06/2010) |
| 12/06/2010 | 348 | ORDER granting 338 Notice of Voluntary Dismissal filed by AdjustaCam LLC. Pltf's claims against deft Creative Technology Ltd are DISMISSED without prejudice. Signed by Judge Leonard Davis on 12/06/10. cc:attys 12-06-10(mll, ) (Entered: 12/06/2010) |
| 12/06/2010 | 349 | ORDER granting 339 Notice of Voluntary Dismissal filed by AdjustaCam LLC. Pltf's claims against deft Sakar Inc are DISMISSED without prejudice. Signed by Judge Leonard Davis on 12/06/10. cc:attys 12-06-10(mll, ) (Entered: 12/06/2010) |
| 12/06/2010 | 350 | ORDER granting 340 Notice of Voluntary Dismissal filed by AdjustaCam LLC. Pltf's claims against deft Solid Year Co, Ltd are DISMISSED without prejudice. Signed by Judge Leonard Davis on 12/06/10. cc:attys 12-06-10 (mll, ) (Entered: 12/06/2010) |
| 12/06/2010 | 🔒 | (Court only) *** Party defts Sakar, Inc., Creative Technology Ltd, and SOLID YEAR CO., LTD. terminated per 348 , 349 and 350 Orders of Partial Dismissal. (mll, ) (Entered: 12/06/2010) |

| 12/08/2010 | 351 | ANSWER to 330 Answer to Amended Complaint, Counterclaim *of Defendants Macally Peripherals, Inc. d/b/a Macally U.S.A. and Mace Group, Inc.* by AdjustaCam LLC.(Edmonds, John) (Entered: 12/08/2010) |
| 12/08/2010 | 352 | ANSWER to 328 Answer to Amended Complaint, Counterclaim *of Defendant Auditek Corp.* by AdjustaCam LLC.(Edmonds, John) (Entered: 12/08/2010) |
| 12/09/2010 | 353 | ***DOCUMENT FILED IN ERROR. PLEASE DISREGARD,***<br>Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Cobra Digital, LLC.( Miller, Allison) Modified on 12/10/2010 (mjc, ). (Entered: 12/09/2010) |
| 12/09/2010 | 354 | ANSWER to 111 Amended Complaint,,,,, by Cobra Digital, LLC.(Miller, Allison) (Entered: 12/09/2010) |
| 12/09/2010 | 355 | Unopposed MOTION for Extension of Time to File Answer re 354 Answer to Amended Complaint , *as well as Motion to File Instanter Answer to First Amended Complaint* by Cobra Digital, LLC. (Attachments: # 1 Text of Proposed Order GRANTING Motion to File Instanter Answer to First Amended Complaint)(Miller, Allison) (Additional attachment(s) added on 12/10/2010: # 2 Text of Proposed Order Corrected) (mjc, ). (Entered: 12/09/2010) |
| 12/10/2010 | | NOTICE of Deficiency regarding the 353 Unopposed Application for Extension of Time submitted by Cobra Digital, LLC. The party's name is incorrect on the application. Correction should be made by one business day. (mjc, ) (Entered: 12/10/2010) |
| | | |

| 12/10/2010 | 356 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Cobra Digital, LLC.( Miller, Allison) (Entered: 12/10/2010) |
|---|---|---|
| 12/13/2010 | | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint 356 is granted pursuant to Local Rule CV-12 for Cobra Digital, LLC to 12/9/2010. 13 Days Granted for Deadline Extension.( mll, ) (Entered: 12/13/2010) |
| 12/13/2010 | 357 | ORDER granting 355 Motion for Extension of Time to Answer. Deft Cobra Digial's answer is deemed timely filed as of 12-09-2010. Signed by Judge Leonard Davis on 12/13/10. cc:attys 12-13-10 (mll, ) (Entered: 12/13/2010) |
| 12/16/2010 | 358 | ANSWER to 111 Amended Complaint,,,,,, COUNTERCLAIM against AdjustaCam LLC by Digital Innovations, LLC.(Philbin, Phillip) (Entered: 12/16/2010) |
| 12/20/2010 | 359 | NOTICE of Voluntary Dismissal by AdjustaCam LLC (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 12/20/2010) |
| 12/20/2010 | 360 | NOTICE by AdjustaCam LLC re 15 Order, *regarding Notice of Readiness for Scheduling Conference* (Edmonds, John) (Entered: 12/20/2010) |
| 12/21/2010 | 361 | ORDER granting 359 Notice of Voluntary Dismissal filed by AdjustaCam LLC. Pltf's claims against deft Ezonics Corporation are dismissed without prejudice. Signed by Judge Leonard Davis on 12/21/10. cc:attys 12-21-10(mll, ) (Entered: 12/21/2010) |
| 12/21/2010 | 🔒 | (Court only) *** Party deft Ezonics Corporation D/B/A Ezonics Corporation USA D/B/A Ezonics terminated per 361 Order of partial dismissal. (mll, ) |

| | | (Entered: 12/21/2010) |
|---|---|---|
| 12/22/2010 | 362 | Unopposed MOTION to Withdraw as Attorney by Newegg, Inc., Newegg.com, Inc.. (Attachments: # 1 Text of Proposed Order)(Stewart, Justin) (Entered: 12/22/2010) |
| 12/30/2010 | 363 | ORDER granting 362 Motion to Withdraw as Attorney. Attorney Justin Neil Stewart terminated as counsel of record for defts Newegg Inc and Newegg.com Inc. Signed by Judge Leonard Davis on 12/30/10. cc:attys 12-30-10 (mll, ) (Entered: 12/30/2010) |
| 01/06/2011 | 364 | NOTICE of Attorney Appearance by Christopher Schenck on behalf of KMart Corporation, Sears Brands, LLC, Sears Holdings Corporation D/B/A Sears, Sears, Roebuck and Company (Schenck, Christopher) (Entered: 01/06/2011) |
| 01/06/2011 | 365 | NOTICE of Attorney Appearance by Christopher Schenck on behalf of Overstock.com, Inc. (Schenck, Christopher) (Entered: 01/06/2011) |
| 01/06/2011 | 366 | ANSWER to 358 Answer to Amended Complaint, Counterclaim *of Defendant Digital Innovations, LLC* by AdjustaCam LLC.(Edmonds, John) (Entered: 01/06/2011) |
| 01/10/2011 | 367 | ORDER granting 345 Notice of Voluntary Dismissal filed by AdjustaCam LLC. Pltf's claims against Prolynkz LLC are dismissed without prejudice. Signed by Judge Leonard Davis on 01/10/11. cc:attys 1-10-11(mll, ) (Entered: 01/10/2011) |
| 01/10/2011 | 🔒 | (Court only) *** Party deft Prolynkz, LLC terminated per 367 Order of partial dismissal. (mll, ) (Entered: 01/10/2011) |
| 01/12/2011 | 368 | NOTICE of Attorney Appearance by John Allen |

| | | Yates on behalf of Overstock.com, Inc. (Yates, John) (Entered: 01/12/2011) |
|---|---|---|
| 01/12/2011 | 369 | NOTICE of Attorney Appearance by John Allen Yates on behalf of KMart Corporation, Sears Brands, LLC, Sears Holdings Corporation D/B/A Sears, Sears, Roebuck and Company (Yates, John) (Entered: 01/12/2011) |
| 01/13/2011 | 370 | MOTION to Stay *and Sever Claims as to Reseller Defendants Based on the Customer Suit Exception* by Amazon.com, Inc., Auditek Corporation, Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, Blue Microphones, LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., CDW, LLC, Cobra Digital, LLC, Compusa.com, Inc., Creative Labs, Inc.,, Dell, Inc.,, Digital Innovations, LLC, Fry's Electronics Inc, Gear Head, LLC, Hewlett-Packard Company, Jwin Electronics Corporation, KMart Corporation, KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Lifeworks Technology Group, LLC, Macally Peripherals, Inc. D/B/A Macally U.S.A., Mace Group, Inc., Micro Electronics, Inc. DBA Micro Center, New Compusa Corporation, Newegg, Inc., Newegg.com, Inc., Office Depot, Inc., Overstock.com, Inc., Phoebe Micro Inc., Rosewill Inc., Sakar International, Inc., Sears Brands, LLC, Sears Holdings Corporation D/B/A Sears, Sears, Roebuck and Company, Systemax, Inc. D/B/A Compusa, Target Corp., Tigerdirect, Inc., Wal-Mart Stores, Inc.. (Attachments: # 1 Affidavit Declaration of B. Atkinson, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Text of Proposed Order)(Daniels, Steven) (Entered: 01/13/2011) |
| | | |

| 01/13/2011 | 371 | ORDER re Agreed Docket Control and Discovery Orders. Signed by Judge Leonard Davis on 1/13/2010. (gsg) (Entered: 01/14/2011) |
|---|---|---|
| 01/24/2011 | 372 | NOTICE of Attorney Appearance by J Thad Heartfield on behalf of CONNS, INC. D/B/A CONNS (Heartfield, J) (Entered: 01/24/2011) |
| 01/24/2011 | 373 | NOTICE of Attorney Appearance by M. Dru Montgomery on behalf of CONNS, INC. D/B/A CONNS (Montgomery, M.) (Entered: 01/24/2011) |
| 01/24/2011 | 374 | NOTICE of Attorney Appearance by Deron R Dacus on behalf of Dell, Inc., (Dacus, Deron) (Entered: 01/24/2011) |
| 01/26/2011 | 375 | ***DISREGARD ENTRY - DEFICIENT FILING***<br><br>Unopposed MOTION to Withdraw as Attorney *of Record* by Jwin Electronics Corporation. (Attachments: # 1 Text of Proposed Order)(Werner, Philip) Modified on 1/26/2011 (kls, ). (Entered: 01/26/2011) |
| 01/26/2011 | | NOTICE of Deficiency regarding the #375 Motion to Withdraw as Attorney submitted by Jwin Electronics Corporation. Motion/Proposed Order not in searchable.pdf format. Date and Signature line must be removed from proposed order. Correction should be made by Next Business Day (kls, ) (Entered: 01/26/2011) |
| 01/26/2011 | 376 | Unopposed MOTION to Withdraw as Attorney *of Record* by Jwin Electronics Corporation. (Attachments: # 1 Text of Proposed Order)(Werner, Philip) (Entered: 01/26/2011) |
| 01/28/2011 | 377 | APPLICATION to Appear Pro Hac Vice by Attorney Christopher J Cuneo for Newegg, Inc., Newegg.com, Inc. (mll, ) (Entered: 01/28/2011) |

| 01/31/2011 | 378 | RESPONSE in Opposition re 370 MOTION to Stay *and Sever Claims as to Reseller Defendants Based on the Customer Suit Exception filed by AdjustaCam LLC.* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Edmonds, John) (Additional attachment(s) added on 2/3/2011: # 8 Text of Proposed Order) (kls, ). (Entered: 01/31/2011) |
| --- | --- | --- |
| 02/02/2011 | 379 | NOTICE of Attorney Appearance by Andrew Patrick Tower on behalf of AdjustaCam LLC (Tower, Andrew) (Entered: 02/02/2011) |
| 02/07/2011 | 380 | NOTICE of Attorney Appearance by Eric Hugh Findlay on behalf of Creative Labs, Inc., (Findlay, Eric) (Entered: 02/07/2011) |
| 02/07/2011 | 381 | NOTICE of Attorney Appearance by Roger Brian Craft on behalf of Creative Labs, Inc., (Craft, Roger) (Entered: 02/07/2011) |
| 02/07/2011 | 382 | NOTICE of Attorney Appearance by Michael Charles Smith on behalf of Wal-Mart Stores, Inc. (Smith, Michael) (Entered: 02/07/2011) |
| 02/07/2011 | 385 | **2.7.11 Minute Entry - Status Conference:** for proceedings held before Judge Leonard Davis and Judge John Love: Status Conference held on 2/7/2011. (Court Reporter Shea Sloan.) (Attachments: # 1 Attorney Sign-In Sheet) (rlf, ) (Entered: 02/11/2011) |
| 02/07/2011 | 386 | **2.7.11 Minute Entry - Status Conference:** for proceedings held before Judge Leonard Davis: Status Conference held on 2/7/2011. (Court Reporter Shea Sloan.) (Attachments: # 1 Attorney Sign-In Sheet) (rlf, ) (Entered: 02/11/2011) |
| 02/07/2011 | | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge John D. Love and Judge |

| | | Davis: Status Conference held on 2/7/2011. (refer to document #385) (Court Reporter Shea Sloan.) (mjm, ) (Entered: 02/14/2011) |
|---|---|---|
| 02/08/2011 | 383 | ***DOCUMENT FILED IN ERROR. PLEASE DISREGARD.*** NOTICE of Attorney Appearance by Herbert J Hammond on behalf of Gear Head, LLC (Hammond, Herbert) Modified on 2/11/2011 (mjc, ). (Entered: 02/08/2011) |
| 02/11/2011 | | ***FILED IN ERROR. Document # 383 , Notice of Appearance. PLEASE IGNORE. TO BE REFILED USING CORRECT PASSWORD AND LOGIN.*** (mjc, ) (Entered: 02/11/2011) |
| 02/11/2011 | 384 | REPLY to Response to Motion re 370 MOTION to Stay *and Sever Claims as to Reseller Defendants Based on the Customer Suit Exception filed by Amazon.com, Inc., Auditek Corporation, Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, Blue Microphones, LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., CDW, LLC, Cobra Digital, LLC, Compusa.com, Inc., Creative Labs, Inc.,, Dell, Inc.,, Digital Innovations, LLC, Fry's Electronics Inc, Gear Head, LLC, Hewlett-Packard Company, Jwin Electronics Corporation, KMart Corporation, KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Lifeworks Technology Group, LLC, Macally Peripherals, Inc. D/B/A Macally U.S.A., Mace Group, Inc., Micro Electronics, Inc. DBA Micro Center, New Compusa Corporation, Newegg, Inc., Newegg.com, Inc., Office Depot, Inc., Overstock.com, Inc., Phoebe Micro Inc., Rosewill Inc., Sakar International, Inc., Sears Brands, LLC,* |

| | | |
|---|---|---|
| | | *Sears Holdings Corporation D/B/A Sears, Sears, Roebuck and Company, Systemax, Inc. D/B/A Compusa, Target Corp., Tigerdirect, Inc., Wal-Mart Stores, Inc.*. (Attachments: # 1 Exhibit Table of Accused Products)(Daniels, Steven) (Entered: 02/11/2011) |
| 02/11/2011 | 387 | STIPULATION of Dismissal *of Defendant Jasco Products Company LLC D/B/A Jasco Products Company D/B/A Jasco* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 02/11/2011) |
| 02/11/2011 | 388 | APPLICATION to Appear Pro Hac Vice by Attorney Gary Y Leung for Digital Innovations, LLC (mll, ) (Entered: 02/14/2011) |
| 02/14/2011 | 🔒 | (Court only) ***Staff notes - Contacted atty Patricia Davidson's office via telephone to advise her that her Notice of Appearance needs to be refiled using the proper password and login. Following up with QC e-mail that was sent earlier. (mjc, ) (Entered: 02/14/2011) |
| 02/15/2011 | 389 | NOTICE of Attorney Appearance by Patricia L Davidson on behalf of Gear Head, LLC (Davidson, Patricia) (Entered: 02/15/2011) |
| 02/18/2011 | 390 | ORDER denying 376 Motion to Withdraw as Attorney. Signed by Judge Leonard Davis on 02/18/11. cc:attys 2-18-11 (mll, ) (Entered: 02/18/2011) |
| 02/21/2011 | 391 | Joint MOTION for Extension of Time to File *Proposed Docket Control Order and Discovery Order* by Amazon.com, Inc., CDW Corporation F/K/A CDW Computer Centers, Inc., Fry's Electronics Inc, Hewlett-Packard Company, Micro Electronics, Inc. DBA Micro Center, Office Depot, Inc.. (Attachments: # 1 Text of Proposed Order) |

| | | (Craft, Roger) (Entered: 02/21/2011) |
|---|---|---|
| 02/22/2011 | 392 | SUR-REPLY to Reply to Response to Motion re 370 MOTION to Stay *and Sever Claims as to Reseller Defendants Based on the Customer Suit Exception filed by AdjustaCam LLC*. (Edmonds, John) (Entered: 02/22/2011) |
| 02/23/2011 | 393 | ORDER granting 391 Motion for Extension of Time. Parties are given 14 days after the follow up status conference to file an agreed Docket Control Order and Discovery Order or competing versions. Signed by Judge Leonard Davis on 02/23/11. cc:attys 2-23-11 (mll, ) (Entered: 02/23/2011) |
| 02/28/2011 | 394 | NOTICE by AdjustaCam LLC *OF COMPLIANCE AND REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE* (Edmonds, John) (Entered: 02/28/2011) |
| 03/01/2011 | 395 | ORDER setting Status Conference for 3/24/2011 09:00 AM before Judge Leonard Davis. Signed by Judge Leonard Davis on 03/01/11. cc:attys 3-02-11 (mll, ) (Entered: 03/02/2011) |
| 03/17/2011 | 396 | NOTICE by Amazon.com, Inc., Auditek Corporation, Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, Blue Microphones, LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., Cobra Digital, LLC, Compusa.com, Inc., Creative Labs, Inc.,, Dell, Inc.,, Digital Innovations, LLC, Fry's Electronics Inc, Gear Head, LLC, Hewlett-Packard Company, Jwin Electronics Corporation, KMart Corporation, KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Lifeworks Technology Group, LLC, Macally Peripherals, Inc. D/B/A Macally U.S.A., Mace Group, Inc., Micro Electronics, Inc. DBA Micro |

| | | |
|---|---|---|
| | | Center, New Compusa Corporation, Newegg, Inc., Newegg.com, Inc., Office Depot, Inc., Overstock.com, Inc., Phoebe Micro Inc., Rosewill Inc., Sakar International, Inc., Sears Brands, LLC, Sears Holdings Corporation D/B/A Sears, Sears, Roebuck and Company, Systemax, Inc. D/B/A Compusa, Target Corp., Tigerdirect, Inc., Wal-Mart Stores, Inc. re 370 MOTION to Stay *and Sever Claims as to Reseller Defendants Based on the Customer Suit Exception*, 384 Reply to Response to Motion,,,,, (Attachments: # 1 Exhibit A (Itex, Inc. v. Westex, Inc. et al. (N.D.. Ill. 2011) Order), # 2 Exhibit B (Mitutoyo Corp. v. Central Purchasing, LLC (Fed. Cir. 2007) opinion))(Daniels, Steven) (Entered: 03/17/2011) |
| 03/21/2011 | 397 | Unopposed MOTION to Withdraw as Attorney by Cobra Digital, LLC. (Attachments: # 1 Text of Proposed Order)(Lackey, Walter) (Entered: 03/21/2011) |
| 03/22/2011 | 398 | NOTICE of Attorney Appearance by John Frederick Bufe on behalf of Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Blue Microphones, LLC, J&R ELECTRONICS INC. D/B/A J&R (Bufe, John) (Entered: 03/22/2011) |
| 03/22/2011 | 399 | NOTICE of Attorney Appearance by Michael E Jones on behalf of Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone (Jones, Michael) (Entered: 03/22/2011) |
| 03/22/2011 | 403 | ORDER granting 397 Motion to Withdraw as Attorney. Attorney Walter Wayne Lackey, Jr terminated. Signed by Judge Leonard Davis on 03/22/11. cc:attys 3-23-11 (mll, ) (Entered: 03/23/2011) |

| 03/23/2011 | 400 | NOTICE of Attorney Appearance by Shannon Marie Dacus on behalf of Dell, Inc., (Dacus, Shannon) (Entered: 03/23/2011) |
|---|---|---|
| 03/23/2011 | 401 | NOTICE of Attorney Appearance by Vincent Jerome Allen on behalf of Auditek Corporation (Allen, Vincent) (Entered: 03/23/2011) |
| 03/23/2011 | 402 | NOTICE of Attorney Appearance by Zachary Wade Hilton on behalf of Auditek Corporation (Hilton, Zachary) (Entered: 03/23/2011) |
| 03/23/2011 | 404 | NOTICE of Attorney Appearance by Robert Dean Ayers, Jr on behalf of Overstock.com, Inc. (Ayers, Robert) (Entered: 03/23/2011) |
| 03/23/2011 | 405 | NOTICE of Attorney Appearance by Robert Dean Ayers, Jr on behalf of KMart Corporation, Sears Brands, LLC, Sears Holdings Corporation D/B/A Sears, Sears, Roebuck and Company (Ayers, Robert) (Entered: 03/23/2011) |
| 03/23/2011 | 406 | Unopposed MOTION to Substitute Attorney *and Withdraw Counsel* by Lifeworks Technology Group, LLC. (Attachments: # 1 Text of Proposed Order)(Daniels, Steven) (Entered: 03/23/2011) |
| 03/23/2011 | 407 | STIPULATION of Dismissal *WITHOUT PREJUDICE of Defendant Conns, Inc. d/b/a Conns* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order)(Edmonds, John) (Entered: 03/23/2011) |
| 03/23/2011 | 408 | STIPULATION of Dismissal *With Prejudice of Defendant Phoebe Micro Inc.* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order) (Edmonds, John) (Entered: 03/23/2011) |
| 03/23/2011 | 410 | ORDER granting 387 Stipulation of Dismissal filed by AdjustaCam LLC. All claims and counterclaims in this action between pltf and deft Jasco Products |

