**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  Sep 25, 2013
by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
   (by email or CM/ECF)

| John J. Edmonds | /s/ John J. Edmonds |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Collins, Edmonds, Pogorzelski, Schlather & Tower, PLLC

Address: 1616 South Voss Road, Suite 125

City, State, ZIP: Houston, Texas 77057

Telephone Number: (281) 501-3425

FAX Number: (832) 415-2535

E-mail Address: jedmonds@cepiplaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.