FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

AdjustaCam LLC   v.   Newegg, Inc., et al.

No. 13-1665,1666,1667

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ✓ As counsel for:   AdjustaCam LLC
                                 Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
✓ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

Name: Stephen F. Schlather
Law firm: Collins, Edmonds, Pogorzelski, Schlather & Tower, PLLC
Address: 1616 South Voss Road, Suite 125
City, State and ZIP: Houston, Texas 77057
Telephone: (281) 501-3425
Fax #: (832) 415-2535
E-mail address: sschlather@cepiplaw.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

✓ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 07/2013

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ✓ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

09/25/2013                           /s/ Stephen F. Schlather
Date                                 Signature of pro se or counsel

cc: _____