**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on | Sep 25, 2013 |
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Stephen F. Schlather | | /s/ Stephen F. Schlather |

Name of Counsel                                            Signature of Counsel

Law Firm   | Collins, Edmonds, Pogorzelski, Schlather & Tower, PLLC |

Address   | 1616 South Voss Road, Suite 125 |

City, State, ZIP | Houston, Texas 77057 |

Telephone Number | (281) 501-3425 |

FAX Number | (832) 415-2535 |

E-mail Address | sschlather@cepiplaw.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.