FORM 8.   Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

AdjustaCam LLC _____ v. Newegg, Inc., et al. _____

No. 13-1665,1666,1667

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se      ☑ As counsel for:      AdjustaCam LLC _____
                                           Name of party

I am, or the party I represent is (select one):

☐ Petitioner      ☐ Respondent      ☐ Amicus curiae      ☐ Cross Appellant

☑ Appellant      ☐ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant      ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Shea N. Palavan |
| Law firm: | Collins, Edmonds, Pogorzelski, Schlather & Tower, PLLC |
| Address: | 1616 South Voss Road, Suite 125 |
| City, State and ZIP: | Houston, Texas 77057 |
| Telephone: | (832) 623-6478 |
| Fax #: | (832) 415-2535 |
| E-mail address: | spalavan@cepiplaw.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 08/2013 _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes      ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

09/25/2013 _____          /s/ Shea N. Palavan _____
Date                                             Signature of pro se or counsel

cc: _____

123