Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  Sep 25, 2013  by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Shea N. Palavan | /s/ Shea N. Palavan |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Collins, Edmonds, Pogorzelski, Schlather & Tower, PLLC
Address: 1616 South Voss Road, Suite 125
City, State, ZIP: Houston, Texas 77057
Telephone Number: (832) 623-6478
FAX Number: (832) 415-2535
E-mail Address: spalavan@cepiplaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.