Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Adjustacam, LLC   v. Newegg, Inc.

No. 13-1665, 13-1666, 13-1667

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✓] As counsel for:   Rosewill, Inc., Newegg, Inc., Newegg.com, Inc.
                                     Name of party

I am, or the party I represent is (select one):

[ ] Petitioner  [ ] Respondent  [ ] Amicus curiae  [✓] Cross Appellant
[ ] Appellant   [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Edward R. Reines |
| Law firm: | Weil, Gotshal & Manges LLP |
| Address: | 201 Redwood Shores Parkway |
| City, State and ZIP: | Redwood Shores, CA  94065 |
| Telephone: | 650-802-3022 |
| Fax #: | 650-802-3100 |
| E-mail address: | edward.reines@weil.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): Oct. 1, 1993

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| Sept. 26, 2013 | /s/ Edward R. Reines |
| Date | Signature of pro se or counsel |

cc: _____

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2013, I filed or caused to be filed the Cross-Appellants' Entry of Appearance of Edward R. Reines with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system and served or caused to be served a copy on all counsel of record by the CM/ECF system and electronic mail.

                                              /s/ *Edward R. Reines*
                                              Edward R. Reines