**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

AdjustaCam, LLC  v. Newegg, Inc.

No. 13-1665, 1666, 1667

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:  Newegg Inc., Newegg.com Inc. & Rosewill Inc.
                                    Name of party

I am, or the party I represent is (select one):

[ ] Petitioner  [ ] Respondent  [ ] Amicus curiae  [✓] Cross Appellant
[ ] Appellant   [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Dana M. Herberholz |
| Law firm: | Parsons Behle & Latimer |
| Address: | 960 Broadway Avenue, Suite 250 |
| City, State and ZIP: | Boise, Idaho 83706 |
| Telephone: | (208) 562-4900 |
| Fax #: | (208) 562-4901 |
| E-mail address: | DHerberholz@parsonsbehle.com |

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 9/27/2013 | /s/ Dana M. Herberholz |
| Date | Signature of pro se or counsel |

cc: _____