**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  9/27/2013  by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
    (by email or CM/ECF)

| Dana M. Herberholz | /s/ Dana M. Herberholz |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Parsons Behle & Latimer

Address: 960 Broadway Avenue, Suite 250

City, State, ZIP: Boise, ID  83706

Telephone Number: (208) 562-4900

FAX Number: (208) 562-4901

E-mail Address: dherberholz@parsonsbehle.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.