**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

AdjustaCam, LLC　　　v. Newegg, Inc.

No. 13-1665, 1666, 1667

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se　　[✓] As counsel for: Sakar International, Inc.
　　　　　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

[ ] Petitioner　[ ] Respondent　[ ] Amicus curiae　[✓] Cross Appellant
[ ] Appellant　[ ] Appellee　[ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant　　[ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Ezra Sutton |
| Law firm: | Ezra Sutton, P.A. |
| Address: | 900 Route 9 North, Plaza 9, Suite 201 |
| City, State and ZIP: | Woodbridge, NJ 07095 |
| Telephone: | 732-634-3520 |
| Fax #: | 732-634-3511 |
| E-mail address: | esutton@ezrasutton.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 09/24/1982

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes　　[✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

10/2/13　　　　　　　　　　　　　　　/s/ Ezra Sutton
Date　　　　　　　　　　　　　　　Signature of pro se or counsel

cc: _____

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  Oct 2, 2013
by:

    ☐ US mail
    ☐ Fax
    ☐ Hand
    ☒ Electronic Means
       (by email or CM/ECF)

| Ezra Sutton | /s/ Ezra Sutton |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Ezra Sutton, P.A.

Address: 900 Route 9 North, Plaza 9, Suite 201

City, State, ZIP: Woodbridge, NJ 07095

Telephone Number: 732-634-3520

FAX Number: 732-634-3511

E-mail Address: esutton@ezrasutton.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.