Form 9

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

AdjustaCam, LLC  v. Newegg, Inc.

No. 13-1665, 1666, 1667

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Sakar International, Inc. certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Sakar International, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Sakar International, Inc. has no parent corporation, and bo publicaly held company owns 10% or more of its stock.

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Ezra Sutton, P.A.: Ezra Sutton

| October 2, 2013 | /s/ Ezra Sutton |
|---|---|
| Date | Signature of counsel |
|  | Ezra Sutton |
|  | Printed name of counsel |

Please Note: All questions must be answered

cc: _____

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  Oct 2, 2013  by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Ezra Sutton | /s/ Ezra Sutton |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Ezra Sutton, P.A.
Address: 900 Route 9 North, Plaza 9, Suite 201
City, State, ZIP: Woodbridge, NJ 07095
Telephone Number: 732-634-3520
FAX Number: 732-634-3511
E-mail Address: esutton@ezrasutton.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.