# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

ADJUSTACAM LLC,

        Plaintiff,

vs.

AMAZON.COM, INC., ET AL.,

        Defendants.

Case No. 6:10-CV-329-LED

JURY TRIAL DEMANDED

A TRUE COPY I CERTIFY
DAVID A. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
By:

## ORDER GRANTING MOTION TO WITHDRAW

The Unopposed Motion to Withdraw Motion to Correct or, in the Alternative, to Amend Judgment ("Motion"), having been filed by Defendants Newegg Inc., Newegg.com Inc., and Rosewill Inc., and the Court, having reviewed the Motion and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that Defendants' Motion is granted and Defendants' Opposed Motion to Correct or, in the Alternative, to Amend Judgment (Dkt. 763) is hereby withdrawn.

IT IS FURTHER ORDERED that the Clerk shall transmit to the United States Court of Appeals for the Federal Circuit a certified copy of the docket entries showing that the Defendants' Opposed Motion to Correct or, in the Alternative, to Amend Judgment has been resolved in order that this matter may proceed to appeal.

So ORDERED and SIGNED this 31st day of March, 2014.

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

APPEAL,JURY,LED1,PATENT,PROTECTIVE-ORDER

## U.S. District Court [LIVE]
### Eastern District of TEXAS (Tyler)
### CIVIL DOCKET FOR CASE #: 6:10-cv-00329-LED
### Internal Use Only

A TRUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
By: [signature]

Adjustacam LLC v. Amazon.com, Inc. et al          Date Filed: 07/02/2010
Assigned to: Judge Leonard Davis                  Date Terminated: 08/20/2013
Case in other court: USCA-FEDERAL CIRCUIT, 13-01665    Jury Demand: Both
                     USCA-FEDERAL CIRCUIT, 13-01666    Nature of Suit: 830 Patent
                     USCA-FEDERAL CIRCUIT, 13-01667    Jurisdiction: Federal Question
Cause: 35:271 Patent Infringement

### Mediator

**James W Knowles**                 represented by   **James W Knowles**
                                                     Knowles Mediations
                                                     909 East South East Loop 323
                                                     Ste 410
                                                     Tyler, TX 75701
                                                     903/534-3800
                                                     Fax: 903/534-3806
                                                     Email: jimk@knowlesmed.com
                                                     *ATTORNEY TO BE NOTICED*

### Plaintiff

**AdjustaCam LLC**                  represented by   **Andrew W. Spangler**
                                                     Spangler Law P.C. - Longview
                                                     208 N. Green Street
                                                     Ste 300
                                                     Longview, TX 75601
                                                     903-753-9300
                                                     Fax: 903-553-0403
                                                     Email: spangler@spanglerlawpc.com
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Andrew Patrick Tower**
                                                     Collins Edmonds & Pogorzelski
                                                     1616 S. Voss
                                                     Ste 125
                                                     Houston, TX 77057
                                                     713/364-4701
                                                     Fax: 832-415-2535
                                                     Email: atower@cepiplaw.com
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Erick Scott Robinson**
                                                     Red Hat, Inc

1801 Varsity Drive
Raleigh, NC 27606
713-256-3879
Email: erobinson@redhat.com
*TERMINATED: 10/11/2011*

**James A Fussell , III**
Weisbrod Matteis & Copley PLLC
1900 M Street NW
Ste 850
Washington, DC 20036
202-499-7900
Email: jfussell@wmclaw.com
*ATTORNEY TO BE NOTICED*

**Johnathan K Yazdani**
Collins Edmonds & Pogorzelski
1616 S. Voss
Ste 125
Houston, TX 77057
281-501-3425
Fax: 832-415-2535
Email: jyazdani@cepiplaw.com
*ATTORNEY TO BE NOTICED*

**Joshua Brooks Long**
Collins Edmonds & Pogorzelski
1616 S. Voss
Ste 125
Houston, TX 77057
281-501-3425
Fax: 832-415-2535
Email: jlong@cepiplaw.com
*TERMINATED: 06/11/2013*

**Michael James Collins**
Collins Edmonds & Pogorzelski
1616 S. Voss
Ste 125
Houston, TX 77057
281-501-3490
Fax: 832-415-2535
Email: mcollins@cepiplaw.com
*ATTORNEY TO BE NOTICED*

**Stephen F Schlather**
Collins Edmonds Pogorzelski Schlather
& Tower, PLLC
1616 S. Voss
Ste 125

Houston, TX 77057
713-364-2371
Fax: 832-415-2535
Email: sschlather@cepiplaw.com
*ATTORNEY TO BE NOTICED*

**John J Edmonds**
Collins Edmonds Pogorzelski Schlather
& Tower, PLLC
1616 South Voss
Suite 125
Houston, TX 77057
713-364-5291
Fax: 832-415-2535
Email: jedmonds@cepiplaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Amazon.com, Inc.**
*TERMINATED: 04/24/2012*

represented by **Eric Hugh Findlay**
Findlay Craft PC
102 N College Avenue
Suite 900
Tyler, TX 75702
903/534-1100
Fax: 903/534-1137
Email: efindlay@findlaycraft.com
*ATTORNEY TO BE NOTICED*

**James E Geringer**
Klarquist Sparkman LLP
121 SW Salmon Street
Suite 1600
Portland, OR 97204
503-595-5300
Fax: 503-595-5301
Email: James.Geringer@klarquist.com
*ATTORNEY TO BE NOTICED*

**Roger Brian Craft**
Findlay Craft PC
102 N College Avenue
Suite 900
Tyler, TX 75702
903/534-1100
Fax: 903/534-1137
Email: bcraft@findlaycraft.com
*ATTORNEY TO BE NOTICED*

**Salumeh R Loesch**
Klarquist Sparkman LLP
121 SW Salmon Street
Suite 1600
Portland, OR 97204
503/595-5300
Fax: 503/595-5301
Email: salumeh.loesch@klarquist.com
*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
Farney Daniels, PC
800 South Austin Ave
Ste 200
Georgetown, TX 78626
512-582-2820
Fax: 512-582-2829
Email: SDaniels@farneydaniels.com
*ATTORNEY TO BE NOTICED*

**Walter Wayne Lackey , Jr.**
Findlay Craft PC
102 N College Avenue
Suite 900
Tyler, TX 75702
903/534-1100
Fax: 903/534-1137
Email: wlackey@findlaycraft.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Auditek Corporation**
*TERMINATED: 05/30/2012*

represented by **Jen-Feng Lee**
LT Pacific Law Group LLP
17800 Castleton Street
Suite 560
City of Industry, CA 91748
626/810-7200
Fax: 626/810-7300
Email: jflee@ltpacificlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vincent Jerome Allen**
Carstens & Cahoon LLP
P O Box 802334
13760 Noel Rd

Suite 900
Dallas, TX 75240
972-367-2001
Fax: 972-367-2002
Email: allen@cclaw.com

**Zachary Wade Hilton**
Braxton, Hilton & Perrone, PLLC
4975 Preston Park Blvd.
Suite 490
Plano, TX 75093
469-814-0035
Fax: 469-814-0023
Email: hilton@bhp-ip.com

**Defendant**

**Blue Microphones, LLC**                    represented by **Michael D Harris**
*TERMINATED: 08/22/2011*                    SoCal IP Law Group LLP
                                            310 N Westlake Blvd
                                            Suite 120
                                            Westlake Village, CA 91362
                                            805/230-1350
                                            Fax: 805/230-1355
                                            Email: mharris@socalip.com
                                            *LEAD ATTORNEY*
                                            *PRO HAC VICE*

                                            **Allen Franklin Gardner**
                                            Potter Minton, a Professional
                                            Corporation
                                            110 N College Avenue
                                            Suite 500
                                            Tyler, TX 75702
                                            903/597-8311
                                            Fax: 903-593-0846
                                            Email: allengardner@potterminton.com

                                            **Daniel Alan Noteware , Jr.**
                                            Potter Minton, a Professional
                                            Corporation
                                            110 N College Avenue
                                            Suite 500
                                            Tyler, TX 75702
                                            903/597-8311
                                            Fax: 9035930846
                                            Email:
                                            dannynoteware@potterminton.com
                                            *ATTORNEY TO BE NOTICED*

                                            **John Frederick Bufe**

Potter Minton, a Professional
Corporation
110 N College Avenue
Suite 500
Tyler, TX 75702
903/597/8311
Fax: 9035930846
Email: johnbufe@potterminton.com
*ATTORNEY TO BE NOTICED*

**M Kala Sarvaiya**
SoCal IP Law Group LLP
310 N Westlake Blvd
Suite 120
Westlake Village, CA 91362
805/230-1350
Fax: 805/230-1355
Email: ksarvaiya@socalip.com
*PRO HAC VICE*

**Michael E Jones**
Potter Minton PC
110 N College
Suite 500
PO Box 359
Tyler, TX 75710-0359
903-597-8311
Fax: 903-593-0846
Email: mikejones@potterminton.com

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Baltic Latvian Universal Electronics,**       represented by    **Michael D Harris**
**LLC D/B/A Blue Microphones, LLC**                              (See above for address)
**D/B/A Blue Microphone**                                        *LEAD ATTORNEY*
*TERMINATED: 08/22/2011*                                         *PRO HAC VICE*

**Allen Franklin Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Alan Noteware , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Frederick Bufe**
(See above for address)

*ATTORNEY TO BE NOTICED*

**M Kala Sarvaiya**
(See above for address)
*PRO HAC VICE*

**Michael E Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**CDW Corporation F/K/A CDW**
**Computer Centers, Inc.**
*TERMINATED: 07/27/2012*

represented by **Anthony S Gabrielson**
Marshall Gerstein & Borun
233 S Wacker Dr
6300 Sears Tower
Chicago, IL 60606-6357
312/474-6300
Fax: 312/474-0448
Email: agabrielson@marshallip.com

**Benjamin T Horton**
Marshall Gerstein & Borun LLP
233 S Wacker Dr
6300 Willis Tower
Chicago, IL 60606-6357
312/474-6300
Fax: 312/474-0448
Email: bhorton@marshallip.com
*PRO HAC VICE*

**Bryan Donivan Atkinson**
Farney Daniels, LLP
800 S. Austin Ave
Ste 200
Georgetown, TX 78626
512-582-2836
Fax: 512-582-2829
Email: BAtkinson@farneydaniels.com
*ATTORNEY TO BE NOTICED*

**Eric Hugh Findlay**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jia-Geng Lu**
Farney Daniels, PC

800 South Austin Ave
Ste 200
Georgetown, TX 78626
512-582-2828
Fax: 512-528-2829
Email: jlu@farneydaniels.com
*ATTORNEY TO BE NOTICED*

**Roger Brian Craft**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas L Duston**
Marshall Gerstein & Borun LLP
233 S Wacker Dr
6300 Willis Tower
Chicago, IL 60606-6357
312/474-6300
Fax: 312/474-0448
Email: tduston@marshallip.com

**Defendant**
**CDW, Inc.**
*TERMINATED: 07/27/2012*

represented by **Anthony S Gabrielson**
(See above for address)

**Benjamin T Horton**
(See above for address)
*PRO HAC VICE*

**Bryan Donivan Atkinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Hugh Findlay**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jia-Geng Lu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roger Brian Craft**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas L Duston**
(See above for address)

**Defendant**
**CDW, LLC**
*TERMINATED: 07/20/2010*

represented by **Anthony S Gabrielson**
(See above for address)

**Bryan Donivan Atkinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jia-Geng Lu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas L Duston**
(See above for address)

**Defendant**
**Compusa.com, Inc.**
*TERMINATED: 03/22/2012*

represented by **David W Denenberg**
Davidoff Hutcher & Citron, LLP -
Garden City NY
200 Garden City Plaza
Suite 315
Garden City, NY 11530
516-248-6400
Fax: 516-248-6422
Email: dwd@dhclegal.com
*PRO HAC VICE*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Cobra Digital, LLC**
*TERMINATED: 04/05/2011*

represented by **Allison Standish Miller**
Shepherd, Scott, Clawater & Houston,
LLP
2777 Allen Parkway
7th Floor
Houston, TX 77019
713-650-6600
Fax: 713-650-1720

Email: amiller@sschlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Walter Wayne Lackey , Jr.**
(See above for address)
*TERMINATED: 03/22/2011*

**Defendant**

**Creative Technology Ltd**
*TERMINATED: 12/06/2010*

**Defendant**

**Creative Labs, Inc.,**                    represented by   **Eric Hugh Findlay**
*TERMINATED: 11/29/2011*                                     (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Roger Brian Craft**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Steven Robert Daniels**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Dell, Inc.,**                             represented by   **Roger Joseph Fulghum**
*TERMINATED: 12/05/2011*                                     Baker Botts - Houston
                                                             910 Louisiana
                                                             Suite 3000 One Shell Plaza
                                                             Houston, TX 77002-4995
                                                             713/229-1707
                                                             Fax: 713/229-2707
                                                             Email: roger.fulghum@bakerbotts.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Deron R Dacus**
                                                             The Dacus Firm, PC
                                                             821 ESE Loop 323
                                                             Suite 430
                                                             Tyler, TX 75701
                                                             903/705-1117
                                                             Fax: 9037051117
                                                             Email: ddacus@dacusfirm.com
                                                             *ATTORNEY TO BE NOTICED*

**Paula Diane Heyman**
Baker Botts LLP - Austin
1500 San Jacinto Center
98 San Jacinto Blvd
Austin, TX 78701-4087
512-322-2555
Fax: 512-322-3610
Email: paula.heyman@bakerbotts.com
*ATTORNEY TO BE NOTICED*

**Scott F Partridge**
Baker Botts LLP
910 Louisiana
Suite 3000 One Shell Plaza
Houston, TX 77002-4995
713/229-1569
Fax: 713/229-7769
Email: scott.partridge@bakerbotts.com
*TERMINATED: 05/05/2011*

**Shannon Marie Dacus**
The Dacus Firm, PC
821 ESE Loop 323
Suite 430
Tyler, TX 75701
9037051117
Fax: 9037051117
Email: sdacus@dacusfirm.com
*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Digital Innovations, LLC**
*TERMINATED: 06/07/2012*

represented by **Bradley Wayne Hoover**
Bradley W. Hoover, PC
937 E. Mulberry Street
Angleton, TX 77515
979-583-9663
Fax: 888-651-5317
Email: bhoover@bradleywhoover.com
*TERMINATED: 01/09/2012*

**Gary Y Leung**
McGuire Woods - Chicago
77 West Wacker Dr
41st Floor
Chicago, IL 60601

312/849-8100
Fax: 312/641-2742
Email: gleung@mcguirewoods.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Phillip Brett Philbin**
Haynes and Boone
2323 Victory Avenue
Suite 700
Dallas, TX 75219
214/651-5000
Fax: 12142000672
Email:
phillip.philbin@haynesboone.com
*TERMINATED: 07/29/2011*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tamara Danielle Stiner Toomer**
McGuireWoods LLP-Houston
600 Travis
Suite 7500
Houston, TX 77002
713-353-6661
Fax: 832-214-9925
Email:
tstinertoomer@mcguirewoods.com

**Defendant**

**Eastman Kodak Company**
*TERMINATED: 09/20/2010*

represented by **Jennifer Parker Ainsworth**
Wilson Robertson & Cornelius PC
909 ESE Loop 323
Suite 400
P.O. Box 7339
Tyler, TX 75711-7339
903-509-5000
Fax: 903-509-5092
Email: jainsworth@wilsonlawfirm.com

**Defendant**

**Ezonics Corporation D/B/A Ezonics**
**Corporation USA D/B/A Ezonics**
*TERMINATED: 12/21/2010*
*also known as*
Ezonics Corporation USA
*TERMINATED: 12/21/2010*

**Defendant**

**Fry's Electronics Inc**
*TERMINATED: 08/22/2012*

represented by **Ezra Sutton**
Ezra Sutton & Associates PA
900 Route 9 North
Woodbridge, NJ 07095
732-634-3520
Fax: 732-634-3511
Email: esutton@ezrasutton.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bryan Donivan Atkinson**
(See above for address)
*TERMINATED: 05/10/2012*

**Eric Hugh Findlay**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jia-Geng Lu**
(See above for address)
*TERMINATED: 05/10/2012*

**Roger Brian Craft**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*TERMINATED: 05/10/2012*

**Defendant**

**Gear Head, LLC**
*TERMINATED: 08/17/2012*

represented by **Patricia L Davidson**
Mirick, O'Connell, DeMallie & Lougee,
LLP
100 Front Street
Worcester, MA 01608
508-791-8500
Fax: 508-983-6240
Email: pdavidson@mirickoconnell.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herbert J Hammond**
Thompson & Knight - Dallas
1722 Routh Street
Ste 1500
Dallas, TX 75201-2533

214/969-1607
Fax: 12149691751
Email: herbert.hammond@tklaw.com

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vishal Hemant Patel**
Thompson & Knight - Dallas
1722 Routh Street
Ste 1500
Dallas, TX 75201-2533
214-969-124
Fax: 214-880-3224
Email: vishal.patel@tklaw.com

**Defendant**

**General Electric Company**
*TERMINATED: 07/13/2010*

**Defendant**

**Hewlett-Packard Company**                    represented by    **Bryan Donivan Atkinson**
*TERMINATED: 08/27/2012*                                        (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Eric Hugh Findlay**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **George Walton Webb , III**
                                                                Ahmad, Zavitsanos, Anaipakos, Alavi
                                                                & Mensing P.C.
                                                                3460 One Houston Center
                                                                1221 McKinney St
                                                                Houston, TX 77010
                                                                713-655-1101
                                                                Fax: 713-655-0062
                                                                Email: gwebb@azalaw.com
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Jia-Geng Lu**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Roger Brian Craft**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Steven Robert Daniels**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Intcomex, Inc.**
*TERMINATED: 12/02/2010*

represented by **Russell T. Wong**
Wong Cabello Lutsch, Rutherford &
Brucculeri
20333 SH 249
Ste 600
Houston, TX 77070
832/446-2420
Email: rwong@counselip.com
*TERMINATED: 12/07/2010*

**Defendant**

**Jasco Products Company LLC D/B/A
Jasco Products Company D/B/A
Jasco**
*TERMINATED: 03/23/2011*
*also known as*
Jacso Products Company LLC
*TERMINATED: 03/23/2011*

represented by **Michael Charles Smith**
Siebman Burg Phillips & Smith, LLP-
Marshall
P O Box 1556
Marshall, TX 75671-1556
903-938-8900
Fax: 19727674620
Email: michaelsmith@siebman.com
*ATTORNEY TO BE NOTICED*

**Peter I Sanborn**
Holland & Knight LLP - Boston
10 St James Avenue
11th Floor
Boston, MA 02116
617/523-2700
Fax: 617/523-6850
Email: peter.sanborn@hklaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**R David Donoghue**
Holland & Knight - Chicago
131 South Dearborn Street
30th Floor
Chicago, IL 60603
312/578-6553
Fax: 312/578-6666
Email: david.donoghue@hklaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jwin Electronics Corporation**
*TERMINATED: 04/05/2011*

represented by **Allen Franklin Gardner**
(See above for address)

*TERMINATED: 09/16/2010*

**Michael E Jones**
(See above for address)
*TERMINATED: 09/16/2010*

**Philip A Werner**
Werner Ayers LLP
1800 Bering Drive
Suite 305
Houston, TX 77057
713/626-2233
Fax: 713-626-9708
Email: pwerner@wernerayers.com
*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Klip Extreme LLC**
*TERMINATED: 12/02/2010*

represented by **Russell T. Wong**
(See above for address)
*TERMINATED: 12/07/2010*

**Defendant**

**KMart Corporation**
*TERMINATED: 05/24/2011*

represented by **John Hanson Barr , Jr**
Bracewell & Giuliani - Houston
711 Louisiana St
Suite 2300
Houston, TX 77002-2770
713/221-1242
Fax: 17132223206
Email: john.barr@bgllp.com
*LEAD ATTORNEY*

**Christopher Schenck**
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue
Ste 4400
Seattle, WA 98101
206-516-3081
Fax: 206-623-6793
Email:
CSchenck@kilpatricktownsend.com
*PRO HAC VICE*

**Christopher Aaron Shield**
Bracewell & Giuliani - Houston
711 Louisiana St

Suite 2300
Houston, TX 77002-2770
713/221-1115
Fax: 713/222-3225
Email:
chris.shield@bracewellgiuliani.com

**John Allen Yates**
Bracewell & Giuliani - Houston
711 Louisiana St
Suite 2300
Houston, TX 77002-2770
713-221-1375
Fax: 713-222-3296
Email: jay.yates@bgllp.com

**Robert Dean Ayers , Jr**
Bracewell & Giuliani - Houston
711 Louisiana St
Suite 2300
Houston, TX 77002-2770
713-221-1146
Fax: 713-221-1212
Email: robert.ayers@bgllp.com

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lifeworks Technology Group, LLC**    represented by  **Bryan Donivan Atkinson**
*TERMINATED: 09/15/2011*                        Farney Daniels, PC
800 South Austin Ave
Ste 200
Georgetown, TX 78626
512-582-2836
Fax: 512-582-2829
Email: BAtkinson@farneydaniels.com
*ATTORNEY TO BE NOTICED*

**Collin Michael Maloney**
Ireland Carroll & Kelley
6101 S Broadway
Suite 500
Tyler, TX 75703
903/561-1600
Fax: 9035811071
Email: cmaloney@icklaw.com
*TERMINATED: 04/27/2011*

**Jennifer Huang**
Kaplan, Massamillo & Andrews, LLC
70 East 55th Street
25th Floor
New York, NY 10022
212/922-0450
Fax: 212/922-0530
Email: jhuang@kmalawfirm.com
*TERMINATED: 04/27/2011*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Carulli**
Kaplan, Massamillo & Andrews, LLC
70 East 55th Street
25th Floor
New York, NY 10022
212/922-0450
Fax: 212/922-0530
Email: tcarulli@kmalawfirm.com
*TERMINATED: 04/27/2011*

**William Bryan Farney**
Farney Daniels, PC
800 South Austin Ave
Ste 200
Georgetown, TX 78626
512/582-2828
Fax: 512/582-2829
Email: bfarney@farneydaniels.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Macally Peripherals, Inc. D/B/A Macally U.S.A.**
*TERMINATED: 12/01/2011*

represented by **Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter M Lukevich**
Apex Juris LLC
12733 Lake City Way, NE
Seattle, WA 98125
206/664-0314
Fax: 206/664-0329
Email: peter@apexjuris.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mace Group, Inc.**

represented by **Steven Robert Daniels**

*TERMINATED: 12/01/2011*

(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter M Lukevich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Micro Electronics, Inc. DBA Micro
Center**
*TERMINATED: 08/22/2012*

represented by **Bryan Donivan Atkinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Hugh Findlay**
(See above for address)
*ATTORNEY TO BE NOTICED*

**George Walton Webb , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Herbert J Hammond**
Thompson & Knight LLP - Dallas
1722 Routh Street
Ste 1500
Dallas, TX 75201-2533
214/969-1607
Fax: 12149691751
Email: herbert.hammond@tklaw.com
*ATTORNEY TO BE NOTICED*

**Jia-Geng Lu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roger Brian Craft**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**New Compusa Corporation**
*TERMINATED: 03/22/2012*

represented by **David W Denenberg**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

**Steven Robert Daniels**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**

**Newegg, Inc.**
*TERMINATED: 09/27/2012*

represented by **John N Zarian**
Parsons Behle & Latimer
960 Broadway Ave
Ste 250
Boise, ID 83706
208-562-4900
Fax: 208/562-4901
Email: JZarian@parsonsbehle.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher J Cuneo**
Parsons Behle & Latimer - Boise
800 W. Main Street
Suite 1300
Boise, ID 83706
(208) 562-4900
Fax: (208) 562-4901
Email: ccuneo@parsonsbehle.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dana M Herberholz**
Parsons Behle & Latimer - Boise
800 W. Main Street
Suite 1300
Boise, ID 83706
208-562-4900
Fax: 2085624901
Email:
DHerberholz@parsonsbehle.com
*ATTORNEY TO BE NOTICED*

**Debra Elaine Gunter**
Yarbrough Wilcox, PLLC
100 E. Ferguson Street
Ste 1015
Tyler, TX 75702
903-595-3111
Email: debby@yw-lawfirm.com
*ATTORNEY TO BE NOTICED*

**Herbert A Yarbrough , III**
Attorney at Law
100 E Ferguson
Suite 1015
Tyler, TX 75702

903/595-3111
Fax: 19035950191
Email: trey@yw-lawfirm.com
*ATTORNEY TO BE NOTICED*

**Justin Neil Stewart**
Parsons Behle & Latimer - Boise
800 W. Main Street
Suite 1300
Boise, ID 83706
208-562-4900
Fax: 208-562-4901
*TERMINATED: 12/30/2010*

**Robert A Matson**
Parsons Behle & Latimer
960 Broadway Ave
Ste 250
Boise, ID 83706
208/562-4900
Fax: 208/562-4901
Email: rmatson@parsonsbehle.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Newegg.com, Inc.**
*TERMINATED: 09/27/2012*

represented by **John N Zarian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher J Cuneo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dana M Herberholz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Debra Elaine Gunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Herbert A Yarbrough , III**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Justin Neil Stewart**
(See above for address)
*TERMINATED: 12/30/2010*
*ATTORNEY TO BE NOTICED*

**Robert A Matson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Office Depot, Inc.**              represented by   **Bryan Donivan Atkinson**
*TERMINATED: 08/22/2012*                            (See above for address)
                                                    *TERMINATED: 04/30/2012*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Eric Hugh Findlay**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Herbert J Hammond**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Jia-Geng Lu**
                                                    (See above for address)
                                                    *TERMINATED: 04/30/2012*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Patricia L Davidson**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Roger Brian Craft**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Steven Robert Daniels**
                                                    (See above for address)
                                                    *TERMINATED: 04/30/2012*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Vishal Hemant Patel**
                                                    Thompson & Knight LLP - Dallas

1722 Routh Street
Ste 1500
Dallas, TX 75201-2533
214-969-124
Fax: 214-880-3224
Email: vishal.patel@tklaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Overstock.com, Inc.**             represented by   **John Hanson Barr , Jr**
*TERMINATED: 09/21/2011*                            (See above for address)
                                                    *LEAD ATTORNEY*

                                                    **Christopher Schenck**
                                                    (See above for address)
                                                    *PRO HAC VICE*

                                                    **Christopher Aaron Shield**
                                                    (See above for address)

                                                    **John Allen Yates**
                                                    (See above for address)

                                                    **Robert Dean Ayers , Jr**
                                                    (See above for address)

                                                    **Steven Robert Daniels**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Phoebe Micro Inc.**             represented by   **Phoebe Micro Inc.**
*TERMINATED: 03/24/2011*                           c/o Peter Sedyuen Lui
                                                   Phoebe Micro Inc
                                                   47606 Kato Road
                                                   Fremont, CA 94538
                                                   510-933-1683
                                                   Fax: 510-360-0818
                                                   Email: peter.lui@phoebemicro.com
                                                   PRO SE

                                                   **Nena W Wong**
                                                   Attorney at Law
                                                   6080 Center Drive
                                                   Suite 600
                                                   Los Angeles, CA 90045
                                                   310/704-6603
                                                   Fax: 310/689-2339
                                                   Email: nenawong@earthlink.net
                                                   *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Prolynkz, LLC**
*TERMINATED: 01/10/2011*

represented by **Prolynkz, LLC**
c/o Sean Pate
2010 Main Street
Suite 1250
Irvine, CA 92614
949-307-3223
Fax: 949-271-4565
Email: seanpate@gmail.com
PRO SE

**Defendant**

**Radioshack Corporation**
*TERMINATED: 08/22/2011*

represented by **Christopher Michael Joe**
Buether Joe & Carpenter, LLC
1700 Pacific Avenue
Suite 2390
Dallas, TX 75201
(214) 466-1272
Fax: (214) 635-1828
Email: Chris.Joe@bjciplaw.com
*TERMINATED: 10/28/2010*

**Daniel L Farris**
Holland & Knight - Chicago
131 South Dearborn Street
30th Floor
Chicago, IL 60603
(312) 715-5765
Fax: (312) 578-6666
Email: daniel.farris@hklaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Charles Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter I Sanborn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R David Donoghue**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Rosewill Inc.**
*TERMINATED: 09/27/2012*

represented by   **John N Zarian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher J Cuneo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dana M Herberholz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Debra Elaine Gunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Herbert A Yarbrough , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin Neil Stewart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert A Matson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sears Brands, LLC**
*TERMINATED: 05/24/2011*

represented by   **John Hanson Barr , Jr**
(See above for address)
*LEAD ATTORNEY*

**Christopher Schenck**
(See above for address)
*PRO HAC VICE*

**Christopher Aaron Shield**
(See above for address)

John Allen Yates
(See above for address)

Robert Dean Ayers , Jr
(See above for address)

Steven Robert Daniels
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sears Holdings Corporation D/B/A**          represented by   **John Hanson Barr , Jr**
**Sears**                                                      (See above for address)
*TERMINATED: 05/24/2011*                                      *LEAD ATTORNEY*
*also known as*
Sears, Roebuck and Company                                    **Christopher Schenck**
*TERMINATED: 05/24/2011*                                      (See above for address)
                                                              *PRO HAC VICE*

                                                              **Christopher Aaron Shield**
                                                              (See above for address)

                                                              **John Allen Yates**
                                                              (See above for address)

                                                              **Robert Dean Ayers , Jr**
                                                              (See above for address)

                                                              **Steven Robert Daniels**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Sakar International, Inc.**                 represented by   **Ezra Sutton**
*TERMINATED: 12/17/2012*                                      (See above for address)
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Steven Robert Daniels**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Sakar, Inc.**                              represented by   **Ezra Sutton**
*TERMINATED: 12/06/2010*                                      (See above for address)
                                                              *LEAD ATTORNEY*

**Defendant**

**SDI Technologies, Inc.**                   represented by   **Collin Michael Maloney**
*TERMINATED: 09/01/2010*                                      (See above for address)

**Defendant**

**Software Brokers of America Inc.**
**DBA Intcomex Corporation D/B/A**
**Intcomex**
*TERMINATED: 12/02/2010*

represented by **Russell T. Wong**
(See above for address)
*TERMINATED: 12/07/2010*

**Defendant**

**Systemax, Inc. D/B/A Compusa**
*TERMINATED: 03/22/2012*

represented by **David W Denenberg**
(See above for address)
*PRO HAC VICE*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Target Corp.**
*TERMINATED: 03/05/2012*

represented by **Bryan Donivan Atkinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jia-Geng Lu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Charles Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter I Sanborn**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**R David Donoghue**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tigerdirect, Inc.**
*TERMINATED: 03/22/2012*

represented by **David W Denenberg**
(See above for address)
*PRO HAC VICE*

**Steven Robert Daniels**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**

**Trippe Manufacturing Company
D/B/A Tripp Lite**
*TERMINATED: 10/25/2010*

represented by **David L De Bruin**
Michael Best & Freidrich LLP
180 N Stetson Avenue
Suite 2000
Chicago, IL 60601
312-222-0800
Fax: 312-222-0818
Email: dldebruin@michaelbest.com
*PRO HAC VICE*

**Larry Saret**
Michael Best & Freidrich LLP
180 N Stetson Avenue
Suite 2000
Chicago, IL 60601
312-661-2116
Fax: 312-222-0818
Email: llsaret@michaelbest.com
*PRO HAC VICE*

**Defendant**

**Wal-Mart Stores, Inc.**
*TERMINATED: 08/22/2012*

represented by **Laura Lindsay Chapman**
Sheppard Mullin Richter & Hampton,
LLP - San Francisco
Four Embarcadero Center
17th Floor
San Francisco, CA 94111
415-774-3215
Fax: 415-434-3947
Email: lchapman@sheppardmullin.com
*LEAD ATTORNEY*

**Michael Charles Smith**
(See above for address)

**Steven Robert Daniels**
(See above for address)

**Victor DeGyarfas**
Foley & Lardner - Los Angeles
555 S Flower Street
Suite 3500
Los Angeles, CA 90071
213/972-4500
Fax: 213/486-0065
Email: vdegyarfas@foley.com

**Defendant**

**Sears, Roebuck and Company**
*TERMINATED: 05/24/2011*

represented by **John Hanson Barr , Jr**
(See above for address)
*LEAD ATTORNEY*

**Christopher Schenck**
(See above for address)
*PRO HAC VICE*

**Christopher Aaron Shield**
(See above for address)

**John Allen Yates**
(See above for address)

**Robert Dean Ayers , Jr**
(See above for address)

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Best Buy Co Inc**
*D/B/A Best Buy D/B/A Rocketfish*
*TERMINATED: 08/22/2012*

represented by **Bryan Donivan Atkinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**George Walton Webb , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jia-Geng Lu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Best Buy Stores, LP**
*TERMINATED: 08/22/2012*

represented by **Bryan Donivan Atkinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**George Walton Webb , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jia-Geng Lu**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**BestBuy.com, LLC**
*TERMINATED: 08/22/2012*

represented by **Bryan Donivan Atkinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**George Walton Webb , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jia-Geng Lu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**CONNS, INC. D/B/A CONNS**
*TERMINATED: 03/24/2011*

represented by **J Thad Heartfield**
The Heartfield Law Firm
2195 Dowlen Rd
Beaumont, TX 77706
409/866-3318
Fax: 14098665789
Email: thad@heartfieldlawfirm.com

**M. Dru Montgomery**
The Heartfield Law Firm
2195 Dowlen Road
Beaumont, TX 77706
409/866-3318
Fax: 409/866-5789
Email: dru@heartfieldlawfirm.com

**Kent Morrison Adams**
Lewis Brisbois Bisgaard & Smith -
Houston
3355 West Alabama
Suite 400
Houston, TX 77098
713-659-6767
Fax: 713/759-6830
Email: kadams@lbbslaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**J&R ELECTRONICS INC. D/B/A J&R**
*TERMINATED: 01/04/2012*

represented by **Allen Franklin Gardner**
(See above for address)

**Daniel Alan Noteware , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Frederick Bufe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael E Jones**
(See above for address)

**Steven Robert Daniels**
Farney Daniels, LLP
800 S. Austin Ave
Ste 200
Georgetown, TX 78626
512-582-2820
Fax: 512-582-2829
Email: SDaniels@farneydaniels.com
*ATTORNEY TO BE NOTICED*

**Walter Thomas Henson**
Ramey & Flock
100 E Ferguson
Suite 500
Tyler, TX 75702-0629
903/597-3301
Fax: 9035972413
Email: thenson@rameyflock.com

**Defendant**

**KOHLS CORPORATION D/B/A KOHL'S**
*TERMINATED: 12/17/2012*

represented by **Ezra Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kohl's Illinois, Inc.**
*TERMINATED: 12/17/2012*

represented by **Ezra Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Steven Robert Daniels
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**SOLID YEAR CO., LTD.**
*TERMINATED: 12/06/2010*

**Defendant**

**WALGREEN CO. D/B/A
WALGREENS**
*TERMINATED: 09/14/2010*

**Counter Claimant**

**Dell, Inc.,**                          represented by    **Roger Joseph Fulghum**
*TERMINATED: 12/05/2011*                                  (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Paula Diane Heyman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Scott F Partridge**
                                                          (See above for address)
                                                          *TERMINATED: 05/05/2011*

V.

**Counter Defendant**

**AdjustaCam LLC**                       represented by    **Andrew W. Spangler**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Erick Scott Robinson**
                                                          (See above for address)
                                                          *TERMINATED: 10/11/2011*

                                                          **John J Edmonds**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Amazon.com, Inc.**                     represented by    **James E Geringer**
*TERMINATED: 04/24/2012*                                  (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Salumeh R Loesch**

(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**AdjustaCam LLC**                          represented by   **Andrew W. Spangler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
(See above for address)
*TERMINATED: 10/11/2011*

**John J Edmonds**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Systemax, Inc. D/B/A Compusa**            represented by   **David W Denenberg**
*TERMINATED: 03/22/2012*                                     (See above for address)
*PRO HAC VICE*

**Counter Claimant**

**Tigerdirect, Inc.**                       represented by   **David W Denenberg**
*TERMINATED: 03/22/2012*                                     (See above for address)
*PRO HAC VICE*

**Counter Claimant**

**New Compusa Corporation**                 represented by   **David W Denenberg**
*TERMINATED: 03/22/2012*                                     (See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

**Counter Claimant**

**Compusa.com, Inc.**                       represented by   **David W Denenberg**
*TERMINATED: 03/22/2012*                                     (See above for address)
*PRO HAC VICE*

V.

