# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C. 20439

DANIEL E. O'TOOLE  
CLERK OF COURT

TELEPHONE: 202-275-8000

August 12, 2014

To: John Naya Zarian

Re:  13-1665 - Adjustacam, LLC v. Newegg, Inc.

**NOTICE OF REJECTION**

Dear Counsel:

Your recently submitted document(s) cannot be filed for the following reason(s):

- The Entry of Appearance does not contain a proof of service. Fed. R. App. P. 25; Fed. Cir. R. 25

If you have any questions or need assistance, please contact the Clerk's Office.

FOR THE COURT

/s/ Daniel E. O'Toole

Daniel E. O'Toole  
Clerk of Court

cc: John J. Edmonds  
Dana M. Herberholz  
Shea Neal Palavan  
Edward R. Reines  
Stephen F. Schlather  
Ezra Sutton