Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

AdjustaCam, LLC  v. Newegg, Inc.

No. 13-1665, 1666, 1667

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✓] As counsel for:     Newegg Inc., Newegg.com Inc. & Rosewill Inc.
                                       Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [✓] Cross Appellant

[ ] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant     [ ] Respondent or appellee

My address and telephone are:

Name: John N. Zarian
Law firm: Parsons Behle & Latimer
Address: 800 W. Main Street, Suite 1300
City, State and ZIP: Boise, Idaho 83702
Telephone: (208) 562-4900
Fax #: (208) 562-4901
E-mail address: JZarian@parsonsbehle.com

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 01/10/2008

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

8-11-2014
Date

Signature of pro se or counsel

cc: _____

123