FORM 8. Entry of Appearance

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

_____ v. _____

No. _____

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

\_\_\_\_\_Pro Se  \_\_\_\_\_As counsel for:  _____
                                    Name of party

I am, or the party I represent is (select one):

\_\_\_\_\_Petitioner  \_\_\_\_\_Respondent  \_\_\_\_\_Amicus curiae  \_\_\_\_\_Cross Appellant

\_\_\_\_\_Appellant  \_\_\_\_\_Appellee  \_\_\_\_\_Intervenor

As amicus curiae or intervenor, this party supports (select one):

\_\_\_\_\_Petitioner or appellant  \_\_\_\_\_Respondent or appellee

My address and telephone are:

Name: _____
Law firm: _____
Address: _____
City, State and ZIP: _____
Telephone: _____
Fax #: _____
E-mail address: _____

Statement to be completed by counsel only (select one):

\_\_\_\_\_ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

\_\_\_\_\_ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

\_\_\_\_\_ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

\_\_\_\_\_Yes  \_\_\_\_\_No

\_\_\_\_\_A courtroom accessible to the handicapped is required if oral argument is scheduled.

\_\_08/20/2014\_\_  \_\_/s/Kent E. Baldauf, Jr._____
Date  Signature of pro se or counsel

cc: _____

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on Aug 20, 2014 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| | |
|---|---|
| Kent E. Baldauf, Jr. | /s/Kent E. Baldauf, Jr. |
| Name of Counsel | Signature of Counsel |

Law Firm: The Webb Law Firm

Address: One Gateway Center, 420 Ft. Duquesne Blvd., Suite 1200

City, State, ZIP: Pittsburgh, PA 15222

Telephone Number: 412-471-8815

FAX Number: 412-471-4094

E-mail Address: kbaldaufjr@webblaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.