**FORM 8.** Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____ v. _____

No. _____

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants.  File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

    \_\_\_\_\_Pro Se     \_\_\_\_\_As counsel for:   _____
                                                                             Name of party

I am, or the party I represent is (select one):

    \_\_\_\_\_Petitioner   \_\_\_\_\_Respondent   \_\_\_\_\_Amicus curiae   \_\_\_\_\_Cross Appellant

    \_\_\_\_\_Appellant   \_\_\_\_\_Appellee   \_\_\_\_\_Intervenor

As amicus curiae or intervenor, this party supports (select one):

    \_\_\_\_\_Petitioner or appellant   \_\_\_\_\_Respondent or appellee

My address and telephone are:

    Name: _____
    Law firm: _____
    Address: _____
    City, State and ZIP: _____
    Telephone: _____
    Fax #: _____
    E-mail address: _____

Statement to be completed by counsel only (select one):

    \_\_\_\_\_ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

    \_\_\_\_\_ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

    \_\_\_\_\_ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

    \_\_\_\_\_Yes   \_\_\_\_\_No

\_\_\_\_\_A courtroom accessible to the handicapped is required if oral argument is scheduled.

    \_\_08/20/2014\_\_                                 \_\_/s/Daniel H. Brean_____
         Date                                         Signature of pro se or counsel

cc: _____

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on   Aug 20, 2014
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Daniel H. Brean | /s/Daniel H. Brean |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm   The Webb Law Firm

Address   One Gateway Center, 420 Ft. Duquesne Blvd., Suite 1200

City, State, ZIP   Pittsburgh, PA 15222

Telephone Number   412-471-8815

FAX Number   412-471-4094

E-mail Address   dbrean@webblaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.