2013-1665, -1666, -1667

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

ADJUSTACAM, LLC,
        Plaintiff-Appellant,
v.

NEWEGG INC., NEWEGG.COM, INC., & ROSEWILL, INC.,
        Defendants-Cross-Appellants

and

SAKAR INTERNATIONAL, INC.,
        Defendant-Cross-Appellant

Appeals from the United States District Court for the Eastern District of Texas in Case No. 10-CV-329, Chief Judge Leonard Davis

**CERTIFICATE OF COMPLIANCE
WITH FEDERAL CIRCUIT RULE 11(d)**

      Kent. E. Baldauf, Jr.
      Daniel H. Brean
      Anthony W. Brooks
      THE WEBB LAW FIRM
      One Gateway Center
      420 Fort Duquesne Blvd., Suite 1200
      Pittsburgh, PA 15222
      Telephone: (412) 471-8815

      Edward R. Reines
      WEIL GOTSHAL & MANGES LLP
      201 Redwood Shores Parkway
      Redwood Shores, CA 94065
      Telephone: (650) 802-3000

      *Counsel for Newegg Inc.*

August 26, 2014

# CERTIFICATE OF COMPLIANCE
# WITH FEDERAL CIRCUIT RULE 11(d)

Defendants-Cross-Appellants Newegg Inc., Newegg.com Inc., and Rosewill, Inc., certify that they have complied with Federal Circuit Rule 11(d).

Dated: August 26, 2014              Respectfully submitted,

                                                    /s/Kent E. Baldauf, Jr
                                                    Kent. E. Baldauf, Jr.
                                                    Daniel H. Brean
                                                    Anthony W. Brooks
                                                    THE WEBB LAW FIRM
                                                    One Gateway Center
                                                    420 Fort Duquesne Blvd., Suite 1200
                                                    Pittsburgh, PA 15222
                                                    Telephone: (412) 471-8815

                                                    Edward R. Reines
                                                    WEIL GOTSHAL & MANGES LLP
                                                    201 Redwood Shores Parkway
                                                    Redwood Shores, CA 94065
                                                    Telephone: (650) 802-3000

                                                    *Counsel for Newegg Inc.*

                                                    August 26, 2014

## **CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of this document on counsel of record on August 26, 2014 by electronic means (by email or CM/ECF).

/s/ *Kent E. Baldauf, Jr.*
Kent E. Baldauf, Jr.
Daniel H. Brean
THE WEBB LAW FIRM
One Gateway Center
420 Fort Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 471-8815
Fax: (412) 471-4094
kbaldaufjr@webblaw.com
dbrean@webblaw.com