2013-1665, -1666, -1667

# United States Court of Appeals for the Federal Circuit

ADJUSTACAM, LLC,
*Plaintiff-Appellant*,

v.

NEWEGG, INC., NEWEGG.COM, INC. and ROSEWILL, INC.,
*Defendants-Cross-Appellants*,

and

SAKAR INTERNATIONAL, INC.,
*Defendant-Cross-Appellant*,

*Appeals from the United States District Court for the Eastern District of Texas in case no. 10-CV-00329, Chief Judge Leonard Davis*

## PLAINTIFF/APPELLANT'S CERTIFICATE OF COMPLIANCE WITH FEDERAL CIRCUIT RULE 11(D)

Date: August 13, 2014　　　　　　　*/s/ John J. Edmonds*
　　　　　　　　　　　　　　　　　　John J. Edmonds
　　　　　　　　　　　　　　　　　　Stephen F. Schlather
　　　　　　　　　　　　　　　　　　Shea N. Palavan
　　　　　　　　　　　　　　　　　　COLLINS, EDMONDS, POGORZELSKI,
　　　　　　　　　　　　　　　　　　SCHLATHER & TOWER, PLLC
　　　　　　　　　　　　　　　　　　1616 South Voss Road, Suite 125
　　　　　　　　　　　　　　　　　　Houston, Texas 77057

　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF-APPELLANT ADJUSTACAM, LLC

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Circuit Rule 11(d), counsel for Plaintiff-Appellant, Adjustacam LLC, has reviewed the record below and determined that there are relevant portions of the record that are subject to the Protective Order entered in the district court and that those portions and all other protected portions should remain protected on appeal.

Dated: August 27, 2014

Respectfully submitted,

*/s/ John J. Edmonds*
John J. Edmonds
COLLINS, EDMONDS, POGORZELSKI, SCHLATHER & TOWER, PLLC
1616 South Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Fax: (832) 415-2535
jedmonds@cepiplaw.com


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was served on all counsel of record on August 27, 2014 by CM/ECF.

Respectfully submitted,

*/s/ John J. Edmonds*
John J. Edmonds
COLLINS, EDMONDS, POGORZELSKI, SCHLATHER & TOWER, PLLC