**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ADJUSTACAM, LLC v. NEWEGG INC.

No. 2013-1665, 1666, 1667

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☑ As counsel for:   Newegg Inc., Newegg.com Inc., and Rosewill Inc.
                                  Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☑ Cross Appellant
☐ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

My address and telephone are:

Name: Anthony W. Brooks
Law firm: The Webb Law Firm
Address: One Gateway Center, 420 Ft. Duquesne Blvd., Suite 1200
City, State and ZIP: Pittsburgh, PA 15222
Telephone: 412-471-8815
Fax #: 412-471-4094
E-mail address: abrooks@webblaw.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 09/09/2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☑ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

09/18/2014                                    /s/Anthony W. Brooks
Date                                           Signature of pro se or counsel

cc: _____

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  Sep 18, 2014  by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
    (by email or CM/ECF)

| | |
|---|---|
| Anthony W. Brooks | /s/Anthony W. Brooks |
| Name of Counsel | Signature of Counsel |

Law Firm: The Webb Law Firm

Address: One Gateway Center, 420 Ft. Duquesne Blvd., Suite 1200

City, State, ZIP: Pittsburgh, PA 15222

Telephone Number: 412-471-8815

FAX Number: 412-471-4094

E-mail Address: abrooks@webblaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.