Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ADJUSTACAM, LLC  v.  NEWEGG INC.

No. 13-1665, -1666, -1667

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✓] As counsel for:  SAKAR INTERNATIONAL, INC.
                                     Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [✓] Cross Appellant
[ ] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant     [ ] Respondent or appellee

My address and telephone are:

- Name: EZRA SUTTON
- Law firm: EZRA SUTTON & ASSOCIATES
- Address: 900 RT 9 NORTH
- City, State and ZIP: WOODBRIDGE NJ 07095
- Telephone: 732-634-3520
- Fax #: 732-634-3511
- E-mail address: esutton@ezrasutton.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 1982

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

09/23/14                                  /s/ Ezra Sutton
Date                                      Signature of pro se or counsel

cc: _____

123

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on September 23, 2014 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| EZRA SUTTON | /s/ Ezra Sutton |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: EZRA SUTTON & ASSOCIATES
Address: 900 RT 9 NORTH
City, State, ZIP: WOODBRIDGE, NJ 07095
Telephone Number: 732-634-3520
FAX Number: 732-634-3511
E-mail Address: esutton@ezrasutton.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.