**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ADJUSTACAM, LLC    v.    NEWEGG INC.

No. 2013-1665, 1666, 1667

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for: Newegg Inc., Newegg.com Inc., and Rosewill Inc.
                                  Name of party

I am, or the party I represent is (select one):

[ ] Petitioner    [ ] Respondent    [ ] Amicus curiae    [✓] Cross Appellant
[ ] Appellant     [ ] Appellee      [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name: Yar R. Chaikovsky
Law firm: McDermott Will & Emery
Address: 275 Middlefield Road, Suite 100
City, State and ZIP: Menlo Park, California 94025
Telephone: 650-815-7447
Fax #: 650-815-7401
E-mail address: ychaikovsky@mwe.com

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): Dec. 16, 1994

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

09/23/2014                              /s/ Yar R. Chaikovsky
Date                                    Signature of pro se or counsel

cc: _____

Reset Fields

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  Sep 23, 2014  by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
    (by email or CM/ECF)

| | |
|---|---|
| Yar R. Chaikovsky | /s/Yar R. Chaikovsky |
| Name of Counsel | Signature of Counsel |

Law Firm: McDermott Will & Emery
Address: 275 Middlefield Road, Suite 100
City, State, ZIP: Menlo Park, California 94025
Telephone Number: 650-815-7447
FAX Number: 650-815-7401
E-mail Address: ychaikovsky@mwe.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.