No. 2013-1665, -1666, -1667

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

_____

ADJUSTACAM, LLC,

            *Plaintiff-Appellant,*

v.

NEWEGG, INC., NEWEGG.COM, INC. and ROSEWILL, INC.,

            *Defendants-Cross-Appellants,*
     and

SAKAR INTERNATIONAL, INC.,

            *Defendant-Cross-Appellant*

_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS IN CASE NO. 10-CV-0329,
CHIEF JUDGE LEONARD DAVIS

_____

**MOTION TO WITHDRAW AS COUNSEL**
_____

            JOHN N. ZARIAN
            DANA M. HERBERHOLZ
            PARSONS BEHLE & LATIMER
            800 W. Main Street, Suite 1300
            Boise, Idaho 83702
            (208) 562-4900
            *Attorneys for Defendants-Appellants*
            NEWEGG INC., NEWEGG.COM INC.
            and ROSEWILL INC.

September 24, 2014

19893.003/4824-9658-7806.1

TO THE HONORABLE JUDGES OF THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT AND TO ALL PARTIES TO THE WITHIN ACTION:

John N. Zarian of Parsons Behle & Latimer hereby moves this Honorable Court to allow him to withdraw as counsel of record for Defendants-Appellants Newegg Inc., Newegg.com Inc. and Rosewill Inc.

This motion is made on the grounds that said parties are now represented by other counsel on appeal. Although withdrawing counsel represented Newegg Inc., Newegg.com Inc. and Rosewill Inc. throughout the trial court proceedings below, withdrawing counsel are no longer participating in the representation on appeal.

Movant has discussed this motion with the parties, and this motion is unopposed. No party intends to object or file a response to this motion.

WHEREFORE, John N. Zarian requests that this Honorable Court grant the instant motion and relieve him as counsel of record for Defendants-Appellants Newegg Inc., Newegg.com Inc. and Rosewill Inc.

Respectfully submitted this 24th day of September, 2014.

/s/ John N. Zarian
JOHN N. ZARIAN
DANA M. HERBERHOLZ
PARSONS BEHLE & LATIMER

Counsel for Defendants-Appellants
NEWEGG INC., NEWEGG.COM INC. and ROSEWILL INC.