**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on Sep 24, 2014 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| John N. Zarian | /s/ John N. Zarian |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Parsons Behle & Latimer
Address: 800 W. Main Street, Suite 1300
City, State, ZIP: Boise, ID 83702
Telephone Number: (208) 562-4900
FAX Number: (208) 562-4901
E-mail Address: JZarian@parsonsbehle.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.