FORM 9.  Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ADJUSTACAM    v.  NEWEGG, INC.

No. 2013-1665, -1666, -1667

# CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Cross Appellant Newegg Inc., Newegg.com Inc., Rosewill Inc. certifies the following (use "None" if applicable; use extra sheets if necessary):

1.  The full name of every party or amicus represented by me is:

Newegg Inc.
Newegg.com Inc.
Rosewill Inc.

2.  The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

3.  All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Newegg Inc. has no parent corporation, and no publicaly held company owns 10% or more of its stock. Prior to the dissolution of Newegg.com Inc., Newegg Inc. was the parent company of Newegg.com Inc. Rosewill Inc. is a wholly owned subsidiary of Magnell Associate Inc., which is a wholly owned subsidiary of Newegg North America Inc., whcih is wholly owned by Newegg Inc.

4.  ☐ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

September 24, 2014              /s/ Dana M. Herberholz
        Date                         Signature of counsel
                                 Dana M. Herberholz
                                   Printed name of counsel

Please Note: All questions must be answered
cc: _____