**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  Sep 24, 2014
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
  (by email or CM/ECF)

| Dana M. Herberholz | /s/ Dana M. Herberholz |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm  Parsons Behle & Latimer

Address  800 W. Main Street, Suite 1300

City, State, ZIP  Boise, ID  83702

Telephone Number  (208) 562-4900

FAX Number  (208) 562-4901

E-mail Address  dherberholz@parsonsbehle

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.