NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ADJUSTACAM, LLC,**
*Plaintiff-Appellant,*

v.

**NEWEGG, INC., NEWEGG.COM, INC. and ROSEWILL, INC.,**
*Defendants-Cross Appellants,*

and

**SAKAR INTERNATIONAL, INC.,**
*Defendant-Cross Appellant.*

---

2013-1665, -1666, -1667

---

Appeal from the United States District Court for the Eastern District of Texas in No. 10-CV-0329, Chief Judge Leonard Davis.

---

**O R D E R**

 Cross appellants Newegg, Inc., Newegg.com, Inc., and Rosewill, Inc., move unopposed to withdraw John H. Zarian and Dana M. Herberholz as counsel.

 Upon consideration thereof,

**IT IS ORDERED THAT:**

The motions are granted.

            FOR THE COURT

September 26, 2014    /s/ Daniel E. O'Toole
             Daniel E. O'Toole
             Clerk of Court