# EXHIBIT A

# Excerpts of Correspondence Between Newegg and Sakar

**From:** Ezra Sutton [mailto:esutton@ezrasutton.com]
**Sent:** Thursday, September 18, 2014 11:22 AM
**To:** 'Lee.C.Cheng (svp.usca00.Newegg) 22015'; Daniel H. Brean; 'Angela.B.Chen (leg.usca00.Newegg) 22382'
**Cc:** 'Jennifer.W.Gatewood (leg.usca00.Newegg) 22034'; Kent E. Baldauf Jr.
**Subject:** RE: URGENT: Adjustacam Appeal -- Sakar International

Dear Lee:

In response to your email below, this is to confirm that I agree not to circulate any of our communications, and I agree not to circulate any of the briefs that you are sending me, regarding Section 285, and any other matters. I agree to keep them confidential within our office, and I will use them primarily for preparing Sakar's appeal brief.

This is to also confirm that your summary of our telephone call is correct. I will be submitting a separate appeal brief for Sakar, and I am not participating in the oral argument.

Thank you for your help.

EZRA SUTTON
900 Route 9 North, Suite 201
Woodbridge, New Jersey 07095
Tel: 732-634-3520
Fax: 732-634-3511

**From:** Lee.C.Cheng (svp.usca00.Newegg) 22015 [mailto:Lee.C.Cheng@newegg.com]
**Sent:** Wednesday, September 17, 2014 9:11 PM
**To:** Daniel H. Brean; Angela.B.Chen (leg.usca00.Newegg) 22382
**Cc:** Ezra Sutton; Jennifer.W.Gatewood (leg.usca00.Newegg) 22034; 'Kent Baldauf Jr. (kbaldaufjr@webblaw.com)'
**Subject:** RE: URGENT: Adjustacam Appeal -- Sakar International

Dan—

I just spoke to Ezra and he will be filing a separate, short brief on behalf of Sakar. Jennifer will send him briefs that we have prepared in other 285 cases and the latest draft of our present Adjustacam brief for reference and resource purposes. He has further indicated that he will not be making an appearance at oral arguments. I would encourage you to have a short discussion with him about what his perceptions from being involved directly in this case from Day 1 and having attended various hearings.

[REDACTED]

Ezra—

I would like to, before Jennifer sends our 285 briefs, and particularly our Adjustacam draft brief, out of a surfeit of caution, get your written agreement to not circulate our communications or any of Newegg's work product to any third party without our prior consent.
It's strictly intended for your reference and benefit.

Please also confirm that my summary of our call is correct, and that you will be submitting a separate brief for Sakar, and not participating in the Oral Argmument.

Best,

Lee

From: Lee.C.Cheng (svp.usca00.Newegg) 22015
Sent: Tuesday, September 16, 2014 8:31 PM
To: Ezra Sutton
Cc: Daniel H. Brean (dbrean@webblaw.com<mailto:dbrean@webblaw.com>); Jennifer.W.Gatewood (leg.usca00.Newegg) 22034; Angela.B.Chen (leg.usca00.Newegg) 22382
Subject: URGENT: Adjustacam Appeal -- Sakar International

Dear Ezra—

Dan Brean of the Webb law firm indicated that you asked the Parsons Behle firm if Sakar can add material to our Adjustacam appellate brief. I'm not aware of any agreement between Newegg/Sakar to share counsel or work on the Adjustacam appeal. We are not aware of any effort by Sakar to engage the Webb firm to do any work for Sakar or any discussions relating to joint defense, and no one ever contacted us or Webb about joint representation in this matter.

To the extent that Sakar is interested in sharing work and costs, I expect Sakar to fund fully half the costs of the work and at this point, given the amount of work put in by Newegg and its outside counsel to prepare a compelling brief and oral argument, to minimize its editorial contribution. I expect Sakar to pay in full as we will not further subsidize work that they benefit from.

Can you arrange an all-hands' call in the tomorrow—I'd like to have a conversation with all hands'—clients and outside counsel. Again, I am instructing Webb to not regard Sakar as a client or to include any Sakar material until that discussion takes place and an agreement and arrangement is reached.

Thanks.

Best,

Lee Cheng
Chief Legal Officer and Corporate Secretary
Newegg Inc.
----------------------------

16839 Gale Ave.
City of Industry, CA 91745
Phone: (626) 271-9700 x. 22015
Cell: (626) 255-5861
Email: lee.c.cheng@newegg.com<mailto:lee.c.cheng@newegg.com>


**From:** Dana M. Herberholz [mailto:DHerberholz@parsonsbehle.com]
**Sent:** Tuesday, September 16, 2014 3:23 PM
**To:** Ezra Sutton
**Cc:** Trey@yw-lawfirm.com; edward.reines@weil.com; Daniel H. Brean
**Subject:** Re: Adjustacam, LLC v. Newegg, Inc. and Sakar International; CAFC Case Nos. 2013-1665, -1666, -1667

Ezra,

Our firm is no longer representing Newegg in this appeal, and we will be filing a motion to withdraw shortly. I've copied Daniel Brean of the Webb Firm, who is taking over and will be handling the briefing. Please contact Daniel.

Best,

Dana



**Dana M. Herberholz | Attorney at Law**

800 W. Main Street, Suite 1300 | Boise, Idaho 83702

Main 208.562.4900 | Direct 208.562.4906 | Fax 208.562.4901

**parsonsbehle.com** | **vCard**

A Professional
Law Corporation

CONFIDENTIALITY NOTICE:  This electronic mail message and any attachment are confidential and may also contain privileged attorney-client information or work product.  The message is intended only for the use of the addressee.  If you are not the intended recipient, or the person responsible to deliver it to the intended recipient, you may not use, distribute, or copy this communication.  If you have received the message in error, please immediately notify us by reply electronic mail or by telephone at 801.532.1234, and delete this original message.

On Sep 16, 2014, at 8:52 AM, "Ezra Sutton" <esutton@ezrasutton.com> wrote:

Dear Dana and Edward:

      On behalf of Sakar International, please let me know if you need any sections from Sakar in order to prepare Sakar's section of the appeal brief?  Please call or reply by email. Thank you.

EZRA SUTTON
900 Route 9 North, Suite 201
Woodbridge, New Jersey 07095
Tel: 732-634-3520
Fax: 732-634-3511