Nos. 2013-1665, -1666, -1667

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ADJUSTACAM, LLC,
    *Plaintiff-Appellant,*

v.

NEWEGG INC., NEWEGG.COM, INC., & ROSEWILL, INC.,
    *Defendants-Cross Appellants,*

and

SAKAR INTERNATIONAL, INC.,
    *Defendant-Cross Appellant.*

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS IN CASE NO. 10-CV-329
THE HONORABLE CHIEF JUDGE LEONARD DAVIS

**MOTION FOR LEAVE TO FILE BRIEF FOR *AMICI CURIAE* GARMIN INTERNATIONAL, INC., KASPERSKY LAB, LIMELIGHT NETWORKS, INC., SAP AMERICA, INC., SAS INSTITUTE INC., AND XILINX, INC. IN SUPPORT OF CROSS APPELLANTS NEWEGG INC., NEWEGG.COM, INC., & ROSEWILL, INC.**

STEVEN D. MOORE
**KILPATRICK TOWNSEND & STOCKTON LLP**
Eighth Floor, Two Embarcadero Center
San Francisco, CA 94111
Telephone: 415 576 0200

*Attorneys for AMICI CURIAE*

October 1, 2014

**FORM 9.  Certificate of Interest**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____ v. _____

No. _____

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) _____ certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

_____
_____
_____

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

_____
_____
_____

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

_____
_____
_____

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

_____
_____

| _____ | _____ |
|:---:|:---:|
| Date | Signature of counsel |
| | _____ |
| | Printed name of counsel |

Please Note: All questions must be answered

cc: _____

Pursuant to Federal Rule of Appellate Procedure 29, *amici curiae* Garmin International, Inc., Kaspersky Lab, Limelight Networks, Inc., SAP America, Inc., SAS Institute Inc., and Xilinx, Inc. (collectively *Amici*") respectfully submit this brief in support of Defendants-Cross Appellants Newegg Inc., Newegg.com, Inc., & Rosewill, Inc. (collectively "Newegg") and in support of Newegg's request for reversal of the District Court's denial of an exceptional case finding and an award of fees.

*Amici* have all been subjected to meritless patent suits and have been burdened by the high-cost of defending against such litigation. *Amici* regularly face settlement demands in these meritless cases and the dilemma of either paying the high cost of defense or paying less to settle. *Amici* thus have a substantial interest in the use of fee shifting to encourage plaintiffs to file only meritorious suits.

This motion and proposed brief are timely filed under Federal Rule of Appellate Procedure 29(e), as it is within 7 days of the filing of Newegg's principal brief.

Counsel for *Amici* conferred with counsel for the parties. Counsel for Newegg consents to this filing. Counsel for Adjustacam, LLC opposes.

DATED: October 1, 2014          Respectfully submitted,

                                KILPATRICK TOWNSEND &
                                STOCKTON LLP


                                By: */s/ Steven D. Mooore*
                                    STEVEN D. MOORE

                                *Attorneys for AMICI CURIAE*

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on October 1, 2014 by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
  (by email or CM/ECF)

| Steven D. Moore | /s/ Steven D. Moore |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Kilpatrick Townsend & Stockton LLP

Address: Two Embarcadero Center, Eighth Floor

City, State, ZIP: San Francisco, CA 94111

Telephone Number: (415) 576-0200

FAX Number: (415) 576-0300

E-mail Address: smoore@kilpatricktownsend.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.