**FORM 8.  Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ADJUSTACAM, LLC   v.   NEWEGG INC., et al.

No. 2013-1665, -1666, -1667

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ✓ As counsel for: Garmin International, Inc., Kaspersky Lab, Limelight Networks, Inc., SAP America, Inc., SAS Institute Inc.
Name of party

I am, or the party I represent is (select one):

☐ Petitioner  ☐ Respondent  ✓ Amicus curiae  ☐ Cross Appellant
☐ Appellant  ☐ Appellee  ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ✓ Respondent or appellee

My address and telephone are:

Name: Steven D. Moore
Law firm: Kilpatrick Townsend & Stockton LLP
Address: Two Embarcadero Center, Eighth Floor
City, State and ZIP: San Francisco, CA  94111
Telephone: (415) 576-0200
Fax #: (415) 576-0300
E-mail address: smoore@kilpatricktownsend.com

Statement to be completed by counsel only (select one):

✓ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 09/28/2006

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ✓ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

__10/01/2014__          _____/s/ Steven D. Moore_____
Date                                  Signature of pro se or counsel

cc: _____

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on October 1, 2014 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
　(by email or CM/ECF)

| Steven D. Moore | /s/ Steven D. Moore |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Kilpatrick Townsend & Stockton LLP

Address: Two Embarcadero Center, Eighth Floor

City, State, ZIP: San Francisco, CA  94111

Telephone Number: (415) 576-0200

FAX Number: (415) 576-0300

E-mail Address: smoore@kilpatricktownsend.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.