NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**ADJUSTACAM, LLC,**
*Plaintiff-Appellant,*

v.

**NEWEGG, INC., NEWEGG.COM, INC., AND ROSEWILL, INC.,**
*Defendants-Cross Appellants,*

AND

**SAKAR INTERNATIONAL, INC.,**
*Defendant-Cross Appellant.*

2013-1665, -1666, -1667

Appeals from the United States District Court for the Eastern District of Texas in No. 10-CV-0329, Chief Judge Leonard Davis.

**ON MOTION**

**O R D E R**

Garmin International, Inc., Kaspersky Lab, Limelight Networks, Inc., SAP America, Inc., SAS Institute Inc., and

Xilinx, Inc. submit a motion for leave to file a brief amicus curiae.

Upon consideration thereof,

IT IS ORDERED THAT:

Any response to the motion is due within seven days of the date of this order. The movants may file a reply within three days thereafter.

>                    FOR THE COURT
>
>                    /s/ Daniel E. O'Toole
>                    Daniel E. O'Toole
>                    Clerk of Court

s26