# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C. 20439

DANIEL E. O'TOOLE  
CLERK OF COURT

TELEPHONE: 202-275-8000

October 9, 2014

To: Ezra Sutton

Re: Appeal No. 13-1665, Adjustacam, LLC v. Newegg, Inc.

**NOTICE OF REJECTION**

Dear Counsel:

Your recently submitted motion cannot be filed for the following reason(s):

- The motion is not text-searchable. ECF 7-B

- The briefs, attached as exhibits to the motion, must be tendered separately using the 'brief/appendix or joinder tendered' and 'brief/appendix or joinder tendered *confidential*' events.

If you have any questions or need assistance, please contact the Clerk's Office.

FOR THE COURT

/s/ Daniel E. O'Toole  
Daniel E. O'Toole  
Clerk of Court

cc: Kent E. Baldauf Jr.  
Daniel H. Brean  
Anthony W. Brooks  
Yar Roman Chaikovsky  
John J. Edmonds  
Richard Gregory Frenkel  
Shea Neal Palavan  
Edward R. Reines  
Stephen F. Schlather