2013-1665, -1666, -1667

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ADJUSTACAM, LLC,
                Plaintiff-Appellant,

NEWEGG INC., NEWEGG.COM, INC., & ROSEWILL, INC.,
                Defendants-Cross-Appellants

and

SAKAR INTERNATIONAL, INC.,
                Defendant-Cross-Appellant

Appeals from the United States District Court for the Eastern District of Texas in Case No. 10-CV-329, Chief Judge Leonard Davis

## MOTION TO CORRECT BRIEF

Ezra Sutton
EZRA SUTTON, P.A.
900 Route 9 North
Plaza 9, Suite 201
Woodbridge, NJ 07095
Telephone: (732) 634-3520

*Counsel for Defendant-Cross-Appellant*

October 14, 2014

**TO THE HONORABLE JUDGES OF THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT AND TO ALL PARTIES TO THE WITHIN ACTION:**

Ezra Sutton, on behalf of Sakar International, hereby moves this Honorable Court to allow Sakar to correct Sakar's Brief (1) by filing a shortened Confidential Brief to replace the non-confidential Brief filed on September 24, 2014; (2) by withdrawing Sakar's lengthy opening Brief timely filed on September 24, 2014 as Docket No. 43; and (3) by filing a shortened Non-Confidential Brief to replace the Brief filed on September 24, 2014, in order to remove redundant paragraphs already contained in Newegg's Brief, and to replace it with Sakar's shortened, corrected Brief.

This motion is made on the grounds that (1) Sakar must correct confidential material of Adjustacam. (2) Also, Sakar wants to avoid the Court having to read the original 49-page Sakar Brief containing many of the same points and arguments that are contained in Newegg's Brief. Sakar's shortened appeal Brief is only 27 pages.

Movant has discussed this motion with the parties, and this motion is not opposed by both Newegg and Adjustacam, who do not intend to object or file a response to this motion.

Ezra Sutton represents that no new points or arguments have been added to the corrected Brief, and that over twenty pages were deleted from the original Brief, and if there are any word changes as a result of the deletions, they are non-substantive.

WHEREFORE, Ezra Sutton, on behalf of Sakar, requests that this Honorable Court grant the instant motion and permit Sakar to file a corrected Confidential Brief and a corrected Non-Confidential Brief with the Court, both of which are about twenty pages shorter than the original Sakar Brief.

Respectfully submitted this 10th day of October, 2014.

By:   /s/ Ezra Sutton

Ezra Sutton
EZRA SUTTON, P.A.
900 Route 9 North
Plaza 9, Suite 201
Woodbridge, NJ 07095
Telephone: (732) 634-3520
*Counsel for Defendant-Cross-Appellant*

# **CERTIFICATE OF SERVICE**

This is to certify that on October 14, 2014, copies of the foregoing Motion to Correct Brief of Defendant-Cross-Appellant was served on counsel for Plaintiff-Appellant AdjustaCam, LLC via the Court's ECF system and via electronic mail upon the following:

>John J. Edmonds
>Collins, Edmonds, Pogorzelski, Schlather & Tower PLLC
>1616 South Voss Road
>Houston, TX 77057
>Direct: 281-501-3425
>Email: jedmonds@cepiplaw.com

>/s/ Ezra Sutton
>Ezra Sutton
>*Counsel for Defendant-Cross-Appellant*