NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ADJUSTACAM, LLC,**
*Plaintiff-Appellant,*

v.

**NEWEGG, INC., NEWEGG.COM, INC., AND ROSEWILL, INC.,**
*Defendants-Cross Appellants,*

AND

**SAKAR INTERNATIONAL, INC.,**
*Defendant-Cross Appellant.*

---

2013-1665, -1666, -1667

---

Appeals from the United States District Court for the Eastern District of Texas in No. 10-CV-0329, Chief Judge Leonard Davis.

---

**ON MOTION**

---

Before REYNA, *Circuit Judge.*

**O R D E R**

Garmin International, Inc., Kaspersky Lab, Limelight Networks, Inc., SAP America, Inc., SAS Institute Inc., and Xilinx, Inc. submit a motion for leave to file a brief amicus curiae in support of Newegg Inc., Newegg.com, Inc., and Rosewill, Inc.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for leave to file a brief amicus curiae is granted.

(2) The motion for leave to file reply out of time is denied as moot.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26