Form 9

FORM 9.   Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ADJUSTACAM, LLC    v. NEWEGG INC., et al.

No. 2013-1665, -1666, -1667

# CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) amici certifies the following (use "None" if applicable; use extra sheets if necessary):

1.    The full name of every party or amicus represented by me is:

Garmin International, Inc., Kaspersky Lab ZAO, Limelight Networks, Inc., SAP America, Inc., SAS Institute Inc., and Xilinx, Inc.

2.    The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

N/A

3.    All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Garmin International, Inc. is a wholly owned subsidiary of Garmin Ltd. Kaspersky Lab ZAO is a wholly owned subsidiary of Kaspersky Lab Ltd. Investment entities affiliated with Goldman, Sachs & Co. own over 10 percent of Limelight Networks, Inc. SAP America, Inc. is a wholly owned subsidiary of SAP SE. SAS Institute Inc. and Xilinx, Inc. have no parent corporations or 10% owners.

4.  ☑  The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

STEVEN D. MOORE, KILPATRICK TOWNSEND & STOCKTON LLP, Eighth Floor, Two Embarcadero Center, San Francisco, CA  94111, Telephone: 415 576 0200

October 22, 2014                          /s/ Steven D. Moore
Date                                      Signature of counsel

                                          Steven D. Moore
                                          Printed name of counsel

Please Note: All questions must be answered
cc: _____

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on | October 22, 2014 | by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Steven D. Moore |
| Name of Counsel |

Signature of Counsel

Law Firm | Kilpatrick Townsend & Stockton LLP

Address | Two Embarcadero Center, Eighth Floor

City, State, ZIP | San Francisco, CA  94111

Telephone Number | (415) 576-0200

FAX Number | (415) 576-0300

E-mail Address |           | smoore@kilpatricktownsend.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.