NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ADJUSTACAM, LLC,**
*Plaintiff-Appellant,*

v.

**NEWEGG, INC., NEWEGG.COM, INC.,** AND **ROSEWILL, INC.,**
*Defendants-Cross Appellants,*

AND

**SAKAR INTERNATIONAL, INC.,**
*Defendant-Cross Appellant.*

---

2013-1665, -1666, -1667

---

Appeals from the United States District Court for the Eastern District of Texas in No. 10-CV-0329, Chief Judge Leonard Davis.

---

**ON MOTION**

---

Before REYNA, *Circuit Judge.*

**O R D E R**

Sakar International moves without opposition to file corrected confidential and non-confidential briefs to replace its brief filed on September 24, 2014.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Sakar's brief filed on September 24, 2014 is withdrawn. Sakar's corrected confidential and non-confidential briefs filed on October 14, 2014 are accepted for filing.

        FOR THE COURT

        /s/ Daniel E. O'Toole
        Daniel E. O'Toole
        Clerk of Court

s30