**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Adjustacam, LLC　v. Newegg, Inc.

No. 13-1665

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se　　☑ As counsel for: Newegg, Inc., Newegg.com, Inc., and Rosewill, Inc.
　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

☐ Petitioner　☐ Respondent　☐ Amicus curiae　☑ Cross Appellant
☐ Appellant　☐ Appellee　☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant　☐ Respondent or appellee

My address and telephone are:

- Name: Mark A. Lemley
- Law firm: Durie Tangri LLP
- Address: 217 Leidesdorff Street
- City, State and ZIP: San Francisco, CA 9411
- Telephone: 415-362-6666
- Fax #: 415-236-6300
- E-mail address: mlemley@durietangri.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 02/03/1997

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes　☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

11/14/2014　　　　　　　　　　　　　　　　／s／
Date　　　　　　　　　　　　　　　　Signature of pro se or counsel

cc: Counsel via ECF

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on Nov 14, 2014 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
　(by email or CM/ECF)

| Mark Lemley | /s/ Mark Lemley |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Durie Tangri LLP

Address: 217 Leidesdorff Street

City, State, ZIP: San Francisco, CA 94111

Telephone Number: 415-362-6666

FAX Number: 415-236-6300

E-mail Address: mlemley@durietangri.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.