**FORM 8.** Entry of Appearance

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Adjustacam, LLC    v.   Newegg, Inc.

No. 13-1665

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:   Newegg, Inc., Newegg.com, Inc., and Rosewill, Inc.
   Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☑ Cross Appellant

☐ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

- Name: Laura Miller
- Law firm: Durie Tangri LLP
- Address: 217 Leidesdorff Street
- City, State and ZIP: San Francisco, CA 9411
- Telephone: 415-362-6666
- Fax #: 415-236-6300
- E-mail address: lmiller@durietangri.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 04/03/2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 11/14/2014 | [signature] |
| Date | Signature of pro se or counsel |

cc: Counsel via ECF

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on Nov 14, 2014 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
　(by email or CM/ECF)

| | |
|---|---|
| Laura Miller | /s/ Laura Miller |
| Name of Counsel | Signature of Counsel |

Law Firm: Durie Tangri LLP
Address: 217 Leidesdorff Street
City, State, ZIP: San Francisco, CA 94111
Telephone Number: 415-362-6666
FAX Number: 415-236-6300
E-mail Address: lmiller@durietangri.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.