2013-1665, -1666, -1667

# United States Court of Appeals
# for the Federal Circuit

ADJUSTACAM, LLC,

*Plaintiff-Appellant,*

v.

NEWEGG, INC., NEWEGG.COM, INC. and ROSEWILL, INC.,

*Defendants-Cross-Appellants,*

and

SAKAR INTERNATIONAL, INC.,

*Defendant-Cross-Appellant,*

*Appeals from the United States District Court for the Eastern District of Texas in case no. 10-CV-00329, Chief Judge Leonard Davis*

## JOINT STATEMENT OF COMPLIANCE WITH
## FED. CIR. R. 33(A)

Date: August 11, 2014

*/s/ John J. Edmonds*

John J. Edmonds
Stephen F. Schlather
Shea N. Palavan
COLLINS, EDMONDS, POGORZELSKI,
SCHLATHER & TOWER, PLLC
1616 South Voss Road, Suite 125
Houston, Texas 77057

ATTORNEYS FOR PLAINTIFF-
APPELLANT ADJUSTACAM, LLC

# <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Fed. Cir. R. 33(a), the undersigned counsel hereby certify that settlement discussions have been conducted in compliance with the Rule 33(a).

Dated: November 14, 2014        Respectfully submitted,

/s/ *John J. Edmonds*
John J. Edmonds
Stephen F. Schlather
Shea Palavan
COLLINS, EDMONDS, POGORZELSKI,
SCHLATHER & TOWER, PLLC
1616 South Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
sschlather@cepiplaw.com
spalavan@cepiplaw.com

Attorneys for Plaintiff-Appellant
ADJUSTACAM LLC

Dated: November 14, 2014        Respectfully submitted,

/s/ *Daniel H. Brean**
Kent E. Baldauf, Jr.
Daniel H. Brean
Anthony W. Brooks
THE WEBB LAW FIRM
One Gateway Center
420 Fort Duquesne Blvd.
Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 471-8815

Edward R. Reines
WEIL GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000

Richard G. Frenkel
LATHAM & WATKINS

140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 463-3080

Yar R. Chaikovsky
McDERMOTT, WILL & EMERY
275 Middlefield Rd., Suite 100
Menlo Park, CA 94025
Telephone: (650) 815-7447

*Attorneys for Defendants-Cross Appellants
Newegg, Inc., Newegg.com, Inc., and
Rosewill, Inc.*

* Daniel H. Brean consented to the use of
his electronic signature herein.

/s/ *Ezra Sutton* \*_____
Ezra Sutton, P.A.
900 Route 9 North
Plaza 9, Suite 201
Woodbridge, New Jersey 07095
Telephone: 732-634-3520
Fax: 732-634-3511
esutton@ezrasutton.com

*Attorney for Defendant-Cross Appellant
Sakar International, Inc.*

* Ezra Sutton consented to the use of his
electronic signature herein.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 14, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

Dated: November 14, 2014            /s/ *John J. Edmonds*
                                    John J. Edmonds

                                    COLLINS, EDMONDS, POGORZELSKI,
                                    SCHLATHER & TOWER, PLLC