

John J. Edmonds
713.364.5291
jedmonds@cepiplaw.com

December 31, 2014    FILED VIA ECF

Clerk of the Court
Federal Circuit
717 Madison Pl. NW
Washington, D.C. 20005

Re: AdjustaCam LLC v. Newegg, Inc., et al.; Fed. Cir. Nos. 2013-1665, -1666, -1667

Dear Clerk of the Court:

Pursuant to Federal Circuit Local Rule 34, Practice Notes, counsel for Appellant AdjustaCam LLC writes to inform the Court that counsel appearing for the oral argument of this matter has immovable conflicts on January 13- 14, January 27, and March 16-20, 2015. Please contact the undersigned with any questions.

    Sincerely,

    COLLINS EDMONDS POGORZELSKI
    SCHLATHER & TOWER, PLLC

    John J. Edmonds

CC:    Daniel H. Brean (via ECF)
        Ezra Sutton (via ECF)
        Kent. E. Baldauf, Jr. (via ECF)
        Laura E. Miller (via ECF)
        Mark. A. Lemley (via ECF)
        Richard G. Frenkel (via ECF)
        Yar R. Chaikovsky (via ECF)