2013-1665, -1666, -1667

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ADJUSTACAM, LLC,
    Plaintiff-Appellant,

NEWEGG INC., NEWEGG.COM, INC., & ROSEWILL, INC.,
    Defendants-Cross-Appellants

and

SAKAR INTERNATIONAL, INC.,
    Defendant-Cross-Appellant

Appeals from the United States District Court for the Eastern District of Texas in Case No. 10-CV-329, Chief Judge Leonard Davis

## MOTION BY SAKAR TO ACCEPT CORRECTED REPLY BRIEFS FILED ON DECEMBER 22, 2014

Ezra Sutton
EZRA SUTTON, P.A.
900 Route 9 North
Plaza 9, Suite 201
Woodbridge, NJ 07095
Telephone: (732) 634-3520

*Counsel for Defendant-Cross-Appellant*

January 7, 2015

## TO THE HONORABLE JUDGES OF THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT AND TO ALL PARTIES TO THE WITHIN ACTION:

Ezra Sutton, on behalf of Sakar International, hereby moves this Honorable Court to (1) accept the late filed corrected Confidential Reply Brief filed by Sakar on December 22, 2014 to replace the prior Brief filed on December 1, 2014; and (2) accept the late filed corrected Non-Confidential Reply Brief filed on December 22, 2014 to replace the prior Brief filed on December 1, 2014.

This motion is made on the grounds that (1) Sakar's counsel did not properly enter the correct due date for Sakar's corrected Reply Briefs which were due on December 17, 2014; and (2) Sakar's counsel did correct both the Confidential and Non-Confidential Reply Briefs and filed and served them only 3 business days later. For these reasons, it is respectfully requested that the Court excuse the late filings, and accept the corrected Reply Briefs that were filed on December 22, 2014.

WHEREFORE, Ezra Sutton, on behalf of Sakar, requests that this Honorable Court grant the instant motion and accept the corrected Confidential Reply Brief and the corrected Non-Confidential Reply Brief filed with the Court on December 22, 2014.

Respectfully submitted this 7th day of January, 2015.

By: /s/ Ezra Sutton

Ezra Sutton
EZRA SUTTON, P.A.
900 Route 9 North
Plaza 9, Suite 201
Woodbridge, NJ 07095
Telephone: (732) 634-3520
Fax: (732) 634-3511
*Counsel for Defendant-Cross-Appellant*

# CERTIFICATE OF SERVICE

This is to certify that on January 7, 2015, copies of the foregoing Motion by Sakar to Accept Corrected Reply Briefs Filed on December 22, 2014, were served by Appellant Sakar on all counsel that appear on the service list below via email.

- Kent E. Baldauf, Jr., Attorney
- Daniel H. Brean, Attorney
- Anthony W. Brooks, Attorney
- Mr. Yar Roman Chaikovsky
- John J. Edmonds
- Mr. Richard Gregory Frenkel, Attorney
- Mr. Mark A. Lemley
- Laura Miller
- Steven Moore, Attorney
- Mr. Shea Neal Palavan, Attorney
- Edward R. Reines
- Mr. Stephen F. Schlather

/s/ Ezra Sutton
Ezra Sutton
*Counsel for Defendant-Cross-Appellant*