NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ADJUSTACAM, LLC,**
*Plaintiff-Appellant,*

v.

**NEWEGG, INC., NEWEGG.COM, INC.** AND **ROSEWILL, INC.,**
*Defendants-Cross Appellants,*

AND

**SAKAR INTERNATIONAL, INC.,**
*Defendant-Cross Appellant.*

---

2013-1665, -1666, -1667

---

Appeals from the United States District Court for the Eastern District of Texas in No. 10-CV-0329, Chief Judge Leonard Davis.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Sakar International, Inc.'s motion to file its confidential and non-confidential reply briefs out of time,

IT IS ORDERED THAT:

(1) The motion is granted. The briefs are accepted for filing.

(2) Sakar International, Inc. is ordered to file paper copies of the confidential reply brief within seven days of the date of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26