LAW OFFICES
# EZRA SUTTON, P. A.
A PROFESSIONAL CORPORATION
900 ROUTE 9
WOODBRIDGE, NEW JERSEY 07095

EZRA SUTTON*
JOSEPH SUTTON**
ANTHONY M. MORANO*

*N.J. AND N.Y. BARS
**N.J. BAR AND N.Y. FEDERAL BARS

PATENTS
TRADEMARKS
COPYRIGHTS
LICENSING

(732) 634-3520
FAX: (732) 634-3511
www.ezrasutton.com

February 5, 2015

**Via Federal Express**
Clerk of the Court
United States Court of Appeals
for the Federal Circuit
717 Madison Place NW
Washington, DC 20005

    RE:    Our File: SAKAR 6.0-018
              Adjustacam, LLC v. Sakar International, Inc., et al.

Dear Sir:

As the Court requested, enclosed are six (6) paper copies of Sakar International, Inc.'s Confidential Reply Brief, and six (6) paper copies of Sakar International, Inc.'s Non-Confidential Reply Brief.

Respectfully submitted,

EZRA SUTTON

ES/mdp
Enclosures

## CERTIFICATE OF SERVICE

This is to certify that on February 5, 2015, six (6) paper copies of Sakar International, Inc.'s Confidential Reply Brief, and six (6) paper copies of Sakar International, Inc.'s Non-Confidential Reply Brief were served via Federal Express to the Clerk of the Court for the United States District Court of Appeals for the Federal Circuit.

/s/ Ezra Sutton
Ezra Sutton
*Counsel for Defendant-Cross-Appellant*

## **CERTIFICATE OF SERVICE**

This is to certify that on February 5, 2015, a copy of the attached letter to the Court confirming the filing of copies of Sakar's Briefs was served on all counsel that appear on the service list below via ECF.

- Kent E. Baldauf, Jr., Attorney
- Daniel H. Brean, Attorney
- Anthony W. Brooks, Attorney
- Mr. Yar Roman Chaikovsky
- John J. Edmonds
- Mr. Richard Gregory Frenkel, Attorney
- Mr. Mark A. Lemley
- Laura Miller
- Steven Moore, Attorney
- Mr. Shea Neal Palavan, Attorney
- Edward R. Reines
- Mr. Stephen F. Schlather

/s/ Ezra Sutton
Ezra Sutton
*Counsel for Defendant-Cross-Appellant*