

**COLLINS EDMONDS POGORZELSKI**
**SCHLATHER & TOWER, PLLC**

John J. Edmonds
713.364.5291
jedmonds@cepiplaw.com

May 13, 2015                                                                                              VIA CM/ECF

Daniel E. O'Toole
Circuit Executive and Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20005

    Re:    Supplemental Authority in *AdjustaCam LLC v. Newegg, Inc., et al.*
            Nos. 2013-1665, -1666, -1667

Dear Mr. O'Toole:

    I am counsel of record for AdjustaCam LLC, the Appellant in the above-referenced matter. On May 4, 2015, Appellees Newegg and Rosewill filed an opposed motion for attorney's fees and costs. Today my associate called the Clerk's Office regarding responding to the motion, and was informed (after a supervisor had been consulted), that pursuant to Federal Circuit Rule 47.7(a)(3), Appellant cannot file a response to the motion unless directed by the Court. Accordingly, no response to the motion will be filed unless directed by the Court.

                                  Sincerely,

                                  COLLINS EDMONDS POGORZELSKI
                                SCHLATHER & TOWER, PLLC

                                John J. Edmonds

cc: Counsel of record by CM/ECF