# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C. 20439

**DANIEL E. O'TOOLE**  
**CLERK**

TELEPHONE: 202-275-8000  
FAX: 202-275-9678

May 14, 2015

John J. Edmonds  
Collins, Edmonds, Pogorzelski, Schlather & Tower PLLC  
1616 South Voss Road  
Houston, TX 77057

    RE:    Adjustacam, LLC v. Newegg, Inc. 13-1665

Dear Mr. Edmonds:

    The court invites a response to the application for attorney's fees and expenses filed by the cross-appellants Newegg Inc., Newegg.com, Inc., & Rosewill, Inc. in the case identified above.

    Please file your response on or before May 26, 2015.

    Very truly yours,

    /s/ Daniel E. O'Toole  
    Daniel E. O'Toole  
    Clerk of Court