2013-1665, -1666, -1667

## United States Court of Appeals
## for the Federal Circuit

———•———

ADJUSTACAM, LLC,
*Plaintiff-Appellant*,

v.

NEWEGG, INC., NEWEGG.COM, INC. and ROSEWILL, INC.,
*Defendants-Cross-Appellants*,

and

SAKAR INTERNATIONAL, INC.,
*Defendant-Cross-Appellant*,

*Appeals from the United States District Court for the Eastern District of Texas in case no. 10-CV-00329, Chief Judge Leonard Davis*

**PLAINTIFF/APPELLANT'S UNOPPOSED MOTION FOR TWO DAY EXTENSION OF TIME TO RESPOND TO NEWEGG INC., NEWEGG.COM, INC., & ROSEWILL, INC.'S OPPOSED MOTION FOR ATTORNEYS' FEES, EXPENSES, AND COSTS**

Date: May 26, 2015

*/s/ John J. Edmonds*
John J. Edmonds
Stephen F. Schlather
Shea N. Palavan
COLLINS, EDMONDS, POGORZELSKI,
SCHLATHER & TOWER, PLLC
1616 South Voss Road, Suite 125
Houston, Texas 77057

ATTORNEYS FOR PLAINTIFF-
APPELLANT ADJUSTACAM, LLC

# CERTIFICATE OF INTEREST

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Federal Circuit Rules 47.4, counsel for Plaintiff-Appellant certifies the following:

1. The full name of every party or amicus represented by me is:

    Adjustacam, LLC

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    None

3. All parent corporations and any publicly held companies that own 10 percent of more of the stock of the party or amicus curiae represented by me are:

    Appellant's ultimate parent is Acacia Research Corporation, a publicly traded company.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

COLLINS, EDMONDS, POGORZELSKI, SCHLATHER & TOWER, PLLC
    John Edmonds, Stephen Schlather, and Shea Palavan

Dated: May 26, 2015                      Respectfully submitted,

                                              */s/ John J. Edmonds*
                                              John J. Edmonds
                                              COLLINS, EDMONDS, POGORZELSKI,
                                              SCHLATHER & TOWER, PLLC

Plaintiff-Appellant, Adjustacam, LLC ("Adjustacam"), by their counsel respectfully move this Court pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b) for a two (2) day extension of time – from May 26, 2015 to May 28, 2015 – to file its Response to Newegg's Motion for Attorneys' Fees, Expenses, and Costs. In support of this Motion, Adjustacam states the following:

1. This is the first request for an extension of time by Adjustcam to respond to this Motion.

2. Defendants-Cross Appellants, Newegg, Inc., Newegg.com, Inc., and Rosewill, Inc., have informed Adjustacam that they do not oppose this extension.

3. Houston, the location of Adjustacam's counsel, had major thunderstorms on the evening of Monday, May 25, 2015, with widespread flooding in and around the city. As a result, today, May 26, 2015, almost all local schools are closed due to the flooding on roadways, including sections of major highways. Because of these closures, the office of Adjustacam's counsel is only partially staffed today.

WHEREFORE, for the foregoing reasons and good cause having been shown, Adjustacam respectfully requests that this Court grant a two-day extension from May 26, 2015 to May 28, 2015 for Adjustacam to file its Response to Newegg's Motion for Attorneys' Fees, Expenses, and Costs.

Dated: May 26, 2015

Respectfully submitted,

*/s/ John J. Edmonds*
John J. Edmonds
COLLINS, EDMONDS, POGORZELSKI,
SCHLATHER & TOWER, PLLC
1616 South Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Fax: (832) 415-2535
jedmonds@cepiplaw.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was served on all counsel of record on May 26, 2015 by CM/ECF.

Respectfully submitted,

*/s/ John J. Edmonds*
John J. Edmonds
COLLINS, EDMONDS, POGORZELSKI,
SCHLATHER & TOWER, PLLC