NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ADJUSTACAM, LLC,**
*Plaintiff-Appellant*

v.

**NEWEGG, INC., NEWEGG.COM, INC. AND ROSEWILL, INC.,**
*Defendants-Cross Appellants*

AND

**SAKAR INTERNATIONAL, INC.,**
*Defendant-Cross Appellant*

---

2013-1665, -1666, -1667

---

Appeals from the United States District Court for the Eastern District of Texas in No. 10-CV-0329, Chief Judge Leonard Davis.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Plaintiff-Appellant, Adjustcam, LLC moves unopposed for an extension of time, until May 28, 2015, to file its response to Newegg's motion for attorney's fees.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

05/28/2015
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court