| | | Company LLC are dismissed with prejudice, with each party to bear their own costs, expenses, and attorney's fees. Signed by Judge Leonard Davis on 03/23/11. cc:attys 3-24-11(mll, ) (Entered: 03/24/2011) |
|---|---|---|
| 03/23/2011 | 🔒 | (Court only) *** Party deft Jasco Products Company LLC D/B/A Jasco Products Company D/B/A Jasco terminated, per 410 Order of partial dismissal. (mll, ) (Entered: 03/24/2011) |
| 03/24/2011 | 409 | NOTICE by AdjustaCam LLC re 396 Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) *re Supplemental Movant's Authority* (Attachments: # 1 Exhibit Ex. 1 - Bratic Declaration)(Edmonds, John) (Entered: 03/24/2011) |
| 03/24/2011 | 411 | ORDER granting 407 Stipulation of Dismissal filed by AdjustaCam LLC. All claims and counterclaims in this action between pltf and deft Conn's Inc are dismissed without prejudice, with each party to bear their own costs, expenses, and attorney's fees. Signed by Judge Leonard Davis on 03/24/11. cc:attys 3-24-11(mll, ) (Entered: 03/24/2011) |
| 03/24/2011 | 412 | ORDER granting 408 Stipulation of Dismissal filed by AdjustaCam LLC. All claims and counterclaims in this action between pltf and deft Phoebe Micro Inc are dismissed with prejudice, with each party to bear their own costs, expenses, and attorney's fees. Signed by Judge Leonard Davis on 03/24/11. cc:attys 3-24-11(mll, ) (Entered: 03/24/2011) |
| 03/24/2011 | 🔒 | (Court only) *** Party defts Phoebe Micro Inc., CONNS, INC. D/B/A CONNS terminated per orders of partial dismissal. (mll, ) (Entered: 03/24/2011) |
| 03/24/2011 | 413 | **3.24.11 Minute Entry - Status Conference:** for |

| | | | |
|---|---|---|---|
| | | | proceedings held before Judge Leonard Davis: Status Conference held on 3/24/2011. (Court Reporter Shea Sloan.) (Attachments: # 1 Attorny Sign-In Sheets) (rlf, ) (Entered: 03/29/2011) |
| 03/30/2011 | | 414 | STIPULATION of Dismissal *With Prejudice of Defendant jWIN Electronics Corporation* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order)(Edmonds, John) (Entered: 03/30/2011) |
| 03/30/2011 | | 415 | STIPULATION of Dismissal *Without Prejudice of Defendant Cobra Digital, LLC* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order) (Edmonds, John) (Entered: 03/30/2011) |
| 03/30/2011 | | 416 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Status Conference Proceedings held on 2/7/11 before Judge Leonard Davis. Court Reporter: Shea Sloan, shea_sloan@txed.uscourts.gov. 20 pages. **NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov** Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 4/25/2011. Redacted Transcript Deadline set for 5/5/2011. Release of Transcript |

| | | | |
|---|---|---|---|
| | | | Restriction set for 7/1/2011. (sms, ) (Entered: 03/30/2011) |
| 03/31/2011 | | 417 | MEMORANDUM OPINION AND ORDER granting in part 98 Motion to Dismiss. Pltf is granted leave to amend its complaint within 15 days. Signed by Judge Leonard Davis on 03/31/11. cc:attys 3-31-11 (mll, ) (Entered: 03/31/2011) |
| 03/31/2011 | | 418 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Status Conference Proceedings held on 3/24/11 before Judge Leonard Davis. Court Reporter: Shea Sloan. 27 pages.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 4/25/2011. Redacted Transcript Deadline set for 5/5/2011. Release of Transcript Restriction set for 7/5/2011. (sms, ) (Entered: 03/31/2011) |
| 04/05/2011 | | 419 | ORDER re 414 Stipulation of Dismissal filed by AdjustaCam LLC, dismissing with prejudice all claims and counterclaims between plaintiff, Adjustacam LLC, and defendant, Jwin Electronics Corporation. Each party to bear its own costs. |

| | | Signed by Judge Leonard Davis on 4/4/11. (mjc, ) (Entered: 04/05/2011) |
|---|---|---|
| 04/05/2011 | 420 | ORDER re 415 Stipulation of Dismissal filed by AdjustaCam LLC, dismissing without prejudice all claims and counterclaims asserted between plaintiff, AdjustaCam LLC, and defendant, Cobra Digital, LLC. Each party to bear its own costs. Signed by Judge Leonard Davis on 4/4/11. (mjc, ) (Entered: 04/05/2011) |
| 04/07/2011 | 421 | Joint MOTION for Extension of Time to File *Proposed Docket Control Order and Discovery Order* by Amazon.com, Inc., CDW Corporation F/K/A CDW Computer Centers, Inc., Fry's Electronics Inc, Hewlett-Packard Company, Micro Electronics, Inc. DBA Micro Center, Office Depot, Inc.. (Attachments: # 1 Text of Proposed Order) (Craft, Roger) (Entered: 04/07/2011) |
| 04/14/2011 | 422 | Joint MOTION for Extension of Time to File *Proposed Docket Control Order and Discovery Order* by Amazon.com, Inc., CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., Fry's Electronics Inc, Hewlett-Packard Company, Micro Electronics, Inc. DBA Micro Center, Office Depot, Inc.. (Attachments: # 1 Text of Proposed Order)(Craft, Roger) (Entered: 04/14/2011) |
| 04/18/2011 | 423 | APPLICATION to Appear Pro Hac Vice by Attorney Daniel L Farris for Radioshack Corporation. (mll, ) (Entered: 04/18/2011) |
| 04/20/2011 | 424 | ORDER granting 422 Motion for Extension of Time. Parties shall have to 4-27-2011 to file an agreed Docket Control Order and Discovery Order or competing versions if agreement cannot be reached. Signed by Judge Leonard Davis on 04/20/11. cc:attys 4-20-11 (mll, ) (Entered: 04/20/2011) |

| 04/27/2011 | 425 | ORDER granting 406 Motion to Substitute Attorney. Added attorneys Steven Daniels, William Bryan Farney, and Bryan Donivan Atkinson for Lifeworks Technology Group, LLC. Attorneys Collin Michael Maloney; Thomas Carulli and Jennifer Huang terminated. Signed by Judge Leonard Davis on 04/27/11. cc:attys 4-27-11 (mll, ) (Entered: 04/27/2011) |
|---|---|---|
| 04/27/2011 | 426 | ORDER denying 370 Motion to Stay and Sever Claims as to Reseller Defendants Based on the Customer Suit Exception; granting parties' request for leave to file an early summary judgment motion regarding damages. Parties are to submit agreed Docket Control and Discovery Orders to the Court by 5-09-2011. For purposes of computing the time deadlines under the local patent rules, the Court deems 5-09-2011 as the effective Rule 16 Initial Case Management Conference date, and thus plaintiff's PR 3-1 and 3-2 disclosures will be due 4-29-2011. Signed by Judge Leonard Davis on 04/27/11. cc:attys 4-27-11 (mll, ) (Entered: 04/27/2011) |
| 05/03/2011 | 427 | Unopposed MOTION to Withdraw as Attorney *and Substitute Roger Fulghum as Lead Attorney,* by Dell, Inc.,. (Attachments: # 1 Text of Proposed Order)(Partridge, Scott) (Entered: 05/03/2011) |
| 05/05/2011 | 428 | ORDER granting 427 Motion to Withdraw as Attorney. Attorney Scott F Partridge terminated; Roger Fulghum is substituted as Lead Attorney. Signed by Judge Leonard Davis on 05/05/11. cc:attys 5-05-11 (mll, ) (Entered: 05/05/2011) |
| 05/09/2011 | 429 | Submission of Proposed Agreed Docket Control/Scheduling order by AdjustaCam LLC. (Attachments: # 1 Proposed Docket Control Order, # 2 Proposed Discovery Order)(Edmonds, John) |

| | | (Entered: 05/09/2011) |
|---|---|---|
| 05/16/2011 | 430 | NOTICE of Disclosure by Gear Head, LLC *Initial* (Davidson, Patricia) (Entered: 05/16/2011) |
| 05/20/2011 | 431 | STIPULATION of Dismissal *Without Prejudice of defendants Sears Brands, LLC; Sears, Roebuck and Company; Sears Holdings Corporation d/b/a Sears; and Kmart Corporation* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order) (Edmonds, John) (Entered: 05/20/2011) |
| 05/23/2011 | 432 | NOTICE by CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc. *Notice of Service of Initial Disclosures* (Findlay, Eric) (Entered: 05/23/2011) |
| 05/23/2011 | 433 | NOTICE by Wal-Mart Stores, Inc. *of Compliance of Service of Its Initial Disclosures* (DeGyarfas, Victor) (Entered: 05/23/2011) |
| 05/23/2011 | 434 | Unopposed MOTION for Extension of Time to Complete Discovery *and Serve Initial Disclosures* by Amazon.com, Inc.. (Attachments: # 1 Text of Proposed Order)(Findlay, Eric) (Entered: 05/23/2011) |
| 05/23/2011 | 435 | NOTICE by Digital Innovations, LLC *of Compliance* (Leung, Gary) (Entered: 05/23/2011) |
| 05/23/2011 | 436 | NOTICE by Creative Labs, Inc.,, Fry's Electronics Inc, Hewlett-Packard Company, Micro Electronics, Inc. DBA Micro Center, Office Depot, Inc. *Notice of Service of Initial Disclosures* (Findlay, Eric) (Entered: 05/23/2011) |
| 05/24/2011 | 437 | NOTICE by Overstock.com, Inc. re 429 Proposed Agreed Docket Control/Scheduling, Protective or Discovery Order (Barr, John) (Entered: 05/24/2011) |
| 05/24/2011 | 438 | ***DOCUMENT FILED IN ERROR. PLEASE DISREGARD.*** |

| | | NOTICE by Compusa.com, Inc., New Compusa Corporation, Systemax, Inc. D/B/A Compusa, Tigerdirect, Inc. *Defendants COMPUSA.COM, INC.S, NEW COMPUSA CORP.S, SYSTEMAX INC.S and TIGERDIRECT, INC.S Notice of Compliance* (Denenberg, David) Modified on 5/24/2011 (mjc, ). (Entered: 05/24/2011) |
|---|---|---|
| 05/24/2011 | 439 | NOTICE by Sakar International, Inc. *Notice of Compliance* (Sutton, Ezra) (Entered: 05/24/2011) |
| 05/24/2011 | | NOTICE of Deficiency regarding the 438 Notice submitted by Compusa.com, Inc., New Compusa Corporation, Systemax, Inc. D/B/A Compusa, Tigerdirect, Inc. Document does not contain a Certificate of Service. Correction should be made by one business day. (mjc, ) (Entered: 05/24/2011) |
| 05/24/2011 | 440 | NOTICE by Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Blue Microphones, LLC *Notice of Compliance* (Sarvaiya, M) (Entered: 05/24/2011) |
| 05/24/2011 | 441 | NOTICE by Lifeworks Technology Group, LLC *Notice of Service of Initial Disclosures* (Atkinson, Bryan) (Entered: 05/24/2011) |
| 05/24/2011 | 442 | NOTICE by Dell, Inc., *Service of Initial Disclosures,* (Fulghum, Roger) (Entered: 05/24/2011) |
| 05/24/2011 | 443 | NOTICE by Auditek Corporation *Service of Initial Disclosures* (Lee, Jen-Feng) (Entered: 05/24/2011) |
| 05/24/2011 | 444 | ORDER granting 434 Motion for Extension of Time to Complete Discovery. Amazon shall have to 5-27-2011 to serve its Initial Disclosures. Signed by Judge Leonard Davis on 05/24/11. cc:attys 5-25-11 (mll, ) (Entered: 05/25/2011) |
| 05/24/2011 | 445 | ORDER granting 431 Stipulation of Dismissal, filed |

| | | by AdjustaCam LLC. All claims and counterclaims in this action between pltf and defts Sears Brands LLC, Sears Roebuck and Company, Sears Holdings Corporation, and Kmart Corporation are dismissed without prejudice, with each party to bear their own costs, expenses, and attorney's fees. Signed by Judge Leonard Davis on 05/24/11. cc:attys 5-25-11 (mll, ) (Entered: 05/25/2011) |
|---|---|---|
| 05/24/2011 | 🔒 | (Court only) *** Party defts KMart Corporation, Sears Brands, LLC, Sears Holdings Corporation D/B/A Sears, Sears, Roebuck and Company, and KMart Corporation terminated per 445 Order of partial dismissal. (mll, ) (Entered: 05/25/2011) |
| 05/25/2011 | 446 | NOTICE by Compusa.com, Inc., New Compusa Corporation, Systemax, Inc. D/B/A Compusa, Tigerdirect, Inc. *Defendants COMPUSA.COM.S, NEW COMPUSA CORP.S, SYSTEMAX INC.S and TIGERDIRECT, INC.S Notice of Compliance* (Denenberg, David) (Entered: 05/25/2011) |
| 05/26/2011 | 447 | NOTICE by Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., Creative Labs, Inc.,, Hewlett-Packard Company, Lifeworks Technology Group, LLC, Target Corp. *of change of Firm Name and Address for W. Bryan Farney, Steven R. Daniels, and Bryan D. Atkinson* (Atkinson, Bryan) (Entered: 05/26/2011) |
| 05/26/2011 | 448 | NOTICE by Compusa.com, Inc., New Compusa Corporation, Systemax, Inc. D/B/A Compusa, Tigerdirect, Inc. *Defendants COMPUSA.COM.S, NEW COMPUSA CORP.S, SYSTEMAX INC.S, and TIGERDIRECT, INC.S Notice of Compliance* (Denenberg, David) (Entered: 05/26/2011) |
| 05/26/2011 | 449 | ORDER denying as moot 421 Motion for Extension of Time to Submit Agreed Docket Control Order |

| | | and Discovery Order. Signed by Judge Leonard Davis on 05/26/11. cc:attys 5-27-11 (mll, ) (Entered: 05/27/2011) |
|---|---|---|
| 05/26/2011 | 450 | DISCOVERY ORDER. Signed by Judge Leonard Davis on 05/26/11. cc:attys 5-27-11(mll, ) (Entered: 05/27/2011) |
| 05/26/2011 | 451 | DOCKET CONTROL ORDER. Signed by Judge Leonard Davis on 05/26/11. cc:attys 5-27-11(mll, ) (Entered: 05/27/2011) |
| 05/26/2011 | | Deadlines set per 451 Docket Control Order: Amended Pleadings due by 11/9/2011; Respond to Amended Pleadings by 11-23-2011. Discovery due by 6/25/2012. Expert Witness List due by 4/23/2012; Rebuttal expert witnesses designated by 5-23-2012. Identify trial witnesses by 7/25/2012; Rebuttal Trial Witnesses identified by 8-08-2012. Joinder of Parties due by 7/23/2011, for defts. Jury instructions due by 10/2/2012. Mediation Completion due by 2/2/2012. **James Knowles is appointed as Mediator in this cause.** Dispositive Motions due by 8/8/2012. Response to Dispositive Motions due 9-10-2012. Proposed Pretrial Order due by 10/2/2012. Motions in Limine due 12-7-2012; Responses to Motions in Limine due 12-10-2012. Jury Selection set for 1/7/2013 09:00AM before Judge Leonard Davis. Jury Trial set for 1/14/2013 09:00 AM before Judge Leonard Davis. Markman Hearing set for 2/9/2012 09:00 AM before Judge Leonard Davis. Pretrial Conference set for 12/18/2012 09:00 AM before Judge Leonard Davis. Estimated length of trial is 5 days. (mll, ) (Entered: 05/31/2011) |
| 05/27/2011 | 452 | NOTICE of Discovery Disclosure by Newegg, Inc., Newegg.com, Inc., Rosewill Inc. (Yarbrough, Herbert) (Entered: 05/27/2011) |
| | | |

| 05/27/2011 | [453](#) | NOTICE by Digital Innovations, LLC *of Compliance* (Leung, Gary) (Entered: 05/27/2011) |
| 05/27/2011 | [454](#) | NOTICE by Overstock.com, Inc. re [451](#) Order *Notice of Compliance* (Barr, John) (Entered: 05/27/2011) |
| 05/27/2011 | [455](#) | NOTICE of Discovery Disclosure by Amazon.com, Inc. (Craft, Roger) (Entered: 05/27/2011) |
| 05/27/2011 | [456](#) | NOTICE of Discovery Disclosure by CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc. (Craft, Roger) (Entered: 05/27/2011) |
| 05/27/2011 | [457](#) | NOTICE by Wal-Mart Stores, Inc. *of Compliance of Service of Damages Disclosures* (DeGyarfas, Victor) (Entered: 05/27/2011) |
| 05/27/2011 | [458](#) | NOTICE by Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Blue Microphones, LLC *of Compliance of Damages Disclosures* (Sarvaiya, M) (Entered: 05/27/2011) |
| 05/27/2011 | [459](#) | NOTICE by Amazon.com, Inc. *of Service of Initial Disclosures* (Craft, Roger) (Entered: 05/27/2011) |
| 06/01/2011 | [460](#) | NOTICE by Dell, Inc., *Service of Damages Disclosures* (Fulghum, Roger) (Entered: 06/01/2011) |
| 06/01/2011 | [461](#) | NOTICE of Discovery Disclosure by Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, Creative Labs, Inc.,, Fry's Electronics Inc, Hewlett-Packard Company, Lifeworks Technology Group, LLC, Office Depot, Inc., Target Corp. *re Damages Disclosures* (Atkinson, Bryan) (Entered: 06/01/2011) |
| 06/01/2011 | [462](#) | NOTICE by Auditek Corporation *of Damages Disclosure* (Lee, Jen-Feng) (Entered: 06/01/2011) |
| | | |

| 06/10/2011 | 463 | NOTICE of Attorney Appearance by Walter Wayne Lackey, Jr on behalf of Amazon.com, Inc. (Lackey, Walter) (Entered: 06/10/2011) |
| 06/14/2011 | 464 | NOTICE of Attorney Appearance by Allen Franklin Gardner on behalf of J&R ELECTRONICS INC. D/B/A J&R (Gardner, Allen) (Entered: 06/14/2011) |
| 06/22/2011 | 465 | Unopposed MOTION for Extension of Time to File *Initial Disclosures* by J&R ELECTRONICS INC. D/B/A J&R. (Attachments: # 1 Text of Proposed Order)(Jones, Michael) (Entered: 06/22/2011) |
| 06/24/2011 | 466 | ORDER granting 465 Motion for Extension of Time. Deft J&R Electronics Inc shall have to 6-21-2011 to serve its Initial Disclosures. Signed by Judge Leonard Davis on 06/24/11. cc:attys 6-27-11 (mll, ) (Entered: 06/27/2011) |
| 07/26/2011 | 467 | ***DOCUMENT FILED IN ERROR. PLEASE DISREGARD.*** Unopposed MOTION to Withdraw as Attorney *Phillip Philbin*, Unopposed MOTION to Substitute Attorney *Bradley W. Hoover* by Digital Innovations, LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Hoover, Bradley) Modified on 7/27/2011 (mjc, ). (Entered: 07/26/2011) |
| 07/27/2011 | 468 | Unopposed MOTION to Withdraw as Attorney *Phillip Philbin*, Unopposed MOTION to Substitute Attorney *Bradley W. Hoover* by Digital Innovations, LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Hoover, Bradley) (Entered: 07/27/2011) |
| 07/27/2011 | | NOTICE of Deficiency regarding the 467 Unopposed Motion to Withdraw submitted by Digital Innovations, LLC. Document is not in searchable pdf format. Correction should be made |