**Counter Defendant**

**AdjustaCam LLC**                          represented by   **Andrew W. Spangler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
(See above for address)
*TERMINATED: 10/11/2011*

**John J Edmonds**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Newegg.com, Inc.**
*TERMINATED: 09/27/2012*

represented by **Christopher J Cuneo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Justin Neil Stewart**
(See above for address)
*TERMINATED: 12/30/2010*
*ATTORNEY TO BE NOTICED*

**Robert A Matson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Newegg, Inc.**
*TERMINATED: 09/27/2012*

represented by **Christopher J Cuneo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Justin Neil Stewart**
(See above for address)
*TERMINATED: 12/30/2010*
*ATTORNEY TO BE NOTICED*

**Robert A Matson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**AdjustaCam LLC**

represented by **Andrew W. Spangler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
(See above for address)
*TERMINATED: 10/11/2011*

**John J Edmonds**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Rosewill Inc.**
*TERMINATED: 09/27/2012*

represented by **Christopher J Cuneo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Justin Neil Stewart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert A Matson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**AdjustaCam LLC**

represented by **Andrew W. Spangler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
(See above for address)
*TERMINATED: 10/11/2011*

**John J Edmonds**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**CONNS, INC. D/B/A CONNS**
*TERMINATED: 03/24/2011*

represented by **Kent Morrison Adams**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**AdjustaCam LLC**

represented by **Andrew W. Spangler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
(See above for address)
*TERMINATED: 10/11/2011*

**John J Edmonds**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Sakar International, Inc.**
*TERMINATED: 12/17/2012*

represented by **Ezra Sutton**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**AdjustaCam LLC**

represented by **Andrew W. Spangler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
(See above for address)
*TERMINATED: 10/11/2011*

**John J Edmonds**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Kohl's Illinois, Inc.**
*TERMINATED: 12/17/2012*

represented by **Ezra Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**KOHLS CORPORATION D/B/A
KOHL'S**
*TERMINATED: 12/17/2012*

represented by **Ezra Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**AdjustaCam LLC**

represented by **Andrew W. Spangler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
(See above for address)
*TERMINATED: 10/11/2011*

**John J Edmonds**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Sakar International, Inc.**
*TERMINATED: 12/17/2012*

represented by **Ezra Sutton**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**AdjustaCam LLC**

represented by **Andrew W. Spangler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
(See above for address)
*TERMINATED: 10/11/2011*

**John J Edmonds**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Kohl's Illinois, Inc.**
*TERMINATED: 12/17/2012*

represented by **Ezra Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**KOHLS CORPORATION D/B/A
KOHL'S**
*TERMINATED: 12/17/2012*

represented by **Ezra Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**AdjustaCam LLC**

represented by **Andrew W. Spangler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
(See above for address)
*TERMINATED: 10/11/2011*

**John J Edmonds**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Sakar International, Inc.**                    represented by  **Ezra Sutton**
*TERMINATED: 12/17/2012*                                        (See above for address)
                                                                *ATTORNEY TO BE NOTICED*


V.

**Counter Defendant**

**AdjustaCam LLC**                              represented by  **Andrew W. Spangler**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Erick Scott Robinson**
                                                                (See above for address)
                                                                *TERMINATED: 10/11/2011*

                                                                **Michael James Collins**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **John J Edmonds**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Kohl's Illinois, Inc.**                       represented by  **Ezra Sutton**
*TERMINATED: 12/17/2012*                                        (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**KOHLS CORPORATION D/B/A**                     represented by  **Ezra Sutton**
**KOHL'S**                                                      (See above for address)
*TERMINATED: 12/17/2012*                                        *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**AdjustaCam LLC**                              represented by  **Andrew W. Spangler**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Erick Scott Robinson**
                                                                (See above for address)
                                                                *TERMINATED: 10/11/2011*

                                                                **Michael James Collins**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**John J Edmonds**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**KMart Corporation**                      represented by    **John Hanson Barr , Jr**
*TERMINATED: 05/24/2011*                                    (See above for address)
                                                            *LEAD ATTORNEY*

                                                            **Christopher Aaron Shield**
                                                            (See above for address)

V.

**Counter Defendant**

**AdjustaCam LLC**                         represented by    **Andrew W. Spangler**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Erick Scott Robinson**
                                                            (See above for address)
                                                            *TERMINATED: 10/11/2011*

                                                            **Michael James Collins**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **John J Edmonds**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Overstock.com, Inc.**                    represented by    **John Hanson Barr , Jr**
*TERMINATED: 09/21/2011*                                    (See above for address)
                                                            *LEAD ATTORNEY*

                                                            **Christopher Aaron Shield**
                                                            (See above for address)

V.

**Counter Defendant**

**AdjustaCam LLC**                         represented by    **Andrew W. Spangler**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Erick Scott Robinson**
                                                            (See above for address)

*TERMINATED: 10/11/2011*

**Michael James Collins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J Edmonds**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Sears Holdings Corporation D/B/A Sears**
*TERMINATED: 05/24/2011*

represented by **John Hanson Barr , Jr**
(See above for address)
*LEAD ATTORNEY*

**Christopher Aaron Shield**
(See above for address)

**Counter Claimant**

**Sears, Roebuck and Company**
*TERMINATED: 05/24/2011*

represented by **John Hanson Barr , Jr**
(See above for address)
*LEAD ATTORNEY*

**Christopher Aaron Shield**
(See above for address)

**Counter Claimant**

**Sears Brands, LLC**
*TERMINATED: 05/24/2011*

represented by **John Hanson Barr , Jr**
(See above for address)
*LEAD ATTORNEY*

**Christopher Aaron Shield**
(See above for address)

V.

**Counter Defendant**

**AdjustaCam LLC**

represented by **Andrew W. Spangler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
(See above for address)
*TERMINATED: 10/11/2011*

**Michael James Collins**
(See above for address)
*ATTORNEY TO BE NOTICED*

John J Edmonds
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Overstock.com, Inc.**
*TERMINATED: 09/21/2011*

represented by **John Hanson Barr , Jr**
(See above for address)
*LEAD ATTORNEY*

**Christopher Aaron Shield**
(See above for address)

V.

**Counter Defendant**

**AdjustaCam LLC**

represented by **Andrew W. Spangler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
(See above for address)
*TERMINATED: 10/11/2011*

**Michael James Collins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J Edmonds**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**KMart Corporation**
*TERMINATED: 05/24/2011*

represented by **John Hanson Barr , Jr**
(See above for address)
*LEAD ATTORNEY*

**Christopher Aaron Shield**
(See above for address)

V.

**Counter Defendant**

**AdjustaCam LLC**

represented by **Andrew W. Spangler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
(See above for address)
*TERMINATED: 10/11/2011*

**Michael James Collins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J Edmonds**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Sears Holdings Corporation D/B/A**            represented by    **John Hanson Barr , Jr**
**Sears**                                                        (See above for address)
*TERMINATED: 05/24/2011*                                         *LEAD ATTORNEY*

                                                                 **Christopher Aaron Shield**
                                                                 (See above for address)

**Counter Claimant**

**Sears, Roebuck and Company**                  represented by    **John Hanson Barr , Jr**
*TERMINATED: 05/24/2011*                                         (See above for address)
                                                                 *LEAD ATTORNEY*

                                                                 **Christopher Aaron Shield**
                                                                 (See above for address)

**Counter Claimant**

**Sears Brands, LLC**                           represented by    **John Hanson Barr , Jr**
*TERMINATED: 05/24/2011*                                         (See above for address)
                                                                 *LEAD ATTORNEY*

                                                                 **Christopher Aaron Shield**
                                                                 (See above for address)

V.

**Counter Defendant**

**AdjustaCam LLC**                              represented by    **Andrew W. Spangler**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Erick Scott Robinson**
                                                                 (See above for address)
                                                                 *TERMINATED: 10/11/2011*

                                                                 **Michael James Collins**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **John J Edmonds**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Macally Peripherals, Inc. D/B/A**              represented by   **Peter M Lukevich**
**Macally U.S.A.**                                                (See above for address)
*TERMINATED: 12/01/2011*                                          *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**AdjustaCam LLC**                               represented by   **Andrew W. Spangler**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Erick Scott Robinson**
                                                                  (See above for address)
                                                                  *TERMINATED: 10/11/2011*

                                                                  **John J Edmonds**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Auditek Corporation**                          represented by   **Jen-Feng Lee**
*TERMINATED: 05/30/2012*                                          (See above for address)
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Vincent Jerome Allen**
                                                                  (See above for address)

                                                                  **Zachary Wade Hilton**
                                                                  (See above for address)

V.

**Counter Defendant**

**AdjustaCam LLC**                               represented by   **Andrew W. Spangler**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Erick Scott Robinson**
                                                                  (See above for address)
                                                                  *TERMINATED: 10/11/2011*

                                                                  **Michael James Collins**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

John J Edmonds
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Macally Peripherals, Inc. D/B/A**
**Macally U.S.A.**
*TERMINATED: 12/01/2011*

represented by   **Peter M Lukevich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Mace Group, Inc.**
*TERMINATED: 12/01/2011*

represented by   **Peter M Lukevich**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**AdjustaCam LLC**

represented by   **Andrew W. Spangler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
(See above for address)
*TERMINATED: 10/11/2011*

**Michael James Collins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J Edmonds**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Digital Innovations, LLC**
*TERMINATED: 06/07/2012*

represented by   **Bradley Wayne Hoover**
(See above for address)
*TERMINATED: 01/09/2012*

**Gary Y Leung**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Phillip Brett Philbin**
(See above for address)
*TERMINATED: 07/29/2011*

**Tamara Danielle Stiner Toomer**

(See above for address)

V.

**Counter Defendant**

**AdjustaCam LLC**                    represented by **Andrew W. Spangler**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Erick Scott Robinson**
                                                     (See above for address)
                                                     *TERMINATED: 10/11/2011*

                                                     **Michael James Collins**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **John J Edmonds**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Sakar International, Inc.**          represented by **Ezra Sutton**
*TERMINATED: 12/17/2012*                             (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Steven Robert Daniels**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**AdjustaCam LLC**                    represented by **Andrew W. Spangler**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Andrew Patrick Tower**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Erick Scott Robinson**
                                                     (See above for address)
                                                     *TERMINATED: 10/11/2011*

                                                     **Michael James Collins**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**John J Edmonds**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Newegg, Inc.**                    represented by    **Christopher J Cuneo**
*TERMINATED: 09/27/2012*                              (See above for address)
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Justin Neil Stewart**
                                                      (See above for address)
                                                      *TERMINATED: 12/30/2010*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Robert A Matson**
                                                      (See above for address)
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Newegg.com, Inc.**                represented by    **Christopher J Cuneo**
*TERMINATED: 09/27/2012*                              (See above for address)
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Debra Elaine Gunter**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Herbert A Yarbrough , III**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Justin Neil Stewart**
                                                      (See above for address)
                                                      *TERMINATED: 12/30/2010*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Robert A Matson**
                                                      (See above for address)
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Steven Robert Daniels**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**AdjustaCam LLC**                    represented by **Andrew W. Spangler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
(See above for address)
*TERMINATED: 10/11/2011*

**John J Edmonds**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Rosewill Inc.**                    represented by **Christopher J Cuneo**
*TERMINATED: 09/27/2012*                (See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Justin Neil Stewart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert A Matson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**AdjustaCam LLC**                    represented by **Andrew W. Spangler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles Van Cleef**
Charles van Cleef, Attorney at Law, PC

PO Box 2432
Longview, TX 75606-2432
903-248-8244
Fax: 903-248-8249
Email: charles@vancleef.pro
*ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
(See above for address)
*TERMINATED: 10/11/2011*

**John J Edmonds**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Wal-Mart Stores, Inc.**                    represented by   **Laura Lindsay Chapman**
*TERMINATED: 08/22/2012*                                      (See above for address)
                                                             *LEAD ATTORNEY*

                                                             **Victor DeGyarfas**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*

                                                             **Michael Charles Smith**
                                                             (See above for address)

                                                             **Steven Robert Daniels**
                                                             (See above for address)

V.

**Counter Defendant**

**AdjustaCam LLC**                           represented by   **Andrew W. Spangler**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Andrew Patrick Tower**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Erick Scott Robinson**
                                                             (See above for address)
                                                             *TERMINATED: 10/11/2011*

                                                             **Michael James Collins**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **John J Edmonds**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Overstock.com, Inc.**                      represented by   **John Hanson Barr , Jr**
*TERMINATED: 09/21/2011*                                      (See above for address)
                                                             *LEAD ATTORNEY*

                                                             **Christopher Schenck**
                                                             (See above for address)
                                                             *PRO HAC VICE*

**Christopher Aaron Shield**
(See above for address)

**John Allen Yates**
(See above for address)

**Robert Dean Ayers , Jr**
(See above for address)

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**AdjustaCam LLC**                     represented by  **Andrew W. Spangler**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Erick Scott Robinson**
                                                       (See above for address)
                                                       *TERMINATED: 10/11/2011*

                                                       **John J Edmonds**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Digital Innovations, LLC**           represented by  **Bradley Wayne Hoover**
*TERMINATED: 06/07/2012*                               (See above for address)
                                                       *TERMINATED: 01/09/2012*

                                                       **Gary Y Leung**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Phillip Brett Philbin**
                                                       (See above for address)
                                                       *TERMINATED: 07/29/2011*

                                                       **Steven Robert Daniels**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Tamara Danielle Stiner Toomer**
                                                       (See above for address)

V.

**Counter Defendant**

**AdjustaCam LLC**                          represented by   **Andrew W. Spangler**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Andrew Patrick Tower**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Erick Scott Robinson**
                                                            (See above for address)
                                                            *TERMINATED: 10/11/2011*

                                                            **Michael James Collins**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **John J Edmonds**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Dell, Inc.,**                            represented by   **Roger Joseph Fulghum**
*TERMINATED: 12/05/2011*                                    (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Deron R Dacus**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Paula Diane Heyman**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Scott F Partridge**
                                                            (See above for address)
                                                            *TERMINATED: 05/05/2011*

                                                            **Shannon Marie Dacus**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Steven Robert Daniels**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**AdjustaCam LLC**                    represented by **Andrew W. Spangler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Patrick Tower**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
(See above for address)
*TERMINATED: 10/11/2011*

**Michael James Collins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J Edmonds**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Auditek Corporation**               represented by **Jen-Feng Lee**
*TERMINATED: 05/30/2012*                            (See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vincent Jerome Allen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Zachary Wade Hilton**
(See above for address)

V.

**Counter Defendant**

**AdjustaCam LLC**                    represented by **Andrew W. Spangler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
(See above for address)
*TERMINATED: 10/11/2011*

|  | | John J Edmonds |
|---|---|---|
|  | | (See above for address) |
|  | | *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| **Dell, Inc.,** | represented by | **Roger Joseph Fulghum** |
|---|---|---|
| *TERMINATED: 12/05/2011* | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Deron R Dacus** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Paula Diane Heyman** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Scott F Partridge** |
| | | (See above for address) |
| | | *TERMINATED: 05/05/2011* |
| | | |
| | | **Shannon Marie Dacus** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Steven Robert Daniels** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| **AdjustaCam LLC** | represented by | **Andrew W. Spangler** |
|---|---|---|
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Andrew Patrick Tower** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Erick Scott Robinson** |
| | | (See above for address) |
| | | *TERMINATED: 10/11/2011* |
| | | |
| | | **Michael James Collins** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **John J Edmonds** |

(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Amazon.com, Inc.**                          represented by    **Eric Hugh Findlay**
*TERMINATED: 04/24/2012*                                       (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Roger Brian Craft**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Salumeh R Loesch**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Steven Robert Daniels**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Walter Wayne Lackey , Jr.**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**AdjustaCam LLC**                            represented by    **Andrew W. Spangler**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Andrew Patrick Tower**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Erick Scott Robinson**
                                                               (See above for address)
                                                               *TERMINATED: 10/11/2011*

                                                               **Michael James Collins**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **John J Edmonds**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Sakar International, Inc.**                 represented by    **Ezra Sutton**
*TERMINATED: 12/17/2012*                                       (See above for address)

*ATTORNEY TO BE NOTICED*

**Steven Robert Daniels**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

<u>**Counter Defendant**</u>

**AdjustaCam LLC**                                   represented by   **Andrew W. Spangler**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Andrew Patrick Tower**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Erick Scott Robinson**
                                                                    (See above for address)
                                                                    *TERMINATED: 10/11/2011*

                                                                    **Michael James Collins**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **John J Edmonds**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

<u>**Counter Claimant**</u>

**KOHLS CORPORATION D/B/A**                          represented by   **Ezra Sutton**
**KOHL'S**                                                           (See above for address)
*TERMINATED: 12/17/2012*                                             *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Steven Robert Daniels**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

V.

<u>**Counter Defendant**</u>

**AdjustaCam LLC**                                   represented by   **Andrew W. Spangler**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Andrew Patrick Tower**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Erick Scott Robinson**
(See above for address)
*TERMINATED: 10/11/2011*

**Michael James Collins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J Edmonds**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/22/2014 | | Transmission of Certified Copy of Updated Docket Sheet to US Court of Appeals, Federal Circuit per 782 Order. (mll, ) (Entered: 05/22/2014) |
| 03/31/2014 | 782 | ORDER granting 781 Motion to Withdraw; withdrawing 763 Motion to Amend/Correct Judgment. Signed by Judge Leonard Davis on 03/31/14. (mll, ) (Entered: 03/31/2014) |
| 03/28/2014 | 781 | Unopposed MOTION to Withdraw 763 MOTION to Amend/Correct 762 Judgment, by Newegg, Inc., Newegg.com, Inc., Rosewill Inc.. (Attachments: # 1 Text of Proposed Order)(Herberholz, Dana) (Entered: 03/28/2014) |
| 10/11/2013 | 780 | SUR-REPLY to Reply to Response to Motion re 763 MOTION to Amend/Correct 762 Judgment, *filed by AdjustaCam LLC.* (Edmonds, John) (Entered: 10/11/2013) |
| 10/02/2013 | 779 | ACKNOWLEDGMENT OF RECEIPT on 10/2/13, by USCA-FEDERAL CIRCUIT of Certified copy of Updated Docket Sheet. (dlc, ) (Entered: 10/02/2013) |
| 10/02/2013 | | Transmission of Certified Copy of Updated Docket Sheet to US Court of Appeals, Federal Circuit by separate email pursuant to 778 USCA NOTICE to the Lower Court or Agency. re 764 Notice of Appeal - FEDERAL CIRCUIT, 768 Notice of Appeal - FEDERAL CIRCUIT, 765 Notice of Appeal - FEDERAL CIRCUIT (dlc, ) (Entered: 10/02/2013) |
| 10/02/2013 | 778 | USCA-FEDERAL CIRCUIT - NOTICE to the Lower Court or Agency. (dlc, ) (Entered: 10/02/2013) |
| 10/01/2013 | 777 | REPLY to Response to Motion re 763 MOTION to Amend/Correct 762 Judgment, *filed by Newegg, Inc., Newegg.com, Inc., Rosewill Inc..* (Attachments: # 1 Exhibit 1)(Herberholz, Dana) (Entered: 10/01/2013) |
| 10/01/2013 | 776 | TRANSCRIPT REQUEST by Newegg, Inc., Newegg.com, Inc., Rosewill Inc. for proceedings held on 2/7/11 and 6/26/13 before Judge |

| | | Love and Davis, (Herberholz, Dana) (Entered: 10/01/2013) |
|---|---|---|
| 09/26/2013 | 775 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Motion Hearing Proceedings held on 6/26/13 before Chief Judge Leonard Davis. Court Reporter: Shea Sloan, shea_sloan@txed.uscourts.gov<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 10/21/2013. Redacted Transcript Deadline set for 10/31/2013. Release of Transcript Restriction set for 12/30/2013. (sms, ) (Entered: 09/26/2013) |
| 09/25/2013 | 774 | TRANSCRIPT REQUEST by AdjustaCam LLC (Edmonds, John) (Entered: 09/25/2013) |
| 09/23/2013 | 773 | RESPONSE in Opposition re 763 MOTION to Amend/Correct 762 Judgment, *filed by AdjustaCam LLC.* (Attachments: # 1 Text of Proposed Order)(Edmonds, John) (Entered: 09/23/2013) |
| 09/20/2013 | 772 | NOTICE of Docketing Notice of Appeal from USCA-FEDERAL CIRCUIT re 768 Notice of Appeal - FEDERAL CIRCUIT filed by Sakar International, Inc. USCA Case Number 13-1667 (dlc, ) (Entered: 09/20/2013) |
| 09/20/2013 | 771 | NOTICE of Docketing Notice of Appeal from USCA-FEDERAL CIRCUIT re 764 Notice of Appeal - FEDERAL CIRCUIT filed by Rosewill Inc., Newegg.com, Inc., Newegg, Inc. USCA Case Number 13-1666 (dlc, ) (Entered: 09/20/2013) |
| 09/20/2013 | 770 | NOTICE of Docketing Notice of Appeal from USCA-FEDERAL CIRCUIT re 765 Notice of Appeal - FEDERAL CIRCUIT filed by AdjustaCam LLC. USCA Case Number 13-1665 (Attachments: # 1 Official Caption)(dlc, ) (Entered: 09/20/2013) |
| 09/18/2013 | 769 | ACKNOWLEDGMENT OF RECEIPT on 9/18/13, by USCA-FEDERAL CIRCUIT as to 768 Notice of Appeal - FEDERAL CIRCUIT by Sakar, 761 Order on Sealed Motion, 762 Final Judgment, and Certified Copy of Docket Sheet. (dlc, ) (Entered: 09/19/2013) |
| 09/18/2013 | | Transmission of Notice of Appeal, 761 Order, 762 Judgment and Certified Copy of Docket Sheet to US Court of Appeals, Federal Circuit by separate email. re 768 Notice of Appeal - FEDERAL CIRCUIT by Sakar International, Inc. (dlc, ) (Entered: 09/18/2013) |
| 09/18/2013 | | USCA Appeal Fees received $ 455.00 receipt number 6-15472 re 768 |

| | | |
|---|---|---|
| | | Notice of Appeal - FEDERAL CIRCUIT filed by Sakar International, Inc. (mjc, ) (Entered: 09/18/2013) |
| 09/18/2013 | 768 | NOTICE OF APPEAL - FEDERAL CIRCUIT as to 761 Order on Sealed Motion, 762 Judgment, by Sakar International, Inc.. Filing fee $ 455. Appeal Record due by 9/19/2013. (Sutton, Ezra) (Entered: 09/18/2013) |
| 09/18/2013 | 767 | ACKNOWLEDGMENT OF RECEIPT on 9/18/13, by USCA-FEDERAL CIRCUIT as to 650 Order, 765 Notice of Appeal - FEDERAL CIRCUIT, 627 Memorandum Opinion and Order, 762 Final Judgment, and Certified Copy of Docket Sheet. (dlc, ) (Entered: 09/18/2013) |
| 09/18/2013 | 766 | ACKNOWLEDGMENT OF RECEIPT on 9/18/13, by USCA-FEDERAL CIRCUIT as to 761 Order on Sealed Motion, 764 Notice of Appeal - FEDERAL CIRCUIT, 762 Judgment, and Certified Copy of Docket Sheet. (dlc, ) (Entered: 09/18/2013) |
| 09/18/2013 | | Transmission of Notice of Appeal by AdjustaCam LLC, 650 Order, 627 Opinion and Order, 762 Judgment and Certified Copy of Docket Sheet to US Court of Appeals, Federal Circuit by separate email. re 765 Notice of Appeal - FEDERAL CIRCUIT (dlc, ) (Entered: 09/18/2013) |
| 09/18/2013 | | Transmission of Notice of Appeal by Newegg Inc., et al, 761 Order, 762 Judgment and Certified Copy of Docket Sheet to US Court of Appeals, Federal Circuit by separate email. re 764 Notice of Appeal - FEDERAL CIRCUIT (dlc, ) (Entered: 09/18/2013) |
| 09/17/2013 | 765 | NOTICE OF APPEAL - FEDERAL CIRCUIT as to 650 Order, 627 Order, 762 Judgment, by AdjustaCam LLC. Filing fee $ 455, receipt number 0540-4319236. Appeal Record due by 10/1/2013. (Edmonds, John) (Entered: 09/17/2013) |
| 09/17/2013 | 764 | NOTICE OF APPEAL - FEDERAL CIRCUIT as to 761 Order on Sealed Motion, 762 Judgment, by Newegg, Inc., Newegg.com, Inc., Rosewill Inc.. Filing fee $ 455, receipt number 0540-4319110. (Herberholz, Dana) (Entered: 09/17/2013) |
| 09/05/2013 | 763 | **WITHDRAWN PER 782 ORDER** MOTION to Amend/Correct 762 Judgment, by Newegg, Inc., Newegg.com, Inc., Rosewill Inc.. (Attachments: # 1 Exhibit 1) (Herberholz, Dana) (Additional attachment(s) added on 9/16/2013: # 2 Text of Proposed Order, # 3 Proposed Final Judgment) (gsg, ). Modified on 3/31/2014 (mll, ). (Entered: 09/05/2013) |
| 08/20/2013 | 762 | FINAL JUDGMENT that the parties take nothing and that all pending motions are DENIED AS MOOT. All costs are to be borne by the party that incurred them. All claims, counterclaims, and third-party claims in the instant suit are DISMISSED in their entirety. The Clerk of the Court is directed to close this case. Signed by Judge Leonard Davis on 08/20/13. (mll, ) (Entered: 08/20/2013) |
| | | |

| 08/19/2013 | 761 | ORDER denying 727 Sealed Motion for Declaration of Exceptional Case; denying 748 Sealed Motion for Declaration of Exceptional Case. Signed by Judge Leonard Davis on 8/19/13. (mjc, ) (Entered: 08/19/2013) |
|---|---|---|
| 08/15/2013 | 760 | ORDER denying as moot 732 Motion to Amend/Correct Docket Control Order. Signed by Judge Leonard Davis on 08/15/13. (mll, ) (Entered: 08/15/2013) |
| 06/26/2013 | 759 | Minute Entry for proceedings held before Judge Leonard Davis: Motion Hearing held on 6/26/2013 re 727 SEALED MOTION *For Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses* filed by Rosewill Inc., Newegg.com, Inc., Newegg, Inc., 748 SEALED MOTION *DEFENDANT SAKAR INTERNATIONAL, INC.'S OPPOSED MOTION FOR DECLARATION OF EXCEPTIONAL CASE AND AWARD OF FEES AND NONTAXABLE EXPENSES* filed by Sakar International, Inc. (Court Reporter Shea Sloan.) (Attachments: # 1 Sign in sheet) (cwk) (Entered: 06/26/2013) |
| 06/11/2013 | 758 | ORDER granting 757 Motion to Withdraw as Attorney. Attorney Joshua Brooks Long terminated. Signed by Judge Leonard Davis on 06/11/13. (mll, ) (Entered: 06/11/2013) |
| 06/06/2013 | 757 | Unopposed MOTION to Withdraw as Attorney by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order)(Long, Joshua) (Entered: 06/06/2013) |
| 05/17/2013 | 756 | STATUS REPORT *(Joint) Regarding Motions At Doc Nos. 727 And 748* by AdjustaCam LLC. (Edmonds, John) (Entered: 05/17/2013) |
| 05/07/2013 | | Set/Reset Deadlines as to 727 SEALED MOTION *For Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses*, 748 SEALED MOTION *DEFENDANT SAKAR INTERNATIONAL, INC.'S OPPOSED MOTION FOR DECLARATION OF EXCEPTIONAL CASE AND AWARD OF FEES AND NONTAXABLE EXPENSES*. **Motion Hearing set for 6/26/2013 at 01:30 PM before Judge Leonard Davis.** (rlf) (Entered: 05/07/2013) |
| 04/30/2013 | 755 | ORDER granting 754 Motion to Continue. The hearing is rescheduled for 6-26-2013 at 1:30 p.m. Signed by Judge Leonard Davis on 04/30/13. (mll, ) (Entered: 04/30/2013) |
| 04/27/2013 | 754 | Unopposed MOTION to Continue *Hearing* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order)(Edmonds, John) (Entered: 04/27/2013) |
| 04/18/2013 | 753 | ORDER Setting Hearing on Motion 727 SEALED MOTION *For Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses*, 748 SEALED MOTION *DEFENDANT SAKAR INTERNATIONAL, INC.'S OPPOSED MOTION FOR DECLARATION OF EXCEPTIONAL CASE AND AWARD OF FEES AND NONTAXABLE EXPENSES* :Motion Hearing set for 5/22/2013 01:30 PM before Judge Leonard Davis. Parties shall meet and confer in good |

|  |  |  | faith to resolve these issues prior to the hearing. The parties are ORDERED to file a status report regarding which motions are still pending by noon on 5-17-2013. Signed by Judge Leonard Davis on 04/18/13. (mll, ) (Entered: 04/18/2013) |
|---|---|---|---|
| 03/04/2013 |  | 752 | ORDER denying as moot 721 Motion to Dismiss. Signed by Judge Leonard Davis on 03/04/13. cc:attys 3-04-13 (mll, ) (Entered: 03/04/2013) |
| 02/22/2013 | 🔒 | 751 | SEALED SUR-REPLY to Motion re 748 SEALED MOTION *DEFENDANT SAKAR INTERNATIONAL, INC.'S OPPOSED MOTION FOR DECLARATION OF EXCEPTIONAL CASE AND AWARD OF FEES AND NONTAXABLE EXPENSES* filed by AdjustaCam LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Edmonds, John) (Entered: 02/22/2013) |
| 02/11/2013 | 🔒 | 750 | SEALED REPLY to Response to Motion re 748 SEALED MOTION *DEFENDANT SAKAR INTERNATIONAL, INC.'S OPPOSED MOTION FOR DECLARATION OF EXCEPTIONAL CASE AND AWARD OF FEES AND NONTAXABLE EXPENSES* filed by Sakar International, Inc.. (Attachments: # 1 Exhibit A)(Sutton, Ezra) (Entered: 02/11/2013) |
| 02/05/2013 | 🔒 | 749 | SEALED RESPONSE to Motion re 748 SEALED MOTION *DEFENDANT SAKAR INTERNATIONAL, INC.'S OPPOSED MOTION FOR DECLARATION OF EXCEPTIONAL CASE AND AWARD OF FEES AND NONTAXABLE EXPENSES* filed by AdjustaCam LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, part 1, # 11 Exhibit 10, part 2, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Errata 20, part 1, # 22 Exhibit 20, part 1, # 23 Exhibit 21, # 24 Exhibit 22, # 25 Exhibit 23, # 26 Exhibit 24, # 27 Text of Proposed Order) (Edmonds, John) (Entered: 02/05/2013) |
| 01/16/2013 | 🔒 | 748 | SEALED MOTION *DEFENDANT SAKAR INTERNATIONAL, INC.'S OPPOSED MOTION FOR DECLARATION OF EXCEPTIONAL CASE AND AWARD OF FEES AND NONTAXABLE EXPENSES* by Sakar International, Inc.. (Attachments: # 1 Declaration of Ezra Sutton, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 5A, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 9A, # 13 Exhibit 10, # 14 Exhibit 11, # 15 Exhibit 12, # 16 Exhibit 13, # 17 Exhibit 14, # 18 Exhibit 15, # 19 Exhibit 16, # 20 Exhibit 17, # 21 Exhibit 18, # 22 Exhibit 19, # 23 Exhibit 20, # 24 Exhibit 21, # 25 Exhibit 22)(Sutton, Ezra) (Additional attachment(s) added on 1/18/2013: # 26 Text of Proposed Order) (gsg, ). (Entered: 01/16/2013) |
| 12/21/2012 |  | 747 | ORDER granting 746 Motion for Extension of Time. Deft's Deadline to file a Motion for Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses is extended to 1-16-2013. Signed by Judge Leonard Davis on 12/21/12. cc:attys 12-21-12 (mll, ) (Entered: |

| | | 12/21/2012) |
|---|---|---|
| 12/21/2012 | [746](#) | Unopposed MOTION for Extension of Time to File by Sakar International, Inc.. (Sutton, Ezra) (Entered: 12/21/2012) |
| 12/17/2012 | 🔒 | (Court only) *** Party Defendants KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Sakar International, Inc. terminated per [745](#) Order of partial dismissal. (mll, ) (Entered: 12/17/2012) |
| 12/17/2012 | [745](#) | ORDER granting [744](#) Motion to Dismiss. Plaintiffs claims against defts Sakar International, Inc., Kohls Illinois, Inc., Kohls Corporation, Inc. and Kohls Department Stores, Inc are DISMISSED WITH PREJUDICE; Defendants' counterclaims are DISMISSED WITHOUT PREJUDICE. Signed by Judge Leonard Davis on 12/17/12. cc:attys 12-17-12 (mll, ) (Entered: 12/17/2012) |
| 12/14/2012 | [744](#) | Unopposed MOTION to Dismiss *claims and counterclaims involving Defendants/Counter-claimants Sakar International, Inc., Kohls Illinois, Inc., Kohls Corporation, Inc. and Kohls Department Stores, Inc.* by AdjustaCam LLC. (Attachments: # [1](#) Text of Proposed Order) (Edmonds, John) (Entered: 12/14/2012) |
| 12/06/2012 | 🔒 [743](#) | SEALED SUR-REPLY to Motion re [727](#) SEALED MOTION *For Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses* filed by AdjustaCam LLC. (Edmonds, John) (Entered: 12/06/2012) |
| 12/04/2012 | | NOTICE of Hearing on Motion [721](#) Opposed MOTION to Dismiss *Remaining Defendants Sakar and Kohl's* : **Motion Hearing set 12/5/2012 02:00 PM has been RESCHEDULED and will be heard at Pretrial Conference on 12/18/2012 09:00 AM before Judge Leonard Davis.** (cwk) (Entered: 12/04/2012) |
| 11/26/2012 | 🔒 [742](#) | SEALED REPLY to Response to Motion re [727](#) SEALED MOTION *For Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses* filed by Newegg, Inc., Newegg.com, Inc., Rosewill Inc.. (Herberholz, Dana) (Entered: 11/26/2012) |
| 11/14/2012 | [741](#) | ORDER granting [739](#) Motion to Amend/Correct Order. Newegg Defendants' deadline to file their reply in support of their Sealed Motion For Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses [727](#) is correctly identified as 11-26-2012. Signed by Judge Leonard Davis on 11/14/12. cc:attys 11-14-12 (mll, ) (Entered: 11/14/2012) |
| 11/13/2012 | [740](#) | ORDER denying as moot [678](#) Sealed Motion to Dismiss. Signed by Judge Leonard Davis on 11/13/12. cc:attys 11-13-12 (mll, ) (Entered: 11/13/2012) |
| 11/13/2012 | [739](#) | Unopposed MOTION to Amend/Correct [737](#) Order on Motion for Extension of Time to File *Reply Brief* by Newegg, Inc., Newegg.com, Inc., Rosewill Inc.. (Attachments: # [1](#) Text of Proposed Order) (Herberholz, Dana) (Entered: 11/13/2012) |

| 11/13/2012 | 738 | ORDER Setting Hearing on Motion 721 Opposed MOTION to Dismiss *Remaining Defendants Sakar and Kohl's* : Motion Hearing set for 12/5/2012 02:00 PM before Judge Leonard Davis. Signed by Judge Leonard Davis on 11/13/12. cc:attys 11-13-12(mll, ) (Entered: 11/13/2012) |
|---|---|---|
| 11/08/2012 | 737 | ORDER granting 734 Motion for Extension of Time. Signed by Judge Leonard Davis on 11/08/12. cc:attys 11-08-12 (mll, ) (Entered: 11/08/2012) |
| 11/08/2012 | 🔒 736 | SEALED ADDITIONAL ATTACHMENTS to Main Document:. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19 (part 1), # 20 Exhibit 19 (part 2), # 21 Exhibit 20, # 22 Exhibit 21 (part 1), # 23 Exhibit 21 (part 2), # 24 Exhibit 22, # 25 Text of Proposed Order)(Edmonds, John) (Entered: 11/08/2012) |
| 11/07/2012 | 🔒 735 | SEALED RESPONSE to Motion re 727 SEALED MOTION *For Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses* filed by AdjustaCam LLC. (Edmonds, John) (Entered: 11/07/2012) |
| 11/05/2012 | 734 | Unopposed MOTION for Extension of Time to File *Response to Defendants Newegg Sealed Motion For Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Order)(Edmonds, John) (Entered: 11/05/2012) |
| 10/29/2012 | 733 | ORDER granting 731 Motion for Extension of Time. Plaintiffs deadline to file its Response to Defendants Newegg Inc., Newegg.com Inc., and Rosewill Inc. Sealed Motion For Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses 727 is extended to 11-05-2012. Signed by Judge Leonard Davis on 10/29/12. cc:attys 10-29-12 (mll, ) (Entered: 10/29/2012) |
| 10/29/2012 | 732 | Joint MOTION to Amend/Correct *(Amend) Docket Control Order* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Order) (Edmonds, John) (Entered: 10/29/2012) |
| 10/29/2012 | 731 | Unopposed MOTION for Extension of Time to File *to Defendants Newegg Sealed Motion For Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 10/29/2012) |
| 10/18/2012 | 730 | NOTICE of Attorney Appearance by James A Fussell, III on behalf of AdjustaCam LLC (Fussell, James) (Entered: 10/18/2012) |
| 10/12/2012 | 729 | REPLY to Response to Motion re 721 Opposed MOTION to Dismiss *Remaining Defendants Sakar and Kohl's* filed by AdjustaCam LLC. |