| | | |
|---|---|---|
| | | by one business day. (mjc, ) (Entered: 07/27/2011) |
| 07/28/2011 | 469 | AMENDED COMPLAINT (Second) against Amazon.com, Inc., Auditek Corporation, Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, Blue Microphones, LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., CDW, LLC, CONNS, INC. D/B/A CONNS, Cobra Digital, LLC, Compusa.com, Inc., Creative Labs, Inc.,, Creative Technology Ltd, Dell, Inc.,, Digital Innovations, LLC, Eastman Kodak Company, Ezonics Corporation D/B/A Ezonics Corporation USA D/B/A Ezonics, Fry's Electronics Inc, Gear Head, LLC, General Electric Company, Hewlett-Packard Company, Intcomex, Inc., J&R ELECTRONICS INC. D/B/A J&R, Jasco Products Company LLC D/B/A Jasco Products Company D/B/A Jasco, Jwin Electronics Corporation, KMart Corporation, KOHLS CORPORATION D/B/A KOHL'S, Klip Extreme LLC, Kohl's Illinois, Inc., Lifeworks Technology Group, LLC, Macally Peripherals, Inc. D/B/A Macally U.S.A., Mace Group, Inc., Micro Electronics, Inc. DBA Micro Center, New Compusa Corporation, Newegg, Inc., Newegg.com, Inc., Office Depot, Inc., Overstock.com, Inc., Phoebe Micro Inc., Prolynkz, LLC, Radioshack Corporation, Rosewill Inc., SDI Technologies, Inc., SOLID YEAR CO., LTD., Sakar International, Inc., Sakar, Inc., Sears Brands, LLC, Sears Holdings Corporation D/B/A Sears, Sears, Roebuck and Company, Software Brokers of America Inc. DBA Intcomex Corporation D/B/A Intcomex, Systemax, Inc. D/B/A Compusa, Target Corp., Tigerdirect, Inc., Trippe Manufacturing Company D/B/A Tripp Lite, WALGREEN CO. D/B/A WALGREENS, Wal-Mart Stores, Inc., filed |

| | | | |
|---|---|---|---|
| | | | by AdjustaCam LLC.(Edmonds, John) (Entered: 07/28/2011) |
| 07/29/2011 | | 470 | ORDER granting 468 Motion to Withdraw as Attorney. Attorney Phillip Brett Philbin terminated; granting 468 Motion to Substitute Attorney, and substituting Bradley Hoover as attorney for Digital Innovations LLC. Signed by Judge Leonard Davis on 07/29/11. cc:attys 7-29-11 (mll, ) (Entered: 07/29/2011) |
| 07/29/2011 | | 471 | Unopposed MOTION to Seal Document by Auditek Corporation, Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, Blue Microphones, LLC, Compusa.com, Inc., Digital Innovations, LLC, Fry's Electronics Inc, Gear Head, LLC, Hewlett-Packard Company, J&R ELECTRONICS INC. D/B/A J&R, KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Micro Electronics, Inc. DBA Micro Center, New Compusa Corporation, Office Depot, Inc., Overstock.com, Inc., Sakar International, Inc., Systemax, Inc. D/B/A Compusa, Target Corp., Tigerdirect, Inc.. (Attachments: # 1 Text of Proposed Order)(Daniels, Steven) (Additional attachment(s) added on 8/1/2011: # 2 Certificate of Service) (mjc, ). (Entered: 07/29/2011) |
| 07/29/2011 | 🔒 | 472 | ***DOCUMENT FILED IN ERROR. PLEASE DISREGARD. SEALED BY COURT.*** Opposed MOTION for Summary Judgment by Auditek Corporation, Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, Blue Microphones, LLC, Compusa.com, Inc., Digital Innovations, LLC, Fry's Electronics Inc, Gear Head, LLC, Hewlett-Packard Company, J&R |

| | | |
|---|---|---|
| | | ELECTRONICS INC. D/B/A J&R, KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Micro Electronics, Inc. DBA Micro Center, New Compusa Corporation, Office Depot, Inc., Overstock.com, Inc., Sakar International, Inc., Systemax, Inc. D/B/A Compusa, Target Corp., Tigerdirect, Inc.. (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Daniels, Steven) Modified on 8/1/2011 (mjc, ). (Entered: 07/29/2011) |
| 08/01/2011 | 🔒 473 | Opposed SEALED MOTION *for Partial Summary Judgment* by Auditek Corporation, Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, Blue Microphones, LLC, Compusa.com, Inc., Digital Innovations, LLC, Fry's Electronics Inc, Gear Head, LLC, Hewlett-Packard Company, J&R ELECTRONICS INC. D/B/A J&R, KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Micro Electronics, Inc. DBA Micro Center, New Compusa Corporation, Office Depot, Inc., Overstock.com, Inc., Sakar International, Inc., Systemax, Inc. D/B/A Compusa, Target Corp., Tigerdirect, Inc.. (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Daniels, Steven) (Additional attachment(s) added on 8/4/2011: # 3 Certificate of Authorization to File Under Seal) (mjc, ). (Entered: 08/01/2011) |
| 08/01/2011 | 474 | ***NOTICE OF DOCKET CORRECTION. ATTACHED CERTIFICATE OF SERVICE TO Document # 471 Motion to Seal. PLEASE NOTE.*** (mjc, ) (Entered: 08/01/2011) |
| 08/01/2011 | 🔒 | (Court only) ***Motions terminated: 472 Opposed MOTION for Summary Judgment filed by Micro Electronics, Inc. DBA Micro Center, |

| | | Overstock.com, Inc., BestBuy.com, LLC, Best Buy Stores, LP, Digital Innovations, LLC, Office Depot, Inc., KOHLS CORPORATION D/B/A KOHL'S, Fry's Electronics Inc, Tigerdirect, Inc., Best Buy Co Inc, Hewlett-Packard Company, Gear Head, LLC, Systemax, Inc. D/B/A Compusa, Blue Microphones, LLC, Auditek Corporation, New Compusa Corporation, Compusa.com, Inc., Kohl's Illinois, Inc., Sakar International, Inc., J&R ELECTRONICS INC. D/B/A J&R, Target Corp., Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone as filed in error. (mjc, ) (Entered: 08/05/2011) |
|---|---|---|
| 08/03/2011 | 475 | ANSWER to 469 Amended Complaint,,,,,, *Defendant Sakar International, Inc.'s Answer to Second Amended Complaint, Affirmative Defenses, Counterclaims, and Jury Demand,* COUNTERCLAIM against AdjustaCam LLC by Sakar International, Inc..(Sutton, Ezra) (Entered: 08/03/2011) |
| 08/04/2011 | 476 | NOTICE by Dell, Inc., re 473 Opposed SEALED MOTION *for Partial Summary Judgment - Notice of Joinder in Motion* (Attachments: # 1 Exhibit 1 - Declaration of Anthony Peterman, # 2 Text of Proposed Order Granting Motion as to Dell Inc.) (Fulghum, Roger) (Entered: 08/04/2011) |
| 08/04/2011 | 477 | NOTICE of Attorney Appearance by Daniel Alan Noteware, Jr on behalf of J&R ELECTRONICS INC. D/B/A J&R (Noteware, Daniel) (Entered: 08/04/2011) |
| 08/04/2011 | 478 | NOTICE of Attorney Appearance by Daniel Alan Noteware, Jr on behalf of Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Blue Microphones, LLC (Noteware, Daniel) (Entered: 08/04/2011) |
| | | |

| 08/04/2011 | 479 | ***NOTICE OF DOCKET CORRECTION. ATTACHED CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL TO Document # 473 Sealed Motion. PLEASE NOTE.*** <br> (mjc, ) (Entered: 08/04/2011) |
| --- | --- | --- |
| 08/08/2011 | 480 | MOTION to Seal Document *Declaration of Defendants Newegg Inc. and Rosewill Inc.* by Newegg, Inc., Newegg.com, Inc., Rosewill Inc.. (Attachments: # 1 Text of Proposed Order)(Cuneo, Christopher) (Additional attachment(s) added on 8/9/2011: # 2 Certificate of Service) (mjc, ). (Entered: 08/08/2011) |
| 08/08/2011 | 481 | ***DOCUMENT FILED IN ERROR. PLEASE DISREGARD. ATTACHED CERTIFICATE OF SERVICE TO DOCKET ENTRY 480 .*** <br> NOTICE by Newegg, Inc., Newegg.com, Inc., Rosewill Inc. re 480 MOTION to Seal Document *Declaration of Defendants Newegg Inc. and Rosewill Inc. Certificate of Service* (Cuneo, Christopher) Modified on 8/9/2011 (mjc, ). (Entered: 08/08/2011) |
| 08/08/2011 | 482 | ***DOCUMENT FILED IN ERROR. PLEASE DISREGARD.*** <br> MOTION for Joinder *in Defendants Motion for Partial Summary Judgment that AdjustaCam is Not Entitled to Pre-Suit Damages Pursuant to 35 U.S.C. § 287(a)* by Newegg, Inc., Newegg.com, Inc., Rosewill Inc.. (Cuneo, Christopher) Modified on 8/8/2011 (mjc, ). (Entered: 08/08/2011) |
| 08/08/2011 | | ***FILED IN ERROR. Document # 482 Motion for Joinder. PLEASE IGNORE.*** <br> (mjc, ) (Entered: 08/08/2011) |
| 08/08/2011 | 483 | NOTICE by Newegg, Inc., Newegg.com, Inc. re |

| | | | |
|---|---|---|---|
| | | | [473](#) Opposed SEALED MOTION *for Partial Summary Judgment Notice of Joinder* (Cuneo, Christopher) (Entered: 08/08/2011) |
| 08/08/2011 | 🔒 | [484](#) | ***DOCUMENT FILED IN ERROR. PLEASE DISREGARD.*** SEALED Declaration of Defendants Newegg Inc. and Rosewill Inc. in support of [483](#) Notice of Joinder. (Cuneo, Christopher) Modified on 8/9/2011 (mjc, ). (Entered: 08/08/2011) |
| 08/09/2011 | | | NOTICE of Deficiency regarding the [484](#) Sealed Declaration submitted by Newegg, Inc., Rosewill Inc. Document does not contain a Certificate of Authorization to File Under Seal or a Certificate of Service. Correction should be made by one business day. (mjc, ) (Entered: 08/09/2011) |
| 08/09/2011 | | [485](#) | AMENDED COMPLAINT *(THIRD)* against All Defendants, filed by AdjustaCam LLC.(Edmonds, John) (Entered: 08/09/2011) |
| 08/10/2011 | | [486](#) | NOTICE by Digital Innovations, LLC *Notice of Request for Termination of Electronic Notices* (Philbin, Phillip) (Entered: 08/10/2011) |
| 08/10/2011 | | [487](#) | ORDER granting [471](#) Motion to Seal Document. Signed by Judge Leonard Davis on 08/10/11. cc:attys 8-10-11 (mll, ) (Entered: 08/10/2011) |
| 08/10/2011 | 🔒 | [488](#) | SEALED Declaration of Defendants Newegg Inc. and Rosewill Inc. in support of [483](#) Notice of Joinder. (Cuneo, Christopher) (Entered: 08/10/2011) |
| 08/17/2011 | | [489](#) | RESPONSE in Opposition re [473](#) Opposed SEALED MOTION *for Partial Summary Judgment and re Motions/Notices of Joinder at Dkt Nos. 476 and 483 filed by AdjustaCam LLC.* (Attachments: # [1](#) Text of Proposed Order, # [2](#) Text of Proposed Order)(Edmonds, John) (Entered: 08/17/2011) |

| 08/18/2011 | 490 | STIPULATION of Dismissal *of Defendants Baltic Latvian Universal Electronics,LLC and Blue Microphones, LLC* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 08/18/2011) |
| 08/19/2011 | 491 | STIPULATION of Dismissal *of Defendant, RadioShack Corporation* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 08/19/2011) |
| 08/22/2011 | 492 | ORDER granting 490 Stipulation of Dismissal filed by AdjustaCam LLC. All claims and counterclaims in this action between pltf and defts Baltic Latvian Universal Electronics LLC and Blue Microphones LLC are dismissed with prejudice. Each party shall bear their own costs, expenses, and attorney's fees. Signed by Judge Leonard Davis on 08/22/11. cc:attys 8-23-11(mll, ) (Entered: 08/23/2011) |
| 08/22/2011 | 🔒 | (Court only) *** Party defts Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone and Blue Microphones, LLC terminated per 492 Order of partial dismissal. (mll, ) (Entered: 08/23/2011) |
| 08/22/2011 | 493 | ORDER granting 491 Stipulation of Dismissal filed by AdjustaCam LLC. All claims and counterclaims asserted in this suit between plaintiff and defendant, RadioShack Corporation, are hereby dismissed without prejudice until 10-04-2011, at which time, unless earlier withdrawn, the dismissal shall become WITH PREJUDICE. All costs, expenses and attorneys fees are to be borne by the party that incurred them. Signed by Judge Leonard Davis on 08/22/11. cc:attys 8-23-11 (mll, ) (Entered: 08/23/2011) |
| 08/22/2011 | 🔒 | (Court only) *** Party deft Radioshack Corporation terminated per 493 Order of partial dismissal. (mll, ) |

| | | (Entered: 08/23/2011) |
|---|---|---|
| 08/26/2011 | 494 | *Defendants COMPUSA.com, Inc.s, New COMPUSA Corp.s, Systemax Inc.s and Tigerdirect, Inc.s* ANSWER to 485 Amended Complaint *(Third)* by Compusa.com, Inc., New Compusa Corporation, Systemax, Inc. D/B/A Compusa, Tigerdirect, Inc.. (Denenberg, David) (Entered: 08/26/2011) |
| 08/26/2011 | 495 | *Defendants Newegg Inc. and Newegg.com Inc.'s* ANSWER to 485 Amended Complaint, COUNTERCLAIM against AdjustaCam LLC by Newegg, Inc., Newegg.com, Inc..(Cuneo, Christopher) (Entered: 08/26/2011) |
| 08/26/2011 | 496 | *Defendant Rosewill Inc.'s* ANSWER to 485 Amended Complaint, COUNTERCLAIM against AdjustaCam LLC by Rosewill Inc..(Cuneo, Christopher) (Entered: 08/26/2011) |
| 08/26/2011 | 497 | ANSWER to 485 Amended Complaint *[THIRD]*, COUNTERCLAIM against AdjustaCam LLC by Wal-Mart Stores, Inc..(DeGyarfas, Victor) (Entered: 08/26/2011) |
| 08/26/2011 | 498 | *Second* ANSWER to 485 Amended Complaint, COUNTERCLAIM against AdjustaCam LLC by Overstock.com, Inc..(Yates, John) (Entered: 08/26/2011) |
| 08/29/2011 | 499 | ANSWER to 485 Amended Complaint, COUNTERCLAIM against AdjustaCam LLC by Digital Innovations, LLC.(Leung, Gary) (Entered: 08/29/2011) |
| 08/29/2011 | 500 | *Dell Inc.'s* ANSWER to 485 Amended Complaint *Third Amended Complaint*, COUNTERCLAIM *for Patent Infringement* against AdjustaCam LLC by Dell, Inc.,.(Fulghum, Roger) (Entered: 08/29/2011) |
| 08/29/2011 | 501 | ANSWER to 485 Amended Complaint, |

| | | COUNTERCLAIM against AdjustaCam LLC by Auditek Corporation.(Lee, Jen-Feng) (Entered: 08/29/2011) |
|---|---|---|
| 08/29/2011 | 502 | ***DOCUMENT FILED IN ERROR. PLEASE DISREGARD. DUPLICATE ENTRY.*** ANSWER to Complaint *Dell Inc.'s Answer to Adjustacam LLC's Third Amended Complaint and*, COUNTERCLAIM against AdjustaCam LLC by Dell, Inc.,.(Fulghum, Roger) Modified on 8/29/2011 (mjc, ). (Entered: 08/29/2011) |
| 08/29/2011 | 503 | ANSWER to 485 Amended Complaint, COUNTERCLAIM against AdjustaCam LLC by Amazon.com, Inc..(Findlay, Eric) (Entered: 08/29/2011) |
| 08/29/2011 | 504 | *Defendant's* ANSWER to 485 Amended Complaint by J&R ELECTRONICS INC. D/B/A J&R.(Jones, Michael) (Entered: 08/29/2011) |
| 08/29/2011 | 505 | ANSWER to 485 Amended Complaint by Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC. (Daniels, Steven) (Entered: 08/29/2011) |
| 08/29/2011 | 506 | ANSWER to 485 Amended Complaint by CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., CDW, LLC.(Daniels, Steven) (Entered: 08/29/2011) |
| 08/29/2011 | 507 | ANSWER to 485 Amended Complaint by Creative Labs, Inc.,.(Daniels, Steven) (Entered: 08/29/2011) |
| 08/29/2011 | 508 | ANSWER to 485 Amended Complaint by Fry's Electronics Inc.(Daniels, Steven) (Entered: 08/29/2011) |
| 08/29/2011 | 509 | ANSWER to 485 Amended Complaint by Hewlett-Packard Company.(Daniels, Steven) (Entered: 08/29/2011) |
| 08/29/2011 | 510 | ANSWER to 485 Amended Complaint by Micro |

| | | Electronics, Inc. DBA Micro Center.(Daniels, Steven) (Entered: 08/29/2011) |
|---|---|---|
| 08/29/2011 | 511 | ANSWER to 485 Amended Complaint by Office Depot, Inc..(Daniels, Steven) (Entered: 08/29/2011) |
| 08/29/2011 | 512 | ANSWER to 485 Amended Complaint by Target Corp..(Daniels, Steven) (Entered: 08/29/2011) |
| 08/30/2011 | 513 | *Defendant, Gear Head, LLC's* ANSWER to 485 Amended Complaint *[Third] for Patent Infringement* by Gear Head, LLC.(Davidson, Patricia) (Entered: 08/30/2011) |
| 08/30/2011 | 514 | ORDER granting 480 Motion to Seal Document. Signed by Judge Leonard Davis on 8/30/2011. (gsg) (Entered: 08/30/2011) |
| 08/30/2011 | 515 | ORDER denying as moot 276 Motion to Dismiss. Signed by Judge Leonard Davis on 08/30/11. cc:attys 8-31-11 (mll, ) (Entered: 08/31/2011) |
| 09/01/2011 | 516 | NOTICE by Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Blue Microphones, LLC *Requesting Termination of Electronic Notices* (Sarvaiya, M) (Entered: 09/01/2011) |
| 09/08/2011 | 517 | ORDER denying as moot 147 Motion to Dismiss; denying as moot 164 Motion to Dismiss. Signed by Judge Leonard Davis on 09/08/11. cc:attys 9-08-11 (mll, ) (Entered: 09/08/2011) |
| 09/09/2011 | 518 | NOTICE by CDW, LLC re 473 Opposed SEALED MOTION *for Partial Summary Judgment - Notice of Joinder in Motion* (Attachments: # 1 Exhibit 1 - Declaration of CDW LLC, # 2 Text of Proposed Order Granting Motion as to CDW LLC)(Daniels, Steven) (Entered: 09/09/2011) |
| 09/13/2011 | 519 | STIPULATION of Dismissal *of Defendant Lifeworks Technology Group, LLC* by AdjustaCam |

| | | LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 09/13/2011) |
|---|---|---|
| 09/14/2011 | 520 | *Defendant Sakar International, Inc.'s Answer to the Third Amended Complaint, Affirmative Defenses, Counterclaims, and Jury Demand* ANSWER to 485 Amended Complaint, COUNTERCLAIM against AdjustaCam LLC by Sakar International, Inc.. (Sutton, Ezra) (Entered: 09/14/2011) |
| 09/14/2011 | 521 | *Defendant Kohl's Illinois, Inc. & Kohls Corporation's Answer to Third Amended Complaint, Affirmative Defenses, Counterclaims, and Jury Demand* ANSWER to 485 Amended Complaint, COUNTERCLAIM against AdjustaCam LLC by KOHLS CORPORATION D/B/A KOHL'S. (Sutton, Ezra) (Entered: 09/14/2011) |
| 09/15/2011 | 522 | ORDER granting 519 Stipulation of Dismissal filed by AdjustaCam LLC. All claims and counterclaims in this action between pltf and deft Lifeworks Technology Group, LLC are dismissed with prejudice, with each party to bear their own costs, expenses, and attorney's fees. Signed by Judge Leonard Davis on 09/15/11. cc:attys 9-15-11(mll, ) (Entered: 09/15/2011) |
| 09/15/2011 | 🔒 | (Court only) *** Party deft Lifeworks Technology Group, LLC terminated per 522 Order of partial dismissal. (mll, ) (Entered: 09/15/2011) |
| 09/19/2011 | 523 | ANSWER to 503 Answer to Amended Complaint, Counterclaim *of Defendant Amazon.com, Inc.* by AdjustaCam LLC.(Edmonds, John) (Entered: 09/19/2011) |
| 09/19/2011 | 524 | ANSWER to 501 Answer to Amended Complaint, Counterclaim *of Defendant Auditek Corp.* by AdjustaCam LLC.(Edmonds, John) (Entered: |