| | | | |
|---|---|---|---|
| | | | (Attachments: # 1 Exhibit A)(Edmonds, John) (Entered: 10/12/2012) |
| 10/11/2012 | 🔒 | 728 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 727 SEALED MOTION *For Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses.* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31) (Herberholz, Dana) (Entered: 10/11/2012) |
| 10/11/2012 | 🔒 | 727 | SEALED MOTION *For Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses* by Newegg, Inc., Newegg.com, Inc., Rosewill Inc.. (Attachments: # 1 Text of Proposed Order)(Herberholz, Dana) (Entered: 10/11/2012) |
| 10/11/2012 | | 726 | PROPOSED BILL OF COSTS filed by Newegg, Inc., Newegg.com, Inc., Rosewill Inc.. (Herberholz, Dana) (Entered: 10/11/2012) |
| 10/08/2012 | | 725 | RESPONSE in Opposition re 721 Opposed MOTION to Dismiss *Remaining Defendants Sakar and Kohl's Counterclaims filed by Sakar International, Inc..* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Sutton, Ezra) (Additional attachment(s) added on 10/26/2012: # 5 Text of Proposed Order) (gsg, ). (Entered: 10/08/2012) |
| 10/03/2012 | | 724 | NOTICE by AdjustaCam LLC *of Supplemental Authority in support of its opposed Motion to Dismiss* (Attachments: # 1 Exhibit A)(Edmonds, John) (Entered: 10/03/2012) |
| 10/02/2012 | | 723 | Proposed Pretrial Order *(Joint)* by AdjustaCam LLC. (Attachments: # 1 Exhibit 1 (Plaintiff's Witness List), # 2 Exhibit 2 (Defendants' Witness List), # 3 Exhibit 3 (Plaintiff's Exhibit List), # 4 Exhibit 4 (Defendants' Exhibit List), # 5 Exhibit 5 (Proposed Jury Charge), # 6 Exhibit 6 (Proposed Jury Verdict Form))(Edmonds, John) (Additional attachment(s) added on 10/3/2012: # 7 Text of Proposed Order) (gsg, ). (Entered: 10/02/2012) |
| 10/01/2012 | | 722 | ORDER that Defendants Sakar International, Inc., Kohls Illinois, Inc., and Kohls Corporation, Inc. file a response to AdjustaCams 721 Motion to Dismiss by 10-08-2012. AdjustaCams Reply, if any, SHALL be due on 10-12-2012,and Defendants Sur-Reply, if any, SHALL be due on 10-16-2012. Signed by Judge Leonard Davis on 10/01/12. cc:attys 10-02-12(mll, ) (Entered: 10/02/2012) |
| 09/30/2012 | | 721 | Opposed MOTION to Dismiss *Remaining Defendants Sakar and Kohl's* by AdjustaCam LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Text of Proposed Order Proposed Order for Oral Hearing and Expedited Briefing, # 4 Text of Proposed Order Proposed Order Granting Motion to Dismiss)(Edmonds, John) (Entered: 09/30/2012) |

| 09/27/2012 | 🔒 | (Court only) *** Party defts Newegg, Inc., Newegg.com, Inc., and Rosewill Inc., terminated per 720 Order of partial dismissal. (mll, ) (Entered: 09/27/2012) |
|---|---|---|
| 09/27/2012 | 720 | ORDER granting 719 Motion to Dismiss. Plaintiffs claims against defts Newegg Inc., Newegg.com Inc., and Rosewill, Inc are DISMISSED WITH PREJUDICE; defts' counterclaims are DISMISSED WITHOUT PREJUDICE. Signed by Judge Leonard Davis on 09/27/12. cc:attys 9-27-12 (mll, ) (Entered: 09/27/2012) |
| 09/27/2012 | 719 | Unopposed MOTION to Dismiss *involving Defendants/Counter-claimants Newegg Inc., Newegg.com Inc., and Rosewill, Inc.* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 09/27/2012) |
| 09/24/2012 | 718 | Letter Brief filed by AdjustaCam LLC (Attachments: # 1 Exhibit A)(Edmonds, John) (Entered: 09/25/2012) |
| 09/21/2012 | 717 | Letter Brief filed by KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Newegg, Inc., Rosewill Inc., Sakar International, Inc. (Attachments: # 1 Exhibit 1)(Zarian, John) (Entered: 09/21/2012) |
| 09/21/2012 | 716 | REPLY to Notice of Compliance - Letter Brief re 685 Notice of Compliance - Letter Brief filed by Newegg, Inc. Filed by Newegg.com, Inc., Rosewill Inc., Newegg, Inc. by Newegg.com, Inc., Rosewill Inc., Newegg, Inc.. (Attachments: # 1 Exhibit 1 - Letter Brief)(Zarian, John) (Entered: 09/21/2012) |
| 09/21/2012 | 715 | REPLY to Notice of Compliance - Letter Brief re 680 Notice of Compliance - Letter Brief filed by Rosewill Inc., Newegg.com, Inc., KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Sakar International, Inc., Newegg, Inc. Filed by Newegg.com, Inc., Rosewill Inc., Newegg, Inc. by Newegg.com, Inc., Rosewill Inc., Newegg, Inc.. (Attachments: # 1 Exhibit 1 - Letter Brief)(Zarian, John) (Entered: 09/21/2012) |
| 09/21/2012 | 🔒 714 | SEALED Letter Brief filed by Newegg, Inc., Newegg.com, Inc., Rosewill Inc. (Attachments: # 1 Exhibit 1 - Letter Brief)(Zarian, John) (Entered: 09/21/2012) |
| 09/21/2012 | 713 | Letter Brief filed by AdjustaCam LLC (Attachments: # 1 Exhibit A)(Edmonds, John) (Entered: 09/21/2012) |
| 09/21/2012 | 712 | Letter Brief filed by Kohl's Illinois, Inc., Sakar International, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Sutton, Ezra) (Entered: 09/21/2012) |
| 09/20/2012 | 711 | NOTICE by AdjustaCam LLC *of Cancellation of Asserted Claims* (Attachments: # 1 Exhibit 1)(Edmonds, John) (Entered: 09/20/2012) |
| 09/20/2012 | 710 | ORDER granting 709 Motion for Extension of Time to File Response/Reply. Signed by Judge Leonard Davis on 09/20/12. cc:attys 9-20-12 (mll, ) (Entered: 09/20/2012) |

| 09/19/2012 | 709 | Unopposed MOTION for Extension of Time to File Response/Reply as to 705 SEALED Notice of Compliance - Letter Brief, 706 SEALED Notice of Compliance - Letter Brief by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order)(Edmonds, John) (Entered: 09/19/2012) |
|---|---|---|
| 09/18/2012 | 708 | NOTICE by Wal-Mart Stores, Inc. *Of Request For Termination Of Electronic Notices* (Chapman, Laura) (Entered: 09/18/2012) |
| 09/17/2012 | 707 | REPLY to Response to Motion re 678 Opposed SEALED MOTION *TO DISMISS CLAIMS AND COUNTERCLAIMS INVOLVING NEWEGG AND ROSEWILL LLC.* filed by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Order)(Edmonds, John) (Entered: 09/17/2012) |
| 09/14/2012 | 706 | SEALED Letter Brief filed by Newegg, Inc., Newegg.com, Inc., Rosewill Inc. (Attachments: # 1 Exhibit 1 - Letter Brief, # 2 Errata A, # 3 Exhibit B)(Matson, Robert) (Entered: 09/14/2012) |
| 09/14/2012 | 705 | SEALED Letter Brief filed by Newegg, Inc., Newegg.com, Inc., Rosewill Inc. (Attachments: # 1 Exhibit 1 - Letter Brief, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Matson, Robert) (Entered: 09/14/2012) |
| 09/14/2012 | 704 | Letter Brief filed by AdjustaCam LLC (Attachments: # 1 Exhibit 1) (Edmonds, John) (Entered: 09/14/2012) |
| 09/14/2012 | 703 | Letter Brief filed by AdjustaCam LLC (Attachments: # 1 Exhibit 1) (Edmonds, John) (Entered: 09/14/2012) |
| 09/14/2012 | 702 | Letter Brief filed by AdjustaCam LLC (Attachments: # 1 Exhibit 1) (Edmonds, John) (Entered: 09/14/2012) |
| 09/14/2012 | 701 | Letter Brief filed by AdjustaCam LLC (Attachments: # 1 Exhibit 1) (Edmonds, John) (Entered: 09/14/2012) |
| 09/14/2012 | 700 | Letter Brief filed by AdjustaCam LLC (Attachments: # 1 Exhibit 1) (Edmonds, John) (Entered: 09/14/2012) |
| 09/14/2012 | 699 | RESPONSE to Motion re 678 Opposed SEALED MOTION *TO DISMISS CLAIMS AND COUNTERCLAIMS INVOLVING NEWEGG AND ROSEWILL* filed by Newegg, Inc., Newegg.com, Inc., Rosewill Inc.. (Zarian, John) (Entered: 09/14/2012) |
| 09/14/2012 | 698 | Rebuttal Trial Witness List by Newegg, Inc., Newegg.com, Inc., Rosewill Inc.. (Herberholz, Dana) (Entered: 09/14/2012) |
| 09/14/2012 | 697 | Letter Brief filed by KOHLS CORPORATION D/B/A KOHL'S, Sakar International, Inc. (Sutton, Ezra) (Entered: 09/14/2012) |
| 09/14/2012 | 696 | Letter Brief filed by KOHLS CORPORATION D/B/A KOHL'S, Sakar International, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Sutton, Ezra) (Entered: 09/14/2012) |
| 09/14/2012 | 695 | NOTICE by KOHLS CORPORATION D/B/A KOHL'S, Sakar International, Inc. *Designation of Rebuttal Trial Witnesses of Sakar* |

|            |        |                                                                                                                                                                                                              |
|------------|--------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |        | *International, Inc., Kohl's Illinois, Inc., and Kohl's Corporation* (Sutton, Ezra) (Entered: 09/14/2012)                                                                                                      |
| 09/14/2012 | 694    | Rebuttal Witness List by AdjustaCam LLC. (Schlather, Stephen) (Entered: 09/14/2012)                                                                                                                           |
| 09/11/2012 | 693    | NOTICE by Sakar International, Inc. *Revised Designation of Trial Witnesses of Sakar International, Inc., Kohl's Illinois, Inc., and Kohl's Corporation* (Sutton, Ezra) (Entered: 09/11/2012)                   |
| 09/08/2012 | 692    | Plaintiff's Trial Witness List by AdjustaCam LLC. (Edmonds, John) (Entered: 09/08/2012)                                                                                                                       |
| 09/07/2012 | 691    | ***DEFICIENT DOCUMENT. DISREGARD.*** NOTICE by Sakar International, Inc. *Designation of Trial Witnesses* (Sutton, Ezra) Modified on 9/11/2012 (gsg). (Entered: 09/07/2012)                                    |
| 09/07/2012 | 690    | Trial Witness List by Newegg, Inc., Newegg.com, Inc., Rosewill Inc.. (Zarian, John) (Entered: 09/07/2012)                                                                                                     |
| 09/06/2012 | 689    | NOTICE by Digital Innovations, LLC *of Request for Termination of Electronic Notices* (Stiner Toomer, Tamara) (Entered: 09/06/2012)                                                                           |
| 09/06/2012 | 688    | NOTICE by Gear Head, LLC *of Request for Termination of Electronic Notices* (Hammond, Herbert) (Entered: 09/06/2012)                                                                                          |
| 09/05/2012 | 687    | NOTICE of Attorney Appearance by Stephen F Schlather on behalf of AdjustaCam LLC (Schlather, Stephen) (Entered: 09/05/2012)                                                                                    |
| 09/04/2012 | 686    | SEALED Letter Brief filed by KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Newegg, Inc., Newegg.com, Inc., Rosewill Inc., Sakar International, Inc.(Attachments: #(1) Exhibit 1) (Yarbrough, Herbert) (Entered: 09/04/2012) |
| 08/31/2012 | 685    | Letter Brief filed by Newegg, Inc. (Attachments: # 1 Exhibit) (Herberholz, Dana) (Entered: 08/31/2012)                                                                                                        |
| 08/31/2012 | 684    | SEALED NOTICE OF COMPLIANCE Re Letter Brief Filed by AdjustaCam LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit A(1), # 3 Exhibit A(2))(Edmonds, John) (Entered: 08/31/2012)                                     |
| 08/31/2012 | 683    | Letter Brief filed by AdjustaCam LLC (Attachments: # 1 Exhibit A (Letter Brief), # 2 Exhibit A(1), # 3 Exhibit A(2), # 4 Exhibit A(3), # 5 Exhibit A(4))(Edmonds, John) (Entered: 08/31/2012)                  |
| 08/31/2012 | 682    | Letter Brief filed by Newegg, Inc. (Herberholz, Dana) (Entered: 08/31/2012)                                                                                                                                   |
| 08/31/2012 | 680    | Letter Brief filed by KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Newegg, Inc., Newegg.com, Inc., Rosewill Inc., Sakar International, Inc. (Attachments: # 1 Exhibit 1)(Yarbrough, Herbert) (Entered: 08/31/2012) |
| 08/31/2012 | 679    | Letter Brief filed by Sakar International, Inc. (Sutton, Ezra) (Entered: 08/31/2012)                                                                                                                          |

| 08/27/2012 | 🔒 | 678 | Opposed SEALED MOTION *TO DISMISS CLAIMS AND COUNTERCLAIMS INVOLVING NEWEGG AND ROSEWILL* by AdjustaCam LLC. (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order Order re Expedited Briefing and Oral Hearing, # 3 Text of Proposed Order Order Granting Motion to Dismiss)(Edmonds, John) (Entered: 08/27/2012) |
|---|---|---|---|
| 08/27/2012 | 🔒 | | (Court only) *** Party deft Hewlett-Packard Company terminated per 677 Order of partial dismissal. (mll, ) (Entered: 08/27/2012) |
| 08/27/2012 | | 677 | ORDER granting 676 Motion to Dismiss. All claims and counterclaims asserted in this suit between plaintiff, and defendant, Hewlett-Packard Company, arehereby dismissed with prejudice. All costs, expenses and attorneys fees are to be borne by the party that incurred them. Signed by Judge Leonard Davis on 08/27/12. cc:attys 8-27-12 (mll, ) (Entered: 08/27/2012) |
| 08/24/2012 | | 676 | Joint MOTION to Dismiss *HP* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order)(Edmonds, John) (Entered: 08/24/2012) |
| 08/22/2012 | 🔒 | | (Court only) *** Party deft Fry's Electronics Inc terminated per 675 Order of partial dismissal. (mll, ) (Entered: 08/22/2012) |
| 08/22/2012 | | 675 | ORDER granting 670 Stipulation of Dismissal filed by Fry's Electronics Inc, AdjustaCam LLC. All claims and counterclaims asserted in this suit between plaintiff, and defendant, Frys Electronics, Inc., are hereby dismissed with prejudice. All costs, expenses and attorneys fees are to be borne by the party that incurred them. Signed by Judge Leonard Davis on 08/22/12. cc:attys 8-22-12(mll, ) (Entered: 08/22/2012) |
| 08/22/2012 | 🔒 | | (Court only) *** Party deft Wal-Mart Stores, Inc. terminated per 674 Order of partial dismissal. (mll, ) (Entered: 08/22/2012) |
| 08/22/2012 | | 674 | ORDER granting 669 Stipulation of Dismissal filed by AdjustaCam LLC. All claims and counterclaims asserted in this suit between plaintiff, and defendant, Wal-Mart Stores, Inc., are hereby dismissed with prejudice. All costs, expenses and attorneys fees are to be borne by the party that incurred them. Signed by Judge Leonard Davis on 08/22/12. cc:attys 8-22-12(mll, ) (Entered: 08/22/2012) |
| 08/22/2012 | 🔒 | | (Court only) *** Party defts BestBuy.com, LLC, Best Buy Co Inc and Best Buy Stores, LP terminated per 673 Order of partial dismissal. (mll, ) (Entered: 08/22/2012) |
| 08/22/2012 | | 673 | ORDER granting 668 Stipulation of Dismissal filed by AdjustaCam LLC. All claims and counterclaims asserted in this suit between plaintiff, and defendants, Best Buy Co., Inc., Best Buy Stores, L.P., and BestBuy.com, LLC., are hereby dismissed with prejudice. All costs, expenses and attorneys fees are to be borne by the party that incurred them. Signed by Judge Leonard Davis on 08/22/12. cc:attys 8-22-12 (mll, ) (Entered: 08/22/2012) |
| | | | |

| 08/22/2012 | 🔒 | (Court only) *** Party deft Office Depot, Inc. terminated per 672 Order of partial dismissal. (mll, ) (Entered: 08/22/2012) |
| 08/22/2012 | 672 | ORDER granting 667 Stipulation of Dismissal filed by AdjustaCam LLC. All claims and counterclaims asserted in this suit between plaintiff, and defendant, Office Depot, Inc., are hereby dismissed with prejudice. All costs, expenses and attorneys fees are to be borne by the party that incurred them. Signed by Judge Leonard Davis on 08/22/12. cc:attys 8-22-12(mll, ) (Entered: 08/22/2012) |
| 08/22/2012 | 🔒 | (Court only) *** Party deft Micro Electronics, Inc. DBA Micro Center terminated per 671 Order of partial dismissal. (mll, ) (Entered: 08/22/2012) |
| 08/22/2012 | 671 | ORDER granting 666 Stipulation of Dismissal filed by AdjustaCam LLC. All claims and counterclaims asserted in this suit between plaintiff, and defendant, Micro Electronics, Inc., d/b/a Micro Center, are hereby dismissed with prejudice. All costs, expenses and attorneys fees are to be borne by theparty that incurred them. Signed by Judge Leonard Davis on 08/22/12. cc:attys 8-22-12(mll, ) (Entered: 08/22/2012) |
| 08/21/2012 | 670 | STIPULATION of Dismissal *between AdjustaCam LLC and Fry's Electronics Inc.* by AdjustaCam LLC, Fry's Electronics Inc. (Attachments: # 1 Text of Proposed Order)(Edmonds, John) (Entered: 08/21/2012) |
| 08/20/2012 | 669 | STIPULATION of Dismissal *of Defendant Wal-Mart Stores, Inc* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Order) (Edmonds, John) (Entered: 08/20/2012) |
| 08/20/2012 | 668 | STIPULATION of Dismissal *of Defendant Best Buy Co., Inc., Best Buy Stores, L.P., and BestBuy.com, LLC.,* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Order)(Edmonds, John) (Entered: 08/20/2012) |
| 08/20/2012 | 667 | STIPULATION of Dismissal *of Defendant Office Depot, Inc.,* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Order) (Edmonds, John) (Entered: 08/20/2012) |
| 08/20/2012 | 666 | STIPULATION of Dismissal *of Defendant Micro Electronics, Inc., d/b/a Micro Center* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Order)(Edmonds, John) (Entered: 08/20/2012) |
| 08/17/2012 | 665 | ORDER granting 664 Stipulated Motion for Dismissal With Prejudice. It is ordered that all claims and counterclaims asserted in this suit between Plaintiff Adjustacam LLC and Defendant PC Gear Head f/k/a Gear Head LLC, are dismissed with prejudice. All costs, expenses and attorney fees are to be borne by the party that incurred them. Signed by Judge Leonard Davis on 8/17/2012. (leh, ) (Entered: 08/17/2012) |
| 08/15/2012 | 664 | STIPULATION of Dismissal *of Defendant PC Gear Head, LLC f/k/a Gear Head LLC* by AdjustaCam LLC. (Attachments: # 1 Text of |

| | | Proposed Order Order)(Edmonds, John) (Entered: 08/15/2012) |
|---|---|---|
| 08/15/2012 | 663 | REPORT of Mediation by James W Knowles. Mediation result: Follow-Up Report of Settlements(Knowles, James) (Entered: 08/15/2012) |
| 08/06/2012 | 662 | NOTICE by CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., CDW, LLC *Request for Termination of Electronic Notices* (Horton, Benjamin) (Entered: 08/06/2012) |
| 08/03/2012 | 661 | APPLICATION (APPROVED)to Appear Pro Hac Vice by Attorney Robert A Matson for Newegg, Inc.,Newegg.com, Inc. and for Rosewill Inc.. (pkb, ) (Entered: 08/03/2012) |
| 08/03/2012 | 660 | ORDER granting 659 Joint Motion to Amend 588 Docket Control Order and for Extension of Certain Deadlines. Signed by Judge Leonard Davis on 8/2/2012. (leh, ) (Entered: 08/03/2012) |
| 08/02/2012 | 659 | Joint MOTION to Amend/Correct 588 Order, Set Scheduling Order Deadlines, Set Hearings,,,,,,,,,,, 653 Order on Motion to Amend/Correct - *to Amend Docket Control Order and For Extension of Certain Deadlines* by AdjustaCam LLC, Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, Fry's Electronics Inc, Gear Head, LLC, Hewlett-Packard Company, KOHLS CORPORATION D/B/A KOHL'S Illinois, Inc., Micro Electronics, Inc. DBA Micro Center, Newegg, Inc., Newegg.com, Inc., Office Depot, Inc., Rosewill Inc., Sakar International, Inc., Wal-Mart Stores, Inc.. (Attachments: # 1 Text of Proposed Order)(Yarbrough, Herbert) (Entered: 08/02/2012) |
| 07/27/2012 | 🔒 | (Court only) *** Party defts CDW Corporation F/K/A CDW Computer Centers, Inc. and CDW, Inc. terminated per 658 Order of partial dismissal. (mll, ) (Entered: 07/27/2012) |
| 07/27/2012 | 658 | ORDER granting 655 Motion to Dismiss. All claims and counterclaims asserted in this suit between plaintiff, and defendant, CDW Corporation and CDW Inc, are hereby dismissed with prejudice. All costs, expenses and attorneys fees are to be borne by the party that incurred them. Signed by Judge Leonard Davis on 07/27/12. cc:attys 7-27-12 (mll, ) (Entered: 07/27/2012) |
| 07/26/2012 | 657 | ORDER granting 656 Motion for Extension of Time to Complete Discovery. Plaintiff and Defendants deadline to submit their Rebuttal Expert Witness Report is extended to 7-26-2012. Signed by Judge Leonard Davis on 07/26/12. cc:attys 7-26-12 (mll, ) (Entered: 07/26/2012) |
| 07/25/2012 | 656 | Unopposed MOTION for Extension of Time to Complete Discovery *of their Rebuttal Expert Witness Report* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 07/25/2012) |
| 07/13/2012 | 655 | Joint MOTION to Dismiss *CDW with Prejudice* by AdjustaCam LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc.. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Text of Proposed Order)(Edmonds, John) (Entered: 07/13/2012) |
| 06/18/2012 | 654 | NOTICE by Auditek Corporation *Request for Termination of Electronic Notices* (Hilton, Zachary) (Entered: 06/18/2012) |
| 06/11/2012 | | Scheduling Order Deadlines reset per 653 Order: Identify trial witnesses by 8/13/2012; Rebuttal Trial Witnesses identified by 8-27-2012. Dispositive Motions due by 10/12/2012; Response to Dispositive Motions due 11-02-2012. Submit opening letter briefs by 8-13-2012; Submit answering letter briefs by 8-27-2012; Submit reply letter briefs by 9-03-2012. (mll, ) (Entered: 06/12/2012) |
| 06/11/2012 | 653 | ORDER granting 652 Motion to Amend/Correct Docket Control Order. Signed by Judge Leonard Davis on 06/11/12. cc:attys 6-11-12 (mll, ) (Entered: 06/11/2012) |
| 06/07/2012 | 652 | Joint MOTION to Amend/Correct 588 Order, Set Scheduling Order Deadlines, Set Hearings,,,,,,,,, *and For Extension of Certain Deadlines* by AdjustaCam LLC, Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, CDW, LLC, Fry's Electronics Inc, Gear Head, LLC, Hewlett-Packard Company, KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Micro Electronics, Inc. DBA Micro Center, Newegg, Inc., Newegg.com, Inc., Office Depot, Inc., Rosewill Inc., Sakar International, Inc., Wal-Mart Stores, Inc.. (Attachments: # 1 Text of Proposed Order)(Yarbrough, Herbert) (Entered: 06/07/2012) |
| 06/07/2012 | 🔒 | (Court only) *** Party deft Digital Innovations, LLC, terminated per 651 Order of partial dismissal. (mll, ) (Entered: 06/07/2012) |
| 06/07/2012 | 651 | ORDER granting 649 Stipulation of Dismissal filed by AdjustaCam LLC. All claims and counterclaims asserted in this suit between plaintiff, and defendant, Digital Innovations, LLC, are hereby dismissed with prejudice. All costs, expenses and attorneys fees are to be borne by the party that incurred them. Signed by Judge Leonard Davis on 06/07/12. cc:attys 6-07-12(mll, ) (Entered: 06/07/2012) |
| 06/07/2012 | 650 | ORDER overruling pltf's objections 629 and defts' objections 632 , and adopting 627 Memorandum Opinion and Order of the US Magistrate Judge as the Opinion of this Court. Signed by Judge Leonard Davis on 06/07/12. cc:attys 6-07-12(mll, ) (Entered: 06/07/2012) |
| 06/06/2012 | | ***FILED IN ERROR PER ATTORNEY. Document # 648, Stipulation of Dismissal. PLEASE SEE ENTRY 649 FOR CORRECTED FILING.***<br><br>(gsg) (Entered: 06/06/2012) |
| 06/06/2012 | 649 | STIPULATION of Dismissal *with Prejudice between Plaintiff Adjustacam LLC and Defendant Digital Innovations, LLC* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order) (Edmonds, John) (Entered: 06/06/2012) |
| | | |

| | | |
|---|---|---|
| 06/06/2012 | 648 | ***FILED IN ERROR PER ATTORNEY. SEE ENTRY 649 FOR CORRECTED FILING.*** STIPULATION of Dismissal *with Prejudice between Plaintiff Adjustacam LLC and Defendant Digital Innovations, LLC* by Digital Innovations, LLC. (Attachments: # 1 Text of Proposed Order)(Edmonds, John) Modified on 6/6/2012 (gsg). (Entered: 06/06/2012) |
| 05/30/2012 | 🔒 | (Court only) *** Party deft Auditek Corporation, terminated per 647 Order of partial dismissal. (mll, ) (Entered: 05/30/2012) |
| 05/30/2012 | 647 | ORDER granting 646 Stipulation of Dismissal filed by AdjustaCam LLC. All claims and counterclaims asserted in this suit between plaintiff, and defendant, Auditek Corporation, are hereby dismissed with prejudice. All costs, expenses and attorneys fees are to be borne by the party that incurred them. Signed by Judge Leonard Davis on 05/30/12. cc:attys 5-30-12(mll, ) (Entered: 05/30/2012) |
| 05/29/2012 | 646 | STIPULATION of Dismissal *with Prejudice between Plaintiff Adjustacam LLC and Defendant Auditek Corporation* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order)(Edmonds, John) (Entered: 05/29/2012) |
| 05/29/2012 | 645 | ORDER granting 608 Motion for Extension of Time to File Markman Reply. Signed by Judge Leonard Davis on 05/29/12. cc:attys 5-29-12 (mll, ) (Entered: 05/29/2012) |
| 05/18/2012 | 644 | RESPONSE to 636 Response to Non-Motion, *DEFENDANTS REPLY TO PLAINTIFFS RESPONSETO DEFENDANTS OBJECTIONS TO CLAIM CONSTRUCTION ORDER* by Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., Digital Innovations, LLC, Fry's Electronics Inc, Gear Head, LLC, Hewlett-Packard Company, KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Micro Electronics, Inc. DBA Micro Center, Newegg, Inc., Newegg.com, Inc., Office Depot, Inc., Sakar International, Inc., Wal-Mart Stores, Inc.. (Daniels, Steven) (Entered: 05/18/2012) |
| 05/18/2012 | 643 | NOTICE by Systemax, Inc. D/B/A Compusa *Request to Terminate Electronic Notice* (Denenberg, David) (Entered: 05/18/2012) |
| 05/17/2012 | 642 | RESPONSE to 635 Response to Non-Motion,, *PLAINTIFFS REPLY TO DEFENDANTS OPPOSITION TO PLAINTIFFS OBJECTIONS TO THE MAGISTRATES ORDER ON CLAIM CONSTRUCTION* by AdjustaCam LLC. (Attachments: # 1 Exhibit 1)(Edmonds, John) (Entered: 05/17/2012) |
| 05/16/2012 | 641 | NOTICE of Attorney Appearance by Herbert J Hammond on behalf of Micro Electronics, Inc. DBA Micro Center (Hammond, Herbert) (Entered: 05/16/2012) |
| 05/10/2012 | 640 | ORDER granting 639 Motion to Withdraw as Attorney. Attorney Jia-geng Lu; Bryan Donivan Atkinson and Steven Robert Daniels terminated as counsel for deft Fry's Electronics Inc. Signed by Judge |

|  |  | Leonard Davis on 05/10/12. cc:attys 5-10-12 (mll, ) (Entered: 05/10/2012) |
|---|---|---|
| 05/08/2012 | 639 | Unopposed MOTION to Withdraw as Attorney *and Substitute Counsel* by Fry's Electronics Inc. (Attachments: # 1 Text of Proposed Order) (Daniels, Steven) (Entered: 05/08/2012) |
| 05/08/2012 | 638 | ORDER granting 634 Motion to extend deadlines. Discovery Deadline reset to 8-06-2012. Expert Witnesses designated by 6-25-2012; Rebuttal Expert Witnesses designated by 7-25-2012. Signed by Judge Leonard Davis on 05/08/12. cc:attys 5-08-12 (mll, ) (Entered: 05/08/2012) |
| 05/08/2012 | 637 | NOTICE of Attorney Appearance by George Walton Webb, III on behalf of Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, Hewlett-Packard Company, Micro Electronics, Inc. DBA Micro Center (Webb, George) (Entered: 05/08/2012) |
| 05/07/2012 | 636 | RESPONSE to 632 Appeal of Magistrate Judge Decision to District Court,,, by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Exhibit 1- Markman Order, # 3 Exhibit 2-343 Patent, # 4 Exhibit 3- 343 file history- Part I, # 5 Exhibit 3- 343 file history- Part II)(Edmonds, John) (Entered: 05/07/2012) |
| 05/07/2012 | 635 | RESPONSE to 629 Appeal of Magistrate Judge Decision to District Court by Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, CDW, LLC, Digital Innovations, LLC, Fry's Electronics Inc, Gear Head, LLC, Hewlett-Packard Company, KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Micro Electronics, Inc. DBA Micro Center, Newegg, Inc., Newegg.com, Inc., Office Depot, Inc., Rosewill Inc., Sakar International, Inc., Wal-Mart Stores, Inc.. (Attachments: # 1 Exhibit A)(Daniels, Steven) (Additional attachment (s) added on 5/8/2012: # 2 Text of Proposed Order) (leh, ). (Entered: 05/07/2012) |
| 05/07/2012 | 634 | Joint MOTION To Amend Docket Control Order and For Extension Of Certain Deadlines by AdjustaCam LLC, Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., CDW, LLC, Digital Innovations, LLC, Gear Head, LLC, Hewlett-Packard Company, KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Micro Electronics, Inc. DBA Micro Center, Newegg, Inc., Newegg.com, Inc., Office Depot, Inc., Rosewill Inc., Sakar International, Inc., Target Corp., Wal-Mart Stores, Inc.. (Attachments: # 1 Text of Proposed Order)(Yarbrough, Herbert) (Entered: 05/07/2012) |
| 04/30/2012 | 🔒 | (Court only) ***Attorney Herbert J Hammond, Patricia L Davidson and Vishal Patel for Office Depot, Inc. added. Attorney Jia-geng Lu; Bryan Donivan Atkinson and Steven Robert Daniels terminated per 633 Order substituting attorneys. (mll, ) (Entered: 04/30/2012) |
| 04/30/2012 | 633 | ORDER granting 631 Motion to Substitute Counsel. Mirick, O'Connell, Demallie & Lougee, LLP and Thompson & Knight are substituted as |

| | | |
|---|---|---|
| | | attorneys of record for deft Office Depot. Signed by Judge Leonard Davis on 04/30/12. cc:attys 4-30-12 (mll, ) (Entered: 04/30/2012) |
| 04/27/2012 | 632 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., Digital Innovations, LLC, Fry's Electronics Inc, Gear Head, LLC, Hewlett-Packard Company, KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Micro Electronics, Inc. DBA Micro Center, Newegg, Inc., Newegg.com, Inc., Office Depot, Inc., Rosewill Inc., Sakar International, Inc., Wal-Mart Stores, Inc. re 627 Order (Attachments: # 1 Affidavit B. Atkinson in Support of Objections, # 2 Exhibit A (United States Patent No. 5,855,343), # 3 Exhibit B (excerpts - Claim Construction Hearing), # 4 Exhibit C (Photographs), # 5 Text of Proposed Order)(Daniels, Steven) (Entered: 04/27/2012) |
| 04/27/2012 | 631 | Unopposed MOTION to Substitute Attorney by Office Depot, Inc.. (Attachments: # 1 Text of Proposed Order)(Patel, Vishal) (Entered: 04/27/2012) |
| 04/24/2012 | 🔒 | (Court only) *** Party deft Amazon.com, Inc., terminated per 630 Order of partial dismissal. (mll, ) (Entered: 04/25/2012) |
| 04/24/2012 | 630 | ORDER granting 628 Stipulation of Dismissal filed by AdjustaCam LLC. All claims and counterclaims asserted in this suit between plaintiff, and defendant, Amazon.com, Inc. are hereby dismissed with prejudice. All costs, expenses and attorneys fees are to be borne by the party that incurred them. Signed by Judge Leonard Davis on 04/24/12. cc:attys 4-25-12(mll, ) (Entered: 04/25/2012) |
| 04/24/2012 | 629 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by AdjustaCam LLC re 627 Order (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3(I), # 4 Exhibit 3(II), # 5 Text of Proposed Order) (Edmonds, John) (Entered: 04/24/2012) |
| 04/23/2012 | 628 | STIPULATION of Dismissal of Defendant, Amazon.com, Inc. by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 04/23/2012) |
| 04/10/2012 | 627 | MEMORANDUM OPINION AND ORDER. The Court interprets the claim language in this case in the manner set forth in this Order. Signed by Magistrate Judge John D. Love on 04/10/12. cc:attys 4-10-12(mll, ) (Entered: 04/10/2012) |
| 04/04/2012 | 626 | NOTICE of Attorney Appearance by Joshua Brooks Long on behalf of AdjustaCam LLC (Long, Joshua) (Entered: 04/04/2012) |
| 04/02/2012 | 625 | AGREED PROTECTIVE ORDER. Signed by Judge Leonard Davis on 4/2/2012. (leh, ) (Entered: 04/02/2012) |
| 03/30/2012 | 624 | Unopposed MOTION for Protective Order by Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., Fry's Electronics Inc, Hewlett- |

| | | |
|---|---|---|
| | | Packard Company, Office Depot, Inc.. (Attachments: # 1 Text of Proposed Order)(Atkinson, Bryan) (Entered: 03/30/2012) |
| 03/26/2012 | 623 | ORDER granting 621 Motion to Amend Docket Control Order and Extension of Certain Deadlines. Signed by Judge Leonard Davis on 03/26/12. cc:attys 3-26-12 (mll, ) (Entered: 03/26/2012) |
| 03/26/2012 | 622 | REPORT of Mediation by James W Knowles. Mediation result: Settlement - Auditek(Knowles, James) (Entered: 03/26/2012) |
| 03/23/2012 | 621 | Joint MOTION To Amend Docket Control Order and For Extension Of Certain Deadlines by Newegg, Inc., Newegg.com, Inc.. (Attachments: # 1 Text of Proposed Order)(Yarbrough, Herbert) (Entered: 03/23/2012) |
| 03/22/2012 | 620 | ORDER granting 618 Stipulated Motion for Dismissal With Prejudice. It is ordered that all claims and counterclaims asserted in this suit between Plaintiff Adjustacam LLC and Defendants CompUSA.com, New CompUSA Corporation, Systemax Inc, and Tiger Direct Inc, are hereby dismissed with prejudice. All costs, expenses and attorney's fees are to be borne by the party that incurred them. Signed by Judge Leonard Davis on 3/22/2012. (leh, ) (Entered: 03/22/2012) |
| 03/22/2012 | 619 | NOTICE of Attorney Appearance by Laura Lindsay Chapman on behalf of Wal-Mart Stores, Inc. (Chapman, Laura) (Entered: 03/22/2012) |
| 03/21/2012 | 618 | STIPULATION of Dismissal *of Defendants CompUSA.com Inc., New CompUSA Corp., Systemax Inc.,and TigerDirect, Inc.* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order) (Edmonds, John) (Additional attachment(s) added on 3/22/2012: # 2 Corrected Proposed Order) (gsg, ). (Entered: 03/21/2012) |
| 03/08/2012 | 617 | REPORT of Mediation by James W Knowles. Mediation result: Partial Settlements(Knowles, James) (Entered: 03/08/2012) |
| 03/06/2012 | 616 | NOTICE of Attorney Appearance by Johnathan K Yazdani on behalf of AdjustaCam LLC (Yazdani, Johnathan) (Entered: 03/06/2012) |
| 03/05/2012 | 🔒 | (Court only) *** Party deft Target Corp. terminated per 615 Order of partial dismissal. (mll, ) (Entered: 03/05/2012) |
| 03/05/2012 | 615 | ORDER granting 613 Motion to Dismiss. All claims and counterclaims asserted in this suit between plaintiff, and defendant Target Corporation are hereby dismissed WITHOUT PREJUDICE. All costs, expenses and attorneys fees are to be borne by the party that incurred them. Signed by Judge Leonard Davis on 03/05/12. cc:attys 3-05-12 (mll, ) (Entered: 03/05/2012) |
| 03/02/2012 | 614 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of CLAIM CONSTRUCTION HEARING held on 2/9/12 before Judge John D. Love. Court Reporter/Transcriber: Shelly Holmes, CSR,Telephone number: (903) 593-3213. (98 Pages)<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have** |