| | | 09/19/2011) |
|---|---|---|
| 09/19/2011 | 525 | ANSWER to Complaint /Counterclaim of Defendants CompUSA.com, Inc., New CompUSA Corp., TigerDirect, Inc. and Systemax, Inc. by AdjustaCam LLC.(Edmonds, John) (Entered: 09/19/2011) |
| 09/19/2011 | 526 | ANSWER to 500 Answer to Amended Complaint, Counterclaim of Defendant Dell, Inc. by AdjustaCam LLC.(Edmonds, John) (Entered: 09/19/2011) |
| 09/19/2011 | 527 | ANSWER to 499 Answer to Amended Complaint, Counterclaim of Defendant Digital Innovations, LLC by AdjustaCam LLC.(Edmonds, John) (Entered: 09/19/2011) |
| 09/19/2011 | 528 | ANSWER to 521 Answer to Amended Complaint, Counterclaim,, of Defendants Kohls Illinois, Inc. and Kohls Corporation by AdjustaCam LLC. (Edmonds, John) (Entered: 09/19/2011) |
| 09/19/2011 | 529 | ANSWER to 495 Answer to Amended Complaint, Counterclaim of Defendants Newegg Inc. and Newegg.com Inc. by AdjustaCam LLC.(Edmonds, John) (Entered: 09/19/2011) |
| 09/19/2011 | 530 | ANSWER to 498 Answer to Amended Complaint, Counterclaim of Defendant Overstock.com, Inc. by AdjustaCam LLC.(Edmonds, John) (Entered: 09/19/2011) |
| 09/19/2011 | 531 | ANSWER to 496 Answer to Amended Complaint, Counterclaim of Defendant Rosewill, Inc. by AdjustaCam LLC.(Edmonds, John) (Entered: 09/19/2011) |
| 09/19/2011 | 532 | ANSWER to 520 Answer to Amended Complaint, Counterclaim,, of Defendant Sakar International, Inc. by AdjustaCam LLC.(Edmonds, John) |

| | | (Entered: 09/19/2011) |
|---|---|---|
| 09/19/2011 | 533 | ANSWER to 497 Answer to Amended Complaint, Counterclaim *of Defendant Wal-Mart Stores, Inc.* by AdjustaCam LLC.(Edmonds, John) (Entered: 09/19/2011) |
| 09/20/2011 | 534 | STIPULATION of Dismissal *of Defendant Overstock.com, Inc.* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 09/20/2011) |
| 09/21/2011 | 535 | ORDER granting 534 Stipulation of Dismissal filed by AdjustaCam LLC. All claims and counterclaims in this action between pltf and deft Overstock.com Inc are dismissed with prejudice, with each party to bear their own costs, expenses, and attorney's fees. Signed by Judge Leonard Davis on 09/21/11. cc:attys 9-21-11(mll, ) (Entered: 09/21/2011) |
| 09/21/2011 | 🔒 | (Court only) *** Party deft Overstock.com, Inc. terminated per 535 Order of partial dismissal. (mll, ) (Entered: 09/21/2011) |
| 09/30/2011 | 536 | RESPONSE in Opposition re 473 Opposed SEALED MOTION *for Partial Summary Judgment - Defendant CDW's Notice of Joinder filed by AdjustaCam LLC.* (Attachments: # 1 Text of Proposed Order Order No. 1, # 2 Text of Proposed Order Order No. 2)(Edmonds, John) (Entered: 09/30/2011) |
| 10/04/2011 | 537 | Unopposed MOTION to Withdraw as Attorney by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 10/04/2011) |
| 10/04/2011 | 538 | ORDER that parties meet and confer and resubmit an agreed Docket Control Order incorporating letter brief deadlines. Signed by Judge Leonard Davis on 10/04/11. cc:attys 10-04-11(mll, ) (Entered: |

| | | |
|---|---|---|
| | | 10/04/2011) |
| 10/11/2011 | 539 | ORDER granting 537 Motion to Withdraw as Attorney. Attorney Erick Scott Robinson terminated. Signed by Judge Leonard Davis on 10/11/11. cc:attys 10-11-11 (mll, ) (Entered: 10/11/2011) |
| 10/28/2011 | 540 | NOTICE by J&R ELECTRONICS INC. D/B/A J&R re 451 Order *OF COMPLIANCE REGARDING PRIVILEGE LOG* (Gardner, Allen) (Entered: 10/28/2011) |
| 11/01/2011 | 541 | NOTICE by Newegg, Inc., Newegg.com, Inc., Rosewill Inc. *Notice of Change of Firm Name* (Cuneo, Christopher) (Entered: 11/01/2011) |
| 11/01/2011 | 542 | NOTICE by Wal-Mart Stores, Inc. *of Compliance Regarding Privilege Log* (DeGyarfas, Victor) (Entered: 11/01/2011) |
| 11/02/2011 | 543 | NOTICE by Creative Labs, Inc., *of Compliance Regarding Privilege Log* (Daniels, Steven) (Entered: 11/02/2011) |
| 11/02/2011 | 544 | NOTICE by Hewlett-Packard Company *of Compliance Regarding Privilege Log* (Daniels, Steven) (Entered: 11/02/2011) |
| 11/02/2011 | 545 | NOTICE by Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC *of Compliance Regarding Privilege Log* (Daniels, Steven) (Entered: 11/02/2011) |
| 11/02/2011 | 546 | NOTICE by Target Corp. *of Compliance Regarding Privilege Log* (Daniels, Steven) (Entered: 11/02/2011) |
| 11/02/2011 | 547 | NOTICE by Office Depot, Inc. *of Compliance Regarding Privilege Log* (Daniels, Steven) (Entered: 11/02/2011) |
| | | |

| 11/02/2011 | 548 | NOTICE by Micro Electronics, Inc. DBA Micro Center *of Compliance Regarding Privilege Log* (Daniels, Steven) (Entered: 11/02/2011) |
| 11/02/2011 | 549 | NOTICE by CDW, LLC *of Compliance Regarding Privilege Log* (Daniels, Steven) (Entered: 11/02/2011) |
| 11/02/2011 | 550 | NOTICE by Fry's Electronics Inc *of Compliance Regarding Privilege Log* (Daniels, Steven) (Entered: 11/02/2011) |
| 11/02/2011 | 551 | NOTICE by Amazon.com, Inc. *of Compliance Regarding Privilege Log* (Craft, Roger) (Entered: 11/02/2011) |
| 11/02/2011 | 552 | NOTICE by Compusa.com, Inc., New Compusa Corporation, Systemax, Inc. D/B/A Compusa, Tigerdirect, Inc. *Notice Of Compliance Regarding Privliege Log For Defendants COMPUSA.COM, INC., NEW COMPUSA CORP., SYSTEMAX INC., and TIGERDIRECT, INC.* (Denenberg, David) (Entered: 11/02/2011) |
| 11/10/2011 | 553 | REPORT of Mediation by James W Knowles. Mediation result: Partial Settlement / Suspended (Knowles, James) (Entered: 11/10/2011) |
| 11/11/2011 | 554 | Unopposed MOTION for Extension of Time to File */Comply with P.R. 4-3* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 11/11/2011) |
| 11/15/2011 | 555 | ORDER granting 554 Motion for Extension of Time to Comply with P.R. 4-3 from November 11, 2011 to November 16, 2011. Signed by Judge Leonard Davis on 11/14/11. (mjc, ) (Entered: 11/15/2011) |
| 11/16/2011 | 556 | NOTICE of Attorney Appearance by Dana M Herberholz on behalf of Newegg, Inc., Newegg.com, Inc., Rosewill Inc. (Herberholz, |

| | | Dana) (Entered: 11/16/2011) |
|---|---|---|
| 11/16/2011 | 557 | CLAIM CONSTRUCTION BRIEF filed by AdjustaCam LLC. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)(Edmonds, John) (Entered: 11/16/2011) |
| 11/28/2011 | 558 | STIPULATION of Dismissal *of Defendant Creative Labs, Inc.,* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 11/28/2011) |
| 11/29/2011 | 560 | ORDER granting 558 Stipulation of Dismissal filed by AdjustaCam LLC. All claims and counterclaims asserted in this suit between plaintiff, and defendant, Creative Labs, Inc., are hereby dismissed with prejudice. All costs, expenses and attorneys fees are to be borne by the party that incurred them. Signed by Judge Leonard Davis on 11/29/11. cc:attys 11-30-11(mll, ) (Entered: 11/30/2011) |
| 11/29/2011 | 🔒 | (Court only) *** Party deft Creative Labs, Inc., terminated per 560 Order of partial dismissal. (mll, ) (Entered: 11/30/2011) |
| 11/30/2011 | 559 | STIPULATION of Dismissal *of Defendants MACE GROUP, Inc and MACALLY PERIPHERALS, INC. d/b/a MACALLY U.S.A.,* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 11/30/2011) |
| 12/01/2011 | 561 | STIPULATION of Dismissal *of Defendant Dell, Inc.* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 12/01/2011) |
| 12/01/2011 | 562 | ORDER granting 559 Stipulation of Dismissal filed by AdjustaCam LLC. All claims and counterclaims asserted in this suit between plaintiff, and defendant, MACE GROUP, Inc and MACALLY PERIPHERALS, INC. d/b/a MACALLY U.S.A., |

| | | |
|---|---|---|
| | | are hereby dismissed without prejudice until 7-07-2012, at which time, unless earlier withdrawn, the dismissal shall become with prejudice. All costs, expenses and attorneys fees are to be borne by the party that incurred them. Signed by Judge Leonard Davis on 12/01/11. cc:attys 12-01-11(mll, ) (Entered: 12/01/2011) |
| 12/01/2011 | 🔒 | (Court only) *** Party defts Macally Peripherals, Inc. D/B/A Macally U.S.A., Mace Group, Inc., terminated per 562 Order of partial dismissal. (mll, ) (Entered: 12/01/2011) |
| 12/05/2011 | 563 | ORDER granting 561 Stipulation of Dismissal filed by AdjustaCam LLC. All claims and counterclaims asserted in this suit between plaintiff, and defendant, Dell, Inc., are hereby dismissed with prejudice. All costs, expenses and attorneys fees are to be borne by the party that incurred them. Signed by Judge Leonard Davis on 12/05/11. cc:attys 12-06-11(mll, ) (Entered: 12/06/2011) |
| 12/05/2011 | 🔒 | (Court only) *** Party deft Dell, Inc., terminated per 563 Order of partial dismissal. (mll, ) (Entered: 12/06/2011) |
| 12/14/2011 | 564 | NOTICE by Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., Fry's Electronics Inc, Hewlett-Packard Company, Office Depot, Inc., Target Corp. *re: Technical Tutorial* (Atkinson, Bryan) (Entered: 12/14/2011) |
| 12/14/2011 | 565 | NOTICE by Wal-Mart Stores, Inc. *re Technology Tutorial* (DeGyarfas, Victor) (Entered: 12/14/2011) |
| 12/14/2011 | 566 | NOTICE by AdjustaCam LLC *(MARKMAN TUTORIAL)* (Edmonds, John) (Entered: 12/14/2011) |
| 12/15/2011 | 567 | NOTICE by Amazon.com, Inc. *of Joinder* |

| | | |
|---|---|---|
| | | *Regarding Technical Tutorial* (Craft, Roger) (Entered: 12/15/2011) |
| 12/15/2011 | 568 | NOTICE by Digital Innovations, LLC *of Joinder Regarding Technical Tutorial* (Leung, Gary) (Entered: 12/15/2011) |
| 12/15/2011 | 569 | NOTICE by Compusa.com, Inc., New Compusa Corporation, Systemax, Inc. D/B/A Compusa, Tigerdirect, Inc. *Defendants' Notice of Joinder Regarding Technical Tutorial* (Denenberg, David) (Entered: 12/15/2011) |
| 12/15/2011 | 570 | NOTICE by J&R ELECTRONICS INC. D/B/A J&R re 564 Notice (Other), Notice (Other) *of Joinder regarding Technical Tutorial* (Gardner, Allen) (Entered: 12/15/2011) |
| 12/15/2011 | 571 | NOTICE by Compusa.com, Inc., New Compusa Corporation, Systemax, Inc. D/B/A Compusa, Tigerdirect, Inc. *Defendants' Notice of Compliance* (Denenberg, David) (Entered: 12/15/2011) |
| 12/15/2011 | 572 | NOTICE by Newegg, Inc., Newegg.com, Inc., Rosewill Inc. *of Joinder Regarding Technical Tutorial* (Yarbrough, Herbert) (Entered: 12/15/2011) |
| 12/16/2011 | 573 | Unopposed MOTION for Extension of Time to File *its opening brief and any evidence supporting its claim construction* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 12/16/2011) |
| 12/19/2011 | 574 | ORDER granting 573 Motion for Extension of Time. Plaintiffs deadline to file its opening brief and any evidence supporting its claim construction is extended to 12-19-2011. Signed by Judge Leonard Davis on 12/19/11. cc:attys 12-19-11 (mll, ) (Entered: 12/19/2011) |
| | | |

| 12/19/2011 | 575 | CLAIM CONSTRUCTION BRIEF filed by AdjustaCam LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Edmonds, John) (Additional attachment(s) added on 12/21/2011: # 5 Exhibit 1 Searchable) (mjc, ). (Entered: 12/19/2011) |
| --- | --- | --- |
| 12/22/2011 | 576 | ORDER that by 1-02-2012, parties are to meet and confer and submit: (1) an agreed Docket Control Order incorporating letter brief deadlines and (2)a proposed technical advisor or a statement that they have failed to reach agreement as to any potential technical advisor. Signed by Judge Leonard Davis on 12/22/11. cc:attys 12-22-11(mll, ) (Entered: 12/22/2011) |
| 12/23/2011 | 577 | ***DOCUMENT FILED IN ERROR. PLEASE DISREGARD.***<br>NOTICE by Gear Head, LLC *Defendant Gear Head, LLC's Notice of Joinder Regarding Technical Tutorial* (Davidson, Patricia) Modified on 12/27/2011 (mjc, ). (Entered: 12/23/2011) |
| 12/27/2011 | | NOTICE of Deficiency regarding the 577 Notice submitted by Gear Head, LLC. Document does not contain a Certificate of Service. Correction should be made by one business day. (mjc, ) (Entered: 12/27/2011) |
| 12/27/2011 | 578 | NOTICE by Gear Head, LLC *of Joinder Regarding Technical Tutorial* (Davidson, Patricia) (Entered: 12/27/2011) |
| 01/03/2012 | 579 | Joint MOTION FOR DISMISSAL WITH PREJUDICE by AdjustaCam LLC, J&R ELECTRONICS INC. D/B/A J&R. (Attachments: # 1 Text of Proposed Order)(Gardner, Allen) (Entered: 01/03/2012) |
| 01/03/2012 | 580 | NOTICE of Attorney Appearance by John N Zarian |

| | | on behalf of Newegg, Inc., Newegg.com, Inc., Rosewill Inc. (Zarian, John) (Entered: 01/03/2012) |
|---|---|---|
| 01/03/2012 | 581 | NOTICE by Newegg, Inc. re 451 Order *Notice of Compliance Regarding Privilege Log* (Herberholz, Dana) (Entered: 01/03/2012) |
| 01/03/2012 | 582 | NOTICE by Newegg.com, Inc. re 451 Order *Notice of Compliance Regarding Privilege Log* (Herberholz, Dana) (Entered: 01/03/2012) |
| 01/03/2012 | 583 | NOTICE by Rosewill Inc. re 451 Order *Notice of Compliance Regarding Privilege Log* (Herberholz, Dana) (Entered: 01/03/2012) |
| 01/03/2012 | 584 | Joint MOTION to Amend/Correct *Docket Control Order (re Letter Briefs)* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order) (Edmonds, John) (Entered: 01/03/2012) |
| 01/03/2012 | 585 | NOTICE by AdjustaCam LLC *(re Technical Advisor)* (Edmonds, John) (Entered: 01/03/2012) |
| 01/04/2012 | 586 | ORDER granting 579 Motion to Dismiss. The claims and counterclaims between Adjustacam LLC and Defendant J&R Electronics Inc. are hereby dismissed with prejudice, and each party is to bear its own attorneys fees and costs. Signed by Judge Leonard Davis on 01/04/12. cc:attys 1-05-12 (mll, ) (Entered: 01/05/2012) |
| 01/04/2012 | 🔒 | (Court only) *** Party deft J&R ELECTRONICS INC. D/B/A J&R terminated per 586 Order of partial dismissal. (mll, ) (Entered: 01/05/2012) |
| 01/05/2012 | 587 | Unopposed MOTION to Substitute Attorney by Digital Innovations, LLC. (Attachments: # 1 Text of Proposed Order)(Leung, Gary) (Additional attachment(s) added on 1/9/2012: # 2 Text of Proposed Order Corrected) (mjc, ). (Entered: 01/05/2012) |

| 01/05/2012 | 588 | AMENDED DOCKET CONTROL ORDER. Discovery due by 6/25/2012. Expert Witness List due by 4/23/2012; Rebuttal Expert Witnesses designated by 5-23-2012. Identify trial witnesses by 7/25/2012; Rebuttal Trial Witnesses identified by 8-08-2012. Jury instructions due by 10/2/2012. Dispositive Motions due by 8/8/2012; Response to Dispositive Motions due 9-10-2012. Proposed Pretrial Order due by 10/2/2012. Jury Selection set for 1/7/2013 09:00AM before Judge Leonard Davis. Jury Trial set for 1/14/2013 09:00 AM before Judge Leonard Davis. Markman Hearing set for 2/9/2012 09:00 AM before Judge Leonard Davis. Pretrial Conference set for 12/18/2012 09:00 AM before Judge Leonard Davis. Expected Length of Trial 5 days. Signed by Judge Leonard Davis on 01/04/12. cc:attys 1-05-12(mll, ) (Entered: 01/05/2012) |
| 01/05/2012 | 🔒 | (Court only) ***Motions terminated: 584 Joint MOTION to Amend/Correct *Docket Control Order (re Letter Briefs)* filed by AdjustaCam LLC. TERMINATED as moot per entry of 588 Amended Docket Control Order. (mll, ) (Entered: 01/05/2012) |
| 01/05/2012 | 589 | Unopposed MOTION for Extension of Time to File *responsive brief and supporting evidence under P.R. 4-5(b)* by Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., Fry's Electronics Inc, Hewlett-Packard Company, Micro Electronics, Inc. DBA Micro Center, Office Depot, Inc., Target Corp.. (Attachments: # 1 Text of Proposed Order)(Daniels, Steven) (Entered: 01/05/2012) |
| 01/06/2012 | 590 | ORDER granting 589 Motion for Extension of Time. Defendants deadline to file their responsive brief and supporting evidence is extended to 1-17-2012. Signed by Judge Leonard Davis on 01/06/12. |

| | | cc:attys 1-06-12 (mll, ) (Entered: 01/06/2012) |
|---|---|---|
| 01/09/2012 | 591 | NOTICE of Attorney Appearance by Bryan Donivan Atkinson on behalf of Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., CDW, LLC, Fry's Electronics Inc, Hewlett-Packard Company, Micro Electronics, Inc. DBA Micro Center, Office Depot, Inc., Target Corp. (Atkinson, Bryan) (Entered: 01/09/2012) |
| 01/09/2012 | 592 | NOTICE of Attorney Appearance by Jia-geng Lu on behalf of Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., CDW, LLC, Fry's Electronics Inc, Hewlett-Packard Company, Micro Electronics, Inc. DBA Micro Center, Office Depot, Inc., Target Corp. (Lu, Jia-geng) (Entered: 01/09/2012) |
| 01/09/2012 | 593 | ORDER granting 587 Motion to Substitute Attorney. Added attorney Tamara Danielle Stiner Toomer for Digital Innovations, LLC. Attorney Bradley Wayne Hoover terminated. Signed by Judge Leonard Davis on 01/09/12. cc:attys 1-10-12 (mll, ) (Entered: 01/10/2012) |
| 01/17/2012 | 594 | NOTICE by CONNS, INC. D/B/A CONNS - *Request for Termination of Electronic Notices* (Heartfield, J) (Entered: 01/17/2012) |
| 01/17/2012 | 595 | CLAIM CONSTRUCTION BRIEF filed by Amazon.com, Inc., Auditek Corporation, Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., CDW, LLC, Compusa.com, Inc., Digital Innovations, LLC, Fry's Electronics Inc, Gear Head, LLC, Hewlett-Packard Company, KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Micro Electronics, Inc. DBA Micro |

| | | |
|---|---|---|
| | | Center, New Compusa Corporation, Newegg, Inc., Newegg.com, Inc., Office Depot, Inc., Rosewill Inc., Sakar International, Inc., Systemax, Inc. D/B/A Compusa, Target Corp., Tigerdirect, Inc., Wal-Mart Stores, Inc.. (Attachments: # [1] Declaration, # [2] Exhibit A, # [3] Exhibit B, # [4] Exhibit C, # [5] Exhibit D, # [6] Exhibit E)(Daniels, Steven) (Entered: 01/17/2012) |
| 01/18/2012 | [596] | NOTICE by Blue Microphones, LLC, J&R ELECTRONICS INC. D/B/A J&R *Request for Termination of Electronic Notices* (Gardner, Allen) (Entered: 01/18/2012) |
| 01/27/2012 | [597] | NOTICE by Amazon.com, Inc., Auditek Corporation, Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., CDW, LLC, Compusa.com, Inc., Digital Innovations, LLC, Fry's Electronics Inc, Gear Head, LLC, Hewlett-Packard Company, KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Micro Electronics, Inc. DBA Micro Center, New Compusa Corporation, Newegg, Inc., Newegg.com, Inc., Office Depot, Inc., Rosewill Inc., Sakar International, Inc., Systemax, Inc. D/B/A Compusa, Target Corp., Tigerdirect, Inc., Wal-Mart Stores, Inc. *Regarding Time for Markman Hearing* (Lu, Jia-geng) (Entered: 01/27/2012) |
| 01/28/2012 | [598] | NOTICE by AdjustaCam LLC *re Time Requested for Markman Hearing* (Edmonds, John) (Entered: 01/28/2012) |
| 01/30/2012 | [599] | ORDER referring this case for claim construction only to United States Magistrate Judge John D. Love for disposition. The undersigned will continue to oversee all other matters. Signed by Judge Leonard Davis on 01/30/12. cc:attys 1-30-12(mll, ) |