|  |  | seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/26/2012. Redacted Transcript Deadline set for 4/5/2012. Release of Transcript Restriction set for 6/4/2012. (tja, ) (Entered: 03/02/2012) |
|------------|-----|---------------|
| 03/02/2012 | 613 | Joint MOTION to Dismiss *Target Corporation* by AdjustaCam LLC, Target Corp.. (Attachments: # 1 Text of Proposed Order)(Daniels, Steven) (Entered: 03/02/2012) |
| 03/01/2012 | 612 | NOTICE by AdjustaCam LLC *of Change of Firm Name* (Spangler, Andrew) (Entered: 03/01/2012) |
| 02/28/2012 | 611 | NOTICE of Attorney Appearance by Charles Van Cleef on behalf of AdjustaCam LLC (Van Cleef, Charles) (Entered: 02/28/2012) |
| 02/15/2012 | 610 | RESPONSE to Motion re 608 Opposed MOTION for Extension of Time to File *Reply filed by Auditek Corporation, Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., Compusa.com, Inc., Digital Innovations, LLC, Fry's Electronics Inc, Gear Head, LLC, Hewlett-Packard Company, KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Micro Electronics, Inc. DBA Micro Center, New Compusa Corporation, Newegg, Inc., Newegg.com, Inc., Office Depot, Inc., Rosewill Inc., Sakar International, Inc., Systemax, Inc. D/B/A Compusa, Target Corp., Tigerdirect, Inc., Wal-Mart Stores, Inc..* (Atkinson, Bryan) (Additional attachment(s) added on 2/16/2012: # 1 Text of Proposed Order) (mjc, ). (Entered: 02/15/2012) |
| 02/09/2012 | 609 | Minute Entry for proceedings held before Magistrate Judge John D. Love: Markman Hearing held on 2/9/2012. (Court Reporter Shelly Holmes) (Attachments: # 1 Attorney Sign-In Sheet) (mjm) (Entered: 02/10/2012) |
| 02/08/2012 | 608 | Opposed MOTION for Extension of Time to File *Reply* by AdjustaCam LLC. (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order) (Edmonds, John) (Entered: 02/09/2012) |
| 02/08/2012 | 607 | NOTICE by Auditek Corporation *OF JOINDER RE CLAIM CONSTRUCTION* (Lee, Jen-Feng) (Entered: 02/08/2012) |
| 02/08/2012 | 606 | NOTICE by KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Sakar International, Inc. *NOTICE OF JOINDER REGARDING CLAIM CONSTRUCTION HEARING* (Sutton, Ezra) (Entered: 02/08/2012) |
|  |  |  |

| 02/08/2012 | <u>605</u> | NOTICE by Digital Innovations, LLC *of Joinder Regarding Claim Construction Hearing* (Leung, Gary) (Entered: 02/08/2012) |
| 02/02/2012 | <u>604</u> | JOINT CLAIM CONSTRUCTION CHART filed by AdjustaCam LLC. (Attachments: # <u>1</u> Exhibit Chart)(Edmonds, John) (Entered: 02/02/2012) |
| 02/02/2012 | <u>603</u> | NOTICE by KMart Corporation, Overstock.com, Inc., Sears Brands, LLC, Sears Holdings Corporation D/B/A Sears, Sears, Roebuck and Company *of Request for Termination of Electronic Notices* (Barr, John) (Entered: 02/02/2012) |
| 02/01/2012 | <u>602</u> | ORDER granting <u>600</u> Motion for Extension of Time. The mediation deadline for this case is extended to 3-06-2012. Signed by Judge Leonard Davis on 02/01/12. cc:attys 2-01-12 (mll, ) (Entered: 02/01/2012) |
| 01/31/2012 | <u>601</u> | REPLY to <u>595</u> Claim Construction Brief,,, *filed by AdjustaCam LLC.* (Attachments: # <u>1</u> Exhibit 1)(Edmonds, John) (Entered: 01/31/2012) |
| 01/31/2012 | <u>600</u> | Joint MOTION *to request an extension of the Courts mediation deadline* by AdjustaCam LLC. (Attachments: # <u>1</u> Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 01/31/2012) |
| 01/30/2012 | <u>599</u> | ORDER referring this case for claim construction only to United States Magistrate Judge John D. Love for disposition. The undersigned will continue to oversee all other matters. Signed by Judge Leonard Davis on 01/30/12. cc:attys 1-30-12(mll, ) (Entered: 01/30/2012) |
| 01/28/2012 | <u>598</u> | NOTICE by AdjustaCam LLC re *Time Requested for Markman Hearing* (Edmonds, John) (Entered: 01/28/2012) |
| 01/27/2012 | <u>597</u> | NOTICE by Amazon.com, Inc., Auditek Corporation, Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., CDW, LLC, Compusa.com, Inc., Digital Innovations, LLC, Fry's Electronics Inc, Gear Head, LLC, Hewlett-Packard Company, KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Micro Electronics, Inc. DBA Micro Center, New Compusa Corporation, Newegg, Inc., Newegg.com, Inc., Office Depot, Inc., Rosewill Inc., Sakar International, Inc., Systemax, Inc. D/B/A Compusa, Target Corp., Tigerdirect, Inc., Wal-Mart Stores, Inc. *Regarding Time for Markman Hearing* (Lu, Jia-geng) (Entered: 01/27/2012) |
| 01/18/2012 | <u>596</u> | NOTICE by Blue Microphones, LLC, J&R ELECTRONICS INC. D/B/A J&R *Request for Termination of Electronic Notices* (Gardner, Allen) (Entered: 01/18/2012) |
| 01/17/2012 | <u>595</u> | CLAIM CONSTRUCTION BRIEF filed by Amazon.com, Inc., Auditek Corporation, Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., CDW, LLC, Compusa.com, Inc., Digital Innovations, LLC, Fry's Electronics Inc, Gear Head, LLC, Hewlett- |

|  |  | Packard Company, KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Micro Electronics, Inc. DBA Micro Center, New Compusa Corporation, Newegg, Inc., Newegg.com, Inc., Office Depot, Inc., Rosewill Inc., Sakar International, Inc., Systemax, Inc. D/B/A Compusa, Target Corp., Tigerdirect, Inc., Wal-Mart Stores, Inc.. (Attachments: # 1 Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E)(Daniels, Steven) (Entered: 01/17/2012) |
| 01/17/2012 | 594 | NOTICE by CONNS, INC. D/B/A CONNS - *Request for Termination of Electronic Notices* (Heartfield, J) (Entered: 01/17/2012) |
| 01/09/2012 | 593 | ORDER granting 587 Motion to Substitute Attorney. Added attorney Tamara Danielle Stiner Toomer for Digital Innovations, LLC. Attorney Bradley Wayne Hoover terminated. Signed by Judge Leonard Davis on 01/09/12. cc:attys 1-10-12 (mll, ) (Entered: 01/10/2012) |
| 01/09/2012 | 592 | NOTICE of Attorney Appearance by Jia-geng Lu on behalf of Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., CDW, LLC, Fry's Electronics Inc, Hewlett-Packard Company, Micro Electronics, Inc. DBA Micro Center, Office Depot, Inc., Target Corp. (Lu, Jia-geng) (Entered: 01/09/2012) |
| 01/09/2012 | 591 | NOTICE of Attorney Appearance by Bryan Donivan Atkinson on behalf of Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., CDW, LLC, Fry's Electronics Inc, Hewlett-Packard Company, Micro Electronics, Inc. DBA Micro Center, Office Depot, Inc., Target Corp. (Atkinson, Bryan) (Entered: 01/09/2012) |
| 01/06/2012 | 590 | ORDER granting 589 Motion for Extension of Time. Defendants deadline to file their responsive brief and supporting evidence is extended to 1-17-2012. Signed by Judge Leonard Davis on 01/06/12. cc:attys 1-06-12 (mll, ) (Entered: 01/06/2012) |
| 01/05/2012 | 589 | Unopposed MOTION for Extension of Time to File *responsive brief and supporting evidence under P.R. 4-5(b)* by Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., Fry's Electronics Inc, Hewlett-Packard Company, Micro Electronics, Inc. DBA Micro Center, Office Depot, Inc., Target Corp.. (Attachments: # 1 Text of Proposed Order) (Daniels, Steven) (Entered: 01/05/2012) |
| 01/05/2012 | 🔒 | (Court only) ***Motions terminated: 584 Joint MOTION to Amend/Correct *Docket Control Order (re Letter Briefs)* filed by AdjustaCam LLC. TERMINATED as moot per entry of 588 Amended Docket Control Order. (mll, ) (Entered: 01/05/2012) |
| 01/05/2012 | 588 | AMENDED DOCKET CONTROL ORDER. Discovery due by 6/25/2012. Expert Witness List due by 4/23/2012; Rebuttal Expert Witnesses designated by 5-23-2012. Identify trial witnesses by 7/25/2012; Rebuttal Trial Witnesses identified by 8-08-2012. Jury instructions due by 10/2/2012. Dispositive Motions due by 8/8/2012; |

|  |  | Response to Dispositive Motions due 9-10-2012. Proposed Pretrial Order due by 10/2/2012. Jury Selection set for 1/7/2013 09:00AM before Judge Leonard Davis. Jury Trial set for 1/14/2013 09:00 AM before Judge Leonard Davis. Markman Hearing set for 2/9/2012 09:00 AM before Judge Leonard Davis. Pretrial Conference set for 12/18/2012 09:00 AM before Judge Leonard Davis. Expected Length of Trial 5 days. Signed by Judge Leonard Davis on 01/04/12. cc:attys 1-05-12(mll, ) (Entered: 01/05/2012) |
|---|---|---|
| 01/05/2012 | 587 | Unopposed MOTION to Substitute Attorney by Digital Innovations, LLC. (Attachments: # 1 Text of Proposed Order)(Leung, Gary) (Additional attachment(s) added on 1/9/2012: # 2 Text of Proposed Order Corrected) (mjc, ). (Entered: 01/05/2012) |
| 01/04/2012 | 🔒 | (Court only) *** Party deft J&R ELECTRONICS INC. D/B/A J&R terminated per 586 Order of partial dismissal. (mll, ) (Entered: 01/05/2012) |
| 01/04/2012 | 586 | ORDER granting 579 Motion to Dismiss. The claims and counterclaims between Adjustacam LLC and Defendant J&R Electronics Inc. are hereby dismissed with prejudice, and each party is to bear its own attorneys fees and costs. Signed by Judge Leonard Davis on 01/04/12. cc:attys 1-05-12 (mll, ) (Entered: 01/05/2012) |
| 01/03/2012 | 585 | NOTICE by AdjustaCam LLC *(re Technical Advisor)* (Edmonds, John) (Entered: 01/03/2012) |
| 01/03/2012 | 584 | Joint MOTION to Amend/Correct *Docket Control Order (re Letter Briefs)* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order)(Edmonds, John) (Entered: 01/03/2012) |
| 01/03/2012 | 583 | NOTICE by Rosewill Inc. re 451 Order *Notice of Compliance Regarding Privilege Log* (Herberholz, Dana) (Entered: 01/03/2012) |
| 01/03/2012 | 582 | NOTICE by Newegg.com, Inc. re 451 Order *Notice of Compliance Regarding Privilege Log* (Herberholz, Dana) (Entered: 01/03/2012) |
| 01/03/2012 | 581 | NOTICE by Newegg, Inc. re 451 Order *Notice of Compliance Regarding Privilege Log* (Herberholz, Dana) (Entered: 01/03/2012) |
| 01/03/2012 | 580 | NOTICE of Attorney Appearance by John N Zarian on behalf of Newegg, Inc., Newegg.com, Inc., Rosewill Inc. (Zarian, John) (Entered: 01/03/2012) |
| 01/03/2012 | 579 | Joint MOTION FOR DISMISSAL WITH PREJUDICE by AdjustaCam LLC, J&R ELECTRONICS INC. D/B/A J&R. (Attachments: # 1 Text of Proposed Order)(Gardner, Allen) (Entered: 01/03/2012) |
| 12/27/2011 | 578 | NOTICE by Gear Head, LLC *of Joinder Regarding Technical Tutorial* (Davidson, Patricia) (Entered: 12/27/2011) |
| 12/27/2011 |  | NOTICE of Deficiency regarding the 577 Notice submitted by Gear Head, LLC. Document does not contain a Certificate of Service. Correction should be made by one business day. (mjc, ) (Entered: |

| | | 12/27/2011) |
|---|---|---|
| 12/23/2011 | 577 | ***DOCUMENT FILED IN ERROR. PLEASE DISREGARD.*** NOTICE by Gear Head, LLC *Defendant Gear Head, LLC's Notice of Joinder Regarding Technical Tutorial* (Davidson, Patricia) Modified on 12/27/2011 (mjc, ). (Entered: 12/23/2011) |
| 12/22/2011 | 576 | ORDER that by 1-02-2012, parties are to meet and confer and submit: (1) an agreed Docket Control Order incorporating letter brief deadlines and (2)a proposed technical advisor or a statement that they have failed to reach agreement as to any potential technical advisor. Signed by Judge Leonard Davis on 12/22/11. cc:attys 12-22-11(mll, ) (Entered: 12/22/2011) |
| 12/19/2011 | 575 | CLAIM CONSTRUCTION BRIEF filed by AdjustaCam LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (Edmonds, John) (Additional attachment(s) added on 12/21/2011: # 5 Exhibit 1 Searchable) (mjc, ). (Entered: 12/19/2011) |
| 12/19/2011 | 574 | ORDER granting 573 Motion for Extension of Time. Plaintiffs deadline to file its opening brief and any evidence supporting its claim construction is extended to 12-19-2011. Signed by Judge Leonard Davis on 12/19/11. cc:attys 12-19-11 (mll, ) (Entered: 12/19/2011) |
| 12/16/2011 | 573 | Unopposed MOTION for Extension of Time to File *its opening brief and any evidence supporting its claim construction* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order) (Edmonds, John) (Entered: 12/16/2011) |
| 12/15/2011 | 572 | NOTICE by Newegg, Inc., Newegg.com, Inc., Rosewill Inc. *of Joinder Regarding Technical Tutorial* (Yarbrough, Herbert) (Entered: 12/15/2011) |
| 12/15/2011 | 571 | NOTICE by Compusa.com, Inc., New Compusa Corporation, Systemax, Inc. D/B/A Compusa, Tigerdirect, Inc. *Defendants' Notice of Compliance* (Denenberg, David) (Entered: 12/15/2011) |
| 12/15/2011 | 570 | NOTICE by J&R ELECTRONICS INC. D/B/A J&R re 564 Notice (Other), Notice (Other) *of Joinder regarding Technical Tutorial* (Gardner, Allen) (Entered: 12/15/2011) |
| 12/15/2011 | 569 | NOTICE by Compusa.com, Inc., New Compusa Corporation, Systemax, Inc. D/B/A Compusa, Tigerdirect, Inc. *Defendants' Notice of Joinder Regarding Technical Tutorial* (Denenberg, David) (Entered: 12/15/2011) |
| 12/15/2011 | 568 | NOTICE by Digital Innovations, LLC *of Joinder Regarding Technical Tutorial* (Leung, Gary) (Entered: 12/15/2011) |
| 12/15/2011 | 567 | NOTICE by Amazon.com, Inc. *of Joinder Regarding Technical Tutorial* (Craft, Roger) (Entered: 12/15/2011) |
| 12/14/2011 | 566 | NOTICE by AdjustaCam LLC *(MARKMAN TUTORIAL)* (Edmonds, John) (Entered: 12/14/2011) |

| 12/14/2011 | 565 | NOTICE by Wal-Mart Stores, Inc. *re Technology Tutorial* (DeGyarfas, Victor) (Entered: 12/14/2011) |
|---|---|---|
| 12/14/2011 | 564 | NOTICE by Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., Fry's Electronics Inc, Hewlett-Packard Company, Office Depot, Inc., Target Corp. *re: Technical Tutorial* (Atkinson, Bryan) (Entered: 12/14/2011) |
| 12/05/2011 | 🔒 | (Court only) *** Party deft Dell, Inc., terminated per 563 Order of partial dismissal. (mll, ) (Entered: 12/06/2011) |
| 12/05/2011 | 563 | ORDER granting 561 Stipulation of Dismissal filed by AdjustaCam LLC. All claims and counterclaims asserted in this suit between plaintiff, and defendant, Dell, Inc., are hereby dismissed with prejudice. All costs, expenses and attorneys fees are to be borne by the party that incurred them. Signed by Judge Leonard Davis on 12/05/11. cc:attys 12-06-11(mll, ) (Entered: 12/06/2011) |
| 12/01/2011 | 🔒 | (Court only) *** Party defts Macally Peripherals, Inc. D/B/A Macally U.S.A., Mace Group, Inc., terminated per 562 Order of partial dismissal. (mll, ) (Entered: 12/01/2011) |
| 12/01/2011 | 562 | ORDER granting 559 Stipulation of Dismissal filed by AdjustaCam LLC. All claims and counterclaims asserted in this suit between plaintiff, and defendant, MACE GROUP, Inc and MACALLY PERIPHERALS, INC. d/b/a MACALLY U.S.A., are hereby dismissed without prejudice until 7-07-2012, at which time, unless earlier withdrawn, the dismissal shall become with prejudice. All costs, expenses and attorneys fees are to be borne by the party that incurred them. Signed by Judge Leonard Davis on 12/01/11. cc:attys 12-01-11 (mll, ) (Entered: 12/01/2011) |
| 12/01/2011 | 561 | STIPULATION of Dismissal *of Defendant Dell, Inc.* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order) (Edmonds, John) (Entered: 12/01/2011) |
| 11/30/2011 | 559 | STIPULATION of Dismissal *of Defendants MACE GROUP, Inc and MACALLY PERIPHERALS, INC. d/b/a MACALLY U.S.A.,* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 11/30/2011) |
| 11/29/2011 | 🔒 | (Court only) *** Party deft Creative Labs, Inc., terminated per 560 Order of partial dismissal. (mll, ) (Entered: 11/30/2011) |
| 11/29/2011 | 560 | ORDER granting 558 Stipulation of Dismissal filed by AdjustaCam LLC. All claims and counterclaims asserted in this suit between plaintiff, and defendant, Creative Labs, Inc., are hereby dismissed with prejudice. All costs, expenses and attorneys fees are to be borne by the party that incurred them. Signed by Judge Leonard Davis on 11/29/11. cc:attys 11-30-11(mll, ) (Entered: 11/30/2011) |
| 11/28/2011 | 558 | STIPULATION of Dismissal *of Defendant Creative Labs, Inc.,* by |

| | | |
|---|---|---|
| | | AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 11/28/2011) |
| 11/16/2011 | 557 | CLAIM CONSTRUCTION BRIEF filed by AdjustaCam LLC. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)(Edmonds, John) (Entered: 11/16/2011) |
| 11/16/2011 | 556 | NOTICE of Attorney Appearance by Dana M Herberholz on behalf of Newegg, Inc., Newegg.com, Inc., Rosewill Inc. (Herberholz, Dana) (Entered: 11/16/2011) |
| 11/15/2011 | 555 | ORDER granting 554 Motion for Extension of Time to Comply with P.R. 4-3 from November 11, 2011 to November 16, 2011. Signed by Judge Leonard Davis on 11/14/11. (mjc, ) (Entered: 11/15/2011) |
| 11/11/2011 | 554 | Unopposed MOTION for Extension of Time to File *Comply with P.R. 4-3* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 11/11/2011) |
| 11/10/2011 | 553 | REPORT of Mediation by James W Knowles. Mediation result: Partial Settlement / Suspended(Knowles, James) (Entered: 11/10/2011) |
| 11/02/2011 | 552 | NOTICE by Compusa.com, Inc., New Compusa Corporation, Systemax, Inc. D/B/A Compusa, Tigerdirect, Inc. *Notice Of Compliance Regarding Privliege Log For Defendants COMPUSA.COM, INC., NEW COMPUSA CORP., SYSTEMAX INC., and TIGERDIRECT, INC.* (Denenberg, David) (Entered: 11/02/2011) |
| 11/02/2011 | 551 | NOTICE by Amazon.com, Inc. *of Compliance Regarding Privilege Log* (Craft, Roger) (Entered: 11/02/2011) |
| 11/02/2011 | 550 | NOTICE by Fry's Electronics Inc *of Compliance Regarding Privilege Log* (Daniels, Steven) (Entered: 11/02/2011) |
| 11/02/2011 | 549 | NOTICE by CDW, LLC *of Compliance Regarding Privilege Log* (Daniels, Steven) (Entered: 11/02/2011) |
| 11/02/2011 | 548 | NOTICE by Micro Electronics, Inc. DBA Micro Center *of Compliance Regarding Privilege Log* (Daniels, Steven) (Entered: 11/02/2011) |
| 11/02/2011 | 547 | NOTICE by Office Depot, Inc. *of Compliance Regarding Privilege Log* (Daniels, Steven) (Entered: 11/02/2011) |
| 11/02/2011 | 546 | NOTICE by Target Corp. *of Compliance Regarding Privilege Log* (Daniels, Steven) (Entered: 11/02/2011) |
| 11/02/2011 | 545 | NOTICE by Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC *of Compliance Regarding Privilege Log* (Daniels, Steven) (Entered: 11/02/2011) |
| 11/02/2011 | 544 | NOTICE by Hewlett-Packard Company *of Compliance Regarding Privilege Log* (Daniels, Steven) (Entered: 11/02/2011) |
| 11/02/2011 | 543 | NOTICE by Creative Labs, Inc., *of Compliance Regarding Privilege Log* (Daniels, Steven) (Entered: 11/02/2011) |

| 11/01/2011 | 542 | NOTICE by Wal-Mart Stores, Inc. *of Compliance Regarding Privilege Log* (DeGyarfas, Victor) (Entered: 11/01/2011) |
|---|---|---|
| 11/01/2011 | 541 | NOTICE by Newegg, Inc., Newegg.com, Inc., Rosewill Inc. *Notice of Change of Firm Name* (Cuneo, Christopher) (Entered: 11/01/2011) |
| 10/28/2011 | 540 | NOTICE by J&R ELECTRONICS INC. D/B/A J&R re 451 Order *OF COMPLIANCE REGARDING PRIVILEGE LOG* (Gardner, Allen) (Entered: 10/28/2011) |
| 10/11/2011 | 539 | ORDER granting 537 Motion to Withdraw as Attorney. Attorney Erick Scott Robinson terminated. Signed by Judge Leonard Davis on 10/11/11. cc:attys 10-11-11 (mll, ) (Entered: 10/11/2011) |
| 10/04/2011 | 538 | ORDER that parties meet and confer and resubmit an agreed Docket Control Order incorporating letter brief deadlines. Signed by Judge Leonard Davis on 10/04/11. cc:attys 10-04-11(mll, ) (Entered: 10/04/2011) |
| 10/04/2011 | 537 | Unopposed MOTION to Withdraw as Attorney by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 10/04/2011) |
| 09/30/2011 | 536 | RESPONSE in Opposition re 473 Opposed SEALED MOTION *for Partial Summary Judgment - Defendant CDW's Notice of Joinder filed by AdjustaCam LLC.* (Attachments: # 1 Text of Proposed Order Order No. 1, # 2 Text of Proposed Order Order No. 2)(Edmonds, John) (Entered: 09/30/2011) |
| 09/21/2011 | 🔒 | (Court only) *** Party deft Overstock.com, Inc. terminated per 535 Order of partial dismissal. (mll, ) (Entered: 09/21/2011) |
| 09/21/2011 | 535 | ORDER granting 534 Stipulation of Dismissal filed by AdjustaCam LLC. All claims and counterclaims in this action between pltf and deft Overstock.com Inc are dismissed with prejudice, with each party to bear their own costs, expenses, and attorney's fees. Signed by Judge Leonard Davis on 09/21/11. cc:attys 9-21-11(mll, ) (Entered: 09/21/2011) |
| 09/20/2011 | 534 | STIPULATION of Dismissal *of Defendant Overstock.com, Inc.* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 09/20/2011) |
| 09/19/2011 | 533 | ANSWER to 497 Answer to Amended Complaint, Counterclaim *of Defendant Wal-Mart Stores, Inc.* by AdjustaCam LLC.(Edmonds, John) (Entered: 09/19/2011) |
| 09/19/2011 | 532 | ANSWER to 520 Answer to Amended Complaint, Counterclaim,, *of Defendant Sakar International, Inc.* by AdjustaCam LLC.(Edmonds, John) (Entered: 09/19/2011) |
| 09/19/2011 | 531 | ANSWER to 496 Answer to Amended Complaint, Counterclaim *of Defendant Rosewill Inc.* by AdjustaCam LLC.(Edmonds, John) (Entered: 09/19/2011) |

| 09/19/2011 | 530 | ANSWER to 498 Answer to Amended Complaint, Counterclaim *of Defendant Overstock.com, Inc.* by AdjustaCam LLC.(Edmonds, John) (Entered: 09/19/2011) |
| 09/19/2011 | 529 | ANSWER to 495 Answer to Amended Complaint, Counterclaim *of Defendants Newegg Inc. and Newegg.com Inc.* by AdjustaCam LLC. (Edmonds, John) (Entered: 09/19/2011) |
| 09/19/2011 | 528 | ANSWER to 521 Answer to Amended Complaint, Counterclaim,, *of Defendants Kohls Illinois, Inc. and Kohls Corporation* by AdjustaCam LLC.(Edmonds, John) (Entered: 09/19/2011) |
| 09/19/2011 | 527 | ANSWER to 499 Answer to Amended Complaint, Counterclaim *of Defendant Digital Innovations, LLC* by AdjustaCam LLC.(Edmonds, John) (Entered: 09/19/2011) |
| 09/19/2011 | 526 | ANSWER to 500 Answer to Amended Complaint, Counterclaim *of Defendant Dell, Inc.* by AdjustaCam LLC.(Edmonds, John) (Entered: 09/19/2011) |
| 09/19/2011 | 525 | ANSWER to Complaint */Counterclaim of Defendants CompUSA.com, Inc., New CompUSA Corp., TigerDirect, Inc. and Systemax, Inc.* by AdjustaCam LLC.(Edmonds, John) (Entered: 09/19/2011) |
| 09/19/2011 | 524 | ANSWER to 501 Answer to Amended Complaint, Counterclaim *of Defendant Auditek Corp.* by AdjustaCam LLC.(Edmonds, John) (Entered: 09/19/2011) |
| 09/19/2011 | 523 | ANSWER to 503 Answer to Amended Complaint, Counterclaim *of Defendant Amazon.com, Inc.* by AdjustaCam LLC.(Edmonds, John) (Entered: 09/19/2011) |
| 09/15/2011 | 🔒 | (Court only) *** Party deft Lifeworks Technology Group, LLC terminated per 522 Order of partial dismissal. (mll, ) (Entered: 09/15/2011) |
| 09/15/2011 | 522 | ORDER granting 519 Stipulation of Dismissal filed by AdjustaCam LLC. All claims and counterclaims in this action between pltf and deft Lifeworks Technology Group, LLC are dismissed with prejudice, with each party to bear their own costs, expenses, and attorney's fees. Signed by Judge Leonard Davis on 09/15/11. cc:attys 9-15-11(mll, ) (Entered: 09/15/2011) |
| 09/14/2011 | 521 | *Defendant Kohl's Illinois, Inc. & Kohls Corporation's Answer to Third Amended Complaint, Affirmative Defenses, Counterclaims, and Jury Demand* ANSWER to 485 Amended Complaint, COUNTERCLAIM against AdjustaCam LLC by KOHLS CORPORATION D/B/A KOHL'S.(Sutton, Ezra) (Entered: 09/14/2011) |
| 09/14/2011 | 520 | *Defendant Sakar International, Inc.'s Answer to the Third Amended Complaint, Affirmative Defenses, Counterclaims, and Jury Demand* ANSWER to 485 Amended Complaint, COUNTERCLAIM against AdjustaCam LLC by Sakar International, Inc..(Sutton, Ezra) (Entered: 09/14/2011) |

| 09/13/2011 | 519 | STIPULATION of Dismissal *of Defendant Lifeworks Technology Group, LLC* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 09/13/2011) |
| --- | --- | --- |
| 09/09/2011 | 518 | NOTICE by CDW, LLC re 473 Opposed SEALED MOTION *for Partial Summary Judgment - Notice of Joinder in Motion* (Attachments: # 1 Exhibit 1 - Declaration of CDW LLC, # 2 Text of Proposed Order Granting Motion as to CDW LLC)(Daniels, Steven) (Entered: 09/09/2011) |
| 09/08/2011 | 517 | ORDER denying as moot 147 Motion to Dismiss; denying as moot 164 Motion to Dismiss. Signed by Judge Leonard Davis on 09/08/11. cc:attys 9-08-11 (mll, ) (Entered: 09/08/2011) |
| 09/01/2011 | 516 | NOTICE by Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Blue Microphones, LLC *Requesting Termination of Electronic Notices* (Sarvaiya, M) (Entered: 09/01/2011) |
| 08/30/2011 | 515 | ORDER denying as moot 276 Motion to Dismiss. Signed by Judge Leonard Davis on 08/30/11. cc:attys 8-31-11 (mll, ) (Entered: 08/31/2011) |
| 08/30/2011 | 514 | ORDER granting 480 Motion to Seal Document. Signed by Judge Leonard Davis on 8/30/2011. (gsg) (Entered: 08/30/2011) |
| 08/30/2011 | 513 | *Defendant, Gear Head, LLC's* ANSWER to 485 Amended Complaint *[Third] for Patent Infringement* by Gear Head, LLC.(Davidson, Patricia) (Entered: 08/30/2011) |
| 08/29/2011 | 512 | ANSWER to 485 Amended Complaint by Target Corp..(Daniels, Steven) (Entered: 08/29/2011) |
| 08/29/2011 | 511 | ANSWER to 485 Amended Complaint by Office Depot, Inc..(Daniels, Steven) (Entered: 08/29/2011) |
| 08/29/2011 | 510 | ANSWER to 485 Amended Complaint by Micro Electronics, Inc. DBA Micro Center.(Daniels, Steven) (Entered: 08/29/2011) |
| 08/29/2011 | 509 | ANSWER to 485 Amended Complaint by Hewlett-Packard Company. (Daniels, Steven) (Entered: 08/29/2011) |
| 08/29/2011 | 508 | ANSWER to 485 Amended Complaint by Fry's Electronics Inc. (Daniels, Steven) (Entered: 08/29/2011) |
| 08/29/2011 | 507 | ANSWER to 485 Amended Complaint by Creative Labs, Inc.,. (Daniels, Steven) (Entered: 08/29/2011) |
| 08/29/2011 | 506 | ANSWER to 485 Amended Complaint by CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., CDW, LLC.(Daniels, Steven) (Entered: 08/29/2011) |
| 08/29/2011 | 505 | ANSWER to 485 Amended Complaint by Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC.(Daniels, Steven) (Entered: 08/29/2011) |

| 08/29/2011 | 504 | *Defendant's* ANSWER to 485 Amended Complaint by J&R ELECTRONICS INC. D/B/A J&R.(Jones, Michael) (Entered: 08/29/2011) |
| 08/29/2011 | 503 | ANSWER to 485 Amended Complaint, COUNTERCLAIM against AdjustaCam LLC by Amazon.com, Inc..(Findlay, Eric) (Entered: 08/29/2011) |
| 08/29/2011 | 502 | ***DOCUMENT FILED IN ERROR. PLEASE DISREGARD. DUPLICATE ENTRY.*** ANSWER to Complaint *Dell Inc.'s Answer to Adjustacam LLC's Third Amended Complaint and*, COUNTERCLAIM against AdjustaCam LLC by Dell, Inc.,.(Fulghum, Roger) Modified on 8/29/2011 (mjc, ). (Entered: 08/29/2011) |
| 08/29/2011 | 501 | ANSWER to 485 Amended Complaint, COUNTERCLAIM against AdjustaCam LLC by Auditek Corporation.(Lee, Jen-Feng) (Entered: 08/29/2011) |
| 08/29/2011 | 500 | *Dell Inc.'s* ANSWER to 485 Amended Complaint *Third Amended Complaint*, COUNTERCLAIM *for Patent Infringement* against AdjustaCam LLC by Dell, Inc.,.(Fulghum, Roger) (Entered: 08/29/2011) |
| 08/29/2011 | 499 | ANSWER to 485 Amended Complaint, COUNTERCLAIM against AdjustaCam LLC by Digital Innovations, LLC.(Leung, Gary) (Entered: 08/29/2011) |
| 08/26/2011 | 498 | *Second* ANSWER to 485 Amended Complaint, COUNTERCLAIM against AdjustaCam LLC by Overstock.com, Inc..(Yates, John) (Entered: 08/26/2011) |
| 08/26/2011 | 497 | ANSWER to 485 Amended Complaint *[THIRD]*, COUNTERCLAIM against AdjustaCam LLC by Wal-Mart Stores, Inc..(DeGyarfas, Victor) (Entered: 08/26/2011) |
| 08/26/2011 | 496 | *Defendant Rosewill Inc.'s* ANSWER to 485 Amended Complaint, COUNTERCLAIM against AdjustaCam LLC by Rosewill Inc..(Cuneo, Christopher) (Entered: 08/26/2011) |
| 08/26/2011 | 495 | *Defendants Newegg Inc. and Newegg.com Inc.'s* ANSWER to 485 Amended Complaint, COUNTERCLAIM against AdjustaCam LLC by Newegg, Inc., Newegg.com, Inc..(Cuneo, Christopher) (Entered: 08/26/2011) |
| 08/26/2011 | 494 | *Defendants COMPUSA.com, Inc.s, New COMPUSA Corp.s, Systemax Inc.s and Tigerdirect, Inc.s* ANSWER to 485 Amended Complaint *(Third)* by Compusa.com, Inc., New Compusa Corporation, Systemax, Inc. D/B/A Compusa, Tigerdirect, Inc..(Denenberg, David) (Entered: 08/26/2011) |
| 08/22/2011 | 🔒 | (Court only) *** Party deft Radioshack Corporation terminated per 493 Order of partial dismissal. (mll, ) (Entered: 08/23/2011) |
|  |  |  |

| 08/22/2011 | 493 | ORDER granting 491 Stipulation of Dismissal filed by AdjustaCam LLC. All claims and counterclaims asserted in this suit between plaintiff and defendant, RadioShack Corporation, are hereby dismissed without prejudice until 10-04-2011, at which time, unless earlier withdrawn, the dismissal shall become WITH PREJUDICE. All costs, expenses and attorneys fees are to be borne by the party that incurred them. Signed by Judge Leonard Davis on 08/22/11. cc:attys 8-23-11 (mll, ) (Entered: 08/23/2011) |
| 08/22/2011 | 🔒 | (Court only) *** Party defts Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone and Blue Microphones, LLC terminated per 492 Order of partial dismissal. (mll, ) (Entered: 08/23/2011) |
| 08/22/2011 | 492 | ORDER granting 490 Stipulation of Dismissal filed by AdjustaCam LLC. All claims and counterclaims in this action between pltf and defts Baltic Latvian Universal Electronics LLC and Blue Microphones LLC are dismissed with prejudice. Each party shall bear their own costs, expenses, and attorney's fees. Signed by Judge Leonard Davis on 08/22/11. cc:attys 8-23-11(mll, ) (Entered: 08/23/2011) |
| 08/19/2011 | 491 | STIPULATION of Dismissal *of Defendant, RadioShack Corporation* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 08/19/2011) |
| 08/18/2011 | 490 | STIPULATION of Dismissal *of Defendants Baltic Latvian Universal Electronics, LLC and Blue Microphones, LLC* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 08/18/2011) |
| 08/17/2011 | 489 | RESPONSE in Opposition re 473 Opposed SEALED MOTION *for Partial Summary Judgment and re Motions/Notices of Joinder at Dkt Nos. 476 and 483 filed by AdjustaCam LLC.* (Attachments: # 1 Text of Proposed Order, # 2 Text of Proposed Order)(Edmonds, John) (Entered: 08/17/2011) |
| 08/10/2011 | 🔒 488 | SEALED Declaration of Defendants Newegg Inc. and Rosewill Inc. in support of 483 Notice of Joinder. (Cuneo, Christopher) (Entered: 08/10/2011) |
| 08/10/2011 | 487 | ORDER granting 471 Motion to Seal Document. Signed by Judge Leonard Davis on 08/10/11. cc:attys 8-10-11 (mll, ) (Entered: 08/10/2011) |
| 08/10/2011 | 486 | NOTICE by Digital Innovations, LLC *Notice of Request for Termination of Electronic Notices* (Philbin, Phillip) (Entered: 08/10/2011) |
| 08/09/2011 | 485 | AMENDED COMPLAINT *(THIRD)* against All Defendants, filed by AdjustaCam LLC.(Edmonds, John) (Entered: 08/09/2011) |
| 08/09/2011 |  | NOTICE of Deficiency regarding the 484 Sealed Declaration submitted by Newegg, Inc., Rosewill Inc. Document does not contain a Certificate |