| | | (Entered: 01/30/2012) |
|---|---|---|
| 01/31/2012 | 600 | Joint MOTION *to request an extension of the Courts mediation deadline* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 01/31/2012) |
| 01/31/2012 | 601 | REPLY to 595 Claim Construction Brief,,, *filed by AdjustaCam LLC.* (Attachments: # 1 Exhibit 1) (Edmonds, John) (Entered: 01/31/2012) |
| 02/01/2012 | 602 | ORDER granting 600 Motion for Extension of Time. The mediation deadline for this case is extended to 3-06-2012. Signed by Judge Leonard Davis on 02/01/12. cc:attys 2-01-12 (mll, ) (Entered: 02/01/2012) |
| 02/02/2012 | 603 | NOTICE by KMart Corporation, Overstock.com, Inc., Sears Brands, LLC, Sears Holdings Corporation D/B/A Sears, Sears, Roebuck and Company *of Request for Termination of Electronic Notices* (Barr, John) (Entered: 02/02/2012) |
| 02/02/2012 | 604 | JOINT CLAIM CONSTRUCTION CHART filed by AdjustaCam LLC. (Attachments: # 1 Exhibit Chart)(Edmonds, John) (Entered: 02/02/2012) |
| 02/08/2012 | 605 | NOTICE by Digital Innovations, LLC *of Joinder Regarding Claim Construction Hearing* (Leung, Gary) (Entered: 02/08/2012) |
| 02/08/2012 | 606 | NOTICE by KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Sakar International, Inc. *NOTICE OF JOINDER REGARDING CLAIM CONSTRUCTION HEARING* (Sutton, Ezra) (Entered: 02/08/2012) |
| 02/08/2012 | 607 | NOTICE by Auditek Corporation *OF JOINDER RE CLAIM CONSTRUCTION* (Lee, Jen-Feng) (Entered: 02/08/2012) |
| 02/08/2012 | 608 | Opposed MOTION for Extension of Time to File |

| | | *Reply* by AdjustaCam LLC. (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order)(Edmonds, John) (Entered: 02/09/2012) |
|---|---|---|
| 02/09/2012 | 609 | Minute Entry for proceedings held before Magistrate Judge John D. Love: Markman Hearing held on 2/9/2012. (Court Reporter Shelly Holmes) (Attachments: # 1 Attorney Sign-In Sheet) (mjm) (Entered: 02/10/2012) |
| 02/15/2012 | 610 | RESPONSE to Motion re 608 Opposed MOTION for Extension of Time to File *Reply filed by Auditek Corporation, Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., Compusa.com, Inc., Digital Innovations, LLC, Fry's Electronics Inc, Gear Head, LLC, Hewlett-Packard Company, KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Micro Electronics, Inc. DBA Micro Center, New Compusa Corporation, Newegg, Inc., Newegg.com, Inc., Office Depot, Inc., Rosewill Inc., Sakar International, Inc., Systemax, Inc. D/B/A Compusa, Target Corp., Tigerdirect, Inc., Wal-Mart Stores, Inc..* (Atkinson, Bryan) (Additional attachment(s) added on 2/16/2012: # 1 Text of Proposed Order) (mjc, ). (Entered: 02/15/2012) |
| 02/28/2012 | 611 | NOTICE of Attorney Appearance by Charles Van Cleef on behalf of AdjustaCam LLC (Van Cleef, Charles) (Entered: 02/28/2012) |
| 03/01/2012 | 612 | NOTICE by AdjustaCam LLC *of Change of Firm Name* (Spangler, Andrew) (Entered: 03/01/2012) |
| 03/02/2012 | 613 | Joint MOTION to Dismiss *Target Corporation* by AdjustaCam LLC, Target Corp.. (Attachments: # 1 Text of Proposed Order)(Daniels, Steven) (Entered: 03/02/2012) |
| 03/02/2012 | 614 | NOTICE OF FILING OF OFFICIAL |

| | | TRANSCRIPT of CLAIM CONSTRUCTION HEARING held on 2/9/12 before Judge John D. Love. Court Reporter/Transcriber: Shelly Holmes, CSR,Telephone number: (903) 593-3213. (98 Pages)<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/26/2012. Redacted Transcript Deadline set for 4/5/2012. Release of Transcript Restriction set for 6/4/2012. (tja, ) (Entered: 03/02/2012) |
| 03/05/2012 | 615 | ORDER granting 613 Motion to Dismiss. All claims and counterclaims asserted in this suit between plaintiff, and defendant Target Corporation are hereby dismissed WITHOUT PREJUDICE. All costs, expenses and attorneys fees are to be borne by the party that incurred them. Signed by Judge Leonard Davis on 03/05/12. cc:attys 3-05-12 (mll, ) (Entered: 03/05/2012) |
| 03/05/2012 | 🔒 | (Court only) *** Party deft Target Corp. terminated per 615 Order of partial dismissal. (mll, ) (Entered: 03/05/2012) |
| | | |

| 03/06/2012 | 616 | NOTICE of Attorney Appearance by Johnathan K Yazdani on behalf of AdjustaCam LLC (Yazdani, Johnathan) (Entered: 03/06/2012) |
| 03/08/2012 | 617 | REPORT of Mediation by James W Knowles. Mediation result: Partial Settlements(Knowles, James) (Entered: 03/08/2012) |
| 03/21/2012 | 618 | STIPULATION of Dismissal *of Defendants CompUSA.com Inc., New CompUSA Corp., Systemax Inc.,and TigerDirect, Inc.* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Additional attachment(s) added on 3/22/2012: # 2 Corrected Proposed Order) (gsg, ). (Entered: 03/21/2012) |
| 03/22/2012 | 619 | NOTICE of Attorney Appearance by Laura Lindsay Chapman on behalf of Wal-Mart Stores, Inc. (Chapman, Laura) (Entered: 03/22/2012) |
| 03/22/2012 | 620 | ORDER granting 618 Stipulated Motion for Dismissal With Prejudice. It is ordered that all claims and counterclaims asserted in this suit between Plaintiff Adjustacam LLC and Defendants CompUSA.com, New CompUSA Corporation, Systemax Inc, and Tiger Direct Inc, are hereby dismissed with prejudice. All costs, expenses and attorney's fees are to be borne by the party that incurred them. Signed by Judge Leonard Davis on 3/22/2012. (leh, ) (Entered: 03/22/2012) |
| 03/23/2012 | 621 | Joint MOTION To Amend Docket Control Order and For Extension Of Certain Deadlines by Newegg, Inc., Newegg.com, Inc.. (Attachments: # 1 Text of Proposed Order)(Yarbrough, Herbert) (Entered: 03/23/2012) |
| 03/26/2012 | 622 | REPORT of Mediation by James W Knowles. Mediation result: Settlement - Auditek(Knowles, James) (Entered: 03/26/2012) |

| 03/26/2012 | 623 | ORDER granting 621 Motion to Amend Docket Control Order and Extension of Certain Deadlines. Signed by Judge Leonard Davis on 03/26/12. cc:attys 3-26-12 (mll, ) (Entered: 03/26/2012) |
|---|---|---|
| 03/30/2012 | 624 | Unopposed MOTION for Protective Order by Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., Fry's Electronics Inc, Hewlett-Packard Company, Office Depot, Inc.. (Attachments: # 1 Text of Proposed Order) (Atkinson, Bryan) (Entered: 03/30/2012) |
| 04/02/2012 | 625 | AGREED PROTECTIVE ORDER. Signed by Judge Leonard Davis on 4/2/2012. (leh, ) (Entered: 04/02/2012) |
| 04/04/2012 | 626 | NOTICE of Attorney Appearance by Joshua Brooks Long on behalf of AdjustaCam LLC (Long, Joshua) (Entered: 04/04/2012) |
| 04/10/2012 | 627 | MEMORANDUM OPINION AND ORDER. The Court interprets the claim language in this case in the manner set forth in this Order. Signed by Magistrate Judge John D. Love on 04/10/12. cc:attys 4-10-12(mll, ) (Entered: 04/10/2012) |
| 04/23/2012 | 628 | STIPULATION of Dismissal *of Defendant, Amazon.com, Inc.* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 04/23/2012) |
| 04/24/2012 | 629 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by AdjustaCam LLC re 627 Order (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3(I), # 4 Exhibit 3(II), # 5 Text of Proposed Order)(Edmonds, John) (Entered: 04/24/2012) |
| 04/24/2012 | 630 | ORDER granting 628 Stipulation of Dismissal filed by AdjustaCam LLC. All claims and counterclaims asserted in this suit between plaintiff, and |

| | | defendant, Amazon.com, Inc. are hereby dismissed with prejudice. All costs, expenses and attorneys fees are to be borne by the party that incurred them. Signed by Judge Leonard Davis on 04/24/12. cc:attys 4-25-12(mll, ) (Entered: 04/25/2012) |
|---|---|---|
| 04/24/2012 | 🔒 | (Court only) *** Party deft Amazon.com, Inc., terminated per 630 Order of partial dismissal. (mll, ) (Entered: 04/25/2012) |
| 04/27/2012 | 631 | Unopposed MOTION to Substitute Attorney by Office Depot, Inc.. (Attachments: # 1 Text of Proposed Order)(Patel, Vishal) (Entered: 04/27/2012) |
| 04/27/2012 | 632 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., Digital Innovations, LLC, Fry's Electronics Inc, Gear Head, LLC, Hewlett-Packard Company, KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Micro Electronics, Inc. DBA Micro Center, Newegg, Inc., Newegg.com, Inc., Office Depot, Inc., Rosewill Inc., Sakar International, Inc., Wal-Mart Stores, Inc. re 627 Order (Attachments: # 1 Affidavit B. Atkinson in Support of Objections, # 2 Exhibit A (United States Patent No. 5,855,343), # 3 Exhibit B (excerpts - Claim Construction Hearing), # 4 Exhibit C (Photographs), # 5 Text of Proposed Order)(Daniels, Steven) (Entered: 04/27/2012) |
| 04/30/2012 | 633 | ORDER granting 631 Motion to Substitute Counsel. Mirick, O'Connell, Demallie & Lougee, LLP and Thompson & Knight are substituted as attorneys of record for deft Office Depot. Signed by Judge Leonard Davis on 04/30/12. cc:attys 4-30-12 (mll, ) (Entered: 04/30/2012) |
| | | |

| 04/30/2012 | 🔒 | (Court only) ***Attorney Herbert J Hammond, Patricia L Davidson and Vishal Patel for Office Depot, Inc. added. Attorney Jia-geng Lu; Bryan Donivan Atkinson and Steven Robert Daniels terminated per 633 Order substituting attorneys. (mll, ) (Entered: 04/30/2012) |
|---|---|---|
| 05/07/2012 | 634 | Joint MOTION To Amend Docket Control Order and For Extension Of Certain Deadlines by AdjustaCam LLC, Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., CDW, LLC, Digital Innovations, LLC, Gear Head, LLC, Hewlett-Packard Company, KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Micro Electronics, Inc. DBA Micro Center, Newegg, Inc., Newegg.com, Inc., Office Depot, Inc., Rosewill Inc., Sakar International, Inc., Target Corp., Wal-Mart Stores, Inc.. (Attachments: # 1 Text of Proposed Order)(Yarbrough, Herbert) (Entered: 05/07/2012) |
| 05/07/2012 | 635 | RESPONSE to 629 Appeal of Magistrate Judge Decision to District Court by Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, CDW, LLC, Digital Innovations, LLC, Fry's Electronics Inc, Gear Head, LLC, Hewlett-Packard Company, KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Micro Electronics, Inc. DBA Micro Center, Newegg, Inc., Newegg.com, Inc., Office Depot, Inc., Rosewill Inc., Sakar International, Inc., Wal-Mart Stores, Inc.. (Attachments: # 1 Exhibit A) (Daniels, Steven) (Additional attachment(s) added on 5/8/2012: # 2 Text of Proposed Order) (leh, ). (Entered: 05/07/2012) |
| 05/07/2012 | 636 | RESPONSE to 632 Appeal of Magistrate Judge Decision to District Court,,, by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed |

| | | Order, # 2 Exhibit 1- Markman Order, # 3 Exhibit 2- 343 Patent, # 4 Exhibit 3- 343 file history- Part I, # 5 Exhibit 3- 343 file history- Part II)(Edmonds, John) (Entered: 05/07/2012) |
|---|---|---|
| 05/08/2012 | 637 | NOTICE of Attorney Appearance by George Walton Webb, III on behalf of Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, Hewlett-Packard Company, Micro Electronics, Inc. DBA Micro Center (Webb, George) (Entered: 05/08/2012) |
| 05/08/2012 | 638 | ORDER granting 634 Motion to extend deadlines. Discovery Deadline reset to 8-06-2012. Expert Witnesses designated by 6-25-2012; Rebuttal Expert Witnesses designated by 7-25-2012. Signed by Judge Leonard Davis on 05/08/12. cc:attys 5-08-12 (mll, ) (Entered: 05/08/2012) |
| 05/08/2012 | 639 | Unopposed MOTION to Withdraw as Attorney *and Substitute Counsel* by Fry's Electronics Inc. (Attachments: # 1 Text of Proposed Order)(Daniels, Steven) (Entered: 05/08/2012) |
| 05/10/2012 | 640 | ORDER granting 639 Motion to Withdraw as Attorney. Attorney Jia-geng Lu; Bryan Donivan Atkinson and Steven Robert Daniels terminated as counsel for deft Fry's Electronics Inc. Signed by Judge Leonard Davis on 05/10/12. cc:attys 5-10-12 (mll, ) (Entered: 05/10/2012) |
| 05/16/2012 | 641 | NOTICE of Attorney Appearance by Herbert J Hammond on behalf of Micro Electronics, Inc. DBA Micro Center (Hammond, Herbert) (Entered: 05/16/2012) |
| 05/17/2012 | 642 | RESPONSE to 635 Response to Non-Motion,, *PLAINTIFFS REPLY TO DEFENDANTS OPPOSITION TO PLAINTIFFS OBJECTIONS TO THE MAGISTRATES ORDER ON CLAIM* |

| | | |
|---|---|---|
| | | *CONSTRUCTION* by AdjustaCam LLC. (Attachments: # 1 Exhibit 1)(Edmonds, John) (Entered: 05/17/2012) |
| 05/18/2012 | 643 | NOTICE by Systemax, Inc. D/B/A Compusa *Request to Terminate Electronic Notice* (Denenberg, David) (Entered: 05/18/2012) |
| 05/18/2012 | 644 | RESPONSE to 636 Response to Non-Motion, *DEFENDANTS REPLY TO PLAINTIFFS RESPONSE TO DEFENDANTS OBJECTIONS TO CLAIM CONSTRUCTION ORDER* by Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., Digital Innovations, LLC, Fry's Electronics Inc, Gear Head, LLC, Hewlett-Packard Company, KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Micro Electronics, Inc. DBA Micro Center, Newegg, Inc., Newegg.com, Inc., Office Depot, Inc., Sakar International, Inc., Wal-Mart Stores, Inc.. (Daniels, Steven) (Entered: 05/18/2012) |
| 05/29/2012 | 645 | ORDER granting 608 Motion for Extension of Time to File Markman Reply. Signed by Judge Leonard Davis on 05/29/12. cc:attys 5-29-12 (mll, ) (Entered: 05/29/2012) |
| 05/29/2012 | 646 | STIPULATION of Dismissal *with Prejudice between Plaintiff Adjustacam LLC and Defendant Auditek Corporation* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order) (Edmonds, John) (Entered: 05/29/2012) |
| 05/30/2012 | 647 | ORDER granting 646 Stipulation of Dismissal filed by AdjustaCam LLC. All claims and counterclaims asserted in this suit between plaintiff, and defendant, Auditek Corporation, are hereby dismissed with prejudice. All costs, expenses and attorneys fees are to be borne by the party that |

| | | |
|---|---|---|
| | | incurred them. Signed by Judge Leonard Davis on 05/30/12. cc:attys 5-30-12(mll, ) (Entered: 05/30/2012) |
| 05/30/2012 | 🔒 | (Court only) *** Party deft Auditek Corporation, terminated per 647 Order of partial dismissal. (mll, ) (Entered: 05/30/2012) |
| 06/06/2012 | 648 | ***FILED IN ERROR PER ATTORNEY. SEE ENTRY 649 FOR CORRECTED FILING.*** STIPULATION of Dismissal *with Prejudice between Plaintiff Adjustacam LLC and Defendant Digital Innovations, LLC* by Digital Innovations, LLC. (Attachments: # 1 Text of Proposed Order) (Edmonds, John) Modified on 6/6/2012 (gsg). (Entered: 06/06/2012) |
| 06/06/2012 | 649 | STIPULATION of Dismissal *with Prejudice between Plaintiff Adjustacam LLC and Defendant Digital Innovations, LLC* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order) (Edmonds, John) (Entered: 06/06/2012) |
| 06/06/2012 | | ***FILED IN ERROR PER ATTORNEY. Document # 648, Stipulation of Dismissal. PLEASE SEE ENTRY 649 FOR CORRECTED FILING.***<br><br>(gsg) (Entered: 06/06/2012) |
| 06/07/2012 | 650 | ORDER overruling pltf's objections 629 and defts' objections 632 , and adopting 627 Memorandum Opinion and Order of the US Magistrate Judge as the Opinion of this Court. Signed by Judge Leonard Davis on 06/07/12. cc:attys 6-07-12(mll, ) (Entered: 06/07/2012) |
| 06/07/2012 | 651 | ORDER granting 649 Stipulation of Dismissal filed by AdjustaCam LLC. All claims and counterclaims asserted in this suit between plaintiff, and |

| | | defendant, Digital Innovations, LLC, are hereby dismissed with prejudice. All costs, expenses and attorneys fees are to be borne by the party that incurred them. Signed by Judge Leonard Davis on 06/07/12. cc:attys 6-07-12(mll, ) (Entered: 06/07/2012) |
|---|---|---|
| 06/07/2012 | 🔒 | (Court only) *** Party deft Digital Innovations, LLC, terminated per 651 Order of partial dismissal. (mll, ) (Entered: 06/07/2012) |
| 06/07/2012 | 652 | Joint MOTION to Amend/Correct 588 Order, Set Scheduling Order Deadlines, Set Hearings,,,,,,,,, *and For Extension of Certain Deadlines* by AdjustaCam LLC, Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, CDW, LLC, Fry's Electronics Inc, Gear Head, LLC, Hewlett-Packard Company, KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Micro Electronics, Inc. DBA Micro Center, Newegg, Inc., Newegg.com, Inc., Office Depot, Inc., Rosewill Inc., Sakar International, Inc., Wal-Mart Stores, Inc.. (Attachments: # 1 Text of Proposed Order)(Yarbrough, Herbert) (Entered: 06/07/2012) |
| 06/11/2012 | 653 | ORDER granting 652 Motion to Amend/Correct Docket Control Order. Signed by Judge Leonard Davis on 06/11/12. cc:attys 6-11-12 (mll, ) (Entered: 06/11/2012) |
| 06/11/2012 | | Scheduling Order Deadlines reset per 653 Order: Identify trial witnesses by 8/13/2012; Rebuttal Trial Witnesses identified by 8-27-2012. Dispositive Motions due by 10/12/2012; Response to Dispositive Motions due 11-02-2012. Submit opening letter briefs by 8-13-2012; Submit answering letter briefs by 8-27-2012; Submit reply letter briefs by 9-03-2012. (mll, ) (Entered: 06/12/2012) |

| | | |
|---|---|---|
| 06/18/2012 | 654 | NOTICE by Auditek Corporation *Request for Termination of Electronic Notices* (Hilton, Zachary) (Entered: 06/18/2012) |
| 07/13/2012 | 655 | Joint MOTION to Dismiss *CDW with Prejudice* by AdjustaCam LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc.. (Attachments: # 1 Text of Proposed Order)(Edmonds, John) (Entered: 07/13/2012) |
| 07/25/2012 | 656 | Unopposed MOTION for Extension of Time to Complete Discovery *of their Rebuttal Expert Witness Report* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order) (Edmonds, John) (Entered: 07/25/2012) |
| 07/26/2012 | 657 | ORDER granting 656 Motion for Extension of Time to Complete Discovery. Plaintiff and Defendants deadline to submit their Rebuttal Expert Witness Report is extended to 7-26-2012. Signed by Judge Leonard Davis on 07/26/12. cc:attys 7-26-12 (mll, ) (Entered: 07/26/2012) |
| 07/27/2012 | 658 | ORDER granting 655 Motion to Dismiss. All claims and counterclaims asserted in this suit between plaintiff, and defendant, CDW Corporation and CDW Inc, are hereby dismissed with prejudice. All costs, expenses and attorneys fees are to be borne by the party that incurred them. Signed by Judge Leonard Davis on 07/27/12. cc:attys 7-27-12 (mll, ) (Entered: 07/27/2012) |
| 07/27/2012 | 🔒 | (Court only) *** Party defts CDW Corporation F/K/A CDW Computer Centers, Inc. and CDW, Inc. terminated per 658 Order of partial dismissal. (mll, ) (Entered: 07/27/2012) |
| 08/02/2012 | 659 | Joint MOTION to Amend/Correct 588 Order, Set Scheduling Order Deadlines, Set Hearings,,,,,,,,, 653 Order on Motion to Amend/Correct - *to Amend* |