| | | | |
|---|---|---|---|
| | | | of Authorization to File Under Seal or a Certificate of Service. Correction should be made by one business day. (mjc, ) (Entered: 08/09/2011) |
| 08/08/2011 | 🔒 | 484 | ***DOCUMENT FILED IN ERROR. PLEASE DISREGARD.*** SEALED Declaration of Defendants Newegg Inc. and Rosewill Inc. in support of 483 Notice of Joinder. (Cuneo, Christopher) Modified on 8/9/2011 (mjc, ). (Entered: 08/08/2011) |
| 08/08/2011 | | 483 | NOTICE by Newegg, Inc., Newegg.com, Inc. re 473 Opposed SEALED MOTION *for Partial Summary Judgment Notice of Joinder* (Cuneo, Christopher) (Entered: 08/08/2011) |
| 08/08/2011 | | | ***FILED IN ERROR. Document # 482 Motion for Joinder. PLEASE IGNORE.***<br><br>(mjc, ) (Entered: 08/08/2011) |
| 08/08/2011 | | 482 | ***DOCUMENT FILED IN ERROR. PLEASE DISREGARD.*** MOTION for Joinder *in Defendants Motion for Partial Summary Judgment that AdjustaCam is Not Entitled to Pre-Suit Damages Pursuant to 35 U.S.C. § 287(a)* by Newegg, Inc., Newegg.com, Inc., Rosewill Inc.. (Cuneo, Christopher) Modified on 8/8/2011 (mjc, ). (Entered: 08/08/2011) |
| 08/08/2011 | | 481 | ***DOCUMENT FILED IN ERROR. PLEASE DISREGARD. ATTACHED CERTIFICATE OF SERVICE TO DOCKET ENTRY 480 .*** NOTICE by Newegg, Inc., Newegg.com, Inc., Rosewill Inc. re 480 MOTION to Seal Document *Declaration of Defendants Newegg Inc. and Rosewill Inc. Certificate of Service* (Cuneo, Christopher) Modified on 8/9/2011 (mjc, ). (Entered: 08/08/2011) |
| 08/08/2011 | | 480 | MOTION to Seal Document *Declaration of Defendants Newegg Inc. and Rosewill Inc.* by Newegg, Inc., Newegg.com, Inc., Rosewill Inc.. (Attachments: # 1 Text of Proposed Order)(Cuneo, Christopher) (Additional attachment(s) added on 8/9/2011: # 2 Certificate of Service) (mjc, ). (Entered: 08/08/2011) |
| 08/04/2011 | | 479 | ***NOTICE OF DOCKET CORRECTION. ATTACHED CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL TO Document # 473 Sealed Motion. PLEASE NOTE.*** (mjc, ) (Entered: 08/04/2011) |
| 08/04/2011 | | 478 | NOTICE of Attorney Appearance by Daniel Alan Noteware, Jr on behalf of Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Blue Microphones, LLC (Noteware, Daniel) (Entered: 08/04/2011) |
| 08/04/2011 | | 477 | NOTICE of Attorney Appearance by Daniel Alan Noteware, Jr on behalf of J&R ELECTRONICS INC. D/B/A J&R (Noteware, Daniel) (Entered: 08/04/2011) |
| | | | |

| 08/04/2011 | 476 | NOTICE by Dell, Inc., re 473 Opposed SEALED MOTION *for Partial Summary Judgment - Notice of Joinder in Motion* (Attachments: # 1 Exhibit 1 - Declaration of Anthony Peterman, # 2 Text of Proposed Order Granting Motion as to Dell Inc.)(Fulghum, Roger) (Entered: 08/04/2011) |
|---|---|---|
| 08/03/2011 | 475 | ANSWER to 469 Amended Complaint,,,,,, *Defendant Sakar International, Inc.'s Answer to Second Amended Complaint, Affirmative Defenses, Counterclaims, and Jury Demand*, COUNTERCLAIM against AdjustaCam LLC by Sakar International, Inc..(Sutton, Ezra) (Entered: 08/03/2011) |
| 08/01/2011 | 🔒 | (Court only) ***Motions terminated: 472 Opposed MOTION for Summary Judgment filed by Micro Electronics, Inc. DBA Micro Center, Overstock.com, Inc., BestBuy.com, LLC, Best Buy Stores, LP, Digital Innovations, LLC, Office Depot, Inc., KOHLS CORPORATION D/B/A KOHL'S, Fry's Electronics Inc, Tigerdirect, Inc., Best Buy Co Inc, Hewlett-Packard Company, Gear Head, LLC, Systemax, Inc. D/B/A Compusa, Blue Microphones, LLC, Auditek Corporation, New Compusa Corporation, Compusa.com, Inc., Kohl's Illinois, Inc., Sakar International, Inc., J&R ELECTRONICS INC. D/B/A J&R, Target Corp., Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone as filed in error. (mjc, ) (Entered: 08/05/2011) |
| 08/01/2011 | 474 | ***NOTICE OF DOCKET CORRECTION. ATTACHED CERTIFICATE OF SERVICE TO Document # 471 Motion to Seal. PLEASE NOTE.***<br>(mjc, ) (Entered: 08/01/2011) |
| 08/01/2011 | 🔒 473 | Opposed SEALED MOTION *for Partial Summary Judgment* by Auditek Corporation, Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, Blue Microphones, LLC, Compusa.com, Inc., Digital Innovations, LLC, Fry's Electronics Inc, Gear Head, LLC, Hewlett-Packard Company, J&R ELECTRONICS INC. D/B/A J&R, KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Micro Electronics, Inc. DBA Micro Center, New Compusa Corporation, Office Depot, Inc., Overstock.com, Inc., Sakar International, Inc., Systemax, Inc. D/B/A Compusa, Target Corp., Tigerdirect, Inc.. (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Daniels, Steven) (Additional attachment(s) added on 8/4/2011: # 3 Certificate of Authorization to File Under Seal) (mjc, ). (Entered: 08/01/2011) |
| 07/29/2011 | 🔒 472 | ***DOCUMENT FILED IN ERROR. PLEASE DISREGARD. SEALED BY COURT.***<br>Opposed MOTION for Summary Judgment by Auditek Corporation, Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, Blue Microphones, LLC, Compusa.com, Inc., Digital Innovations, LLC, Fry's Electronics Inc, Gear Head, LLC, |

| | | |
|---|---|---|
| | | Hewlett-Packard Company, J&R ELECTRONICS INC. D/B/A J&R, KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Micro Electronics, Inc. DBA Micro Center, New Compusa Corporation, Office Depot, Inc., Overstock.com, Inc., Sakar International, Inc., Systemax, Inc. D/B/A Compusa, Target Corp., Tigerdirect, Inc.. (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Daniels, Steven) Modified on 8/1/2011 (mjc, ). (Entered: 07/29/2011) |
| 07/29/2011 | 471 | Unopposed MOTION to Seal Document by Auditek Corporation, Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, Blue Microphones, LLC, Compusa.com, Inc., Digital Innovations, LLC, Fry's Electronics Inc, Gear Head, LLC, Hewlett-Packard Company, J&R ELECTRONICS INC. D/B/A J&R, KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Micro Electronics, Inc. DBA Micro Center, New Compusa Corporation, Office Depot, Inc., Overstock.com, Inc., Sakar International, Inc., Systemax, Inc. D/B/A Compusa, Target Corp., Tigerdirect, Inc.. (Attachments: # 1 Text of Proposed Order)(Daniels, Steven) (Additional attachment(s) added on 8/1/2011: # 2 Certificate of Service) (mjc, ). (Entered: 07/29/2011) |
| 07/29/2011 | 470 | ORDER granting 468 Motion to Withdraw as Attorney. Attorney Phillip Brett Philbin terminated; granting 468 Motion to Substitute Attorney, and substituting Bradley Hoover as attorney for Digital Innovations LLC. Signed by Judge Leonard Davis on 07/29/11. cc:attys 7-29-11 (mll, ) (Entered: 07/29/2011) |
| 07/28/2011 | 469 | AMENDED COMPLAINT *(Second)* against Amazon.com, Inc., Auditek Corporation, Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, Blue Microphones, LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., CDW, LLC, CONNS, INC. D/B/A CONNS, Cobra Digital, LLC, Compusa.com, Inc., Creative Labs, Inc.,, Creative Technology Ltd, Dell, Inc.,, Digital Innovations, LLC, Eastman Kodak Company, Ezonics Corporation D/B/A Ezonics Corporation USA D/B/A Ezonics, Fry's Electronics Inc, Gear Head, LLC, General Electric Company, Hewlett-Packard Company, Intcomex, Inc., J&R ELECTRONICS INC. D/B/A J&R, Jasco Products Company LLC D/B/A Jasco Products Company D/B/A Jasco, Jwin Electronics Corporation, KMart Corporation, KOHLS CORPORATION D/B/A KOHL'S, Klip Extreme LLC, Kohl's Illinois, Inc., Lifeworks Technology Group, LLC, Macally Peripherals, Inc. D/B/A Macally U.S.A., Mace Group, Inc., Micro Electronics, Inc. DBA Micro Center, New Compusa Corporation, Newegg, Inc., Newegg.com, Inc., Office Depot, Inc., Overstock.com, Inc., Phoebe Micro Inc., Prolynkz, LLC, Radioshack Corporation, Rosewill Inc., SDI Technologies, Inc., SOLID YEAR CO., LTD., Sakar International, Inc., Sakar, Inc., Sears Brands, LLC, Sears Holdings Corporation D/B/A Sears, Sears, Roebuck and Company, Software Brokers of America Inc. DBA Intcomex Corporation D/B/A |

| | | |
|---|---|---|
| | | Intcomex, Systemax, Inc. D/B/A Compusa, Target Corp., Tigerdirect, Inc., Trippe Manufacturing Company D/B/A Tripp Lite, WALGREEN CO. D/B/A WALGREENS, Wal-Mart Stores, Inc., filed by AdjustaCam LLC.(Edmonds, John) (Entered: 07/28/2011) |
| 07/27/2011 | | NOTICE of Deficiency regarding the 467 Unopposed Motion to Withdraw submitted by Digital Innovations, LLC. Document is not in searchable pdf format. Correction should be made by one business day. (mjc, ) (Entered: 07/27/2011) |
| 07/27/2011 | 468 | Unopposed MOTION to Withdraw as Attorney *Phillip Philbin*, Unopposed MOTION to Substitute Attorney *Bradley W. Hoover* by Digital Innovations, LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Hoover, Bradley) (Entered: 07/27/2011) |
| 07/26/2011 | 467 | ***DOCUMENT FILED IN ERROR. PLEASE DISREGARD.*** Unopposed MOTION to Withdraw as Attorney *Phillip Philbin*, Unopposed MOTION to Substitute Attorney *Bradley W. Hoover* by Digital Innovations, LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Hoover, Bradley) Modified on 7/27/2011 (mjc, ). (Entered: 07/26/2011) |
| 06/24/2011 | 466 | ORDER granting 465 Motion for Extension of Time. Deft J&R Electronics Inc shall have to 6-21-2011 to serve its Initial Disclosures. Signed by Judge Leonard Davis on 06/24/11. cc:attys 6-27-11 (mll, ) (Entered: 06/27/2011) |
| 06/22/2011 | 465 | Unopposed MOTION for Extension of Time to File *Initial Disclosures* by J&R ELECTRONICS INC. D/B/A J&R. (Attachments: # 1 Text of Proposed Order)(Jones, Michael) (Entered: 06/22/2011) |
| 06/14/2011 | 464 | NOTICE of Attorney Appearance by Allen Franklin Gardner on behalf of J&R ELECTRONICS INC. D/B/A J&R (Gardner, Allen) (Entered: 06/14/2011) |
| 06/10/2011 | 463 | NOTICE of Attorney Appearance by Walter Wayne Lackey, Jr on behalf of Amazon.com, Inc. (Lackey, Walter) (Entered: 06/10/2011) |
| 06/01/2011 | 462 | NOTICE by Auditek Corporation *of Damages Disclosure* (Lee, Jen-Feng) (Entered: 06/01/2011) |
| 06/01/2011 | 461 | NOTICE of Discovery Disclosure by Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, Creative Labs, Inc.,, Fry's Electronics Inc, Hewlett-Packard Company, Lifeworks Technology Group, LLC, Office Depot, Inc., Target Corp. *re Damages Disclosures* (Atkinson, Bryan) (Entered: 06/01/2011) |
| 06/01/2011 | 460 | NOTICE by Dell, Inc., *Service of Damages Disclosures* (Fulghum, Roger) (Entered: 06/01/2011) |
| 05/27/2011 | 459 | NOTICE by Amazon.com, Inc. *of Service of Initial Disclosures* (Craft, Roger) (Entered: 05/27/2011) |
| 05/27/2011 | 458 | NOTICE by Baltic Latvian Universal Electronics, LLC D/B/A Blue |

| | | Microphones, LLC D/B/A Blue Microphone, Blue Microphones, LLC *of Compliance of Damages Disclosures* (Sarvaiya, M) (Entered: 05/27/2011) |
|---|---|---|
| 05/27/2011 | 457 | NOTICE by Wal-Mart Stores, Inc. *of Compliance of Service of Damages Disclosures* (DeGyarfas, Victor) (Entered: 05/27/2011) |
| 05/27/2011 | 456 | NOTICE of Discovery Disclosure by CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc. (Craft, Roger) (Entered: 05/27/2011) |
| 05/27/2011 | 455 | NOTICE of Discovery Disclosure by Amazon.com, Inc. (Craft, Roger) (Entered: 05/27/2011) |
| 05/27/2011 | 454 | NOTICE by Overstock.com, Inc. re 451 Order */Notice of Compliance* (Barr, John) (Entered: 05/27/2011) |
| 05/27/2011 | 453 | NOTICE by Digital Innovations, LLC *of Compliance* (Leung, Gary) (Entered: 05/27/2011) |
| 05/27/2011 | 452 | NOTICE of Discovery Disclosure by Newegg, Inc., Newegg.com, Inc., Rosewill Inc. (Yarbrough, Herbert) (Entered: 05/27/2011) |
| 05/26/2011 | | Deadlines set per 451 Docket Control Order: Amended Pleadings due by 11/9/2011; Respond to Amended Pleadings by 11-23-2011. Discovery due by 6/25/2012. Expert Witness List due by 4/23/2012; Rebuttal expert witnesses designated by 5-23-2012. Identify trial witnesses by 7/25/2012; Rebuttal Trial Witnesses identified by 8-08-2012. Joinder of Parties due by 7/23/2011, for defts. Jury instructions due by 10/2/2012. Mediation Completion due by 2/2/2012. **James Knowles is appointed as Mediator in this cause.** Dispositive Motions due by 8/8/2012. Response to Dispositive Motions due 9-10-2012. Proposed Pretrial Order due by 10/2/2012. Motions in Limine due 12-7-2012; Responses to Motions in Limine due 12-10-2012. Jury Selection set for 1/7/2013 09:00AM before Judge Leonard Davis. Jury Trial set for 1/14/2013 09:00 AM before Judge Leonard Davis. Markman Hearing set for 2/9/2012 09:00 AM before Judge Leonard Davis. Pretrial Conference set for 12/18/2012 09:00 AM before Judge Leonard Davis. Estimated length of trial is 5 days. (mll, ) (Entered: 05/31/2011) |
| 05/26/2011 | 451 | DOCKET CONTROL ORDER. Signed by Judge Leonard Davis on 05/26/11. cc:attys 5-27-11(mll, ) (Entered: 05/27/2011) |
| 05/26/2011 | 450 | DISCOVERY ORDER. Signed by Judge Leonard Davis on 05/26/11. cc:attys 5-27-11(mll, ) (Entered: 05/27/2011) |
| 05/26/2011 | 449 | ORDER denying as moot 421 Motion for Extension of Time to Submit Agreed Docket Control Order and Discovery Order. Signed by Judge Leonard Davis on 05/26/11. cc:attys 5-27-11 (mll, ) (Entered: 05/27/2011) |
| 05/26/2011 | 448 | NOTICE by Compusa.com, Inc., New Compusa Corporation, Systemax, Inc. D/B/A Compusa, Tigerdirect, Inc. *Defendants* |

| | | |
|---|---|---|
| | | *COMPUSA.COM.S, NEW COMPUSA CORP.S, SYSTEMAX INC.S, and TIGERDIRECT, INC.S Notice of Compliance* (Denenberg, David) (Entered: 05/26/2011) |
| 05/26/2011 | [447](#) | NOTICE by Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., Creative Labs, Inc.,, Hewlett-Packard Company, Lifeworks Technology Group, LLC, Target Corp. *of change of Firm Name and Address for W. Bryan Farney, Steven R. Daniels, and Bryan D. Atkinson* (Atkinson, Bryan) (Entered: 05/26/2011) |
| 05/25/2011 | [446](#) | NOTICE by Compusa.com, Inc., New Compusa Corporation, Systemax, Inc. D/B/A Compusa, Tigerdirect, Inc. *Defendants COMPUSA.COM.S, NEW COMPUSA CORP.S, SYSTEMAX INC.S and TIGERDIRECT, INC.S Notice of Compliance* (Denenberg, David) (Entered: 05/25/2011) |
| 05/24/2011 | 🔒 | (Court only) *** Party defts KMart Corporation, Sears Brands, LLC, Sears Holdings Corporation D/B/A Sears, Sears, Roebuck and Company, and KMart Corporation terminated per [445](#) Order of partial dismissal. (mll, ) (Entered: 05/25/2011) |
| 05/24/2011 | [445](#) | ORDER granting [431](#) Stipulation of Dismissal, filed by AdjustaCam LLC. All claims and counterclaims in this action between pltf and defts Sears Brands LLC, Sears Roebuck and Company, Sears Holdings Corporation, and Kmart Corporation are dismissed without prejudice, with each party to bear their own costs, expenses, and attorney's fees. Signed by Judge Leonard Davis on 05/24/11. cc:attys 5-25-11(mll, ) (Entered: 05/25/2011) |
| 05/24/2011 | [444](#) | ORDER granting [434](#) Motion for Extension of Time to Complete Discovery. Amazon shall have to 5-27-2011 to serve its Initial Disclosures. Signed by Judge Leonard Davis on 05/24/11. cc:attys 5-25-11 (mll, ) (Entered: 05/25/2011) |
| 05/24/2011 | [443](#) | NOTICE by Auditek Corporation *Service of Initial Disclosures* (Lee, Jen-Feng) (Entered: 05/24/2011) |
| 05/24/2011 | [442](#) | NOTICE by Dell, Inc., *Service of Initial Disclosures,* (Fulghum, Roger) (Entered: 05/24/2011) |
| 05/24/2011 | [441](#) | NOTICE by Lifeworks Technology Group, LLC *Notice of Service of Initial Disclosures* (Atkinson, Bryan) (Entered: 05/24/2011) |
| 05/24/2011 | [440](#) | NOTICE by Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Blue Microphones, LLC *Notice of Compliance* (Sarvaiya, M) (Entered: 05/24/2011) |
| 05/24/2011 | | NOTICE of Deficiency regarding the [438](#) Notice submitted by Compusa.com, Inc., New Compusa Corporation, Systemax, Inc. D/B/A Compusa, Tigerdirect, Inc. Document does not contain a Certificate of Service. Correction should be made by one business day. (mjc, ) (Entered: 05/24/2011) |
| | | |

| | | |
|---|---|---|
| 05/24/2011 | 439 | NOTICE by Sakar International, Inc. *Notice of Compliance* (Sutton, Ezra) (Entered: 05/24/2011) |
| 05/24/2011 | 438 | ***DOCUMENT FILED IN ERROR. PLEASE DISREGARD.*** NOTICE by Compusa.com, Inc., New Compusa Corporation, Systemax, Inc. D/B/A Compusa, Tigerdirect, Inc. *Defendants COMPUSA.COM, INC.S, NEW COMPUSA CORP.S, SYSTEMAX INC.S and TIGERDIRECT, INC.S Notice of Compliance* (Denenberg, David) Modified on 5/24/2011 (mjc, ). (Entered: 05/24/2011) |
| 05/24/2011 | 437 | NOTICE by Overstock.com, Inc. re 429 Proposed Agreed Docket Control/Scheduling, Protective or Discovery Order (Barr, John) (Entered: 05/24/2011) |
| 05/23/2011 | 436 | NOTICE by Creative Labs, Inc.,, Fry's Electronics Inc, Hewlett-Packard Company, Micro Electronics, Inc. DBA Micro Center, Office Depot, Inc. *Notice of Service of Initial Disclosures* (Findlay, Eric) (Entered: 05/23/2011) |
| 05/23/2011 | 435 | NOTICE by Digital Innovations, LLC *of Compliance* (Leung, Gary) (Entered: 05/23/2011) |
| 05/23/2011 | 434 | Unopposed MOTION for Extension of Time to Complete Discovery *and Serve Initial Disclosures* by Amazon.com, Inc.. (Attachments: # 1 Text of Proposed Order)(Findlay, Eric) (Entered: 05/23/2011) |
| 05/23/2011 | 433 | NOTICE by Wal-Mart Stores, Inc. *of Compliance of Service of Its Initial Disclosures* (DeGyarfas, Victor) (Entered: 05/23/2011) |
| 05/23/2011 | 432 | NOTICE by CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc. *Notice of Service of Initial Disclosures* (Findlay, Eric) (Entered: 05/23/2011) |
| 05/20/2011 | 431 | STIPULATION of Dismissal *Without Prejudice of defendants Sears Brands, LLC; Sears, Roebuck and Company; Sears Holdings Corporation d/b/a Sears; and Kmart Corporation* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order)(Edmonds, John) (Entered: 05/20/2011) |
| 05/16/2011 | 430 | NOTICE of Disclosure by Gear Head, LLC *Initial* (Davidson, Patricia) (Entered: 05/16/2011) |
| 05/09/2011 | 429 | Submission of Proposed Agreed Docket Control/Scheduling order by AdjustaCam LLC. (Attachments: # 1 Proposed Docket Control Order, # 2 Proposed Discovery Order)(Edmonds, John) (Entered: 05/09/2011) |
| 05/05/2011 | 428 | ORDER granting 427 Motion to Withdraw as Attorney. Attorney Scott F Partridge terminated; Roger Fulghum is substituted as Lead Attorney. Signed by Judge Leonard Davis on 05/05/11. cc:attys 5-05-11 (mll, ) (Entered: 05/05/2011) |
| 05/03/2011 | 427 | Unopposed MOTION to Withdraw as Attorney *and Substitute Roger Fulghum as Lead Attorney,* by Dell, Inc.,. (Attachments: # 1 Text of Proposed Order)(Partridge, Scott) (Entered: 05/03/2011) |

| 04/27/2011 | 426 | ORDER denying 370 Motion to Stay and Sever Claims as to Reseller Defendants Based on the Customer Suit Exception; granting parties' request for leave to file an early summary judgment motion regarding damages. Parties are to submit agreed Docket Control and Discovery Orders to the Court by 5-09-2011. For purposes of computing the time deadlines under the local patent rules, the Court deems 5-09-2011 as the effective Rule 16 Initial Case Management Conference date, and thus plaintiff's PR 3-1 and 3-2 disclosures will be due 4-29-2011. Signed by Judge Leonard Davis on 04/27/11. cc:attys 4-27-11 (mll, ) (Entered: 04/27/2011) |
|---|---|---|
| 04/27/2011 | 425 | ORDER granting 406 Motion to Substitute Attorney. Added attorneys Steven Daniels, William Bryan Farney, and Bryan Donivan Atkinson for Lifeworks Technology Group, LLC. Attorneys Collin Michael Maloney; Thomas Carulli and Jennifer Huang terminated. Signed by Judge Leonard Davis on 04/27/11. cc:attys 4-27-11 (mll, ) (Entered: 04/27/2011) |
| 04/20/2011 | 424 | ORDER granting 422 Motion for Extension of Time. Parties shall have to 4-27-2011 to file an agreed Docket Control Order and Discovery Order or competing versions if agreement cannot be reached. Signed by Judge Leonard Davis on 04/20/11. cc:attys 4-20-11 (mll, ) (Entered: 04/20/2011) |
| 04/18/2011 | 423 | APPLICATION to Appear Pro Hac Vice by Attorney Daniel L Farris for Radioshack Corporation. (mll, ) (Entered: 04/18/2011) |
| 04/14/2011 | 422 | Joint MOTION for Extension of Time to File *Proposed Docket Control Order and Discovery Order* by Amazon.com, Inc., CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., Fry's Electronics Inc, Hewlett-Packard Company, Micro Electronics, Inc. DBA Micro Center, Office Depot, Inc.. (Attachments: # 1 Text of Proposed Order)(Craft, Roger) (Entered: 04/14/2011) |
| 04/07/2011 | 421 | Joint MOTION for Extension of Time to File *Proposed Docket Control Order and Discovery Order* by Amazon.com, Inc., CDW Corporation F/K/A CDW Computer Centers, Inc., Fry's Electronics Inc, Hewlett-Packard Company, Micro Electronics, Inc. DBA Micro Center, Office Depot, Inc.. (Attachments: # 1 Text of Proposed Order)(Craft, Roger) (Entered: 04/07/2011) |
| 04/05/2011 | 420 | ORDER re 415 Stipulation of Dismissal filed by AdjustaCam LLC, dismissing without prejudice all claims and counterclaims asserted between plaintiff, AdjustaCam LLC, and defendant, Cobra Digital, LLC. Each party to bear its own costs. Signed by Judge Leonard Davis on 4/4/11. (mjc, ) (Entered: 04/05/2011) |
| 04/05/2011 | 419 | ORDER re 414 Stipulation of Dismissal filed by AdjustaCam LLC, dismissing with prejudice all claims and counterclaims between plaintiff, Adjustacam LLC, and defendant, Jwin Electronics Corporation. Each party to bear its own costs. Signed by Judge Leonard Davis on 4/4/11. (mjc, ) (Entered: 04/05/2011) |

| 03/31/2011 | 418 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Status Conference Proceedings held on 3/24/11 before Judge Leonard Davis. Court Reporter: Shea Sloan. 27 pages. |
|---|---|---|
| | | **NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov** |
| | | Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 4/25/2011. Redacted Transcript Deadline set for 5/5/2011. Release of Transcript Restriction set for 7/5/2011. (sms, ) (Entered: 03/31/2011) |
| 03/31/2011 | 417 | MEMORANDUM OPINION AND ORDER granting in part 98 Motion to Dismiss. Pltf is granted leave to amend its complaint within 15 days. Signed by Judge Leonard Davis on 03/31/11. cc:attys 3-31-11 (mll, ) (Entered: 03/31/2011) |
| 03/30/2011 | 416 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Status Conference Proceedings held on 2/7/11 before Judge Leonard Davis. Court Reporter: Shea Sloan, shea_sloan@txed.uscourts.gov. 20 pages. |
| | | **NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov** |
| | | Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 4/25/2011. Redacted Transcript Deadline set for 5/5/2011. Release of Transcript Restriction set for 7/1/2011. (sms, ) (Entered: 03/30/2011) |
| 03/30/2011 | 415 | STIPULATION of Dismissal *Without Prejudice of Defendant Cobra Digital, LLC* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order)(Edmonds, John) (Entered: 03/30/2011) |
| 03/30/2011 | 414 | STIPULATION of Dismissal *With Prejudice of Defendant jWIN Electronics Corporation* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order)(Edmonds, John) (Entered: 03/30/2011) |
| 03/24/2011 | 413 | **3.24.11 Minute Entry - Status Conference:** for proceedings held before Judge Leonard Davis: Status Conference held on 3/24/2011. (Court Reporter Shea Sloan.) (Attachments: # 1 Attrny Sign-In |

|  |  | Sheets) (rlf, ) (Entered: 03/29/2011) |
|---|---|---|
| 03/24/2011 | 🔒 | (Court only) *** Party defts Phoebe Micro Inc., CONNS, INC. D/B/A CONNS terminated per orders of partial dismissal. (mll, ) (Entered: 03/24/2011) |
| 03/24/2011 | 412 | ORDER granting 408 Stipulation of Dismissal filed by AdjustaCam LLC. All claims and counterclaims in this action between pltf and deft Phoebe Micro Inc are dismissed with prejudice, with each party to bear their own costs, expenses, and attorney's fees. Signed by Judge Leonard Davis on 03/24/11. cc:attys 3-24-11(mll, ) (Entered: 03/24/2011) |
| 03/24/2011 | 411 | ORDER granting 407 Stipulation of Dismissal filed by AdjustaCam LLC. All claims and counterclaims in this action between pltf and deft Conn's Inc are dismissed without prejudice, with each party to bear their own costs, expenses, and attorney's fees. Signed by Judge Leonard Davis on 03/24/11. cc:attys 3-24-11(mll, ) (Entered: 03/24/2011) |
| 03/24/2011 | 409 | NOTICE by AdjustaCam LLC re 396 Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) re Supplemental Movant's Authority (Attachments: # 1 Exhibit Ex. 1 - Bratic Declaration)(Edmonds, John) (Entered: 03/24/2011) |
| 03/23/2011 | 🔒 | (Court only) *** Party deft Jasco Products Company LLC D/B/A Jasco Products Company D/B/A Jasco terminated, per 410 Order of partial dismissal. (mll, ) (Entered: 03/24/2011) |
| 03/23/2011 | 410 | ORDER granting 387 Stipulation of Dismissal filed by AdjustaCam LLC. All claims and counterclaims in this action between pltf and deft Jasco Products Company LLC are dismissed with prejudice, with each party to bear their own costs, expenses, and attorney's fees. Signed by Judge Leonard Davis on 03/23/11. cc:attys 3-24-11(mll, ) (Entered: 03/24/2011) |
| 03/23/2011 | 408 | STIPULATION of Dismissal With Prejudice of Defendant Phoebe Micro Inc. by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order)(Edmonds, John) (Entered: 03/23/2011) |
| 03/23/2011 | 407 | STIPULATION of Dismissal WITHOUT PREJUDICE of Defendant Conns, Inc. d/b/a Conns by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order)(Edmonds, John) (Entered: 03/23/2011) |
| 03/23/2011 | 406 | Unopposed MOTION to Substitute Attorney and Withdraw Counsel by Lifeworks Technology Group, LLC. (Attachments: # 1 Text of Proposed Order)(Daniels, Steven) (Entered: 03/23/2011) |
| 03/23/2011 | 405 | NOTICE of Attorney Appearance by Robert Dean Ayers, Jr on behalf of KMart Corporation, Sears Brands, LLC, Sears Holdings Corporation D/B/A Sears, Sears, Roebuck and Company (Ayers, Robert) (Entered: 03/23/2011) |
| 03/23/2011 | 404 | NOTICE of Attorney Appearance by Robert Dean Ayers, Jr on behalf of Overstock.com, Inc. (Ayers, Robert) (Entered: 03/23/2011) |

| 03/23/2011 | 402 | NOTICE of Attorney Appearance by Zachary Wade Hilton on behalf of Auditek Corporation (Hilton, Zachary) (Entered: 03/23/2011) |
|---|---|---|
| 03/23/2011 | 401 | NOTICE of Attorney Appearance by Vincent Jerome Allen on behalf of Auditek Corporation (Allen, Vincent) (Entered: 03/23/2011) |
| 03/23/2011 | 400 | NOTICE of Attorney Appearance by Shannon Marie Dacus on behalf of Dell, Inc., (Dacus, Shannon) (Entered: 03/23/2011) |
| 03/22/2011 | 403 | ORDER granting 397 Motion to Withdraw as Attorney. Attorney Walter Wayne Lackey, Jr terminated. Signed by Judge Leonard Davis on 03/22/11. cc:attys 3-23-11 (mll, ) (Entered: 03/23/2011) |
| 03/22/2011 | 399 | NOTICE of Attorney Appearance by Michael E Jones on behalf of Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone (Jones, Michael) (Entered: 03/22/2011) |
| 03/22/2011 | 398 | NOTICE of Attorney Appearance by John Frederick Bufe on behalf of Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Blue Microphones, LLC, J&R ELECTRONICS INC. D/B/A J&R (Bufe, John) (Entered: 03/22/2011) |
| 03/21/2011 | 397 | Unopposed MOTION to Withdraw as Attorney by Cobra Digital, LLC. (Attachments: # 1 Text of Proposed Order)(Lackey, Walter) (Entered: 03/21/2011) |
| 03/17/2011 | 396 | NOTICE by Amazon.com, Inc., Auditek Corporation, Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, Blue Microphones, LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., Cobra Digital, LLC, Compusa.com, Inc., Creative Labs, Inc.,, Dell, Inc.,, Digital Innovations, LLC, Fry's Electronics Inc, Gear Head, LLC, Hewlett-Packard Company, Jwin Electronics Corporation, KMart Corporation, KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Lifeworks Technology Group, LLC, Macally Peripherals, Inc. D/B/A Macally U.S.A., Mace Group, Inc., Micro Electronics, Inc. DBA Micro Center, New Compusa Corporation, Newegg, Inc., Newegg.com, Inc., Office Depot, Inc., Overstock.com, Inc., Phoebe Micro Inc., Rosewill Inc., Sakar International, Inc., Sears Brands, LLC, Sears Holdings Corporation D/B/A Sears, Sears, Roebuck and Company, Systemax, Inc. D/B/A Compusa, Target Corp., Tigerdirect, Inc., Wal-Mart Stores, Inc. re 370 MOTION to Stay *and Sever Claims as to Reseller Defendants Based on the Customer Suit Exception*, 384 Reply to Response to Motion,,,,, (Attachments: # 1 Exhibit A (Itex, Inc. v. Westex, Inc. et al. (N.D.. Ill. 2011) Order), # 2 Exhibit B (Mitutoyo Corp. v. Central Purchasing, LLC (Fed. Cir. 2007) opinion))(Daniels, Steven) (Entered: 03/17/2011) |
| 03/01/2011 | 395 | ORDER setting Status Conference for 3/24/2011 09:00 AM before Judge Leonard Davis. Signed by Judge Leonard Davis on 03/01/11. cc:attys 3-02-11(mll, ) (Entered: 03/02/2011) |
| | | |

| 02/28/2011 | 394 | NOTICE by AdjustaCam LLC *OF COMPLIANCE AND REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE* (Edmonds, John) (Entered: 02/28/2011) |
|---|---|---|
| 02/23/2011 | 393 | ORDER granting 391 Motion for Extension of Time. Parties are given 14 days after the follow up status conference to file an agreed Docket Control Order and Discovery Order or competing versions. Signed by Judge Leonard Davis on 02/23/11. cc:attys 2-23-11 (mll, ) (Entered: 02/23/2011) |
| 02/22/2011 | 392 | SUR-REPLY to Reply to Response to Motion re 370 MOTION to Stay *and Sever Claims as to Reseller Defendants Based on the Customer Suit Exception filed by AdjustaCam LLC.* (Edmonds, John) (Entered: 02/22/2011) |
| 02/21/2011 | 391 | Joint MOTION for Extension of Time to File *Proposed Docket Control Order and Discovery Order* by Amazon.com, Inc., CDW Corporation F/K/A CDW Computer Centers, Inc., Fry's Electronics Inc, Hewlett-Packard Company, Micro Electronics, Inc. DBA Micro Center, Office Depot, Inc.. (Attachments: # 1 Text of Proposed Order)(Craft, Roger) (Entered: 02/21/2011) |
| 02/18/2011 | 390 | ORDER denying 376 Motion to Withdraw as Attorney. Signed by Judge Leonard Davis on 02/18/11. cc:attys 2-18-11 (mll, ) (Entered: 02/18/2011) |
| 02/15/2011 | 389 | NOTICE of Attorney Appearance by Patricia L Davidson on behalf of Gear Head, LLC (Davidson, Patricia) (Entered: 02/15/2011) |
| 02/14/2011 | 🔒 | (Court only) ***Staff notes - Contacted atty Patricia Davidson's office via telephone to advise her that her Notice of Appearance needs to be refiled using the proper password and login. Following up with QC e-mail that was sent earlier. (mjc, ) (Entered: 02/14/2011) |
| 02/11/2011 | 388 | APPLICATION to Appear Pro Hac Vice by Attorney Gary Y Leung for Digital Innovations, LLC (mll) (Entered: 02/14/2011) |
| 02/11/2011 | 387 | STIPULATION of Dismissal *of Defendant Jasco Products Company LLC D/B/A Jasco Products Company D/B/A Jasco* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order) (Edmonds, John) (Entered: 02/11/2011) |
| 02/11/2011 | 384 | REPLY to Response to Motion re 370 MOTION to Stay *and Sever Claims as to Reseller Defendants Based on the Customer Suit Exception filed by Amazon.com, Inc., Auditek Corporation, Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, Blue Microphones, LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., CDW, LLC, Cobra Digital, LLC, Compusa.com, Inc., Creative Labs, Inc.,, Dell, Inc.,, Digital Innovations, LLC, Fry's Electronics Inc, Gear Head, LLC, Hewlett-Packard Company, Jwin Electronics Corporation, KMart Corporation, KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc.,* |

| | | |
|---|---|---|
| | | *Lifeworks Technology Group, LLC, Macally Peripherals, Inc. D/B/A Macally U.S.A., Mace Group, Inc., Micro Electronics, Inc. DBA Micro Center, New Compusa Corporation, Newegg, Inc., Newegg.com, Inc., Office Depot, Inc., Overstock.com, Inc., Phoebe Micro Inc., Rosewill Inc., Sakar International, Inc., Sears Brands, LLC, Sears Holdings Corporation D/B/A Sears, Sears, Roebuck and Company, Systemax, Inc. D/B/A Compusa, Target Corp., Tigerdirect, Inc., Wal-Mart Stores, Inc..* (Attachments: # 1 Exhibit Table of Accused Products)(Daniels, Steven) (Entered: 02/11/2011) |
| 02/11/2011 | | ***FILED IN ERROR. Document # 383 , Notice of Appearance. PLEASE IGNORE. TO BE REFILED USING CORRECT PASSWORD AND LOGIN.*** (mjc, ) (Entered: 02/11/2011) |
| 02/08/2011 | 383 | ***DOCUMENT FILED IN ERROR. PLEASE DISREGARD.*** NOTICE of Attorney Appearance by Herbert J Hammond on behalf of Gear Head, LLC (Hammond, Herbert) Modified on 2/11/2011 (mjc, ). (Entered: 02/08/2011) |
| 02/07/2011 | | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge John D. Love and Judge Davis: Status Conference held on 2/7/2011. (refer to document #385) (Court Reporter Shea Sloan.) (mjm, ) (Entered: 02/14/2011) |
| 02/07/2011 | 386 | **2.7.11 Minute Entry - Status Conference:** for proceedings held before Judge Leonard Davis: Status Conference held on 2/7/2011. (Court Reporter Shea Sloan.) (Attachments: # 1 Attorney Sign-In Sheet) (rlf, ) (Entered: 02/11/2011) |
| 02/07/2011 | 385 | **2.7.11 Minute Entry - Status Conference:** for proceedings held before Judge Leonard Davis and Judge John Love: Status Conference held on 2/7/2011. (Court Reporter Shea Sloan.) (Attachments: # 1 Attorney Sign-In Sheet) (rlf, ) (Entered: 02/11/2011) |
| 02/07/2011 | 382 | NOTICE of Attorney Appearance by Michael Charles Smith on behalf of Wal-Mart Stores, Inc. (Smith, Michael) (Entered: 02/07/2011) |
| 02/07/2011 | 381 | NOTICE of Attorney Appearance by Roger Brian Craft on behalf of Creative Labs, Inc., (Craft, Roger) (Entered: 02/07/2011) |
| 02/07/2011 | 380 | NOTICE of Attorney Appearance by Eric Hugh Findlay on behalf of Creative Labs, Inc., (Findlay, Eric) (Entered: 02/07/2011) |
| 02/02/2011 | 379 | NOTICE of Attorney Appearance by Andrew Patrick Tower on behalf of AdjustaCam LLC (Tower, Andrew) (Entered: 02/02/2011) |
| 01/31/2011 | 378 | RESPONSE in Opposition re 370 MOTION to Stay *and Sever Claims as to Reseller Defendants Based on the Customer Suit Exception filed by AdjustaCam LLC.* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7) (Edmonds, John) (Additional attachment(s) added on 2/3/2011: # 8 Text of Proposed Order) (kls, ). (Entered: 01/31/2011) |
| | | |