| | | |
|---|---|---|
| | | *Docket Control Order and For Extension of Certain Deadlines* by AdjustaCam LLC, Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, Fry's Electronics Inc, Gear Head, LLC, Hewlett-Packard Company, KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Micro Electronics, Inc. DBA Micro Center, Newegg, Inc., Newegg.com, Inc., Office Depot, Inc., Rosewill Inc., Sakar International, Inc., Wal-Mart Stores, Inc.. (Attachments: # 1 Text of Proposed Order) (Yarbrough, Herbert) (Entered: 08/02/2012) |
| 08/03/2012 | 660 | ORDER granting 659 Joint Motion to Amend 588 Docket Control Order and for Extension of Certain Deadlines. Signed by Judge Leonard Davis on 8/2/2012. (leh, ) (Entered: 08/03/2012) |
| 08/03/2012 | 661 | APPLICATION (APPROVED)to Appear Pro Hac Vice by Attorney Robert A Matson for Newegg, Inc.,Newegg.com, Inc. and for Rosewill Inc.. (pkb, ) (Entered: 08/03/2012) |
| 08/06/2012 | 662 | NOTICE by CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., CDW, LLC *Request for Termination of Electronic Notices* (Horton, Benjamin) (Entered: 08/06/2012) |
| 08/15/2012 | 663 | REPORT of Mediation by James W Knowles. Mediation result: Follow-Up Report of Settlements (Knowles, James) (Entered: 08/15/2012) |
| 08/15/2012 | 664 | STIPULATION of Dismissal *of Defendant PC Gear Head, LLC f/k/a Gear Head LLC* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Order)(Edmonds, John) (Entered: 08/15/2012) |
| 08/17/2012 | 665 | ORDER granting 664 Stipulated Motion for Dismissal With Prejudice. It is ordered that all claims and counterclaims asserted in this suit |

| | | between Plaintiff Adjustacam LLC and Defendant PC Gear Head f/k/a Gear Head LLC, are dismissed with prejudice. All costs, expenses and attorney fees are to be borne by the party that incurred them. Signed by Judge Leonard Davis on 8/17/2012. (leh, ) (Entered: 08/17/2012) |
|---|---|---|
| 08/20/2012 | 666 | STIPULATION of Dismissal *of Defendant Micro Electronics, Inc., d/b/a Micro Center* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Order)(Edmonds, John) (Entered: 08/20/2012) |
| 08/20/2012 | 667 | STIPULATION of Dismissal *of Defendant Office Depot, Inc.,* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Order)(Edmonds, John) (Entered: 08/20/2012) |
| 08/20/2012 | 668 | STIPULATION of Dismissal *of Defendant Best Buy Co., Inc., Best Buy Stores, L.P., and BestBuy.com, LLC.,* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Order)(Edmonds, John) (Entered: 08/20/2012) |
| 08/20/2012 | 669 | STIPULATION of Dismissal *of Defendant Wal-Mart Stores, Inc* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Order) (Edmonds, John) (Entered: 08/20/2012) |
| 08/21/2012 | 670 | STIPULATION of Dismissal *between AdjustaCam LLC and Fry's Electronics Inc.* by AdjustaCam LLC, Fry's Electronics Inc. (Attachments: # 1 Text of Proposed Order)(Edmonds, John) (Entered: 08/21/2012) |
| 08/22/2012 | 671 | ORDER granting 666 Stipulation of Dismissal filed by AdjustaCam LLC. All claims and counterclaims asserted in this suit between plaintiff, and defendant, Micro Electronics, Inc., d/b/a Micro Center, are hereby dismissed with prejudice. All |

| | | costs, expenses and attorneys fees are to be borne by theparty that incurred them. Signed by Judge Leonard Davis on 08/22/12. cc:attys 8-22-12(mll, ) (Entered: 08/22/2012) |
|---|---|---|
| 08/22/2012 | 🔒 | (Court only) *** Party deft Micro Electronics, Inc. DBA Micro Center terminated per 671 Order of partial dismissal. (mll, ) (Entered: 08/22/2012) |
| 08/22/2012 | 672 | ORDER granting 667 Stipulation of Dismissal filed by AdjustaCam LLC. All claims and counterclaims asserted in this suit between plaintiff, and defendant, Office Depot, Inc., are hereby dismissed with prejudice. All costs, expenses and attorneys fees are to be borne by the party that incurred them. Signed by Judge Leonard Davis on 08/22/12. cc:attys 8-22-12(mll, ) (Entered: 08/22/2012) |
| 08/22/2012 | 🔒 | (Court only) *** Party deft Office Depot, Inc. terminated per 672 Order of partial dismissal. (mll, ) (Entered: 08/22/2012) |
| 08/22/2012 | 673 | ORDER granting 668 Stipulation of Dismissal filed by AdjustaCam LLC. All claims and counterclaims asserted in this suit between plaintiff, and defendants, Best Buy Co., Inc., Best Buy Stores, L.P., and BestBuy.com, LLC., are hereby dismissed with prejudice. All costs, expenses and attorneys fees are to be borne by the party that incurred them. Signed by Judge Leonard Davis on 08/22/12. cc:attys 8-22-12(mll, ) (Entered: 08/22/2012) |
| 08/22/2012 | 🔒 | (Court only) *** Party defts BestBuy.com, LLC, Best Buy Co Inc and Best Buy Stores, LP terminated per 673 Order of partial dismissal. (mll, ) (Entered: 08/22/2012) |
| 08/22/2012 | 674 | ORDER granting 669 Stipulation of Dismissal filed by AdjustaCam LLC. All claims and counterclaims asserted in this suit between plaintiff, and |

| | | defendant, Wal-Mart Stores, Inc., are hereby dismissed with prejudice. All costs, expenses and attorneys fees are to be borne by the party that incurred them. Signed by Judge Leonard Davis on 08/22/12. cc:attys 8-22-12(mll, ) (Entered: 08/22/2012) |
|---|---|---|
| 08/22/2012 | 🔒 | (Court only) *** Party deft Wal-Mart Stores, Inc. terminated per 674 Order of partial dismissal. (mll, ) (Entered: 08/22/2012) |
| 08/22/2012 | 675 | ORDER granting 670 Stipulation of Dismissal filed by Fry's Electronics Inc, AdjustaCam LLC. All claims and counterclaims asserted in this suit between plaintiff, and defendant, Frys Electronics, Inc., are hereby dismissed with prejudice. All costs, expenses and attorneys fees are to be borne by the party that incurred them. Signed by Judge Leonard Davis on 08/22/12. cc:attys 8-22-12(mll, ) (Entered: 08/22/2012) |
| 08/22/2012 | 🔒 | (Court only) *** Party deft Fry's Electronics Inc terminated per 675 Order of partial dismissal. (mll, ) (Entered: 08/22/2012) |
| 08/24/2012 | 676 | Joint MOTION to Dismiss *HP* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order) (Edmonds, John) (Entered: 08/24/2012) |
| 08/27/2012 | 677 | ORDER granting 676 Motion to Dismiss. All claims and counterclaims asserted in this suit between plaintiff, and defendant, Hewlett-Packard Company, arehereby dismissed with prejudice. All costs, expenses and attorneys fees are to be borne by the party that incurred them. Signed by Judge Leonard Davis on 08/27/12. cc:attys 8-27-12 (mll, ) (Entered: 08/27/2012) |
| 08/27/2012 | 🔒 | (Court only) *** Party deft Hewlett-Packard Company terminated per 677 Order of partial |

| | | | dismissal. (mll, ) (Entered: 08/27/2012) |
|---|---|---|---|
| 08/27/2012 | 🔒 | 678 | Opposed SEALED MOTION *TO DISMISS CLAIMS AND COUNTERCLAIMS INVOLVING NEWEGG AND ROSEWILL* by AdjustaCam LLC. (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order Order re Expedited Briefing and Oral Hearing, # 3 Text of Proposed Order Order Granting Motion to Dismiss)(Edmonds, John) (Entered: 08/27/2012) |
| 08/31/2012 | | 679 | Letter Brief filed by Sakar International, Inc. (Sutton, Ezra) (Entered: 08/31/2012) |
| 08/31/2012 | | 680 | Letter Brief filed by KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Newegg, Inc., Newegg.com, Inc., Rosewill Inc., Sakar International, Inc. (Attachments: # 1 Exhibit 1) (Yarbrough, Herbert) (Entered: 08/31/2012) |
| 08/31/2012 | 🔒 | 681 | *SEALED* ***FILED IN ERROR. TO BE REFILED AS SEALED PLEADING*** Letter Brief filed by KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Newegg, Inc., Newegg.com, Inc., Rosewill Inc., Sakar International, Inc. (Attachments: # 1 Exhibit 1) (Yarbrough, Herbert) Modified on 9/4/2012 (mll, ). (Entered: 08/31/2012) |
| 08/31/2012 | | 682 | Letter Brief filed by Newegg, Inc. (Herberholz, Dana) (Entered: 08/31/2012) |
| 08/31/2012 | | 683 | Letter Brief filed by AdjustaCam LLC (Attachments: # 1 Exhibit A (Letter Brief), # 2 Exhibit A(1), # 3 Exhibit A(2), # 4 Exhibit A(3), # 5 Exhibit A(4))(Edmonds, John) (Entered: 08/31/2012) |
| 08/31/2012 | 🔒 | 684 | SEALED NOTICE OF COMPLIANCE Re Letter Brief Filed by AdjustaCam LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit A(1), # 3 Exhibit A(2)) |

| | | (Edmonds, John) (Entered: 08/31/2012) |
|---|---|---|
| 08/31/2012 | 685 | Letter Brief filed by Newegg, Inc. (Attachments: # 1 Exhibit)(Herberholz, Dana) (Entered: 08/31/2012) |
| 09/04/2012 | 🔒 686 | SEALED Letter Brief filed by KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Newegg, Inc., Newegg.com, Inc., Rosewill Inc., Sakar International, Inc.(Attachments: #(1) Exhibit 1)(Yarbrough, Herbert) (Entered: 09/04/2012) |
| 09/05/2012 | 687 | NOTICE of Attorney Appearance by Stephen F Schlather on behalf of AdjustaCam LLC (Schlather, Stephen) (Entered: 09/05/2012) |
| 09/06/2012 | 688 | NOTICE by Gear Head, LLC *of Request for Termination of Electronic Notices* (Hammond, Herbert) (Entered: 09/06/2012) |
| 09/06/2012 | 689 | NOTICE by Digital Innovations, LLC *of Request for Termination of Electronic Notices* (Stiner Toomer, Tamara) (Entered: 09/06/2012) |
| 09/07/2012 | 690 | Trial Witness List by Newegg, Inc., Newegg.com, Inc., Rosewill Inc.. (Zarian, John) (Entered: 09/07/2012) |
| 09/07/2012 | 691 | ***DEFICIENT DOCUMENT. DISREGARD.*** NOTICE by Sakar International, Inc. *Designation of Trial Witnesses* (Sutton, Ezra) Modified on 9/11/2012 (gsg). (Entered: 09/07/2012) |
| 09/08/2012 | 692 | Plaintiff's Trial Witness List by AdjustaCam LLC. (Edmonds, John) (Entered: 09/08/2012) |
| 09/11/2012 | 693 | NOTICE by Sakar International, Inc. *Revised Designation of Trial Witnesses of Sakar International, Inc., Kohl's Illinois, Inc., and Kohl's Corporation* (Sutton, Ezra) (Entered: 09/11/2012) |
| | | |

| 09/14/2012 | 694 | Rebuttal Witness List by AdjustaCam LLC. (Schlather, Stephen) (Entered: 09/14/2012) |
| 09/14/2012 | 695 | NOTICE by KOHLS CORPORATION D/B/A KOHL'S, Sakar International, Inc. *Designation of Rebuttal Trial Witnesses of Sakar International, Inc., Kohl's Illinois, Inc., and Kohl's Corporation* (Sutton, Ezra) (Entered: 09/14/2012) |
| 09/14/2012 | 696 | Letter Brief filed by KOHLS CORPORATION D/B/A KOHL'S, Sakar International, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Sutton, Ezra) (Entered: 09/14/2012) |
| 09/14/2012 | 697 | Letter Brief filed by KOHLS CORPORATION D/B/A KOHL'S, Sakar International, Inc. (Sutton, Ezra) (Entered: 09/14/2012) |
| 09/14/2012 | 698 | Rebuttal Trial Witness List by Newegg, Inc., Newegg.com, Inc., Rosewill Inc.. (Herberholz, Dana) (Entered: 09/14/2012) |
| 09/14/2012 | 699 | RESPONSE to Motion re 678 Opposed SEALED MOTION *TO DISMISS CLAIMS AND COUNTERCLAIMS INVOLVING NEWEGG AND ROSEWILL filed by Newegg, Inc., Newegg.com, Inc., Rosewill Inc.. (Zarian, John) (Entered: 09/14/2012)* |
| 09/14/2012 | 700 | Letter Brief filed by AdjustaCam LLC (Attachments: # 1 Exhibit 1)(Edmonds, John) (Entered: 09/14/2012) |
| 09/14/2012 | 701 | Letter Brief filed by AdjustaCam LLC (Attachments: # 1 Exhibit 1)(Edmonds, John) (Entered: 09/14/2012) |
| 09/14/2012 | 702 | Letter Brief filed by AdjustaCam LLC (Attachments: # 1 Exhibit 1)(Edmonds, John) (Entered: 09/14/2012) |
| 09/14/2012 | 703 | Letter Brief filed by AdjustaCam LLC |

| | | | |
|---|---|---|---|
| | | | (Attachments: # 1 Exhibit 1)(Edmonds, John) (Entered: 09/14/2012) |
| 09/14/2012 | | 704 | Letter Brief filed by AdjustaCam LLC (Attachments: # 1 Exhibit 1)(Edmonds, John) (Entered: 09/14/2012) |
| 09/14/2012 | 🔒 | 705 | SEALED Letter Brief filed by Newegg, Inc., Newegg.com, Inc., Rosewill Inc. (Attachments: # 1 Exhibit 1 - Letter Brief, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Matson, Robert) (Entered: 09/14/2012) |
| 09/14/2012 | 🔒 | 706 | SEALED Letter Brief filed by Newegg, Inc., Newegg.com, Inc., Rosewill Inc. (Attachments: # 1 Exhibit 1 - Letter Brief, # 2 Errata A, # 3 Exhibit B) (Matson, Robert) (Entered: 09/14/2012) |
| 09/17/2012 | | 707 | REPLY to Response to Motion re 678 Opposed SEALED MOTION *TO DISMISS CLAIMS AND COUNTERCLAIMS INVOLVING NEWEGG AND ROSEWILL filed by AdjustaCam LLC*. (Attachments: # 1 Text of Proposed Order Order) (Edmonds, John) (Entered: 09/17/2012) |
| 09/18/2012 | | 708 | NOTICE by Wal-Mart Stores, Inc. *Of Request For Termination Of Electronic Notices* (Chapman, Laura) (Entered: 09/18/2012) |
| 09/19/2012 | | 709 | Unopposed MOTION for Extension of Time to File Response/Reply as to 705 SEALED Notice of Compliance - Letter Brief, 706 SEALED Notice of Compliance - Letter Brief by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order) (Edmonds, John) (Entered: 09/19/2012) |
| 09/20/2012 | | 710 | ORDER granting 709 Motion for Extension of Time to File Response/Reply. Signed by Judge Leonard Davis on 09/20/12. cc:attys 9-20-12 (mll, ) (Entered: 09/20/2012) |
| | | | |

| | | |
|---|---|---|
| 09/20/2012 | 711 | NOTICE by AdjustaCam LLC *of Cancellation of Asserted Claims* (Attachments: # 1 Exhibit 1) (Edmonds, John) (Entered: 09/20/2012) |
| 09/21/2012 | 712 | Letter Brief filed by Kohl's Illinois, Inc., Sakar International, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Sutton, Ezra) (Entered: 09/21/2012) |
| 09/21/2012 | 713 | Letter Brief filed by AdjustaCam LLC (Attachments: # 1 Exhibit A)(Edmonds, John) (Entered: 09/21/2012) |
| 09/21/2012 🔒 | 714 | SEALED Letter Brief filed by Newegg, Inc., Newegg.com, Inc., Rosewill Inc. (Attachments: # 1 Exhibit 1 - Letter Brief)(Zarian, John) (Entered: 09/21/2012) |
| 09/21/2012 | 715 | REPLY to Notice of Compliance - Letter Brief re 680 Notice of Compliance - Letter Brief filed by Rosewill Inc., Newegg.com, Inc., KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Sakar International, Inc., Newegg, Inc. Filed by Newegg.com, Inc., Rosewill Inc., Newegg, Inc. by Newegg.com, Inc., Rosewill Inc., Newegg, Inc.. (Attachments: # 1 Exhibit 1 - Letter Brief)(Zarian, John) (Entered: 09/21/2012) |
| 09/21/2012 | 716 | REPLY to Notice of Compliance - Letter Brief re 685 Notice of Compliance - Letter Brief filed by Newegg, Inc. Filed by Newegg.com, Inc., Rosewill Inc., Newegg, Inc. by Newegg.com, Inc., Rosewill Inc., Newegg, Inc.. (Attachments: # 1 Exhibit 1 - Letter Brief)(Zarian, John) (Entered: 09/21/2012) |
| 09/21/2012 | 717 | Letter Brief filed by KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Newegg, Inc., Rosewill Inc., Sakar International, Inc. (Attachments: # 1 Exhibit 1)(Zarian, John) (Entered: 09/21/2012) |

| 09/24/2012 | 718 | Letter Brief filed by AdjustaCam LLC (Attachments: # 1 Exhibit A)(Edmonds, John) (Entered: 09/25/2012) |
| 09/27/2012 | 719 | Unopposed MOTION to Dismiss *involving Defendants/Counter-claimants Newegg Inc., Newegg.com Inc., and Rosewill, Inc.* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 09/27/2012) |
| 09/27/2012 | 720 | ORDER granting 719 Motion to Dismiss. Plaintiffs claims against defts Newegg Inc., Newegg.com Inc., and Rosewill, Inc are DISMISSED WITH PREJUDICE; defts' counterclaims are DISMISSED WITHOUT PREJUDICE. Signed by Judge Leonard Davis on 09/27/12. cc:attys 9-27-12 (mll, ) (Entered: 09/27/2012) |
| 09/27/2012 | 🔒 | (Court only) *** Party defts Newegg, Inc., Newegg.com, Inc., and Rosewill Inc., terminated per 720 Order of partial dismissal. (mll, ) (Entered: 09/27/2012) |
| 09/30/2012 | 721 | Opposed MOTION to Dismiss *Remaining Defendants Sakar and Kohl's* by AdjustaCam LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Text of Proposed Order Proposed Order for Oral Hearing and Expedited Briefing, # 4 Text of Proposed Order Proposed Order Granting Motion to Dismiss) (Edmonds, John) (Entered: 09/30/2012) |
| 10/01/2012 | 722 | ORDER that Defendants Sakar International, Inc., Kohls Illinois, Inc., and Kohls Corporation, Inc. file a response to AdjustaCams 721 Motion to Dismiss by 10-08-2012. AdjustaCams Reply, if any, SHALL be due on 10-12-2012,and Defendants Sur-Reply, if any, SHALL be due on 10-16-2012. Signed by Judge Leonard Davis on 10/01/12. cc:attys 10-02-12 (mll, ) (Entered: 10/02/2012) |