| 01/28/2011 | 377 | APPLICATION to Appear Pro Hac Vice by Attorney Christopher J Cuneo for Newegg, Inc., Newegg.com, Inc. (mll, ) (Entered: 01/28/2011) |
|---|---|---|
| 01/26/2011 | 376 | Unopposed MOTION to Withdraw as Attorney *of Record* by Jwin Electronics Corporation. (Attachments: # 1 Text of Proposed Order) (Werner, Philip) (Entered: 01/26/2011) |
| 01/26/2011 |  | NOTICE of Deficiency regarding the #375 Motion to Withdraw as Attorney submitted by Jwin Electronics Corporation. Motion/Proposed Order not in searchable.pdf format. Date and Signature line must be removed from proposed order. Correction should be made by Next Business Day (kls, ) (Entered: 01/26/2011) |
| 01/26/2011 | 375 | ***DISREGARD ENTRY - DEFICIENT FILING***<br><br>Unopposed MOTION to Withdraw as Attorney *of Record* by Jwin Electronics Corporation. (Attachments: # 1 Text of Proposed Order) (Werner, Philip) Modified on 1/26/2011 (kls, ). (Entered: 01/26/2011) |
| 01/24/2011 | 374 | NOTICE of Attorney Appearance by Deron R Dacus on behalf of Dell, Inc., (Dacus, Deron) (Entered: 01/24/2011) |
| 01/24/2011 | 373 | NOTICE of Attorney Appearance by M. Dru Montgomery on behalf of CONNS, INC. D/B/A CONNS (Montgomery, M.) (Entered: 01/24/2011) |
| 01/24/2011 | 372 | NOTICE of Attorney Appearance by J Thad Heartfield on behalf of CONNS, INC. D/B/A CONNS (Heartfield, J) (Entered: 01/24/2011) |
| 01/13/2011 | 371 | ORDER re Agreed Docket Control and Discovery Orders. Signed by Judge Leonard Davis on 1/13/2010. (gsg) (Entered: 01/14/2011) |
| 01/13/2011 | 370 | MOTION to Stay *and Sever Claims as to Reseller Defendants Based on the Customer Suit Exception* by Amazon.com, Inc., Auditek Corporation, Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, Blue Microphones, LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., CDW, LLC, Cobra Digital, LLC, Compusa.com, Inc., Creative Labs, Inc.,, Dell, Inc.,, Digital Innovations, LLC, Fry's Electronics Inc, Gear Head, LLC, Hewlett-Packard Company, Jwin Electronics Corporation, KMart Corporation, KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Lifeworks Technology Group, LLC, Macally Peripherals, Inc. D/B/A Macally U.S.A., Mace Group, Inc., Micro Electronics, Inc. DBA Micro Center, New Compusa Corporation, Newegg, Inc., Newegg.com, Inc., Office Depot, Inc., Overstock.com, Inc., Phoebe Micro Inc., Rosewill Inc., Sakar International, Inc., Sears Brands, LLC, Sears Holdings Corporation D/B/A Sears, Sears, Roebuck and Company, Systemax, Inc. D/B/A Compusa, Target Corp., Tigerdirect, Inc., Wal-Mart Stores, Inc.. (Attachments: # 1 Affidavit Declaration of B. Atkinson, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Text of Proposed Order)(Daniels, Steven) (Entered: |

| | | 01/13/2011) |
|---|---|---|
| 01/12/2011 | 369 | NOTICE of Attorney Appearance by John Allen Yates on behalf of KMart Corporation, Sears Brands, LLC, Sears Holdings Corporation D/B/A Sears, Sears, Roebuck and Company (Yates, John) (Entered: 01/12/2011) |
| 01/12/2011 | 368 | NOTICE of Attorney Appearance by John Allen Yates on behalf of Overstock.com, Inc. (Yates, John) (Entered: 01/12/2011) |
| 01/10/2011 | 🔒 | (Court only) *** Party deft Prolynkz, LLC terminated per 367 Order of partial dismissal. (mll, ) (Entered: 01/10/2011) |
| 01/10/2011 | 367 | ORDER granting 345 Notice of Voluntary Dismissal filed by AdjustaCam LLC. Pltf's claims against Prolynkz LLC are dismissed without prejudice. Signed by Judge Leonard Davis on 01/10/11. cc:attys 1-10-11(mll, ) (Entered: 01/10/2011) |
| 01/06/2011 | 366 | ANSWER to 358 Answer to Amended Complaint, Counterclaim of Defendant Digital Innovations, LLC by AdjustaCam LLC.(Edmonds, John) (Entered: 01/06/2011) |
| 01/06/2011 | 365 | NOTICE of Attorney Appearance by Christopher Schenck on behalf of Overstock.com, Inc. (Schenck, Christopher) (Entered: 01/06/2011) |
| 01/06/2011 | 364 | NOTICE of Attorney Appearance by Christopher Schenck on behalf of KMart Corporation, Sears Brands, LLC, Sears Holdings Corporation D/B/A Sears, Sears, Roebuck and Company (Schenck, Christopher) (Entered: 01/06/2011) |
| 12/30/2010 | 363 | ORDER granting 362 Motion to Withdraw as Attorney. Attorney Justin Neil Stewart terminated as counsel of record for defts Newegg Inc and Newegg.com Inc. Signed by Judge Leonard Davis on 12/30/10. cc:attys 12-30-10 (mll, ) (Entered: 12/30/2010) |
| 12/22/2010 | 362 | Unopposed MOTION to Withdraw as Attorney by Newegg, Inc., Newegg.com, Inc.. (Attachments: # 1 Text of Proposed Order)(Stewart, Justin) (Entered: 12/22/2010) |
| 12/21/2010 | 🔒 | (Court only) *** Party deft Ezonics Corporation D/B/A Ezonics Corporation USA D/B/A Ezonics terminated per 361 Order of partial dismissal. (mll, ) (Entered: 12/21/2010) |
| 12/21/2010 | 361 | ORDER granting 359 Notice of Voluntary Dismissal filed by AdjustaCam LLC. Pltf's claims against deft Ezonics Corporation are dismissed without prejudice. Signed by Judge Leonard Davis on 12/21/10. cc:attys 12-21-10(mll, ) (Entered: 12/21/2010) |
| 12/20/2010 | 360 | NOTICE by AdjustaCam LLC re 15 Order, regarding Notice of Readiness for Scheduling Conference (Edmonds, John) (Entered: 12/20/2010) |
| 12/20/2010 | 359 | NOTICE of Voluntary Dismissal by AdjustaCam LLC (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: |

| | | 12/20/2010) |
|---|---|---|
| 12/16/2010 | 358 | ANSWER to 111 Amended Complaint,,,,,, COUNTERCLAIM against AdjustaCam LLC by Digital Innovations, LLC.(Philbin, Phillip) (Entered: 12/16/2010) |
| 12/13/2010 | 357 | ORDER granting 355 Motion for Extension of Time to Answer. Deft Cobra Digial's answer is deemed timely filed as of 12-09-2010. Signed by Judge Leonard Davis on 12/13/10. cc:attys 12-13-10 (mll, ) (Entered: 12/13/2010) |
| 12/13/2010 | | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint 356 is granted pursuant to Local Rule CV-12 for Cobra Digital, LLC to 12/9/2010. 13 Days Granted for Deadline Extension.( mll, ) (Entered: 12/13/2010) |
| 12/10/2010 | 356 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Cobra Digital, LLC.( Miller, Allison) (Entered: 12/10/2010) |
| 12/10/2010 | | NOTICE of Deficiency regarding the 353 Unopposed Application for Extension of Time submitted by Cobra Digital, LLC. The party's name is incorrect on the application. Correction should be made by one business day. (mjc, ) (Entered: 12/10/2010) |
| 12/09/2010 | 355 | Unopposed MOTION for Extension of Time to File Answer re 354 Answer to Amended Complaint , *as well as Motion to File Instanter Answer to First Amended Complaint* by Cobra Digital, LLC. (Attachments: # 1 Text of Proposed Order GRANTING Motion to File Instanter Answer to First Amended Complaint)(Miller, Allison) (Additional attachment(s) added on 12/10/2010: # 2 Text of Proposed Order Corrected) (mjc, ). (Entered: 12/09/2010) |
| 12/09/2010 | 354 | ANSWER to 111 Amended Complaint,,,,, by Cobra Digital, LLC. (Miller, Allison) (Entered: 12/09/2010) |
| 12/09/2010 | 353 | ***DOCUMENT FILED IN ERROR. PLEASE DISREGARD,*** Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Cobra Digital, LLC.( Miller, Allison) Modified on 12/10/2010 (mjc, ). (Entered: 12/09/2010) |
| 12/08/2010 | 352 | ANSWER to 328 Answer to Amended Complaint, Counterclaim *of Defendant Auditek Corp.* by AdjustaCam LLC.(Edmonds, John) (Entered: 12/08/2010) |
| 12/08/2010 | 351 | ANSWER to 330 Answer to Amended Complaint, Counterclaim *of Defendants Macally Peripherals, Inc. d/b/a Macally U.S.A. and Mace Group, Inc.* by AdjustaCam LLC.(Edmonds, John) (Entered: 12/08/2010) |
| 12/06/2010 | 🔒 | (Court only) *** Party defts Sakar, Inc., Creative Technology Ltd, and SOLID YEAR CO., LTD. terminated per 348 , 349 and 350 Orders of Partial Dismissal. (mll, ) (Entered: 12/06/2010) |
| | | |

| 12/06/2010 | 350 | ORDER granting 340 Notice of Voluntary Dismissal filed by AdjustaCam LLC. Pltf's claims against deft Solid Year Co, Ltd are DISMISSED without prejudice. Signed by Judge Leonard Davis on 12/06/10. cc:attys 12-06-10 (mll, ) (Entered: 12/06/2010) |
|---|---|---|
| 12/06/2010 | 349 | ORDER granting 339 Notice of Voluntary Dismissal filed by AdjustaCam LLC. Pltf's claims against deft Sakar Inc are DISMISSED without prejudice. Signed by Judge Leonard Davis on 12/06/10. cc:attys 12-06-10(mll, ) (Entered: 12/06/2010) |
| 12/06/2010 | 348 | ORDER granting 338 Notice of Voluntary Dismissal filed by AdjustaCam LLC. Pltf's claims against deft Creative Technology Ltd are DISMISSED without prejudice. Signed by Judge Leonard Davis on 12/06/10. cc:attys 12-06-10(mll, ) (Entered: 12/06/2010) |
| 12/06/2010 | 347 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV-12 for Prolynkz, LLC to 1/5/2011. 30 Days Granted for Deadline Extension. ( mll, ) (mll, ). (Entered: 12/06/2010) |
| 12/06/2010 | 346 | NOTICE by Intcomex, Inc., Klip Extreme LLC, Software Brokers of America Inc. DBA Intcomex Corporation D/B/A Intcomex *Withdrawal* (Wong, Russell) (Entered: 12/06/2010) |
| 12/03/2010 | 345 | NOTICE of Voluntary Dismissal by AdjustaCam LLC (Attachments: # 1 Text of Proposed Order)(Edmonds, John) (Entered: 12/03/2010) |
| 12/03/2010 | 344 | NOTICE by J&R ELECTRONICS INC. D/B/A J&R *for Termination of Electronic Notices* (Henson, Walter) (Entered: 12/03/2010) |
| 12/02/2010 | 🔒 | (Court only) ***Motions terminated: 274 MOTION to Dismiss *for Lack of Personal Jurisdiction, Improper Venue and Failure to State a Claim or in the Alternative to Transfer to the Southern District of Florida* filed by Software Brokers of America Inc. DBA Intcomex Corporation D/B/A Intcomex, Intcomex, Inc., Klip Extreme LLC. TERMINATED as moot per dismissal of defendants. (mll, ) (Entered: 12/13/2010) |
| 12/02/2010 | 🔒 | (Court only) *** Party deft Software Brokers of America Inc. DBA Intcomex Corporation D/B/A Intcomex terminated per 343 Order of partial dismissal. (mll, ) (Entered: 12/03/2010) |
| 12/02/2010 | 343 | ORDER granting 337 Notice of Voluntary Dismissal filed by AdjustaCam LLC. Pltf's claims against deft Software Brokers of America Inc are DISMISSED with prejudice. Signed by Judge Leonard Davis on 12/02/10. cc:attys 12-03-10(mll, ) (Entered: 12/03/2010) |
| 12/02/2010 | 🔒 | (Court only) *** Party deft Intcomex, Inc. terminated per 342 Order of partial dismissal. (mll, ) (Entered: 12/03/2010) |
| 12/02/2010 | 342 | ORDER granting 336 Notice of Voluntary Dismissal filed by AdjustaCam LLC. Pltf's claims against deft Intcomex Inc are DISMISSED with prejudice. Signed by Judge Leonard Davis on 12/02/10. cc:attys 12-03-10(mll, ) (Entered: 12/03/2010) |

| 12/02/2010 | 🔒 | (Court only) *** Party deft Klip Extreme LLC terminated per 341 Order of partial dismissal. (mll, ) (Entered: 12/03/2010) |
|---|---|---|
| 12/02/2010 | 341 | ORDER granting 333 Notice of Voluntary Dismissal filed by AdjustaCam LLC. Pltf's claims against deft Klip Xtreme LLC are dismissed with prejudice. Signed by Judge Leonard Davis on 12/02/10. cc:attys 12-03-10(mll, ) (Entered: 12/03/2010) |
| 12/02/2010 | 340 | NOTICE of Voluntary Dismissal by AdjustaCam LLC (Attachments: # 1 Text of Proposed Order)(Edmonds, John) (Entered: 12/02/2010) |
| 12/02/2010 | 339 | NOTICE of Voluntary Dismissal by AdjustaCam LLC (Attachments: # 1 Text of Proposed Order)(Edmonds, John) (Entered: 12/02/2010) |
| 12/02/2010 | 338 | NOTICE of Voluntary Dismissal by AdjustaCam LLC (Attachments: # 1 Text of Proposed Order)(Edmonds, John) (Entered: 12/02/2010) |
| 11/29/2010 | 337 | NOTICE of Voluntary Dismissal by AdjustaCam LLC (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 11/29/2010) |
| 11/29/2010 | 336 | NOTICE of Voluntary Dismissal by AdjustaCam LLC (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 11/29/2010) |
| 11/29/2010 | 335 | NOTICE of Attorney Appearance by Roger Brian Craft on behalf of CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc. (Craft, Roger) (Entered: 11/29/2010) |
| 11/29/2010 | 334 | NOTICE of Attorney Appearance by Eric Hugh Findlay on behalf of CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc. (Findlay, Eric) (Entered: 11/29/2010) |
| 11/29/2010 | 333 | NOTICE of Voluntary Dismissal by AdjustaCam LLC (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 11/29/2010) |
| 11/22/2010 | 332 | ORDER granting 331 Motion for Extension of Time to Answer. Deft Cobra Digital LLC shall have to 11-26-2010 to move, or otherwise respond to pltf's Complaint. Signed by Judge Leonard Davis on 11/22/10. cc:attys 11-22-10 (mll, ) (Entered: 11/22/2010) |
| 11/19/2010 | 331 | Unopposed MOTION for Extension of Time to File Answer re 111 Amended Complaint,,,,, or Otherwise Respond by Cobra Digital, LLC. (Attachments: # 1 Text of Proposed Order)(Lackey, Walter) (Entered: 11/19/2010) |
| 11/17/2010 | 330 | *1st Amended* ANSWER to 111 Amended Complaint,,,,, *Affirmative Defenses*, COUNTERCLAIM against AdjustaCam LLC by Macally Peripherals, Inc. D/B/A Macally U.S.A., Mace Group, Inc..(Lukevich, Peter) (Entered: 11/17/2010) |
| 11/17/2010 | 329 | ORDER granting 327 Motion for Extension of Time to Answer. Deft Digital Innovations LLC shall have until 12-16-2010 to answer or |

| | | otherwise respond to pltf's Complaint. Signed by Judge Leonard Davis on 11/17/10. cc:attys 11-17-10 (mll, ) (Entered: 11/17/2010) |
|---|---|---|
| 11/17/2010 | 328 | ANSWER to 111 Amended Complaint,,,,,, COUNTERCLAIM against AdjustaCam LLC by Auditek Corporation.(Lee, Jen-Feng) (Entered: 11/17/2010) |
| 11/15/2010 | 327 | MOTION for Extension of Time to File Answer re 111 Amended Complaint,,,,, by Digital Innovations, LLC. (Attachments: # 1 Text of Proposed Order)(Philbin, Phillip) (Entered: 11/15/2010) |
| 11/09/2010 | 326 | ORDER granting 325 Motion for Extension of Time to Answer re 230 Answer to Counterclaim. ORDERED that Plaintiff AdjustaCam, LLCs time to respond to Defendant Sakar International Inc.s Counterclaims is extended until such time Defendant Sakar International Inc. amends its Counterclaims to remove its inequitable conduct allegations. Signed by Judge Leonard Davis on 11/9/2010. (gsg) (Entered: 11/09/2010) |
| 11/08/2010 | 325 | Unopposed MOTION for Extension of Time to File Answer re 230 Answer to Counterclaim,,, by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Robinson, Erick) (Entered: 11/08/2010) |
| 11/01/2010 | 324 | RESPONSE to 290 Answer to Amended Complaint, Counterclaim *of Macally* by AdjustaCam LLC. (Edmonds, John) (Entered: 11/01/2010) |
| 11/01/2010 | 323 | CORPORATE DISCLOSURE STATEMENT filed by J&R ELECTRONICS INC. D/B/A J&R identifying Corporate Parent None for J&R ELECTRONICS INC. D/B/A J&R. (Jones, Michael) (Entered: 11/01/2010) |
| 11/01/2010 | 322 | RESPONSE to 111 Amended Complaint,,,,, --- *Answer to Plaintiff's First Amended Complaint for Patent Infringement* by J&R ELECTRONICS INC. D/B/A J&R. (Jones, Michael) (Entered: 11/01/2010) |
| 10/29/2010 | 321 | ORDER granting 317 Motion for Discovery. Signed by Judge Leonard Davis on 10/28/10. cc:attys 10-29-10(mll, ) (Entered: 10/29/2010) |
| 10/28/2010 | 320 | ORDER granting 318 Motion for Extension of Time to File Response/Reply re 274 MOTION to Dismiss *for Lack of Personal Jurisdiction, Improper Venue and Failure to State a Claim or in the Alternative to Transfer to the Southern District of Florida*; Responses due by 12/27/2010. Signed by Judge Leonard Davis on 10/28/10. cc:attys 10-28-10 (mll, ) (Entered: 10/28/2010) |
| 10/28/2010 | 319 | ORDER granting 238 Motion to Withdraw as Attorney. Added attorney R David Donoghue,Peter I Sanborn for Radioshack Corporation. Attorney Christopher Michael Joe terminated. Signed by Judge Leonard Davis on 10/28/10. cc:attys 10-28-10 (mll, ) (Entered: 10/28/2010) |
| 10/27/2010 | 318 | Unopposed MOTION for Extension of Time to File Response/Reply as to 274 MOTION to Dismiss *for Lack of Personal Jurisdiction,* |

| | | |
|---|---|---|
| | | *Improper Venue and Failure to State a Claim or in the Alternative to Transfer to the Southern District of Florida* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 10/27/2010) |
| 10/27/2010 | 317 | Unopposed MOTION for Discovery by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 10/27/2010) |
| 10/26/2010 | 316 | ORDER granting 307 Motion for Extension of Time to File Response/Reply re 274 MOTION to Dismiss *for Lack of Personal Jurisdiction, Improper Venue and Failure to State a Claim or in the Alternative to Transfer to the Southern District of Florida*; Responses due by 11/8/2010. Signed by Judge Leonard Davis on 10/26/10. cc:attys 10-26-10 (mll, ) (Entered: 10/26/2010) |
| 10/25/2010 | 315 | RESPONSE to 252 Answer to Amended Complaint, Counterclaim *of Overstock* by AdjustaCam LLC. (Edmonds, John) (Entered: 10/25/2010) |
| 10/25/2010 | 314 | RESPONSE to 253 Answer to Amended Complaint, Counterclaim *of Sears* by AdjustaCam LLC. (Edmonds, John) (Entered: 10/25/2010) |
| 10/25/2010 | 313 | RESPONSE to 250 Answer to Amended Complaint, Counterclaim *of KMart* by AdjustaCam LLC. (Edmonds, John) (Entered: 10/25/2010) |
| 10/25/2010 | 🔒 | (Court only) *** Party deft Trippe Manufacturing Company D/B/A Tripp Lite terminated per 312 Order of partial dismissal. (mll, ) (Entered: 10/25/2010) |
| 10/25/2010 | 312 | ORDER granting 303 Notice of Voluntary Dismissal filed by AdjustaCam LLC. Pltf's claims against deft Trippe Manufacturing Company are DISMISSED with prejudice. Signed by Judge Leonard Davis on 10/25/10. cc:attys 10-25-10(mll, ) (Entered: 10/25/2010) |
| 10/25/2010 | 311 | CORPORATE DISCLOSURE STATEMENT filed by Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC identifying Corporate Parent Best Buy Stores, L.P. for BestBuy.com, LLC; Corporate Parent BBC Property Co. for Best Buy Stores, LP. (Daniels, Steven) (Entered: 10/25/2010) |
| 10/25/2010 | 310 | ANSWER to 111 First Amended Complaint by Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC.(mll, ) (Entered: 10/25/2010) |
| 10/25/2010 | 309 | NOTICE by Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC re 164 MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Corrected)*, 180 Notice (Other), Notice (Other), 273 Reply to Response to Motion, *Notice of Joinder* (Daniels, Steven) (Entered: 10/25/2010) |
| 10/21/2010 | 🔒 308 | E-GOV SEALED SUMMONS REISSUED as to Digital Innovations, LLC. (mll, ) (Entered: 10/21/2010) |
| | | |

| 10/21/2010 | 307 | Unopposed MOTION for Extension of Time to File Response/Reply as to 274 MOTION to Dismiss *for Lack of Personal Jurisdiction, Improper Venue and Failure to State a Claim or in the Alternative to Transfer to the Southern District of Florida* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 10/21/2010) |
| --- | --- | --- |
| 10/20/2010 | 306 | ORDER granting 302 Motion for Extension of Time to File Response/Reply. Pltf's time to respond to Kohl's Illinois Inc and Kohl's Corporation's Counterclaims is extended until such time as Kohl defts amend their Counterclaims to remove inequitable conduct allegations. Signed by Judge Leonard Davis on 10/20/10. cc:attys 10-20-10 (mll, ) (Entered: 10/20/2010) |
| 10/19/2010 | 305 | ORDER granting 300 Motion for Extension of Time to Answer. Pltf's time to respond to Sakar International's Counterclaims is extended to 10-18-2010. Signed by Judge Leonard Davis on 10/19/10. cc:attys 10-20-10 (mll, ) (Entered: 10/20/2010) |
| 10/19/2010 | 304 | ORDER granting 299 Motion for Extension of Time to Answer. Pltf's time to respond to Kohl's Illinois Inc and Kohl's Corporation's Counterclaims is extended to 10-18-2010. Signed by Judge Leonard Davis on 10/19/10. cc:attys 10-20-10 (mll, ) (Entered: 10/20/2010) |
| 10/18/2010 | 303 | NOTICE of Voluntary Dismissal by AdjustaCam LLC (Attachments: # 1 Text of Proposed Order Proposed Order)(Robinson, Erick) (Entered: 10/18/2010) |
| 10/18/2010 | 302 | Unopposed MOTION for Extension of Time to File Response/Reply as to 231 Answer to Counterclaim,,, by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Robinson, Erick) (Entered: 10/18/2010) |
| 10/15/2010 | 301 | SUR-REPLY to Reply to Response to Motion re 164 MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Corrected) filed by AdjustaCam LLC.* (Attachments: # 1 Exhibit A)(Robinson, Erick) (Entered: 10/15/2010) |
| 10/15/2010 | 300 | Unopposed MOTION for Extension of Time to File Answer re 230 Answer to Counterclaim,,, by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Robinson, Erick) (Entered: 10/15/2010) |
| 10/15/2010 | 299 | Unopposed MOTION for Extension of Time to File Answer re 200 Answer to Complaint, Counterclaim,, by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Robinson, Erick) (Entered: 10/15/2010) |
| 10/15/2010 | 298 | NOTICE of Attorney Appearance by Eric Hugh Findlay on behalf of Amazon.com, Inc. (Findlay, Eric) (Entered: 10/15/2010) |
| 10/15/2010 | | Defendant's Unopposed Second Application for Extension of Time to |

| | | Answer Complaint 294 is granted pursuant to Local Rule CV-12 for BestBuy.com, LLC to 10/25/2010. 16 Days Granted for Deadline Extension.( mll, ) (Entered: 10/15/2010) |
|---|---|---|
| 10/15/2010 | 297 | NOTICE of Attorney Appearance by Roger Brian Craft on behalf of Amazon.com, Inc. (Craft, Roger) (Entered: 10/15/2010) |
| 10/15/2010 | | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint 293 is granted pursuant to Local Rule CV-12 for Best Buy Stores, LP to 10/25/2010. 10 Days Granted for Deadline Extension.( mll, ) (Entered: 10/15/2010) |
| 10/15/2010 | | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint 292 is granted pursuant to Local Rule CV-12 for Best Buy Co Inc to 10/25/2010. 10 Days Granted for Deadline Extension.( mll, ) (Entered: 10/15/2010) |
| 10/14/2010 | 296 | SUR-REPLY to Reply to Response to Motion re 147 MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12 (B)(6)* MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* filed by AdjustaCam LLC. (Attachments: # 1 Exhibit Exhibit A)(Robinson, Erick) (Entered: 10/14/2010) |
| 10/14/2010 | 295 | NOTICE by Compusa.com, Inc., New Compusa Corporation, Systemax, Inc. D/B/A Compusa, Tigerdirect, Inc. *OF JOINDER IN DEFENDANT DELL INC.'S CORRECTED MOTION TO DISMISS PLAINTIFF'S ALLEGATIONS OF INDIRECT INFRINGEMENT AND WILLFUL INFRINGEMENT FOR FAILURE TO STATE A CLAIM* (Denenberg, David) (Entered: 10/14/2010) |
| 10/12/2010 | 294 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re BestBuy.com, LLC.(Daniels, Steven) (Entered: 10/12/2010) |
| 10/12/2010 | 293 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Best Buy Stores, LP.(Daniels, Steven) (Entered: 10/12/2010) |
| 10/12/2010 | 292 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Best Buy Co Inc.(Daniels, Steven) (Entered: 10/12/2010) |
| 10/11/2010 | 291 | NOTICE by CONNS, INC. D/B/A CONNS re 164 MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Corrected)*, 180 Notice (Other), Notice (Other), 273 Reply to Response to Motion, *Joinder Thereof* (Adams, Kent) (Entered: 10/11/2010) |
| 10/08/2010 | 290 | ANSWER to 111 Amended Complaint,,,,,, COUNTERCLAIM against AdjustaCam LLC by Macally Peripherals, Inc. D/B/A Macally U.S.A.. (Lukevich, Peter) (Entered: 10/08/2010) |
| | | |

| 10/08/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 280 is granted pursuant to Local Rule CV-12 for BestBuy.com, LLC to 10/13/2010. 26 Days Granted for Deadline Extension.( mll, ) (Entered: 10/08/2010) |
| 10/08/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 279 is granted pursuant to Local Rule CV-12 for Best Buy Stores, LP to 10/13/2010. 26 Days Granted for Deadline Extension.( mll, ) (Entered: 10/08/2010) |
| 10/08/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 278 is granted pursuant to Local Rule CV-12 for Best Buy Co Inc to 10/13/2010. 26 Days Granted for Deadline Extension.( mll, ) (Entered: 10/08/2010) |
| 10/08/2010 | 289 | NOTICE by AdjustaCam LLC re 259 Unopposed MOTION for Extension of Time to File Response/Reply as to 179 Response to Non-Motion, *Notice of WIthdrawal* (Edmonds, John) (Entered: 10/08/2010) |
| 10/07/2010 | 288 | NOTICE by Rosewill Inc. re 273 Reply to Response to Motion, *Notice of Joinder* (Stewart, Justin) (Entered: 10/07/2010) |
| 10/07/2010 | 287 | NOTICE by Newegg, Inc., Newegg.com, Inc. re 273 Reply to Response to Motion, *Notice of Joinder* (Stewart, Justin) (Entered: 10/07/2010) |
| 10/07/2010 | 286 | NOTICE by Micro Electronics, Inc. DBA Micro Center re 273 Reply to Response to Motion, *Notice of Joinder* (Daniels, Steven) (Entered: 10/07/2010) |
| 10/07/2010 | 285 | NOTICE by Office Depot, Inc. re 273 Reply to Response to Motion, *Notice of Joinder* (Daniels, Steven) (Entered: 10/07/2010) |
| 10/07/2010 | 284 | NOTICE by Fry's Electronics Inc re 273 Reply to Response to Motion, *Notice of Joinder* (Daniels, Steven) (Entered: 10/07/2010) |
| 10/07/2010 | 283 | NOTICE by Creative Labs, Inc., re 273 Reply to Response to Motion, *Notice of Joinder* (Daniels, Steven) (Entered: 10/07/2010) |
| 10/07/2010 | 282 | NOTICE by Hewlett-Packard Company re 273 Reply to Response to Motion, *Notice of Joinder* (Daniels, Steven) (Entered: 10/07/2010) |
| 10/07/2010 | 281 | CORPORATE DISCLOSURE STATEMENT filed by Jwin Electronics Corporation (Werner, Philip) (Entered: 10/07/2010) |
| 10/06/2010 | 280 | Defendant's Unopposed first Application for Extension of Time to Answer Complaint re BestBuy.com, LLC.(Daniels, Steven) (Entered: 10/06/2010) |
| 10/06/2010 | 279 | Defendant's Unopposed first Application for Extension of Time to Answer Complaint re Best Buy Stores, LP.(Daniels, Steven) (Entered: 10/06/2010) |
| 10/06/2010 | 278 | Defendant's Unopposed first Application for Extension of Time to Answer Complaint re Best Buy Co Inc.(Daniels, Steven) (Entered: |

|  |  | 10/06/2010) |
|---|---|---|
| 10/06/2010 | 277 | CORPORATE DISCLOSURE STATEMENT filed by Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Blue Microphones, LLC identifying Corporate Parent None for Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Blue Microphones, LLC. (Gardner, Allen) (Entered: 10/06/2010) |
| 10/06/2010 | 276 | MOTION to Dismiss *and Notice of Joinder in Defendant Wal-Mart Stores, Inc.'s and Dell, Inc.'s Motions to Dismiss Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim* by Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Blue Microphones, LLC. (Attachments: # 1 Text of Proposed Order)(Gardner, Allen) (Entered: 10/06/2010) |
| 10/06/2010 | 275 | CORPORATE DISCLOSURE STATEMENT filed by Intcomex, Inc., Klip Extreme LLC, Software Brokers of America Inc. DBA Intcomex Corporation D/B/A Intcomex (Wong, Russell) (Entered: 10/06/2010) |
| 10/06/2010 | 274 | MOTION to Dismiss *for Lack of Personal Jurisdiction, Improper Venue and Failure to State a Claim or in the Alternative to Transfer to the Southern District of Florida* by Intcomex, Inc., Klip Extreme LLC, Software Brokers of America Inc. DBA Intcomex Corporation D/B/A Intcomex. (Attachments: # 1 Declaration of Russell A. Olson)(Wong, Russell) (Additional attachment(s) added on 10/8/2010: # 2 Text of Proposed Order) (mjc, ). (Entered: 10/06/2010) |
| 10/06/2010 | 273 | REPLY to Response to Motion re 164 MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Corrected) filed by Dell, Inc.,*. (Attachments: # 1 Exhibit)(Fulghum, Roger) (Entered: 10/06/2010) |
| 10/06/2010 |  | Defendant's Unopposed Fourth Application for Extension of Time to Answer Complaint 272 is granted pursuant to Local Rule CV-12 for Klip Extreme LLC to 10/6/2010. 1 Days Granted for Deadline Extension.( mll, ) (Entered: 10/06/2010) |
| 10/06/2010 |  | Defendant's Unopposed Fourth Application for Extension of Time to Answer Complaint 271 is granted pursuant to Local Rule CV-12 for Software Brokers of America Inc. DBA Intcomex Corporation D/B/A Intcomex to 10/6/2010. 1 Days Granted for Deadline Extension.( mll, ) (Entered: 10/06/2010) |
| 10/06/2010 |  | Defendant's Unopposed Fourth Application for Extension of Time to Answer Complaint 270 is granted pursuant to Local Rule CV-12 for Intcomex, Inc. to 10/6/2010. 1 Days Granted for Deadline Extension. ( mll, ) (Entered: 10/06/2010) |
| 10/06/2010 |  | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 249 is granted pursuant to Local Rule CV-12 for J&R ELECTRONICS INC. D/B/A J&R to 11/1/2010. 30 Days Granted |

| | | |
|---|---|---|
| | | for Deadline Extension.( mll, ) (Entered: 10/06/2010) |
| 10/05/2010 | 272 | Defendant's Unopposed Fourth Application for Extension of Time to Answer Complaint re Klip Extreme LLC.( Wong, Russell) (Entered: 10/05/2010) |
| 10/05/2010 | 271 | Defendant's Unopposed Fourth Application for Extension of Time to Answer Complaint re Software Brokers of America Inc. DBA Intcomex Corporation D/B/A Intcomex.( Wong, Russell) (Entered: 10/05/2010) |
| 10/05/2010 | 270 | Defendant's Unopposed Fourth Application for Extension of Time to Answer Complaint re Intcomex, Inc..( Wong, Russell) (Entered: 10/05/2010) |
| 10/05/2010 | 269 | AMENDED ANSWER to *Plaintiff's First* 111 *Amended Complaint,,,,, and First,* Amended COUNTERCLAIM against AdjustaCam LLC by Sears Holdings Corporation D/B/A Sears, Sears, Roebuck and Company, Sears Brands, LLC. (Barr, John) (Entered: 10/05/2010) |
| 10/05/2010 | 268 | AMENDED ANSWER to *Plaintiff's First* 111 *Amended Complaint,,,,, and First,* Amended COUNTERCLAIM against AdjustaCam LLC by KMart Corporation. (Barr, John) (Entered: 10/05/2010) |
| 10/05/2010 | 267 | AMENDED ANSWER to *Plaintiff's First* 111 *Amended Complaint,,,,, and First,* Amended COUNTERCLAIM against AdjustaCam LLC by Overstock.com, Inc.. (Barr, John) (Entered: 10/05/2010) |
| 10/05/2010 | 266 | NOTICE by Sears, Roebuck and Company re 164 MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Corrected),* 180 Notice (Other), Notice (Other) *Notice of Joinder* (Barr, John) (Entered: 10/05/2010) |
| 10/05/2010 | 265 | NOTICE by Sears Holdings Corporation D/B/A Sears re 164 MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Corrected),* 180 Notice (Other), Notice (Other) *Notice of Joinder* (Barr, John) (Entered: 10/05/2010) |
| 10/05/2010 | 264 | NOTICE by Sears Brands, LLC re 164 MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Corrected),* 180 Notice (Other), Notice (Other) *Notice of Joinder* (Barr, John) (Entered: 10/05/2010) |
| 10/05/2010 | 263 | SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT filed by CDW, LLC identifying Corporate Parent CDW Corporation of Delaware for CDW, LLC. (Horton, Benjamin) (Entered: 10/05/2010) |
| 10/05/2010 | 262 | NOTICE by KMart Corporation re 164 MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Corrected),* 180 Notice (Other), Notice (Other) *of Joinder* (Barr, John) (Entered: 10/05/2010) |
| 10/05/2010 | 261 | NOTICE by Overstock.com, Inc. re 164 MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement* |