| 10/02/2012 | 723 | Proposed Pretrial Order *(Joint)* by AdjustaCam LLC. (Attachments: # 1 Exhibit 1 (Plaintiff's Witness List), # 2 Exhibit 2 (Defendants' Witness List), # 3 Exhibit 3 (Plaintiff's Exhibit List), # 4 Exhibit 4 (Defendants' Exhibit List), # 5 Exhibit 5 (Proposed Jury Charge), # 6 Exhibit 6 (Proposed Jury Verdict Form))(Edmonds, John) (Additional attachment(s) added on 10/3/2012: # 7 Text of Proposed Order) (gsg, ). (Entered: 10/02/2012) |
|---|---|---|
| 10/03/2012 | 724 | NOTICE by AdjustaCam LLC *of Supplemental Authority in support of its opposed Motion to Dismiss* (Attachments: # 1 Exhibit A)(Edmonds, John) (Entered: 10/03/2012) |
| 10/08/2012 | 725 | RESPONSE in Opposition re 721 Opposed MOTION to Dismiss *Remaining Defendants Sakar and Kohl's Counterclaims filed by Sakar International, Inc.*. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Sutton, Ezra) (Additional attachment(s) added on 10/26/2012: # 5 Text of Proposed Order) (gsg, ). (Entered: 10/08/2012) |
| 10/11/2012 | 726 | PROPOSED BILL OF COSTS filed by Newegg, Inc., Newegg.com, Inc., Rosewill Inc.. (Herberholz, Dana) (Entered: 10/11/2012) |
| 10/11/2012 | 🔒 727 | SEALED MOTION *For Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses* by Newegg, Inc., Newegg.com, Inc., Rosewill Inc.. (Attachments: # 1 Text of Proposed Order) (Herberholz, Dana) (Entered: 10/11/2012) |
| 10/11/2012 | 🔒 728 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 727 SEALED MOTION *For Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses*. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, |

| | | |
|---|---|---|
| | | # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31)(Herberholz, Dana) (Entered: 10/11/2012) |
| 10/12/2012 | 729 | REPLY to Response to Motion re 721 Opposed MOTION to Dismiss *Remaining Defendants Sakar and Kohl's* filed by AdjustaCam LLC. (Attachments: # 1 Exhibit A)(Edmonds, John) (Entered: 10/12/2012) |
| 10/18/2012 | 730 | NOTICE of Attorney Appearance by James A Fussell, III on behalf of AdjustaCam LLC (Fussell, James) (Entered: 10/18/2012) |
| 10/29/2012 | 731 | Unopposed MOTION for Extension of Time to File *to Defendants Newegg Sealed Motion For Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 10/29/2012) |
| 10/29/2012 | 732 | Joint MOTION to Amend/Correct *(Amend) Docket Control Order* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Order)(Edmonds, John) (Entered: 10/29/2012) |
| 10/29/2012 | 733 | ORDER granting 731 Motion for Extension of Time. Plaintiffs deadline to file its Response to Defendants Newegg Inc., Newegg.com Inc., and Rosewill Inc. Sealed Motion For Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses 727 is extended to 11-05-2012. Signed by Judge Leonard Davis on 10/29/12. cc:attys 10-29-12 (mll, ) (Entered: 10/29/2012) |

| 11/05/2012 | | 734 | Unopposed MOTION for Extension of Time to File *Response to Defendants Newegg Sealed Motion For Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Order) (Edmonds, John) (Entered: 11/05/2012) |
|---|---|---|---|
| 11/07/2012 | 🔒 | 735 | SEALED RESPONSE to Motion re 727 SEALED MOTION *For Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses* filed by AdjustaCam LLC. (Edmonds, John) (Entered: 11/07/2012) |
| 11/08/2012 | 🔒 | 736 | SEALED ADDITIONAL ATTACHMENTS to Main Document:. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19 (part 1), # 20 Exhibit 19 (part 2), # 21 Exhibit 20, # 22 Exhibit 21 (part 1), # 23 Exhibit 21 (part 2), # 24 Exhibit 22, # 25 Text of Proposed Order)(Edmonds, John) (Entered: 11/08/2012) |
| 11/08/2012 | | 737 | ORDER granting 734 Motion for Extension of Time. Signed by Judge Leonard Davis on 11/08/12. cc:attys 11-08-12 (mll, ) (Entered: 11/08/2012) |
| 11/13/2012 | | 738 | ORDER Setting Hearing on Motion 721 Opposed MOTION to Dismiss *Remaining Defendants Sakar and Kohl's* : Motion Hearing set for 12/5/2012 02:00 PM before Judge Leonard Davis. Signed by Judge Leonard Davis on 11/13/12. cc:attys 11-13-12 (mll, ) (Entered: 11/13/2012) |
| 11/13/2012 | | 739 | Unopposed MOTION to Amend/Correct 737 Order on Motion for Extension of Time to File *Reply Brief* by Newegg, Inc., Newegg.com, Inc., Rosewill Inc.. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Text of Proposed Order) (Herberholz, Dana) (Entered: 11/13/2012) |
| 11/13/2012 | 740 | ORDER denying as moot 678 Sealed Motion to Dismiss. Signed by Judge Leonard Davis on 11/13/12. cc:attys 11-13-12 (mll, ) (Entered: 11/13/2012) |
| 11/14/2012 | 741 | ORDER granting 739 Motion to Amend/Correct Order. Newegg Defendants' deadline to file their reply in support of their Sealed Motion For Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses 727 is correctly identified as 11-26-2012. Signed by Judge Leonard Davis on 11/14/12. cc:attys 11-14-12 (mll, ) (Entered: 11/14/2012) |
| 11/26/2012 | 🔒 742 | SEALED REPLY to Response to Motion re 727 SEALED MOTION *For Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses* filed by Newegg, Inc., Newegg.com, Inc., Rosewill Inc.. (Herberholz, Dana) (Entered: 11/26/2012) |
| 12/04/2012 | | NOTICE of Hearing on Motion 721 Opposed MOTION to Dismiss *Remaining Defendants Sakar and Kohl's* : **Motion Hearing set 12/5/2012 02:00 PM has been RESCHEDULED and will be heard at Pretrial Conference on 12/18/2012 09:00 AM before Judge Leonard Davis.** (cwk) (Entered: 12/04/2012) |
| 12/06/2012 | 🔒 743 | SEALED SUR-REPLY to Motion re 727 SEALED MOTION *For Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses* filed by AdjustaCam LLC. (Edmonds, John) (Entered: 12/06/2012) |
| 12/14/2012 | 744 | Unopposed MOTION to Dismiss *claims and counterclaims involving Defendants/Counter-claimants Sakar International, Inc., Kohls Illinois,* |

| | | |
|---|---|---|
| | | *Inc., Kohls Corporation, Inc. and Kohls Department Stores, Inc.* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order)(Edmonds, John) (Entered: 12/14/2012) |
| 12/17/2012 | 745 | ORDER granting 744 Motion to Dismiss. Plaintiffs claims against defts Sakar International, Inc., Kohls Illinois, Inc., Kohls Corporation, Inc. and Kohls Department Stores, Inc are DISMISSED WITH PREJUDICE; Defendants' counterclaims are DISMISSED WITHOUT PREJUDICE. Signed by Judge Leonard Davis on 12/17/12. cc:attys 12-17-12 (mll, ) (Entered: 12/17/2012) |
| 12/17/2012 | 🔒 | (Court only) *** Party Defendants KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Sakar International, Inc. terminated per 745 Order of partial dismissal. (mll, ) (Entered: 12/17/2012) |
| 12/21/2012 | 746 | Unopposed MOTION for Extension of Time to File by Sakar International, Inc.. (Sutton, Ezra) (Entered: 12/21/2012) |
| 12/21/2012 | 747 | ORDER granting 746 Motion for Extension of Time. Deft's Deadline to file a Motion for Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses is extended to 1-16-2013. Signed by Judge Leonard Davis on 12/21/12. cc:attys 12-21-12 (mll, ) (Entered: 12/21/2012) |
| 01/16/2013 | 🔒 748 | SEALED MOTION *DEFENDANT SAKAR INTERNATIONAL, INC.'S OPPOSED MOTION FOR DECLARATION OF EXCEPTIONAL CASE AND AWARD OF FEES AND NONTAXABLE EXPENSES* by Sakar International, Inc.. (Attachments: # 1 Declaration of Ezra Sutton, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 5A, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 |

| | | | |
|---|---|---|---|
| | | | Exhibit 9A, # 13 Exhibit 10, # 14 Exhibit 11, # 15 Exhibit 12, # 16 Exhibit 13, # 17 Exhibit 14, # 18 Exhibit 15, # 19 Exhibit 16, # 20 Exhibit 17, # 21 Exhibit 18, # 22 Exhibit 19, # 23 Exhibit 20, # 24 Exhibit 21, # 25 Exhibit 22)(Sutton, Ezra) (Additional attachment(s) added on 1/18/2013: # 26 Text of Proposed Order) (gsg, ). (Entered: 01/16/2013) |
| 02/05/2013 | 🔒 | 749 | SEALED RESPONSE to Motion re 748 SEALED MOTION *DEFENDANT SAKAR INTERNATIONAL, INC.'S OPPOSED MOTION FOR DECLARATION OF EXCEPTIONAL CASE AND AWARD OF FEES AND NONTAXABLE EXPENSES* filed by AdjustaCam LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, part 1, # 11 Exhibit 10, part 2, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Errata 20, part 1, # 22 Exhibit 20, part 1, # 23 Exhibit 21, # 24 Exhibit 22, # 25 Exhibit 23, # 26 Exhibit 24, # 27 Text of Proposed Order)(Edmonds, John) (Entered: 02/05/2013) |
| 02/11/2013 | 🔒 | 750 | SEALED REPLY to Response to Motion re 748 SEALED MOTION *DEFENDANT SAKAR INTERNATIONAL, INC.'S OPPOSED MOTION FOR DECLARATION OF EXCEPTIONAL CASE AND AWARD OF FEES AND NONTAXABLE EXPENSES* filed by Sakar International, Inc.. (Attachments: # 1 Exhibit A)(Sutton, Ezra) (Entered: 02/11/2013) |
| 02/22/2013 | 🔒 | 751 | SEALED SUR-REPLY to Motion re 748 SEALED MOTION *DEFENDANT SAKAR INTERNATIONAL, INC.'S OPPOSED MOTION* |

| | | |
|---|---|---|
| | | *FOR DECLARATION OF EXCEPTIONAL CASE AND AWARD OF FEES AND NONTAXABLE EXPENSES* filed by AdjustaCam LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Edmonds, John) (Entered: 02/22/2013) |
| 03/04/2013 | 752 | ORDER denying as moot 721 Motion to Dismiss. Signed by Judge Leonard Davis on 03/04/13. cc:attys 3-04-13 (mll, ) (Entered: 03/04/2013) |
| 04/18/2013 | 753 | ORDER Setting Hearing on Motion 727 SEALED MOTION *For Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses*, 748 SEALED MOTION *DEFENDANT SAKAR INTERNATIONAL, INC.'S OPPOSED MOTION FOR DECLARATION OF EXCEPTIONAL CASE AND AWARD OF FEES AND NONTAXABLE EXPENSES* :Motion Hearing set for 5/22/2013 01:30 PM before Judge Leonard Davis. Parties shall meet and confer in good faith to resolve these issues prior to the hearing. The parties are ORDERED to file a status report regarding which motions are still pending by noon on 5-17-2013. Signed by Judge Leonard Davis on 04/18/13. (mll, ) (Entered: 04/18/2013) |
| 04/27/2013 | 754 | Unopposed MOTION to Continue *Hearing* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order)(Edmonds, John) (Entered: 04/27/2013) |
| 04/30/2013 | 755 | ORDER granting 754 Motion to Continue. The hearing is rescheduled for 6-26-2013 at 1:30 p.m. Signed by Judge Leonard Davis on 04/30/13. (mll, ) (Entered: 04/30/2013) |
| 05/07/2013 | | Set/Reset Deadlines as to 727 SEALED MOTION *For Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses*, 748 SEALED MOTION *DEFENDANT SAKAR* |

| | | *INTERNATIONAL, INC.'S OPPOSED MOTION FOR DECLARATION OF EXCEPTIONAL CASE AND AWARD OF FEES AND NONTAXABLE EXPENSES*. **Motion Hearing set for 6/26/2013 at 01:30 PM before Judge Leonard Davis.** (rlf) (Entered: 05/07/2013) |
| 05/17/2013 | 756 | STATUS REPORT *(Joint) Regarding Motions At Doc Nos. 727 And 748* by AdjustaCam LLC. (Edmonds, John) (Entered: 05/17/2013) |
| 06/06/2013 | 757 | Unopposed MOTION to Withdraw as Attorney by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order)(Long, Joshua) (Entered: 06/06/2013) |
| 06/11/2013 | 758 | ORDER granting 757 Motion to Withdraw as Attorney. Attorney Joshua Brooks Long terminated. Signed by Judge Leonard Davis on 06/11/13. (mll, ) (Entered: 06/11/2013) |
| 06/26/2013 | 759 | Minute Entry for proceedings held before Judge Leonard Davis: Motion Hearing held on 6/26/2013 re 727 SEALED MOTION *For Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses* filed by Rosewill Inc., Newegg.com, Inc., Newegg, Inc., 748 SEALED MOTION *DEFENDANT SAKAR INTERNATIONAL, INC.'S OPPOSED MOTION FOR DECLARATION OF EXCEPTIONAL CASE AND AWARD OF FEES AND NONTAXABLE EXPENSES* filed by Sakar International, Inc. (Court Reporter Shea Sloan.) (Attachments: # 1 Sign in sheet) (cwk) (Entered: 06/26/2013) |
| 08/15/2013 | 760 | ORDER denying as moot 732 Motion to Amend/Correct Docket Control Order. Signed by Judge Leonard Davis on 08/15/13. (mll, ) (Entered: 08/15/2013) |
| | | |

| 08/19/2013 | 761 | ORDER denying 727 Sealed Motion for Declaration of Exceptional Case; denying 748 Sealed Motion for Declaration of Exceptional Case. Signed by Judge Leonard Davis on 8/19/13. (mjc, ) (Entered: 08/19/2013) |
| 08/20/2013 | 762 | FINAL JUDGMENT that the parties take nothing and that all pending motions are DENIED AS MOOT. All costs are to be borne by the party that incurred them. All claims, counterclaims, and third-party claims in the instant suit are DISMISSED in their entirety. The Clerk of the Court is directed to close this case. Signed by Judge Leonard Davis on 08/20/13. (mll, ) (Entered: 08/20/2013) |
| 09/05/2013 | 763 | MOTION to Amend/Correct 762 Judgment, by Newegg, Inc., Newegg.com, Inc., Rosewill Inc.. (Attachments: # 1 Exhibit 1)(Herberholz, Dana) (Additional attachment(s) added on 9/16/2013: # 2 Text of Proposed Order, # 3 Proposed Final Judgment) (gsg, ). (Entered: 09/05/2013) |
| 09/17/2013 | 764 | NOTICE OF APPEAL - FEDERAL CIRCUIT as to 761 Order on Sealed Motion, 762 Judgment, by Newegg, Inc., Newegg.com, Inc., Rosewill Inc.. Filing fee $ 455, receipt number 0540-4319110. (Herberholz, Dana) (Entered: 09/17/2013) |
| 09/17/2013 | 765 | NOTICE OF APPEAL - FEDERAL CIRCUIT as to 650 Order, 627 Order, 762 Judgment, by AdjustaCam LLC. Filing fee $ 455, receipt number 0540-4319236. Appeal Record due by 10/1/2013. (Edmonds, John) (Entered: 09/17/2013) |
| 09/18/2013 | | Transmission of Notice of Appeal by Newegg Inc., et al, 761 Order, 762 Judgment and Certified Copy of Docket Sheet to US Court of Appeals, Federal Circuit by separate email. re 764 Notice of Appeal - FEDERAL CIRCUIT (dlc, ) (Entered: 09/18/2013) |
| | | |

| 09/18/2013 | | Transmission of Notice of Appeal by AdjustaCam LLC, 650 Order, 627 Opinion and Order, 762 Judgment and Certified Copy of Docket Sheet to US Court of Appeals, Federal Circuit by separate email. re 765 Notice of Appeal - FEDERAL CIRCUIT (dlc, ) (Entered: 09/18/2013) |

Case 12-1665   Document 1-3   Page: 216   Filed: 08/20/2013

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **ADJUSTACAM LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CASE NO. 6:10-CV-329** |
| | § | |
| **AMAZON.COM, INC., et al,** | § | |
| | § | |
| **Defendants.** | § | |

## FINAL JUDGMENT

Pursuant to the Orders granting the parties' Joint Motions to Dismiss, the Court hereby enters Final Judgment. Plaintiff Adjustacam LLC filed suit against fifty-nine Defendants in this case on July 2, 2012. Since that time, all Defendants have been dismissed: Amazon.com, Inc. (Docket No. 630); Auditek Corporation (Docket No. 647); Blue Microphones, LLC (Docket No. 492); Baltic Latvian Universal Electronics, LLC d/b/a Blue Microphones, LLC d/b/a Blue Microphone (Docket No. 492); CDW Corporation f/k/a CDW Computer Centers, Inc. (Docket No. 658); CDW, Inc. (Docket No. 658); CDW, LLC (Docket No. 10); Compusa.com, Inc. (Docket No. 620); Cobra Digital, LLC (Docket No. 420); Creative Technology Ltd. (Docket No. 348); Creative Labs, Inc. (Docket No. 560); Dell, Inc. (Docket No. 563); Digital Innovations, LLC (Docket No. 651); Eastman Kodak Company (Docket No. 217); Ezonics Corporation d/ba/ Ezonics Corporation USA d/b/a Ezonics (Docket No. 361); Fry's Electronics Inc. (Docket No. 675); Gear Head, LLC (Docket No. 665); General Electric Company (Docket No. 8); Hewlett-Packard Company (Docket No. 677); Incomex, Inc. (Docket No. 342); Jasco Products Company LLC d/b/a Jasco Products Company d/b/a Jasco (Docket No. 410); Jwin Electronics Corporation (Docket No. 419); Klip Extreme LLC (Docket No. 341); Kmart Corporation (Docket No. 445);

Lifeworks Technology Group, LLC (Docket No. 522); Macally Peripherals, Inc. d/b/a Macally U.S.A. (Docket No. 562); Mace Group, Inc. (Docket No. 562); Micro Electronics, Inc. d/b/a Micro Center (Docket No. 671); New Compusa Corporation (Docket No. 620); Newegg, Inc. (Docket No. 720); Newegg.com, Inc. (Docket No. 720); Office Depot, Inc. (Docket No. 672); Overstock.com, Inc. (Docket No. 535); Phoebe Micro Inc. (Docket No. 412); Prolynkz, LLC (Docket No. 367); Radioshack Corporation (Docket No. 493); Rosewill Inc. (Docket No. 720); Sears Brands, LLC (Docket No. 445); Sears Holdings Corporation d/b/a Sears (Docket No. 445); Sakar International, Inc. (Docket No. 745); Sakar, Inc. (Docket No. 349); SDI Technologies, Inc. (Docket No. 127); Intcomex, Inc. (Docket No. 342); Software Brokers of America Inc. d/b/a Intcomex Corporation d/b/a Intcomex (Docket No. 343); Systemax, Inc. d/b/a Compusa (Docket No. 620); Target Corp. (Docket No. 615); Tigerdirect, Inc. (Docket No. 620); Trippe Manufacturing Company d/b/a Tripp Lite (Docket No. 312); Wal-Mart Stores, Inc. (Docket No. 674); Sears, Roebuck and Company (Docket No. 445); Best Buy Co., Inc. (Docket No. 673); Best Buy Stores, LP (Docket No. 673); BestBuy.com, LLC (Docket No. 673); Conns, Inc. d/b/a Conns (Docket No. 411); J&R Electronics, Inc. d/b/a J&R (Docket No. 586); Kohls Corporation d/b/a Kohl's (Docket No. 745); Kohl's Illinois, Inc. (Docket No. 745); Solid Year Co., Ltd. (Docket No. 350); and Walgreen Co. d/b/a Walgreens (Docket No. 184).

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**.  All costs are to be borne by the party that incurred them.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 20th day of August, 2013.**

_____

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADJUSTACAM, LLC.** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CASE NO. 6:10-CV-329** |
| | § | **PATENT CASE** |
| | § | |
| **AMAZON.COM, INC., ET AL.** | § | |
| | § | |
| **Defendants.** | § | |

## MEMORANDUM OPINION AND ORDER

This claim construction opinion construes the disputed terms in U.S. Patent No. 5,855,343 ("the '343 patent"). Plaintiff Adjustacam, LLC ("Adjustacam") and Defendants[1] have presented their claim construction positions. (Doc. Nos. 575, "PL.'S BR.;" 595, "DEF.'S RESP.," 601, "PL.'S REPLY"). On February 9, 2012, the Court held a claim construction hearing and heard further argument (Doc. No. 614). For the reasons stated herein, the Court adopts the constructions set forth below.

## CLAIM CONSTRUCTION PRINCIPLES

"It is a 'bedrock principle' of patent law that 'the claims of a patent define the invention to which the patentee is entitled the right to exclude." *Phillips v. AWH Corp.*, 415 F.3d 1303, 1312 (Fed. Cir. 2005) (quoting *Innova/Pure Water, Inc. v. Safari Water Filtration Sys., Inc.*, 381 F.3d 1111, 1115 (Fed. Cir. 2004)). The Court examines a patent's intrinsic evidence to define the patented invention's scope. *Id.* at 1313-1314; *Bell Atl. Network Servs., Inc. v. Covad*

---

[1] Amazon.com, Inc., Auditek Corp., Best Buy Co., Inc., Best Buy Stores, LP, Bestbuy.com, CDW LLC, CompUSA.com, Inc., Digital Innovations, LLC, Fry's Electronics, Inc., Gear Head, LLC, Hewlett-Packard Co., Kohls, Corp., Kohl's Illinois, Inc., Micro Electronics, Inc. d/b/a Micro Center, New Compusa Corp., Newegg, Inc., Newegg.com, Inc., Office Depot, Inc., Rosewill Inc., Sakar International, Inc., Systemax, Inc., Target Corp., Tigerdirect, Inc., and Wal-Mart Stores, Inc. are referred to collectively as "Defendants."