| | | |
|---|---|---|
| | | *for Failure to State a Claim (Corrected)*, 180 Notice (Other), Notice (Other) *of Joinder* (Barr, John) (Entered: 10/05/2010) |
| 10/05/2010 | 260 | ANSWER to 181 Answer to Complaint, Counterclaim by AdjustaCam LLC.(Edmonds, John) (Entered: 10/05/2010) |
| 10/05/2010 | 259 | ***MOTION WITHDRAWN BY DOCUMENT #289*** <br><br> Unopposed MOTION for Extension of Time to File Response/Reply as to 179 Response to Non-Motion, by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) Modified on 10/8/2010 (kls, ). (Entered: 10/05/2010) |
| 10/04/2010 | 256 | REPLY to Response to Motion re 147 MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* filed by Wal-Mart Stores, Inc.. (deGyarfas, Victor) (Entered: 10/04/2010) |
| 10/01/2010 | 258 | APPLICATION to Appear Pro Hac Vice by Attorney Jennifer Huang for Lifeworks Technology Group, LLC. (mll, ) (Entered: 10/04/2010) |
| 10/01/2010 | 257 | APPLICATION to Appear Pro Hac Vice by Attorney Thomas Carulli for Lifeworks Technology Group, LLC. (mll, ) (Entered: 10/04/2010) |
| 10/01/2010 | 255 | CORPORATE DISCLOSURE STATEMENT filed by KMart Corporation, Sears Brands, LLC, Sears Holdings Corporation D/B/A Sears, Sears, Roebuck and Company (Barr, John) (Entered: 10/01/2010) |
| 10/01/2010 | 254 | NOTICE of Disclosure by Overstock.com, Inc. (Barr, John) (Entered: 10/01/2010) |
| 10/01/2010 | 253 | *Original* ANSWER to 111 Amended Complaint,,,,, *and,* COUNTERCLAIM against AdjustaCam LLC by Sears Holdings Corporation D/B/A Sears, Sears, Roebuck and Company, Sears Brands, LLC.(Barr, John) (Entered: 10/01/2010) |
| 10/01/2010 | 252 | *Original* ANSWER to 111 Amended Complaint,,,,, *and,* COUNTERCLAIM against AdjustaCam LLC by Overstock.com, Inc.. (Barr, John) (Entered: 10/01/2010) |
| 10/01/2010 | 251 | NOTICE of Disclosure by CONNS, INC. D/B/A CONNS *Corporate Disclosure Statement* (Adams, Kent) (Entered: 10/01/2010) |
| 10/01/2010 | 250 | *Original* ANSWER to 111 Amended Complaint,,,,, *and,* COUNTERCLAIM against AdjustaCam LLC by KMart Corporation. (Barr, John) (Entered: 10/01/2010) |
| 09/30/2010 | 249 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re J&R ELECTRONICS INC. D/B/A J&R. ( Henson, Walter) (Entered: 09/30/2010) |
| | | |

| 09/29/2010 | <u>248</u> | APPLICATION to Appear Pro Hac Vice by Attorney Nena W Wong for Phoebe Micro Inc.. (mll, ) (Entered: 09/29/2010) |
| --- | --- | --- |
| 09/28/2010 | <u>247</u> | ANSWER to <u>163</u> Answer to Amended Complaint, Counterclaim *of Defendant Amazon.com, Inc.* by AdjustaCam LLC.(Edmonds, John) (Entered: 09/28/2010) |
| 09/28/2010 | <u>246</u> | ANSWER to <u>167</u> Answer to Amended Complaint, Counterclaim,, *of Defendants CompUSA.com, Inc., New CompUSA Corp., TigerDirect, Inc. and Systemax, Inc.* by AdjustaCam LLC.(Edmonds, John) (Entered: 09/28/2010) |
| 09/28/2010 | <u>245</u> | ANSWER to <u>172</u> Answer to Amended Complaint, Counterclaim *of Defendant Rosewill, Inc.* by AdjustaCam LLC.(Edmonds, John) (Entered: 09/28/2010) |
| 09/28/2010 | <u>244</u> | ANSWER to <u>171</u> Answer to Amended Complaint, Counterclaim *of Defendants Newegg Inc. and Newegg.com Inc.* by AdjustaCam LLC. (Edmonds, John) (Entered: 09/28/2010) |
| 09/27/2010 | <u>243</u> | APPLICATION to Appear Pro Hac Vice by Attorney Jen-Feng Lee for Auditek Corporation. (mll, ) (Entered: 09/28/2010) |
| 09/27/2010 | <u>242</u> | RESPONSE in Opposition re <u>164</u> MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Corrected)* filed by AdjustaCam LLC. (Attachments: # <u>1</u> Text of Proposed Order)(Robinson, Erick) (Entered: 09/27/2010) |
| 09/27/2010 | <u>241</u> | STIPULATION of Dismissal *of Defendant Trippe Manufacturing Company* by AdjustaCam LLC. (Attachments: # <u>1</u> Text of Proposed Order Proposed Order)(Robinson, Erick) (Entered: 09/27/2010) |
| 09/27/2010 | <u>240</u> | ANSWER to <u>150</u> Answer to Amended Complaint, Counterclaim *of Defendant Dell, Inc.* by AdjustaCam LLC.(Edmonds, John) (Entered: 09/27/2010) |
| 09/27/2010 | <u>239</u> | ANSWER and AFFIRMATIVE DEFENSES to <u>1</u> Complaint by Phoebe Micro Inc..(mll, ) (Entered: 09/27/2010) |
| 09/27/2010 | <u>238</u> | Unopposed MOTION to Withdraw as Attorney *and Substitute Counsel* by Radioshack Corporation. (Attachments: # <u>1</u> Text of Proposed Order) (Smith, Michael) (Entered: 09/27/2010) |
| 09/24/2010 | <u>237</u> | APPLICATION to Appear Pro Hac Vice by Michael D Harris for Blue Microphones, LLC and Latvian Universal Electronics, LLC. (mll, ) (Entered: 09/27/2010) |
| 09/24/2010 | <u>236</u> | APPLICATION to Appear Pro Hac Vice by Attorney M Kala Sarvaiya for Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Blue Microphones, LLC. (mll, ) (Entered: 09/27/2010) |
| 09/24/2010 | <u>235</u> | RESPONSE in Opposition re <u>147</u> MOTION to Dismiss *[PARTIAL]* |

| | | |
|---|---|---|
| | | *FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12 (B)(6)* MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* filed by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order)(Robinson, Erick) (Entered: 09/24/2010) |
| 09/24/2010 | 234 | NOTICE of Attorney Appearance by Debra Elaine Gunter on behalf of Newegg, Inc., Newegg.com, Inc., Rosewill Inc. (Gunter, Debra) (Entered: 09/24/2010) |
| 09/24/2010 | 233 | NOTICE of Attorney Appearance by Herbert A Yarbrough, III on behalf of Newegg, Inc., Newegg.com, Inc., Rosewill Inc. (Yarbrough, Herbert) (Entered: 09/24/2010) |
| 09/24/2010 | 232 | *Amended* ANSWER to 111 Amended Complaint,,,,, by Gear Head, LLC.(Hammond, Herbert) (Entered: 09/24/2010) |
| 09/24/2010 | 231 | *Defendant Kohl's Answer to Amended Complaint, Affirmative Defenses, Counterclaims, and Jury Demand* ANSWER to 221 Answer to Amended Complaint, Counterclaim,,, COUNTERCLAIM against AdjustaCam LLC by Kohl's Illinois, Inc., KOHLS CORPORATION D/B/A KOHL'S.(Sutton, Ezra) (Entered: 09/24/2010) |
| 09/24/2010 | 230 | *Defendant Sakar International, Inc.'s Answer to Amended Complaint, Affirmative Defenses, Counterclaims, and Jury Demand* ANSWER to 220 Answer to Complaint, Counterclaim, COUNTERCLAIM against AdjustaCam LLC by Sakar International, Inc..(Sutton, Ezra) (Entered: 09/24/2010) |
| 09/24/2010 | 229 | NOTICE of Attorney Appearance by Michael James Collins on behalf of AdjustaCam LLC (Collins, Michael) (Entered: 09/24/2010) |
| 09/24/2010 | | Defendant's Unopposed Fourth Application for Extension of Time to Answer Complaint 225 is granted pursuant to Local Rule CV-12 for Trippe Manufacturing Company D/B/A Tripp Lite to 9/24/2010. 4 Days Granted for Deadline Extension. (Filed by pltf on behalf of deft.) ( mll, ) (Entered: 09/24/2010) |
| 09/23/2010 | | NOTICE of Deficiency regarding the 224 Unopposed Motion for Extension of Time submitted by Trippe Manufacturing Company D/B/A Tripp Lite. Document is the Unopposed Application for Extension of Time. Correction should be made by one business day (mjc, ) (Entered: 09/23/2010) |
| 09/23/2010 | 228 | CORPORATE DISCLOSURE STATEMENT filed by Creative Labs, Inc., identifying Corporate Parent Creative Holdings, Inc., Other Affiliate Creative Technology Ltd. for Creative Labs, Inc.,. (Daniels, Steven) (Entered: 09/23/2010) |
| 09/23/2010 | 227 | ANSWER to 111 Amended Complaint,,,,, by Creative Labs, Inc.,. (Daniels, Steven) (Entered: 09/23/2010) |
| 09/23/2010 | 226 | NOTICE by Creative Labs, Inc., re 164 MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for* |

| | | |
|---|---|---|
| | | *Failure to State a Claim (Corrected)*, <u>180</u> Notice (Other), Notice (Other) *Notice of Joinder* (Daniels, Steven) (Entered: 09/23/2010) |
| 09/23/2010 | <u>225</u> | Defendant's Unopposed Fourth Application for Extension of Time to Answer Complaint re Trippe Manufacturing Company.( Robinson, Erick) (Entered: 09/23/2010) |
| 09/21/2010 | <u>224</u> | **\*\*\*DOCUMENT FILED IN ERROR. PLEASE DISREGARD.\*\*\*** Unopposed MOTION for Extension of Time to File Answer *of Defendant Trippe Manufacturing Company* by AdjustaCam LLC. (Robinson, Erick) Modified on 9/23/2010 (mjc, ). (Entered: 09/21/2010) |
| 09/21/2010 | <u>223</u> | CORPORATE DISCLOSURE STATEMENT filed by Gear Head, LLC (Hammond, Herbert) (Entered: 09/21/2010) |
| 09/21/2010 | <u>222</u> | ORDER granting <u>219</u> Motion for Extension of Time to File Response/Reply re <u>147</u> MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)*; Responses due by 9/24/2010. Signed by Judge Leonard Davis on 09/21/10. cc:attys 9-21-10 (mll, ) (Entered: 09/21/2010) |
| 09/21/2010 | <u>221</u> | **\*\*\*DISREGARD ENTRY - NOT .pdf SEARCHABLE FORMAT\*\*\*** *Defendant Kohl's Answer to Amended Complaint, Affirmative Defenses, Counterclaims, and Jury Demand* ANSWER to <u>111</u> Amended Complaint,,,,,, COUNTERCLAIM against AdjustaCam LLC by Kohl's Illinois, Inc., KOHLS CORPORATION D/B/A KOHL'S.(Sutton, Ezra) Modified on 9/23/2010 (kls, ). (Entered: 09/21/2010) |
| 09/21/2010 | <u>220</u> | *Defendant Sakar International, Inc.'s Answer to Amended Complaint, Affirmative Defenses, Counterclaims, and Jury Demand* ANSWER to <u>1</u> Complaint,,,,,, COUNTERCLAIM against AdjustaCam LLC by Sakar International, Inc..(Sutton, Ezra) (Entered: 09/21/2010) |
| 09/21/2010 | | Defendant's Unopposed Third Application for Extension of Time to Answer Complaint <u>194</u> is granted pursuant to Local Rule CV-12 for Klip Extreme LLC to 10/5/2010. 14 Days Granted for Deadline Extension.( mll, ) (Entered: 09/21/2010) |
| 09/21/2010 | | Defendant's Unopposed Third Application for Extension of Time to Answer Complaint <u>193</u> is granted pursuant to Local Rule CV-12 for Intcomex, Inc. to 10/5/2010. 14 Days Granted for Deadline Extension. ( mll, ) (Entered: 09/21/2010) |
| 09/21/2010 | | Defendant's Unopposed Third Application for Extension of Time to Answer Complaint <u>192</u> is granted pursuant to Local Rule CV-12 for Software Brokers of America Inc. DBA Intcomex Corporation D/B/A Intcomex to 10/5/2010. 14 Days Granted for Deadline Extension. ( mll, ) (Entered: 09/21/2010) |
| 09/20/2010 | | NOTICE of Deficiency regarding the <u>188</u> Answer to Amended |

| | | |
|---|---|---|
| | | Complaint submitted by Sakar International, Inc. Document does not contain a Certificate of Service. Correction should be made by one business day. (mjc, ) (Entered: 09/20/2010) |
| 09/20/2010 | 219 | Unopposed MOTION for Extension of Time to File Response/Reply as to 147 MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12 (B)(6)* by AdjustaCam LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Robinson, Erick) (Entered: 09/20/2010) |
| 09/20/2010 | 218 | ORDER granting 216 Motion for Extension of Time to Answer. The deadline for deft Blue Microphones LLC to answer, move or otherwise respond to pltf's First Amended Complaint is extended to 10-06-2010. Signed by Judge Leonard Davis on 09/20/10. cc:attys 9-20-10 (mll, ) (Entered: 09/20/2010) |
| 09/20/2010 | 🔒 | (Court only) *** Party deft Eastman Kodak Company terminated per 217 Order of partial dismissal. (mll, ) (Entered: 09/20/2010) |
| 09/20/2010 | 217 | ORDER granting 185 Notice of Voluntary Dismissal filed by AdjustaCam LLC. Pltf's claims against deft Eastman Kodak Company are DISMISSED without prejudice. Signed by Judge Leonard Davis on 09/20/10. cc:attys 9-20-10(mll, ) (Entered: 09/20/2010) |
| 09/17/2010 | 216 | Consent MOTION for Extension of Time to File Answer re 111 Amended Complaint,,,,, *up to and including October 6, 2010* by Blue Microphones, LLC. (Attachments: # 1 Text of Proposed Order)(Jones, Michael) (Entered: 09/17/2010) |
| 09/17/2010 | 215 | CORPORATE DISCLOSURE STATEMENT filed by CDW, LLC identifying Corporate Parent VH Holdings, Inc. for CDW, LLC. (Duston, Thomas) (Entered: 09/17/2010) |
| 09/17/2010 | 214 | ANSWER to 111 Amended Complaint,,,,, by CDW, LLC.(Duston, Thomas) (Entered: 09/17/2010) |
| 09/17/2010 | 213 | NOTICE by Lifeworks Technology Group, LLC re 164 MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Corrected)*, 180 Notice (Other), Notice (Other) *Of Joinder* (Maloney, Collin) (Entered: 09/17/2010) |
| 09/17/2010 | 212 | NOTICE of Attorney Appearance by Vishal Hemant Patel on behalf of Gear Head, LLC (Patel, Vishal) (Entered: 09/17/2010) |
| 09/17/2010 | 211 | ANSWER to 111 Amended Complaint,,,,, by Lifeworks Technology Group, LLC.(Maloney, Collin) (Entered: 09/17/2010) |
| 09/17/2010 | 210 | CORPORATE DISCLOSURE STATEMENT filed by Office Depot, Inc. identifying Other Affiliate AllianceBernstein L.P. for Office Depot, Inc.. (Daniels, Steven) (Entered: 09/17/2010) |
| | | |

| 09/17/2010 | 209 | ANSWER to 1 Complaint,,,,, by Gear Head, LLC.(Hammond, Herbert) (Entered: 09/17/2010) |
| --- | --- | --- |
| 09/17/2010 | 208 | ORDER granting 190 Motion for Extension of Time to Answer. Defts Overstock.com, Kmart Corporation, and Sears defendants shall have to 10-01-2010 to answer or otherwise respond to pltf's First Amended Complaint. Signed by Judge Leonard Davis on 09/17/10. cc:attys 9-17-10 (mll, ) (Entered: 09/17/2010) |
| 09/17/2010 | 207 | CORPORATE DISCLOSURE STATEMENT filed by Fry's Electronics Inc (Daniels, Steven) (Entered: 09/17/2010) |
| 09/17/2010 | 206 | CORPORATE DISCLOSURE STATEMENT filed by Hewlett-Packard Company (Daniels, Steven) (Entered: 09/17/2010) |
| 09/17/2010 | 205 | CORPORATE DISCLOSURE STATEMENT filed by Micro Electronics, Inc. DBA Micro Center (Daniels, Steven) (Entered: 09/17/2010) |
| 09/17/2010 | 204 | ANSWER to 111 Amended Complaint,,,,, by Micro Electronics, Inc. DBA Micro Center.(Daniels, Steven) (Entered: 09/17/2010) |
| 09/17/2010 | 203 | ANSWER to 111 Amended Complaint,,,,, by Hewlett-Packard Company.(Daniels, Steven) (Entered: 09/17/2010) |
| 09/17/2010 | 202 | ANSWER to 111 Amended Complaint,,,,, by Office Depot, Inc.. (Daniels, Steven) (Entered: 09/17/2010) |
| 09/17/2010 | 201 | ANSWER to 111 Amended Complaint,,,,, by Fry's Electronics Inc (Daniels, Steven) (Entered: 09/17/2010) |
| 09/17/2010 | 200 | *Defendants Kohl's Illinois, Inc. and Kohl's Corporation's Answer to Amended Complaint, Affirmative Defenses, Counterclaims, and Jury Demand* ANSWER to 1 Complaint,,,,,, COUNTERCLAIM against AdjustaCam LLC by Kohl's Illinois, Inc., KOHLS CORPORATION D/B/A KOHL'S.(Sutton, Ezra) (Entered: 09/17/2010) |
| 09/17/2010 | 199 | NOTICE by Office Depot, Inc. re 164 MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Corrected)*, 180 Notice (Other), Notice (Other) *Notice of Joinder* (Daniels, Steven) (Entered: 09/17/2010) |
| 09/17/2010 | 198 | NOTICE by Micro Electronics, Inc. DBA Micro Center re 164 MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Corrected)*, 180 Notice (Other), Notice (Other) *Notice of Joinder* (Daniels, Steven) (Entered: 09/17/2010) |
| 09/17/2010 | 197 | NOTICE by Hewlett-Packard Company re 164 MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Corrected)*, 180 Notice (Other), Notice (Other) *Notice of Joinder* (Daniels, Steven) (Entered: 09/17/2010) |
| 09/17/2010 | 196 | NOTICE by Fry's Electronics Inc re 164 MOTION to Dismiss |

| | | | |
|---|---|---|---|
| | | | *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Corrected),* 180 Notice (Other), Notice (Other) *Notice of Joinder* (Daniels, Steven) (Entered: 09/17/2010) |
| 09/17/2010 | 🔒 | 195 | E-GOV SEALED SUMMONS Issued as to SOLID YEAR CO., LTD. (kls, ) (Entered: 09/17/2010) |
| 09/17/2010 | | 194 | Defendant's Unopposed Third Application for Extension of Time to Answer Complaint re Klip Extreme LLC.( Wong, Russell) (Entered: 09/17/2010) |
| 09/17/2010 | | 193 | Defendant's Unopposed Third Application for Extension of Time to Answer Complaint re Intcomex, Inc..( Wong, Russell) (Entered: 09/17/2010) |
| 09/17/2010 | | 192 | Defendant's Unopposed Third Application for Extension of Time to Answer Complaint re Software Brokers of America Inc. DBA Intcomex Corporation D/B/A Intcomex.( Wong, Russell) (Entered: 09/17/2010) |
| 09/17/2010 | | 191 | *Defendant jWIN Electronics Corp's Original* ANSWER to 111 Amended Complaint,,,,, by Jwin Electronics Corporation.(Werner, Philip) (Entered: 09/17/2010) |
| 09/16/2010 | | 190 | Unopposed MOTION for Extension of Time to File Answer re 111 Amended Complaint,,,,, by KMart Corporation, Overstock.com, Inc., Sears Brands, LLC, Sears Holdings Corporation D/B/A Sears, Sears, Roebuck and Company. (Attachments: # 1 Text of Proposed Order proposed Order)(Barr, John) (Entered: 09/16/2010) |
| 09/16/2010 | | 189 | ORDER granting 186 Motion to Withdraw as Attorney. Attorney Allen Franklin Gardner and Michael E Jones terminated. Signed by Judge Leonard Davis on 09/16/10. cc:attys 9-16-10 (mll, ) (Entered: 09/16/2010) |
| 09/16/2010 | | 188 | ***DOCUMENT FILED IN ERROR. PLEASE DISREGARD.*** *Defendant Sakar International, Inc.'s Answer to Amended Complaint, Affirmative Defenses, Counterclaims, and Jury Demand* ANSWER to 111 Amended Complaint,,,,,, COUNTERCLAIM against AdjustaCam LLC by Sakar International, Inc..(Sutton, Ezra) Modified on 9/20/2010 (mjc, ). (Entered: 09/16/2010) |
| 09/16/2010 | | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 187 is granted pursuant to Local Rule CV-12 for Creative Labs, Inc., to 9/23/2010. 7 Days Granted for Deadline Extension.( mll, ) (Entered: 09/16/2010) |
| 09/16/2010 | | | Defendant's Unopposed Third Application for Extension of Time to Answer Complaint 183 is granted pursuant to Local Rule CV-12 for Jwin Electronics Corporation to 9/21/2010. 7 Days Granted for Deadline Extension.( mll, ) (Entered: 09/16/2010) |
| 09/16/2010 | | | Defendant's Unopposed Third Application for Extension of Time to Answer Complaint 182 is granted pursuant to Local Rule CV-12 for Trippe Manufacturing Company D/B/A Tripp Lite to 9/20/2010. 6 |

| | | |
|---|---|---|
| | | Days Granted for Deadline Extension.( mll, ) (Entered: 09/16/2010) |
| 09/15/2010 | 187 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Creative Labs, Inc.,.(Daniels, Steven) (Entered: 09/15/2010) |
| 09/15/2010 | 186 | Unopposed MOTION to Withdraw as Attorney *Michael E. Jones and Allen F. Gardner of the Potter Minton, PC law firm* by Jwin Electronics Corporation. (Attachments: # 1 Text of Proposed Order)(Jones, Michael) (Entered: 09/15/2010) |
| 09/15/2010 | 185 | NOTICE of Voluntary Dismissal by AdjustaCam LLC (Attachments: # 1 Text of Proposed Order Prposed Order)(Edmonds, John) (Entered: 09/15/2010) |
| 09/14/2010 | 🔒 | (Court only) *** Party deft WALGREEN CO. D/B/A WALGREENS terminated per 184 Order of partial dismissal. (mll, ) (Entered: 09/15/2010) |
| 09/14/2010 | 184 | ORDER granting 165 Notice of Voluntary Dismissal filed by AdjustaCam LLC. Pltf's claims against deft Walgreen Co are dismissed without prejudice. Signed by Judge Leonard Davis on 09/14/10. cc:attys 9-15-10(mll, ) (Entered: 09/15/2010) |
| 09/14/2010 | 183 | Defendant's Unopposed Third Application for Extension of Time to Answer Complaint re Jwin Electronics Corporation.( Jones, Michael) (Entered: 09/14/2010) |
| 09/14/2010 | 182 | Defendant's Unopposed Third Application for Extension of Time to Answer Complaint re Trippe Manufacturing Company D/B/A Tripp Lite.( Saret, Larry) (Entered: 09/14/2010) |
| 09/13/2010 | | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint 177 is granted pursuant to Local Rule CV-12 for Lifeworks Technology Group, LLC to 9/17/2010. 5 Days Granted for Deadline Extension.( mll, ) (Entered: 09/13/2010) |
| 09/13/2010 | 181 | *Conn's, Inc., d/b/a Conn's* ANSWER to 1 Complaint,,,,, *Defenses and,* COUNTERCLAIM against AdjustaCam LLC by CONNS, INC. D/B/A CONNS.(Adams, Kent) (Entered: 09/13/2010) |
| 09/13/2010 | 180 | NOTICE by Dell, Inc., re 164 MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Corrected) Notice of Additional Authority* (Attachments: # 1 Exhibit A)(Fulghum, Roger) (Entered: 09/13/2010) |
| 09/10/2010 | 179 | RESPONSE to 111 Amended Complaint,,,,, *Defendants' Compusa.com, Inc.'s, New Compusa Corp.'s, Systemax Inc.'s and Tigerdirect, Inc.'s Answer to Plaintiff's First Amended Complaint* by Compusa.com, Inc., New Compusa Corporation, Systemax, Inc. D/B/A Compusa, Tigerdirect, Inc.. (Denenberg, David) (Entered: 09/10/2010) |
| 09/10/2010 | 178 | CORPORATE DISCLOSURE STATEMENT filed by Compusa.com, Inc., New Compusa Corporation, Systemax, Inc. D/B/A Compusa, |

| | | Tigerdirect, Inc. (Denenberg, David) (Entered: 09/10/2010) |
|---|---|---|
| 09/10/2010 | 177 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Lifeworks Technology Group, LLC.( Maloney, Collin) (Entered: 09/10/2010) |
| 09/09/2010 | 176 | NOTICE by Rosewill Inc. re 164 MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Corrected)* (Stewart, Justin) (Entered: 09/09/2010) |
| 09/09/2010 | 175 | NOTICE by Newegg, Inc., Newegg.com, Inc. re 164 MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Corrected)* (Stewart, Justin) (Entered: 09/09/2010) |
| 09/09/2010 | 174 | CORPORATE DISCLOSURE STATEMENT filed by Rosewill Inc. identifying Corporate Parent Newegg Inc., Corporate Parent Magnell Associate Inc. for Rosewill Inc., Rosewill Inc.. (Stewart, Justin) (Entered: 09/09/2010) |
| 09/09/2010 | 173 | CORPORATE DISCLOSURE STATEMENT filed by Newegg, Inc., Newegg.com, Inc. (Stewart, Justin) (Entered: 09/09/2010) |
| 09/09/2010 | 172 | *Rosewill Inc.'s* ANSWER to 111 Amended Complaint,,,,,, COUNTERCLAIM *and Affirmative Defenses* against AdjustaCam LLC by Rosewill Inc..(Stewart, Justin) (Entered: 09/09/2010) |
| 09/09/2010 | 171 | *Newegg Inc. and Newegg.com Inc.'s* ANSWER to 111 Amended Complaint,,,,,, COUNTERCLAIM *and Affirmative Defenses* against AdjustaCam LLC by Newegg.com, Inc., Newegg, Inc..(Stewart, Justin) (Entered: 09/09/2010) |
| 09/08/2010 | 170 | CORPORATE DISCLOSURE STATEMENT filed by Radioshack Corporation identifying Corporate Parent None for Radioshack Corporation. (Smith, Michael) (Entered: 09/08/2010) |
| 09/08/2010 | 169 | ANSWER to 111 Amended Complaint,,,,, by Radioshack Corporation. (Smith, Michael) (Entered: 09/08/2010) |
| 09/08/2010 | 168 | NOTICE by Radioshack Corporation re 147 MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6) (Notice of Joinder)* (Smith, Michael) (Entered: 09/08/2010) |
| 09/08/2010 | 167 | ***DISREGARD ENTRY - NOT SEARCHABLE PDF***<br><br>*Defendants COMPUSA.COM, INC.'S, NEW COMPUSA CORP.'S, SYSTEMAX INC.'S AND TIGERDIRECT, INC.'S* ANSWER to 111 Amended Complaint,,,,,, COUNTERCLAIM against AdjustaCam LLC by Systemax, Inc. D/B/A Compusa, Tigerdirect, Inc., New Compusa Corporation, Compusa.com, Inc..(Denenberg, David) Modified on |

| | | 9/10/2010 (kls, ). (Entered: 09/08/2010) |
|---|---|---|
| 09/08/2010 | 166 | NOTICE of Disclosure by Compusa.com, Inc., New Compusa Corporation, Systemax, Inc. D/B/A Compusa, Tigerdirect, Inc. *Fed.R.Civ.P. 7.1 Disclosure Statement* (Denenberg, David) (Entered: 09/08/2010) |
| 09/08/2010 | 165 | NOTICE of Voluntary Dismissal by AdjustaCam LLC (Attachments: # 1 Text of Proposed Order)(Robinson, Erick) (Entered: 09/08/2010) |
| 09/08/2010 | 164 | MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Corrected)* by Dell, Inc.,. (Attachments: # 1 Text of Proposed Order)(Fulghum, Roger) (Entered: 09/08/2010) |
| 09/08/2010 | | ***FILED IN ERROR. Document # 158 , Motion to Dismiss. CORRECTED DOCUMENT TO BE FILED BY ATTY. PLEASE IGNORE.*** (mjc, ) (Entered: 09/08/2010) |
| 09/07/2010 | 163 | *Defendant Amazon.com, Inc.'s* ANSWER to 111 Amended Complaint,,,,, *For Patent Infringement,* COUNTERCLAIM against AdjustaCam LLC by Amazon.com, Inc..(Geringer, James) (Entered: 09/07/2010) |
| 09/07/2010 | 162 | NOTICE by Target Corp. re 147 MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12 (B)(6)* MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6) (NOTICE OF JOINDER)* (Smith, Michael) (Entered: 09/07/2010) |
| 09/07/2010 | 161 | NOTICE by Jasco Products Company LLC D/B/A Jasco Products Company D/B/A Jasco re 147 MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12 (B)(6)* MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6) (NOTICE OF JOINDER)* (Smith, Michael) (Entered: 09/07/2010) |
| 09/07/2010 | | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint 149 is granted pursuant to Local Rule CV-12 for Jwin Electronics Corporation to 9/14/2010. 7 Days Granted for Deadline Extension.( mll, ) (Entered: 09/07/2010) |
| 09/07/2010 | | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint 146 is granted pursuant to Local Rule CV-12 for Trippe Manufacturing D/B/A Tripp Lite to 9/14/2010. 7 Days Granted for Deadline Extension.( mll, ) (Entered: 09/07/2010) |
| 09/07/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 143 is granted pursuant to Local Rule CV-12 for CDW, Inc. to 9/17/2010; CDW Corporation F/K/A CDW Computer |

| | | |
|---|---|---|
| | | Centers, Inc. to 9/17/2010. 15 Days Granted for Deadline Extension. ( mll, ) (Entered: 09/07/2010) |
| 09/07/2010 | | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint 142 is granted pursuant to Local Rule CV-12 for KMart Corporation to 9/17/2010. 12 Days Granted for Deadline Extension.( mll, ) (Entered: 09/07/2010) |
| 09/07/2010 | | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint 141 is granted pursuant to Local Rule CV-12 for Sears, Roebuck and Company to 9/17/2010. 12 Days Granted for Deadline Extension.( mll, ) (Entered: 09/07/2010) |
| 09/07/2010 | | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint 140 is granted pursuant to Local Rule CV-12 for Sears Holdings Corporation D/B/A Sears to 9/17/2010. 12 Days Granted for Deadline Extension.( mll, ) (Entered: 09/07/2010) |
| 09/07/2010 | | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint 139 is granted pursuant to Local Rule CV-12 for Sears Brands, LLC to 9/17/2010. 8 Days Granted for Deadline Extension.( mll, ) (Entered: 09/07/2010) |
| 09/07/2010 | | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint 138 is granted pursuant to Local Rule CV-12 for Overstock.com, Inc. to 9/17/2010. 13 Days Granted for Deadline Extension.( mll, ) (Entered: 09/07/2010) |
| 09/07/2010 | | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint 137 is granted pursuant to Local Rule CV-12 for Eastman Kodak Company to 9/17/2010. 14 Days Granted for Deadline Extension.( mll, ) (Entered: 09/07/2010) |
| 09/07/2010 | | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint 125 is granted pursuant to Local Rule CV-12 for KOHLS CORPORATION D/B/A KOHL'S to 9/17/2010; Sakar, Inc. to 9/17/2010; Kohl's Illinois, Inc. to 9/17/2010. 14 Days Granted for Deadline Extension.( mll, ) (Entered: 09/07/2010) |
| 09/07/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 124 is granted pursuant to Local Rule CV-12 for Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone to 10/6/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 09/07/2010) |
| 09/07/2010 | | NOTICE of Deficiency regarding the 155 Motion to Join submitted by Target Corp. Document does not contain a Certificate of Conference. Correction should be made by one business day. (mjc, ) (Entered: 09/07/2010) |
| 09/07/2010 | | NOTICE of Deficiency regarding the 152 Motion to Join submitted by Jasco Products Company LLC D/B/A Jasco Products Company D/B/A Jasco. Document does not contain a Certificate of Conference. |

| | | | |
|---|---|---|---|
| | | | Correction should be made by one business day. (mjc, ) (Entered: 09/07/2010) |
| 09/07/2010 | 🔒 | 160 | E-GOV SEALED SUMMONS REISSUED as to J&R ELECTRONICS INC. D/B/A J&R. (mll, ) (Entered: 09/07/2010) |
| 09/03/2010 | | 159 | ANSWER and AFFIRMATIVE DEFENSES to 111 Amended Complaint, by Phoebe Micro Inc..(mll, ) (Entered: 09/07/2010) |
| 09/03/2010 | | 158 | ***DOCUMENT FILED IN ERROR. PLEASE DISREGARD.*** MOTION to Dismiss *Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim* by Dell, Inc.,. (Attachments: # 1 Text of Proposed Order)(Fulghum, Roger) Modified on 9/8/2010 (mjc, ). (Entered: 09/03/2010) |
| 09/03/2010 | | 157 | CORPORATE DISCLOSURE STATEMENT filed by Target Corp. identifying Corporate Parent Target Corporation for Target Corp.. (Smith, Michael) (Entered: 09/03/2010) |
| 09/03/2010 | | 156 | ANSWER to 111 Amended Complaint,,,,, by Target Corp..(Smith, Michael) (Entered: 09/03/2010) |
| 09/03/2010 | | 155 | ***DOCUMENT FILED IN ERROR. PLEASE DISREGARD.*** MOTION to Join Defendant Wal-Mart Stores, Inc.s Partial Motion to Dismiss for Failure to State a Claim re 147 MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* by Target Corp.. (Attachments: # 1 Text of Proposed Order)(Smith, Michael) Modified on 9/7/2010 (mjc, ). (Entered: 09/03/2010) |
| 09/03/2010 | | 154 | CORPORATE DISCLOSURE STATEMENT filed by Jasco Products Company LLC D/B/A Jasco Products Company D/B/A Jasco identifying Corporate Parent Jasco Products Company for Jasco Products Company LLC D/B/A Jasco Products Company D/B/A Jasco. (Smith, Michael) (Entered: 09/03/2010) |
| 09/03/2010 | | 153 | ANSWER to 111 Amended Complaint,,,,, by Jasco Products Company LLC D/B/A Jasco Products Company D/B/A Jasco.(Smith, Michael) (Entered: 09/03/2010) |
| 09/03/2010 | | 152 | ***DOCUMENT FILED IN ERROR. PLEASE DISREGARD.*** MOTION to Join Defendant Wal-Mart Stores, Inc.s Partial Motion to Dismiss for Failure to State a Claim re 147 MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* by Jasco Products Company LLC D/B/A Jasco Products Company D/B/A Jasco. (Attachments: # 1 Text of Proposed Order)(Smith, Michael) Modified on 9/7/2010 (mjc, ). (Entered: 09/03/2010) |
| | | | |

| 09/03/2010 | 151 | CORPORATE DISCLOSURE STATEMENT filed by Dell, Inc., (Fulghum, Roger) (Entered: 09/03/2010) |
|---|---|---|
| 09/03/2010 | 150 | *Defendant Dell Inc's* ANSWER to 111 Amended Complaint,,,,, *and,* COUNTERCLAIM against AdjustaCam LLC by Dell, Inc.,.(Fulghum, Roger) (Entered: 09/03/2010) |
| 09/03/2010 | 149 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Jwin Electronics Corporation.( Jones, Michael) (Entered: 09/03/2010) |
| 09/03/2010 | 148 | NOTICE of Disclosure by Wal-Mart Stores, Inc. (deGyarfas, Victor) (Entered: 09/03/2010) |
| 09/03/2010 | 147 | MOTION to Dismiss *[PARTIAL] FOR FAILURE TO STATE A CLAIM, F.R.C.P. 12(B)(6)* by Wal-Mart Stores, Inc.. (Attachments: # 1 Affidavit of Victor de Gyarfas, # 2 Exhibit 1 to de Gyarfas Decl, # 3 Exhibit 2 to de Gyarfas Decl, # 4 Exhibit 3 to de Gyarfas Decl, # 5 Exhibit 4 to de Gyarfas Decl, # 6 Exhibit 5 to de Gyarfas Decl, # 7 Exhibit 6 to de Gyarfas Decl, # 8 Exhibit 7 to de Gyarfas Decl, # 9 Exhibit 8 to de Gyarfas Decl, # 10 Text of Proposed Order)(deGyarfas, Victor) (Entered: 09/03/2010) |
| 09/03/2010 | 146 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Trippe Manufacturing Company D/B/A Tripp Lite.( Saret, Larry) (Entered: 09/03/2010) |
| 09/02/2010 | 145 | ORDER **GRANTING** 118 Emergency MOTION for Extension of Time to File Answer re 111 Amended Complaint *and Request for Expedited Briefing* filed by Micro Electronics, Inc. DBA Micro Center, Office Depot, Inc., Fry's Electronics Inc, Hewlett-Packard Company. Signed by Judge Leonard Davis on 9/2/2010. (gsg) (Entered: 09/03/2010) |
| 09/02/2010 | 144 | SUR-REPLY to Reply to Response to Motion re 118 Emergency MOTION for Extension of Time to File Answer re 111 Amended Complaint,,,,, *and Request for Expedited Briefing* Emergency MOTION for Extension of Time to File Answer re 111 Amended Complaint,,,,, *and Request for Expedited Briefing* filed by AdjustaCam LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Edmonds, John) (Entered: 09/02/2010) |
| 09/02/2010 | 143 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc.( Horton, Benjamin) (Entered: 09/02/2010) |
| 09/02/2010 | 142 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re KMart Corporation.( Shield, Christopher) (Entered: 09/02/2010) |
| 09/02/2010 | 141 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Sears, Roebuck and Company.( Shield, Christopher) (Entered: 09/02/2010) |