*Commc'ns Group, Inc.*, 262 F.3d 1258, 1267 (Fed. Cir. 2001). Intrinsic evidence includes the claims, the rest of the specification and the prosecution history. *Phillips*, 415 F.3d at 1312-13; *Bell Atl. Network Servs.*, 262 F.3d at 1267. The Court gives claim terms their ordinary and customary meaning as understood by one of ordinary skill in the art at the time of the invention. *Phillips*, 415 F.3d at 1312-13; *Alloc, Inc. v. Int'l Trade Comm'n*, 342 F.3d 1361, 1368 (Fed. Cir. 2003).

Claim language guides the Court's construction of claim terms. *Phillips*, 415 F.3d at 1314. "[T]he context in which a term is used in the asserted claim can be highly instructive." *Id.* Other claims, asserted and unasserted, can provide additional instruction because "terms are normally used consistently throughout the patent." *Id.* Differences among claims, such as additional limitations in dependent claims, can provide further guidance. *Id.*

"[C]laims 'must be read in view of the specification, of which they are a part.'" *Id.* (quoting *Markman v. Westview Instruments, Inc.*, 52 F.3d 967, 979 (Fed. Cir. 1995)). "[T]he specification 'is always highly relevant to the claim construction analysis. Usually, it is dispositive; it is the single best guide to the meaning of a disputed term.'" *Id.* (quoting *Vitronics Corp. v. Conceptronic, Inc.*, 90 F.3d 1576, 1582 (Fed. Cir. 1996)); *Teleflex. Inc. v. Ficosa N. Am. Corp.*, 299 F.3d 1313, 1325 (Fed. Cir. 2002). In the specification, a patentee may define his own terms, give a claim term a different meaning that it would otherwise possess, or disclaim or disavow some claim scope. *Phillips*, 415 F.3d at 1316. Although the Court generally presumes terms possess their ordinary meaning, this presumption can be overcome by statements of clear disclaimer. *See SciMed Life Sys., Inc. v. Advanced Cardiovascular Sys., Inc.*, 242 F.3d 1337, 1343-44 (Fed. Cir. 2001). This presumption does not arise when the patentee acts as his own

2

lexicographer.  *See Irdeto Access, Inc. v. EchoStar Satellite Corp.*, 383 F.3d 1295, 1301 (Fed. Cir. 2004).

The specification may also resolve ambiguous claim terms "where the ordinary and accustomed meaning of the words used in the claims lack sufficient clarity to permit the scope of the claim to be ascertained from the words alone."  *Teleflex, Inc.*, 299 F.3d at 1325.   For example, "[a] claim interpretation that excludes a preferred embodiment from the scope of the claim 'is rarely, if ever, correct."  *Globetrotter Software, Inc. v. Elam Computer Group Inc.*, 362 F.3d 1367, 1381 (Fed. Cir. 2004) (quoting *Vitronics Corp.*, 90 F.3d at 1583).  But, "[a]lthough the specification may aid the court in interpreting the meaning of disputed language in the claims, particular embodiments and examples appearing in the specification will not generally be read into the claims."  *Constant v. Advanced Micro-Devices, Inc.*, 848 F.2d 1560, 1571 (Fed. Cir. 1988); *see also Phillips*, 415 F.3d at 1323.

The prosecution history is another tool to supply the proper context for claim construction because a patentee may define a term during prosecution of the patent.  *Home Diagnostics Inc. v. LifeScan, Inc.*, 381 F.3d 1352, 1356 (Fed. Cir. 2004) ("As in the case of the specification, a patent applicant may define a term in prosecuting a patent").   The well established doctrine of prosecution disclaimer "preclud[es] patentees from recapturing through claim interpretation specific meanings disclaimed during prosecution."  *Omega Eng'g Inc. v. Raytek Corp.*, 334 F.3d 1314, 1323 (Fed. Cir. 2003).  The prosecution history must show that the patentee clearly and unambiguously disclaimed or disavowed the proposed interpretation during prosecution to obtain claim allowance.  *Middleton Inc. v. 3M Co.*, 311 F.3d 1384, 1388 (Fed. Cir. 2002).  "Indeed, by distinguishing the claimed invention over the prior art, an applicant is

indicating what the claims do not cover." *Spectrum Int'l v. Sterilite Corp.*, 164 F.3d 1372, 1378-79 (Fed. Cir. 1988) (quotation omitted).  "As a basic principle of claim interpretation, prosecution disclaimer promotes the public notice function of the intrinsic evidence and protects the public's reliance on definitive statements made during prosecution." *Omega Eng'g, Inc.*, 334 F.3d at 1324.

Although, "less significant than the intrinsic record in determining the legally operative meaning of claim language," the Court may rely on extrinsic evidence to "shed useful light on the relevant art." *Phillips*, 415 F.3d at 1317 (quotation omitted).  Technical dictionaries and treatises may help the Court understand the underlying technology and the manner in which one skilled in the art might use claim terms, but such sources may also provide overly broad definitions or may not be indicative of how terms are used in the patent. *Id.* at 1318.  Similarly, expert testimony may aid the Court in determining the particular meaning of a term in the pertinent field, but "conclusory, unsupported assertions by experts as to the definition of a claim term are not useful." *Id.*  Generally, extrinsic evidence is "less reliable than the patent and its prosecution history in determining how to read claim terms." *Id.*

## DISCUSSION

### A.    Overview of Patents-in-Suit

The '343 patent, entitled "Camera Clip," is directed at a clip for supporting a portable webcam. *See* '343 patent at ABSTRACT.  The claimed apparatus is specifically directed to a structure supporting a webcam both on a flat surface, like a tabletop, and on an edge of a housing, like a laptop computer screen. *Id.* at 1:4–9.  The camera clip is also intended to protect the camera lens when the clip is not used as support. *Id.*  Figures 2 and 4 of the patent illustrate

the two different configurations of the camera clip, *i.e.*, on a flat surface (Fig. 2) and on an

inclined object (Fig. 4):



### B.    Disputed Terms

"Hinge Member" [cls. 1, 8, 10, 17, 19, 20, and 21]:

| Plaintiff's Proposed Construction | Defendants' Proposed Construction |
| --- | --- |
| A structural element that joins to another for rotation | A structural element that may be joined to another so as to form a hinge joint and is capable of rotating on that hinge joint |

The parties generally agree that the "hinge member" is "a structural element that joins to

another." The parties, however, disagree whether the hinge member must form a "hinge joint" or

can include any form of "joint."

5

Plaintiff's proposed construction evolved over the course of the briefing.   Plaintiff ultimately argues that the "hinge member" is not limited to hinge *joints*. Specifically, Plaintiff contends that the claims and specification describe the "hinge member" as both "rotatably attached" and "hingedly attached." Therefore, an object that is "rotatably attached" is necessarily broader than a "hingedly attached" object.   PL.'S BR. at 4–8; PL.'S REPLY at 3–4.   Plaintiff raises secondary arguments regarding the "rotatably attached" terms and their interplay with the hinge member (*Id.* at 7–8), however, those arguments are discussed in more detail in the section below construing the "rotatably attached" terms.

The claims and the specification of the '343 patent disclose the hinge member as both "rotatably" and "hingedly" attached to another object.   For example, claim 1 of the '343 patent describes the support frame as "rotatably attached" to the hinge member.   '343 patent at 58–60. On the other hand, claim 19 of the '343 patent describes the support frame as "hingedly attached" to the hinge member.   '343 patent at 9:24–26.   A plain reading of the claims leads to the conclusion that a rotatable attachment is necessarily broader than a hinged attachment. Therefore, while a hinge member may include hinge joints and hinged attachments, the claims explicitly allow for broader attachments.

The specification, moreover, describes embodiments of the hinge member incorporating the concept of pivots and pivoting.   *See, e.g.*, 4:44–48 ("It is recognized that camera 12 may be pivoted to any number of positions about second axis 32 in the direction shown by arrow 34."); 5:37–41 ("A pivot element 80 at proximal end 76 of body 74 rotatably attaches camera 12 to body 74 so the camera may rotate about first axis 26.").   Therefore, Defendants' proposed

construction limiting the hinge member to hinge *joints* would improperly read out the foregoing preferred embodiments.  *See Globetrotter Software, Inc.*, 362 F.3d at 1381.

Defendants' proposed construction would also render the "rotatably attached" terms superfluous by limiting all claimed attachments to "hinged" attachments.  Such a result is untenable.  *See Curtiss-Wright Flow Control Corp. v. Velan, Inc.*, 438 F.3d 1374, 1381 (Fed. Cir. 2006) ("[C]laim differentiation takes on relevance in the context of claim construction that would render additional, or different, language in another independent claim superfluous.") (quoting *Fantasy Sports Props. v. Sportsline.com*, 287 F.3d 1108, 1115-16(Fed. Cir. 2002)). Defendants' proposed construction is also unnecessarily permissive because it describes the hinge member as a structural element that *may* be joined to another.  Neither the specification nor claims teach a permissive attachment and such a construction would not meaningfully limit the claims.

As Defendants advocate, the claimed "hinge member" indeed may include a hinge joint. However, the claims and the specification disclose that the hinge member is not limited to hinge joints.  Had the patentee intended to limit the patent in such a way, he or she: (1) could have simply used the term hinge *joint*, and not the broader term *member*; or (2) would have used "hingedly" to describe all the attachments in the claims.  Therefore, the Court construes "hinge member" as "a structural element that joins to another for rotation."

"Rotatably attached / adapted to be rotatably attached / adapted to rotatably attach" [cls. 1, 10, 19, 20, and 21]

| Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|
| Connected such that the connected object is capable of being rotated | Connected such that the connected object is capable of being adjusted to different configurations via motion over one axis of rotation |

The crux of the parties disagreement is whether the '343 patent claims allow for a "rotatably attached" object to rotate over more than a single axis.  Plaintiff contends that "rotatably attached" objects are not limited to one axis of rotation, while Defendants advocate for the contrary.

The Court finds that the claims of the '343 patent describe "rotatably attached" objects as rotating over a single axis.  For example, claim 1 explains that when the hinge member is "rotatably attached" to the camera, it rotates "about a first axis of rotation."  '343 patent at 6:54–57.  Claim 1 further describes that when the hinge member is rotatably attached to the support frame, it rotates "about a second axis of rotation."  *Id.* at 6:58–65.  In other words, in claim 1, the hinge member may rotate about a single axis relative to the camera and a single axis relative to the support frame, and the two axes are "generally perpendicular" to one another.  *Id.*  All of the remaining claims that discuss "rotatably attached" objects are consistent with this understanding.  *See, e.g.*, '343 patent at 7:60–67 ("[A] hinge member . . .  rotatably attached to the camera . . . rotating[] about a first axis of rotation" and "a support frame rotatably attached [to the] hinge member . . . [with] the hinge member rotating about a second axis of rotation to said support frame."); 9:20–32 ("[A] hinge member adapted to be rotatably attached to the camera . . . rotating about a first axis of rotation."); 9:35–47 (same); 10:16–45 (same).

8

The specification is consistent with the claims in disclosing the camera and support frame rotating over a first and second axis of rotation. *See, e.g.*, 2:12–18 ("The hinge member is rotatably attached to the camera where the camera rotates over a first axis of rotation"); 4:17–19 ("Hinge member 16 is rotatably attached to camera 12, where camera 12 rotates over a first axis 26."). Every reference to a "rotatably attached" object in the specification and claims describes the attachment as permitting motion over a single axis of rotation.

Plaintiff contends that that claims refer to the apparatus as "comprising" a first and second axis of rotation; therefore, Plaintiff argues that the use of "comprising" broadens the claims to allow attachments which rotate over multiple axes. PL.'S BR. at 7. Plaintiff is mistaken. For example, claim 1 recites:

> **1**. Apparatus for supporting a camera, having a lens, on any generally horizontal, substantially planar surface and on an object having a first surface and a second surface and an edge intersecting the first surface and the second surface, comprising:
>
> a. a hinge member adapted to be rotatably attached to the camera, said camera, when the hinge member is so attached, rotating, about a first axis of rotation, relative to said hinge member; and
>
> b. a support frame rotatably attached to said hinge member and configured to support said hinge member on the surface and the object, said hinge member rotating about a second axis of rotation relative to said support frame, said first axis of rotation being generally perpendicular to said second axis of rotation, said second axis of rotation being substantially parallel to the first surface when said hinge member is supported on the object, said support frame having a first disposition positioned on said generally horizontal, substantially planar surface, and said support frame having a second disposition attached to the object when said first surface and said second surface are inclined from a generally horizontal orientation, the camera being maintained adjacent said edge in said second disposition of said support frame.

9

'343 patent at 6:49–7:6. "Comprising" appears before the individual elements of the claimed camera clip, *i.e.*, the hinge member and support frame. Therefore, the word "comprising" may suggest that other elements exist beyond the *hinge member* and *support frame*. However, the term "comprising" does not render each and every word in the claim open-ended as Plaintiff suggests. Plaintiff's position would render the claim language meaningless.

Plaintiff further contends that the rotatable attachment between the hinge member and the camera is a "pivot joint"; therefore, limiting the rotation about a single axis would exclude a preferred embodiment. PL.'S BR. at 8. Even assuming the specification does disclose a pivot joint, limiting the *rotation* around a single axis would not read out the embodiment. A pivot joint allows for rotation and the specification explicitly describes the "pivot element" as rotating around a *single* axis of rotation. *See, e.g.*, '343 patent at 5:38–41 ("A pivot element 80 at proximal end 76 of body 74 rotatably attaches camera 12 to body 74 so the camera may rotate about *first axis* 26.") (emphasis added).

On the other hand, Defendants' proposed construction merely restates what is already contained in the claims. The claims plainly describe each "rotatably attached" object as rotating about a single axis and any further construction would only serve to confuse the jury. In other words, Defendants' construction merely repeats the claim language. Therefore, the Court finds that the "rotatably attached" terms do not require construction beyond what is contained in the claims. While the Court has not explicitly construed the "rotatably attached" terms, the Court has resolved the parties' dispute regarding the proper scope of the claims, *i.e.*, "rotatably attached" objects in the patent-in-suit are limited to a single axis of rotation. *See O2 Micro Intern. Ltd. v. Beyond Innovation Tech. Co., Ltd.*, 521 F.3d 1351, 1360 (Fed. Cir. 2008) ("When

10

the parties raise an actual dispute regarding the proper scope of the claims, the court, not the jury, must resolve that dispute."). Therefore, the parties may not contradict the Court's resolution of that dispute.

"Support Frame" [cls. 1–8, 10, 11, 13–17, and 19–21]:

| Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|
| A structural element that supports a hinge member | A physically distinct structural element whose different dispositions enable support of said hinge member |

Plaintiff and Defendants both propose functional constructions to the extent that they agree that the intended purpose of the support frame is to support the hinge member.[2]  Indeed, the function of the support frame is explicitly recited in the claims.  *See, e.g.*, 6:57–59 ("[A] support frame rotatably attached to said hinge member and configured to support said hinge member.").  Defendants, however, argue that the claim language specifically links the ability of the support frame to provide support on particular structural arrangements, specifically the "first disposition" and "second disposition."  DEF.'S RESP. at 8.  Plaintiff disagrees that the different dispositions enable support of the hinge member and argues that the specification and claims generally provide the relevant structure of the support frame.  PL.'S REPLY at 1–2.

The claims of the '343 patent describe two general structural arrangements of the support frame.  For example, claim 1 of the '343 patent describes the support frame as supporting the camera on a horizontal surface and an inclined object. '343 patent at 6:58–7:2.  The specification is consistent with this understanding of the claims. *See, e.g.*, '343 patent at 2:1–2 ("The clip may be rotated to a first position to support the camera on a surface of a table or desk.  The clip may

---

[2] The parties agree that the "support frame" is a "structural element that supports" the claimed hinge member.  PL.'S REPLY at 1.  While not explicitly contained in Plaintiff's proposed construction, Plaintiff also agrees that the support frame is distinct from and not part of the hinge member. *Id.*  Thus, the parties only dispute is related to the whether the support frame is limited to specific structural arrangements, namely, the "different dispositions."

be rotated to a second position to support the camera on a display screen of a laptop computer."); 2:24–26 ("[T]he rear support element and the first and second front support elements support the camera in the first position"); 2:39–41 ("[T]he rear support element and the first and second front support elements support the camera in a second position on the first surface"); 4:48–54 (same); 5:2–14 (same).  Therefore, the claims and the specification identify the first and second disposition as particular structural arrangements of the support frame.

Plaintiff and Defendants generally agree that the structure of the support frame is provided in the specification and claims. PL.'S BR. at 10; PL.'S REPLY at 1–2.  Plaintiff, however, proposes a construction that ignores the different structural arrangements of the support frame, *i.e.* different dispositions.   On the other hand, Defendants' construction unnecessarily requires the actual dispositions of the support frame to functionally provide the support frame its ability to "support."   The claims are not limited to the extent that "the different dispositions *enable* support" of the hinge member.

Support frame is an easily understood term and its function and structure are defined in the claims.  While the support frame must allow for two structural arrangements as described in the claims, the ability to support the hinge member is not directly linked to the two structural arrangements.  As such, the Court finds that "support frame" is sufficiently defined in the claims and no construction is necessary.   Nevertheless, the Court has resolved the parties' dispute regarding the scope of the claims. *See O2 Micro*, 521. F.3d at 1360.

12

"Disposition" [cls. 1, 2, 5, 6, and 10]:

| Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|
| Plain and ordinary meaning; alternatively, configuration or arrangement | Configuration of the support frame enabling support of the hinge member, accomplished through rotation about the second axis |

Beyond an agreement that a disposition is a "configuration," the parties' proposed constructions wildly diverge. Plaintiff contends that "disposition" is an easily understood term and does not require construction beyond its plain and ordinary meaning. Defendants argue that a "disposition" is a functional configuration of the "support frame" and such function can only be accomplished through rotational motion through the second axis. DEF.'S RESP. at 11–13.

A plain reading of the claims discloses that the support frame has two "dispositions" or configurations, one allowing for the apparatus to be placed on a generally flat surface, the second allowing for the apparatus to be attached to an inclined object. Defendants appear to contend that these "dispositions" may only be functionally accomplished through rotational motion of the support frame about the second axis. DEF.'S RESP. at 12. On the contrary, the claims describe the hinge member, not the support frame, as rotating about the second axis. *See, e.g.*, '343 patent at 6:60–61 ("[S]aid hinge member rotating about a second axis of rotation."). Further, the first clause of Defendants' proposed construction is merely a second bite at the same argument they advanced in construing "support frame." The claims, however, do not require the specific *dispositions* of the support frame to enable support of the hinge member.

Defendants appear to be masquerading a noninfringement position as an issue of claim construction by injecting rotation into an easily understood structural term. Accordingly, the Court construes "disposition" as "a configuration or arrangement of the support frame."

**CONCLUSION**

For the foregoing reasons, the Court interprets the claim language in this case in the

manner set forth above.  For ease of reference, the Court's claim interpretations are set forth in a

table as Appendix A.

So **ORDERED and SIGNED this 10th day of April, 2012.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

**APPENDIX A**

| Claim Term | Court's Construction |
| --- | --- |
| Hinge member | a structural element that joins to another for construction |
| Rotatably attached / adapted to be rotatably attached / adapted to rotatably attach | No construction necessary, sufficiently defined in the claims; subject to the Court's resolution of the scope of the claims |
| Support Frame | No construction necessary, sufficiently defined in the claims; subject to the Court's resolution of the scope of the claims |
| Disposition | a configuration or arrangement of the support frame |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **ADJUSTACAM, LLC.** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CASE NO. 6:10-CV-329** |
| | § | **PATENT CASE** |
| | § | |
| **AMAZON.COM, INC., ET AL.** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

The above entitled and numbered civil action has been referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636.  The Memorandum Opinion and Order (Doc. No. 627) containing the Magistrate Judge's claim construction ruling has been presented for consideration.  Plaintiff and Defendants' have filed Objections (Doc. Nos. 629, 632)  to the Memorandum Opinion and Order.  However, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and are not "clearly erroneous or contrary to law."  28 U.S.C. § 636(b)(1)(A).  Therefore, the Court hereby overrules Plaintiff's and Defendants' objections and adopts the Memorandum Opinion and Order of the United States Magistrate Judge as the Opinion and Order of this Court.

**So ORDERED and SIGNED this 7th day of June, 2012.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**