| 09/02/2010 | 140 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Sears Holdings Corporation D/B/A Sears. ( Shield, Christopher) (Entered: 09/02/2010) |
|---|---|---|
| 09/02/2010 | 139 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Sears Brands, LLC.( Shield, Christopher) (Entered: 09/02/2010) |
| 09/02/2010 | 138 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Overstock.com, Inc..( Shield, Christopher) (Entered: 09/02/2010) |
| 09/02/2010 | 137 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Eastman Kodak Company.( Ainsworth, Jennifer) (Entered: 09/02/2010) |
| 09/02/2010 | 136 | NOTICE of Attorney Appearance by Eric Hugh Findlay on behalf of Office Depot, Inc. (Findlay, Eric) (Entered: 09/02/2010) |
| 09/02/2010 | 135 | NOTICE of Attorney Appearance by Eric Hugh Findlay on behalf of Micro Electronics, Inc. DBA Micro Center (Findlay, Eric) (Entered: 09/02/2010) |
| 09/02/2010 | 134 | NOTICE of Attorney Appearance by Eric Hugh Findlay on behalf of Hewlett-Packard Company (Findlay, Eric) (Entered: 09/02/2010) |
| 09/02/2010 | 133 | NOTICE of Attorney Appearance by Eric Hugh Findlay on behalf of Fry's Electronics Inc (Findlay, Eric) (Entered: 09/02/2010) |
| 09/02/2010 | 132 | NOTICE of Attorney Appearance by Roger Brian Craft on behalf of Office Depot, Inc. (Craft, Roger) (Entered: 09/02/2010) |
| 09/02/2010 | 131 | NOTICE of Attorney Appearance by Roger Brian Craft on behalf of Micro Electronics, Inc. DBA Micro Center (Craft, Roger) (Entered: 09/02/2010) |
| 09/02/2010 | 130 | NOTICE of Attorney Appearance by Roger Brian Craft on behalf of Hewlett-Packard Company (Craft, Roger) (Entered: 09/02/2010) |
| 09/02/2010 | 129 | NOTICE of Attorney Appearance by Roger Brian Craft on behalf of Fry's Electronics Inc (Craft, Roger) (Entered: 09/02/2010) |
| 09/02/2010 | 128 | REPLY to Response to Motion re 118 Emergency MOTION for Extension of Time to File Answer re 111 Amended Complaint,,,,, *and Request for Expedited Briefing*Emergency MOTION for Extension of Time to File Answer re 111 Amended Complaint,,,,, *and Request for Expedited Briefing filed by Fry's Electronics Inc, Hewlett-Packard Company, Micro Electronics, Inc. DBA Micro Center, Office Depot, Inc.*. (Daniels, Steven) (Entered: 09/02/2010) |
| 09/01/2010 | 🔒 | (Court only) *** Party deft SDI Technologies, Inc. terminated per 127 Order of partial dismissal. (mll, ) (Entered: 09/02/2010) |
| 09/01/2010 | 127 | ORDER granting 119 Notice of Voluntary Dismissal filed by AdjustaCam LLC. Pltf's claims against deft SDI Technologies Inc are |

| | | |
|---|---|---|
| | | dismissed without prejudice. Signed by Judge Leonard Davis on 09/01/10. cc:attys 9-02-10(mll, ) (Entered: 09/02/2010) |
| 09/01/2010 | 126 | RESPONSE to Motion re 118 Emergency MOTION for Extension of Time to File Answer re 111 Amended Complaint,,,,, *and Request for Expedited Briefing*Emergency MOTION for Extension of Time to File Answer re 111 Amended Complaint,,,,, *and Request for Expedited Briefing filed by AdjustaCam LLC*. (Attachments: # 1 Text of Proposed Order)(Edmonds, John) (Entered: 09/01/2010) |
| 09/01/2010 | 125 | Defendant's Unopposed Application for Extension of Time to Answer Complaint re: KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., and Sakar International, Inc..( Sutton, Ezra) (Entered: 09/01/2010) |
| 08/31/2010 | 124 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone.( Harris, Michael) (Entered: 08/31/2010) |
| 08/31/2010 | 123 | ORDER granting 118 Motion for Expedited Briefing. Pltf's responsive brief shall be due 9-01-2010, and defts' reply is due before 12:00 p.m. on 9-02-2010. Signed by Judge Leonard Davis on 08/31/10. cc:attys 8-31-10 (mll, ) (Entered: 08/31/2010) |
| 08/31/2010 | | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint 122 is granted pursuant to Local Rule CV-12 for Software Brokers of America Inc. DBA Intcomex Corporation D/B/A Intcomex to 9/21/2010. 14 Days Granted for Deadline Extension. ( mll, ) (Entered: 08/31/2010) |
| 08/31/2010 | | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint 121 is granted pursuant to Local Rule CV-12 for Klip Extreme LLC to 9/21/2010. 14 Days Granted for Deadline Extension.( mll, ) (Entered: 08/31/2010) |
| 08/31/2010 | | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint 120 is granted pursuant to Local Rule CV-12 for Intcomex, Inc. to 9/21/2010. 14 Days Granted for Deadline Extension. ( mll, ) (Entered: 08/31/2010) |
| 08/31/2010 | 122 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Software Brokers of America Inc. DBA Intcomex Corporation D/B/A Intcomex.( Wong, Russell) (Entered: 08/31/2010) |
| 08/31/2010 | 121 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Klip Extreme LLC.( Wong, Russell) (Entered: 08/31/2010) |
| 08/31/2010 | 120 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Intcomex, Inc..( Wong, Russell) (Entered: 08/31/2010) |
| 08/30/2010 | 119 | NOTICE of Voluntary Dismissal by AdjustaCam LLC (Attachments: # |

| | | |
|---|---|---|
| | | <u>1</u> Text of Proposed Order Proposed Order)(Robinson, Erick) (Entered: 08/30/2010) |
| 08/30/2010 | <u>118</u> | Emergency MOTION for Extension of Time to File Answer re <u>111</u> Amended Complaint,,,,, *and Request for Expedited Briefing* by Fry's Electronics Inc, Hewlett-Packard Company, Micro Electronics, Inc. DBA Micro Center, Office Depot, Inc.. (Attachments: # <u>1</u> Text of Proposed Order Proposed Order for Expedited Breifing, # <u>2</u> Text of Proposed Order Proposed Order for Extension of Time)(Daniels, Steven) (Entered: 08/30/2010) |
| 08/26/2010 | 🔒 <u>117</u> | E-GOV SEALED SUMMONS REISSUED as to CDW, Inc.. (mll, ) (Entered: 08/26/2010) |
| 08/26/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint <u>116</u> is granted pursuant to Local Rule CV-12 for Blue Microphones, LLC to 9/13/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/26/2010) |
| 08/25/2010 | <u>116</u> | Defendant's Unopposed first Application for Extension of Time to Answer Complaint re Blue Microphones, LLC.( Harris, Michael) (Entered: 08/25/2010) |
| 08/23/2010 | <u>115</u> | Return of Service Executed as to Jasco Products Company LLC D/B/A Jasco Products Company D/B/A Jasco on 8/2/2010, by cert mail. (mll, ) (Entered: 08/24/2010) |
| 08/23/2010 | <u>114</u> | RESPONSE to Motion re <u>98</u> MOTION to Dismiss *of CDW filed by AdjustaCam LLC*. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2) (Edmonds, John) (Additional attachment(s) added on 8/26/2010: # <u>3</u> Text of Proposed Order) (kls, ). (Entered: 08/23/2010) |
| 08/23/2010 | 🔒 <u>113</u> | E-GOV SEALED SUMMONS REISSUED as to Systemax, Inc. D/B/A Compusa. (mll, ) (Entered: 08/23/2010) |
| 08/18/2010 | 🔒 <u>112</u> | E-GOV SEALED SUMMONS Issued as to Auditek Corporation, Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, Blue Microphones, LLC, CONNS, INC. D/B/A CONNS, Cobra Digital, LLC, Creative Labs, Inc.,, Creative Technology Ltd, Digital Innovations, LLC, Ezonics Corporation D/B/A Ezonics Corporation USA D/B/A Ezonics, Gear Head, LLC, J&R ELECTRONICS INC. D/B/A J&R, KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., Macally Peripherals, Inc. D/B/A Macally U.S.A., Mace Group, Inc., Phoebe Micro Inc., Prolynkz, LLC, SOLID YEAR CO., LTD., WALGREEN CO. D/B/A WALGREENS, and emailed to pltf for service. (mll, ) (Entered: 08/18/2010) |
| 08/16/2010 | 🔒 | (Court only) ***Party defendants Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, CONNS, INC. D/B/A CONNS, J&R ELECTRONICS INC. D/B/A J&R, KOHLS CORPORATION D/B/A KOHL'S, Kohl's Illinois, Inc., SOLID YEAR CO., LTD. and WALGREEN CO. D/B/A WALGREENS added, per <u>111</u> First |

| | | Amended Complaint. (mll, ) (Entered: 08/18/2010) |
|---|---|---|
| 08/16/2010 | 111 | AMENDED COMPLAINT against Amazon.com, Inc., Auditek Corporation, Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Blue Microphones, LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., CDW, LLC, Cobra Digital, LLC, Compusa.com, Inc., Creative Labs, Inc.,, Creative Technology Ltd, Dell, Inc.,, Digital Innovations, LLC, Eastman Kodak Company, Ezonics Corporation D/B/A Ezonics Corporation USA D/B/A Ezonics, Fry's Electronics Inc, Gear Head, LLC, General Electric Company, Hewlett-Packard Company, Intcomex, Inc., Jasco Products Company LLC D/B/A Jasco Products Company D/B/A Jasco, Jwin Electronics Corporation, KMart Corporation, Klip Extreme LLC, Lifeworks Technology Group, LLC, Macally Peripherals, Inc. D/B/A Macally U.S.A., Mace Group, Inc., Micro Electronics, Inc. DBA Micro Center, New Compusa Corporation, Newegg, Inc., Newegg.com, Inc., Office Depot, Inc., Overstock.com, Inc., Phoebe Micro Inc., Prolynkz, LLC, Radioshack Corporation, Rosewill Inc., SDI Technologies, Inc., Sakar International, Inc., Sakar, Inc., Sears Brands, LLC, Sears Holdings Corporation D/B/A Sears, Sears, Roebuck and Company, Software Brokers of America Inc. DBA Intcomex Corporation D/B/A Intcomex, Systemax, Inc. D/B/A Compusa, Target Corp., Tigerdirect, Inc., Trippe Manufacturing Company D/B/A Tripp Lite, Wal-Mart Stores, Inc., filed by AdjustaCam LLC.(Edmonds, John) (Entered: 08/16/2010) |
| 08/13/2010 | 110 | NOTICE of Attorney Appearance by Allen Franklin Gardner on behalf of Jwin Electronics Corporation (Gardner, Allen) (Entered: 08/13/2010) |
| 08/11/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 109 is granted pursuant to Local Rule CV-12 for Sears Holdings Corporation D/B/A Sears to 9/7/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/11/2010) |
| 08/11/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 108 is granted pursuant to Local Rule CV-12 for Sears, Roebuck and Company to 9/7/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/11/2010) |
| 08/11/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 107 is granted pursuant to Local Rule CV-12 for Sears Brands, LLC to 9/9/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/11/2010) |
| 08/11/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 106 is granted pursuant to Local Rule CV-12 for KMart Corporation to 9/7/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/11/2010) |
| 08/10/2010 | 109 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Sears Holdings Corporation D/B/A Sears. ( Shield, Christopher) (Entered: 08/10/2010) |

| 08/10/2010 | 108 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Sears, Roebuck and Company.( Shield, Christopher) (Entered: 08/10/2010) |
|---|---|---|
| 08/10/2010 | 107 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Sears Brands, LLC.( Shield, Christopher) (Entered: 08/10/2010) |
| 08/10/2010 | 106 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re KMart Corporation.( Shield, Christopher) (Entered: 08/10/2010) |
| 08/10/2010 | 105 | NOTICE of Change of Address by John J Edmonds (Edmonds, John) (Entered: 08/10/2010) |
| 08/09/2010 | 104 | APPLICATION to Appear Pro Hac Vice by Attorney James E Geringer for Amazon.com, Inc.. (mll, ) (Entered: 08/10/2010) |
| 08/09/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 101 is granted pursuant to Local Rule CV-12 for Jwin Electronics Corporation to 9/7/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/09/2010) |
| 08/09/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 96 is granted pursuant to Local Rule CV-12 for Lifeworks Technology Group, LLC to 9/13/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/09/2010) |
| 08/09/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 95 is granted pursuant to Local Rule CV-12 for SDI Technologies, Inc. to 9/3/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/09/2010) |
| 08/09/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 94 is granted pursuant to Local Rule CV-12 for Overstock.com, Inc. to 9/7/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/09/2010) |
| 08/09/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 91 is granted pursuant to Local Rule CV-12 for Fry's Electronics Inc. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/09/2010) |
| 08/09/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 90 is granted pursuant to Local Rule CV-12 for Sakar International, Inc. to 9/3/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/09/2010) |
| 08/09/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 88 is granted pursuant to Local Rule CV-12 for Software Brokers of America Inc. DBA Intcomex Corporation D/B/A Intcomex to 9/7/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/09/2010) |

| 08/09/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 87 is granted pursuant to Local Rule CV-12 for Klip Extreme LLC to 9/7/2010. 30 Days Granted for Deadline Extension. ( mll, ) (Entered: 08/09/2010) |
| --- | --- | --- |
| 08/09/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 86 is granted pursuant to Local Rule CV-12 for Intcomex, Inc. to 9/7/2010. 30 Days Granted for Deadline Extension. ( mll, ) (Entered: 08/09/2010) |
| 08/09/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 73 is granted pursuant to Local Rule CV-12 for Dell, Inc., to 9/3/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/09/2010) |
| 08/09/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 71 is granted pursuant to Local Rule CV-12 for Eastman Kodak Company to 9/3/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/09/2010) |
| 08/09/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 69 is granted pursuant to Local Rule CV-12 for Wal-Mart Stores, Inc. to 9/3/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/09/2010) |
| 08/09/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 68 is granted pursuant to Local Rule CV-12 for Amazon.com, Inc. to 9/7/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/09/2010) |
| 08/09/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 63 is granted pursuant to Local Rule CV-12 for Fry's Electronics Inc to 9/3/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/09/2010) |
| 08/09/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 31 is granted pursuant to Local Rule CV-12 for Newegg.com, Inc. to 9/9/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/09/2010) |
| 08/09/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 30 is granted pursuant to Local Rule CV-12 for Newegg, Inc. to 9/9/2010. 30 Days Granted for Deadline Extension. ( mll, ) (Entered: 08/09/2010) |
| 08/09/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 29 is granted pursuant to Local Rule CV-12 for Rosewill Inc. to 9/9/2010. 30 Days Granted for Deadline Extension. ( mll, ) (Entered: 08/09/2010) |
| 08/09/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 27 is granted pursuant to Local Rule CV-12 for Office Depot, Inc. to 9/3/2010. 30 Days Granted for Deadline |

| | | |
|---|---|---|
| | | Extension.( mll, ) (Entered: 08/09/2010) |
| 08/09/2010 | 103 | APPLICATION to Appear Pro Hac Vice by Attorney Thomas L Duston for CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc.. (mll, ) (Entered: 08/09/2010) |
| 08/09/2010 | 102 | APPLICATION to Appear Pro Hac Vice by Attorney Benjamin T Horton for CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc.. (mll, ) (Entered: 08/09/2010) |
| 08/06/2010 | 101 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Jwin Electronics Corporation.( Jones, Michael) (Entered: 08/06/2010) |
| 08/06/2010 | 100 | CORPORATE DISCLOSURE STATEMENT filed by CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., CDW, LLC identifying Corporate Parent VH Holdings, Inc. for CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., CDW, LLC. (Gabrielson, Anthony) (Entered: 08/06/2010) |
| 08/06/2010 | | ***FILED IN ERROR. Document #99, Corporate Disclosure. PLEASE IGNORE.***<br><br>(gsg) (Entered: 08/06/2010) |
| 08/06/2010 | 99 | ***Filed In Error. Please See Entry 100 For Correction.*** CORPORATE DISCLOSURE STATEMENT filed by CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., CDW, LLC (Gabrielson, Anthony) Modified on 8/6/2010 (gsg). (Entered: 08/06/2010) |
| 08/05/2010 | 98 | MOTION to Dismiss by CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., CDW, LLC. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Gabrielson, Anthony) (Entered: 08/05/2010) |
| 08/05/2010 | 97 | NOTICE of Attorney Appearance by Anthony S Gabrielson on behalf of CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., CDW, LLC (Gabrielson, Anthony) (Entered: 08/05/2010) |
| 08/05/2010 | 96 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Lifeworks Technology Group, LLC.( Maloney, Collin) (Entered: 08/05/2010) |
| 08/05/2010 | 95 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re SDI Technologies, Inc..( Maloney, Collin) (Entered: 08/05/2010) |
| 08/04/2010 | 94 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Overstock.com, Inc..( Shield, Christopher) (Entered: 08/04/2010) |
| 08/04/2010 | 93 | APPLICATION to Appear Pro Hac Vice by Attorney R David Donoghue for Jasco Products Company LLC D/B/A Jasco Products Company D/B/A Jasco, Target Corp.. (mll, ) (Entered: 08/04/2010) |

| 08/04/2010 | 92 | APPLICATION to Appear Pro Hac Vice by Attorney Peter I Sanborn for Jasco Products Company LLC D/B/A Jasco Products Company D/B/A Jasco, Target Corp.. (mll, ) (Entered: 08/04/2010) |
|---|---|---|
| 08/04/2010 | 91 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Fry's Electronics Inc.( Sutton, Ezra) (Entered: 08/04/2010) |
| 08/04/2010 | 90 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Sakar International, Inc., Sakar, Inc..( Sutton, Ezra) (Entered: 08/04/2010) |
| 08/04/2010 | 89 | APPLICATION to Appear Pro Hac Vice by Attorney Ezra Sutton for Fry's Electronics Inc, Sakar International, Inc.. (mll, ) (Entered: 08/04/2010) |
| 08/04/2010 | 88 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Software Brokers of America Inc. DBA Intcomex Corporation D/B/A Intcomex.( Wong, Russell) (Entered: 08/04/2010) |
| 08/04/2010 | 87 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Klip Extreme LLC.( Wong, Russell) (Entered: 08/04/2010) |
| 08/04/2010 | 86 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Intcomex, Inc..( Wong, Russell) (Entered: 08/04/2010) |
| 08/04/2010 | 85 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV-12 for Phoebe Micro Inc. to 9/4/2010. 30 Days Granted for Deadline Extension. ( mll, ) (mll, ). (Entered: 08/04/2010) |
| 08/04/2010 | 84 | NOTICE of Attorney Appearance by Scott F Partridge on behalf of Dell, Inc., (Partridge, Scott) (Entered: 08/04/2010) |
| 08/04/2010 | 83 | NOTICE of Attorney Appearance by Paula Diane Heyman on behalf of Dell, Inc., (Heyman, Paula) (Entered: 08/04/2010) |
| 08/03/2010 | 82 | NOTICE of Attorney Appearance by Victor deGyarfas on behalf of Wal-Mart Stores, Inc. (deGyarfas, Victor) (Entered: 08/03/2010) |
| 08/03/2010 | 81 | Return of Service Executed as to Tigerdirect, Inc. on 7/23/2010, by cert mail. (mll, ) (Entered: 08/03/2010) |
| 08/03/2010 | 80 | Return of Service Executed as to Lifeworks Technology Group, LLC on 7/23/2010, by cert mail; answer due: 8/13/2010. (mll, ) (Entered: 08/03/2010) |
| 08/03/2010 | 79 | Return of Service Executed as to Sears Brands, LLC on 7/20/2010, by cert mail; answer due: 8/10/2010. (mll, ) (Entered: 08/03/2010) |
| 08/03/2010 | 78 | Return of Service Executed as to Cobra Digital, LLC on 7/15/2010, by cert mail; answer due: 8/5/2010. (mll, ) (Entered: 08/03/2010) |

| 08/03/2010 | 77 | Return of Service Executed as to Sears, Roebuck and Company on 7/16/2010, by cert mail; answer due: 8/6/2010. (mll, ) (Entered: 08/03/2010) |
| 08/03/2010 | 76 | Return of Service Executed as to Sears Holdings Corporation D/B/A Sears on 7/16/2010, by cert mail; answer due: 8/6/2010. (mll, ) (Entered: 08/03/2010) |
| 08/03/2010 | 75 | Return of Service Executed as to KMart Corporation on 7/16/2010, by cert mail; answer due: 8/6/2010. (mll, ) (Entered: 08/03/2010) |
| 08/03/2010 | 74 | Return of Service Executed as to Blue Microphones, LLC on 7/22/2010, by cert mail; answer due: 8/12/2010. (mll, ) (Entered: 08/03/2010) |
| 08/03/2010 | 73 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Dell, Inc.,.( Fulghum, Roger) (Entered: 08/03/2010) |
| 08/03/2010 | 72 | NOTICE of Attorney Appearance by Roger Joseph Fulghum on behalf of Dell, Inc., (Fulghum, Roger) (Entered: 08/03/2010) |
| 08/03/2010 | 71 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Eastman Kodak Company.( Ainsworth, Jennifer) (Entered: 08/03/2010) |
| 08/03/2010 | 70 | NOTICE of Attorney Appearance by Jennifer Parker Ainsworth on behalf of Eastman Kodak Company (Ainsworth, Jennifer) (Entered: 08/03/2010) |
| 08/03/2010 | 69 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Wal-Mart Stores, Inc..( deGyarfas, Victor) (Entered: 08/03/2010) |
| 08/03/2010 | 68 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Amazon.com, Inc..( Loesch, Salumeh) (Entered: 08/03/2010) |
| 08/03/2010 | 67 | CORPORATE DISCLOSURE STATEMENT filed by Amazon.com, Inc. (Loesch, Salumeh) (Entered: 08/03/2010) |
| 08/03/2010 | 66 | NOTICE of Attorney Appearance by Salumeh R Loesch on behalf of Amazon.com, Inc. (Loesch, Salumeh) (Entered: 08/03/2010) |
| 08/03/2010 | 63 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Fry's Electronics Inc.(Daniels, Steven) (Entered: 08/03/2010) |
| 08/02/2010 | 65 | Return of Service Executed as to Amazon.com, Inc. on 7/15/2010, by cert mail; answer due: 8/5/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 64 | Return of Service Executed as to Auditek Corporation on 7/14/2010, by cert mail; answer due: 8/4/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 62 | Return of Service Executed as toCDW Corporation F/K/A CDW |

|  |  | Computer Centers, Inc. on 7/15/2010, by cert mail; answer due: 8/5/2010. (mll, ) (Entered: 08/03/2010) |
|---|---|---|
| 08/02/2010 | 61 | Return of Service Executed as to CDW, Inc. on 7/15/2010, by cert mail; answer due: 8/5/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 60 | Return of Service Executed as to Compusa.com, Inc. on 7/14/2010, by cert mail. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 59 | Return of Service Executed as to Dell, Inc., on 7/14/2010, by cert mail; answer due: 8/4/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 58 | Return of Service Executed as to Eastman Kodak Company on 7/14/2010, by cert mail; answer due: 8/4/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 57 | Return of Service Executed as to Fry's Electronics Inc on 7/16/2010, by cert mail; answer due: 8/6/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 56 | Return of Service Executed as to Gear Head, LLC on 7/15/2010, by cert mail; answer due: 8/5/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 55 | Return of Service Executed as to General Electric Company on 7/15/2010, by cert mail; answer due: 8/5/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 54 | Return of Service Executed as to Hewlett-Packard Company on 7/14/2010, by cert mail. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 53 | Return of Service Executed as to Intcomex, Inc. on 7/15/2010, by cert mail; answer due: 8/5/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 52 | Return of Service Executed as to Jwin Electronics Corporation on 7/15/2010, by cert mail; answer due: 8/5/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 51 | Return of Service Executed as to Klip Extreme LLC on 7/15/2010, by cert mail; answer due: 8/5/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 50 | Return of Service Executed as to Macally Peripherals, Inc. D/B/A Macally U.S.A. on 7/16/2010, by cert mail; answer due: 8/6/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 49 | Return of Service Executed as to Mace Group, Inc. on 7/16/2010, by cert mail; answer due: 8/6/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 48 | Return of Service Executed as to Micro Electronics, Inc. DBA Micro Center on 7/14/2010, by cert mail. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 47 | Return of Service Executed as to New Compusa Corporation on 7/15/2010, by cert mail. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 46 | Return of Service Executed as to Newegg, Inc. on 7/15/2010, by cert mail; answer due: 8/5/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 45 | Return of Service Executed as to Newegg.com, Inc. on 7/16/2010, by |

| | | cert mail; answer due: 8/6/2010. (mll, ) (Entered: 08/03/2010) |
|---|---|---|
| 08/02/2010 | 44 | Return of Service Executed as to Office Depot, Inc. on 7/15/2010, by cert mail; answer due: 8/5/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 43 | Return of Service Executed as to Overstock.com, Inc. on 7/15/2010, by cert mail; answer due: 8/5/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 42 | Return of Service Executed as to Phoebe Micro Inc. on 7/14/2010, by cert mail; answer due: 8/4/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 41 | Return of Service Executed as to Radioshack Corporation on 7/14/2010, by cert mail. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 40 | Return of Service Executed as to Rosewill Inc. on 7/16/2010, by cert mail; answer due: 8/6/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 39 | Return of Service Executed as to Sakar International, Inc. on 7/15/2010, by cert mail; answer due: 8/5/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 38 | Return of Service Executed as to Sakar, Inc. on 7/15/2010, by cert mail; answer due: 8/5/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 37 | Return of Service Executed as to SDI Technologies, Inc. on 7/14/2010, by cert mail; answer due: 8/4/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 36 | Return of Service Executed as to Software Brokers of America Inc. DBA Intcomex Corporation D/B/A Intcomex on 7/15/2010, by cert mail; answer due: 8/5/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 35 | Return of Service Executed as to Systemax, Inc. D/B/A Compusa on 7/16/2010, by cert mail. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 34 | Return of Service Executed as to Target Corp. on 7/14/2010, by cert mail. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 33 | Return of Service Executed as to Trippe Manufacturing Company D/B/A Tripp Lite on 7/15/2010, by cert mail. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 32 | Return of Service Executed as to Wal-Mart Stores, Inc. on 7/14/2010, by cert mail; answer due: 8/4/2010. (mll, ) (Entered: 08/03/2010) |
| 08/02/2010 | 31 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Newegg.com, Inc..( Stewart, Justin) (Entered: 08/02/2010) |
| 08/02/2010 | 30 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Newegg, Inc..( Stewart, Justin) (Entered: 08/02/2010) |
| 08/02/2010 | 29 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Rosewill Inc..( Stewart, Justin) (Entered: 08/02/2010) |

| 08/02/2010 | 28 | NOTICE of Attorney Appearance by Justin Neil Stewart on behalf of Newegg, Inc., Newegg.com, Inc., Rosewill Inc. (Stewart, Justin) (Entered: 08/02/2010) |
| 08/02/2010 | 27 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Office Depot, Inc..(Daniels, Steven) (Entered: 08/02/2010) |
| 08/02/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 26 is granted pursuant to Local Rule CV-12 for Target Corp. to 9/3/2010. 30 Days Granted for Deadline Extension. ( mll, ) (Entered: 08/02/2010) |
| 08/02/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 25 is granted pursuant to Local Rule CV-12 for Jasco Products Company LLC D/B/A Jasco Products Company D/B/A Jasco to 9/3/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 08/02/2010) |
| 08/02/2010 | 26 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Target Corp..(Smith, Michael) (Entered: 08/02/2010) |
| 08/02/2010 | 25 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Jasco Products Company LLC D/B/A Jasco Products Company D/B/A Jasco.(Smith, Michael) (Entered: 08/02/2010) |
| 08/02/2010 | 🔒 24 | E-GOV SEALED SUMMONS REISSUED as to Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone. (mll, ) (Entered: 08/02/2010) |
| 07/30/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 23 is granted pursuant to Local Rule CV-12 for Micro Electronics, Inc. DBA Micro Center to 9/3/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 07/30/2010) |
| 07/30/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 22 is granted pursuant to Local Rule CV-12 for Hewlett-Packard Company to 9/3/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 07/30/2010) |
| 07/30/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 19 is granted pursuant to Local Rule CV-12 for Tigerdirect, Inc. to 9/9/2010. 30 Days Granted for Deadline Extension. ( mll, ) (Entered: 07/30/2010) |
| 07/30/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 18 is granted pursuant to Local Rule CV-12 for New Compusa Corporation to 9/9/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 07/30/2010) |
| 07/30/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 17 is granted pursuant to Local Rule CV-12 for |

| | | |
|---|---|---|
| | | Compusa.com, Inc. to 9/9/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 07/30/2010) |
| 07/30/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 16 is granted pursuant to Local Rule CV-12 for Systemax, Inc. D/B/A Compusa to 9/9/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 07/30/2010) |
| 07/30/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 14 is granted pursuant to Local Rule CV-12 for Radioshack Corporation to 9/6/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 07/30/2010) |
| 07/30/2010 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 12 is granted pursuant to Local Rule CV-12 for Trippe Manufacturing Company D/B/A Tripp Lite to 9/4/2010. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 07/30/2010) |
| 07/30/2010 | 23 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Micro Electronics, Inc. DBA Micro Center. (Daniels, Steven) (Entered: 07/30/2010) |
| 07/30/2010 | 22 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Hewlett-Packard Company.(Daniels, Steven) (Entered: 07/30/2010) |
| 07/30/2010 | 21 | APPLICATION to Appear Pro Hac Vice by Attorney David L De Bruin for Trippe Manufacturing Company D/B/A Tripp Lite. (mll, ) (Entered: 07/30/2010) |
| 07/30/2010 | 20 | APPLICATION to Appear Pro Hac Vice by Attorney Larry Saret for Trippe Manufacturing Company D/B/A Tripp Lite. (mll, ) (Entered: 07/30/2010) |
| 07/29/2010 | 19 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Tigerdirect, Inc..( Denenberg, David) (Entered: 07/29/2010) |
| 07/29/2010 | 18 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re New Compusa Corporation.( Denenberg, David) (Entered: 07/29/2010) |
| 07/29/2010 | 17 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Compusa.com, Inc..( Denenberg, David) (Entered: 07/29/2010) |
| 07/29/2010 | 16 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Systemax, Inc. D/B/A Compusa.( Denenberg, David) (Entered: 07/29/2010) |
| 07/27/2010 | 15 | ORDER that plaintiff file a notice that the case is ready for scheduling conference when all of the defendants have either answered or filed a motion to transfer or dismiss. The notice shall be filed within five days of the last remaining defendant's answer or motion. Signed by Judge |

| | | Leonard Davis on 07/27/10. cc:attys 7-28-10(mll, ) (Entered: 07/28/2010) |
|---|---|---|
| 07/27/2010 | 14 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Radioshack Corporation.( Joe, Christopher) (Entered: 07/27/2010) |
| 07/26/2010 | 13 | NOTICE of Attorney Appearance by David W Denenberg on behalf of Compusa.com, Inc., New Compusa Corporation, Systemax, Inc. D/B/A Compusa, Tigerdirect, Inc. (Denenberg, David) (Entered: 07/26/2010) |
| 07/26/2010 | 12 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Trippe Manufacturing Company D/B/A Tripp Lite.( Saret, Larry) (Entered: 07/26/2010) |
| 07/22/2010 | 🔒 11 | APPLICATION to Appear Pro Hac Vice by Attorney David W Denenberg for Compusa.com, Inc., Systemax, Inc. D/B/A Compusa, Tigerdirect, Inc.. (mll, ) (Additional attachment(s) added on 7/22/2010: # 1 Exhibit) (mll, ). (Entered: 07/22/2010) |
| 07/20/2010 | 🔒 | (Court only) *** Party deft CDW, LLC terminated per 10 Order of partial dismissal. (mll, ) (Entered: 07/20/2010) |
| 07/20/2010 | 10 | ORDER granting 9 Notice of Voluntary Dismissal filed by AdjustaCam LLC. Pltf's claims against CDW LLC are dismissed without prejudice. Signed by Judge Leonard Davis on 07/20/10. cc:attys 7-20-10(mll, ) (Entered: 07/20/2010) |
| 07/19/2010 | 9 | NOTICE of Voluntary Dismissal by AdjustaCam LLC (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 07/19/2010) |
| 07/13/2010 | 🔒 | (Court only) *** Party deft General Electric Company terminated per 8 Order of partial dismissal. (mll, ) (Entered: 07/14/2010) |
| 07/13/2010 | 8 | ORDER granting 7 Notice of Voluntary Dismissal filed by AdjustaCam LLC. Pltf's claims against deft General Electric Company are DISMISSED without prejudice. Signed by Judge Leonard Davis on 07/13/10. cc:attys 7-14-10(mll, ) (Entered: 07/14/2010) |
| 07/12/2010 | 7 | NOTICE of Voluntary Dismissal by AdjustaCam LLC (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, John) (Entered: 07/12/2010) |
| 07/08/2010 | 6 | NOTICE of Attorney Appearance by Andrew W. Spangler on behalf of AdjustaCam LLC (Spangler, Andrew) (Entered: 07/08/2010) |
| 07/07/2010 | 5 | NOTICE of Attorney Appearance by Erick Scott Robinson on behalf of AdjustaCam LLC (Robinson, Erick) (Entered: 07/07/2010) |
| 07/07/2010 | 4 | CORPORATE DISCLOSURE STATEMENT filed by AdjustaCam LLC identifying Corporate Parent Acacia Patent Acquisition LLC for AdjustaCam LLC. (Edmonds, John) (Entered: 07/07/2010) |
| 07/07/2010 | | E-GOV SEALED SUMMONS Issued as to Macally Peripherals, Inc. |

| | 🔒 | 3 | D/B/A Macally U.S.A., Mace Group, Inc., Micro Electronics, Inc. DBA Micro Center, New Compusa Corporation, Newegg, Inc., Newegg.com, Inc., Office Depot, Inc., Overstock.com, Inc., Phoebe Micro Inc., Prolynkz, LLC, Radioshack Corporation, Rosewill Inc., SDI Technologies, Inc., Sakar International, Inc., Sakar, Inc., Sears Brands, LLC, Sears Holdings Corporation D/B/A Sears, Sears, Roebuck and Company, Software Brokers of America Inc. DBA Intcomex Corporation D/B/A Intcomex, Systemax, Inc. D/B/A Compusa, Target Corp., Tigerdirect, Inc., Trippe Manufacturing Company D/B/A Tripp Lite, Wal-Mart Stores, Inc., and emailed to pltf for service. (mll, ) (Entered: 07/07/2010) |
| 07/07/2010 | 🔒 | 2 | E-GOV SEALED SUMMONS Issued as to Amazon.com, Inc., Auditek Corporation, Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Blue Microphones, LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., CDW, LLC, Cobra Digital, LLC, Compusa.com, Inc., Dell, Inc.,, Digital Innovations, LLC, Eastman Kodak Company, Ezonics Corporation D/B/A Ezonics Corporation USA D/B/A Ezonics, Fry's Electronics Inc, Gear Head, LLC, General Electric Company, Hewlett-Packard Company, Intcomex, Inc., Jasco Products Company LLC D/B/A Jasco Products Company D/B/A Jasco, Jwin Electronics Corporation, KMart Corporation, Klip Extreme LLC, Lifeworks Technology Group, LLC., and emailed to pltf for service. (mll, ) (Entered: 07/07/2010) |
| 07/06/2010 | 🔒 | | (Court only) ***Staff notes: Modified names of selected defendants on the docket to be consistent with the Original Complaint, e.g. defts Ezonics, Jasco, and Sears. (mll, ) (Entered: 07/06/2010) |
| 07/02/2010 | | | Judge Leonard Davis added. (mll, ) (Entered: 07/06/2010) |
| 07/02/2010 | | 1 | COMPLAINT against Amazon.com, Inc., Auditek Corporation, Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone, Blue Microphones, LLC, CDW Corporation F/K/A CDW Computer Centers, Inc., CDW, Inc., CDW, LLC, Cobra Digital, LLC, Compusa.com, Inc., Creative Labs, Inc., Creative Technology Ltd, Dell, Inc.,, Digital Innovations, LLC, Eastman Kodak Company, Ezonics Corporation USA, Fry's Electronics Inc, Gear Head, LLC, General Electric Company, Hewlett-Packard Company, Intcomex, Inc., Jacso Products Company LLC, Jwin Electronics Corporation, KMart Corporation, Klip Extreme LLC, Lifeworks Technology Group, LLC, Macally Peripherals, Inc. D/B/A Macally U.S.A., Mace Group, Inc., Micro Electronics, Inc. DBA Micro Center, New Compusa Corporation, Newegg, Inc., Newegg.com, Inc., Office Depot, Inc., Overstock.com, Inc., Phoebe Micro Inc., Prolynkz, LLC, Radioshack Corporation, Rosewill Inc., SDI Technologies, Inc., Sakar International, Inc., Sakar, Inc., Sears Brands, LLC, Sears, Roebuck and Company, Software Brokers of America Inc. DBA Intcomex Corporation D/B/A Intcomex, Systemax, Inc. D/B/A Compusa, Target Corp., Tigerdirect, Inc., Trippe Manufacturing Company D/B/A Tripp |

| | | Lite, Wal-Mart Stores, Inc. ( Filing fee $ 350 receipt number 0540-2559879.), filed by AdjustaCam LLC. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet)(Edmonds, John) (Entered: 07/02/2010) |