2013-1665, -1666, -1667

**United States Court of Appeals
for the Federal Circuit**

---

ADJUSTACAM, LLC,
*Plaintiff-Appellant*,

v.

NEWEGG, INC., NEWEGG.COM, INC. and ROSEWILL, INC.,
*Defendants-Cross-Appellants*,

and

SAKAR INTERNATIONAL, INC.,
*Defendant-Cross-Appellant*,

*Appeals from the United States District Court for the Eastern District of Texas in case no. 10-CV-00329, Chief Judge Leonard Davis*

**PLAINTIFF/APPELLANT'S UNOPPOSED
VOLUNTARY DISMISSAL OF APPEAL**

Date: May 28, 2015

*/s/ John J. Edmonds*
John J. Edmonds
Stephen F. Schlather
Shea N. Palavan
COLLINS, EDMONDS, POGORZELSKI,
SCHLATHER & TOWER, PLLC
1616 South Voss Road, Suite 125
Houston, Texas 77057

ATTORNEYS FOR PLAINTIFF-
APPELLANT ADJUSTACAM, LLC

# **CERTIFICATE OF INTEREST**

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Federal Circuit Rules 47.4, counsel for Plaintiff-Appellant certifies the following:

1. The full name of every party or amicus represented by me is:

   Adjustacam, LLC

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

   None

3. All parent corporations and any publicly held companies that own 10 percent of more of the stock of the party or amicus curiae represented by me are:

   Appellant's ultimate parent is Acacia Research Corporation, a publicly traded company.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

COLLINS, EDMONDS, POGORZELSKI, SCHLATHER & TOWER, PLLC
    John Edmonds, Stephen Schlather, and Shea Palavan

Dated: May 28, 2015                      Respectfully submitted,

                                              */s/ John J. Edmonds*
                                              John J. Edmonds
                                              COLLINS, EDMONDS, POGORZELSKI,
                                              SCHLATHER & TOWER, PLLC

Pursuant to Federal Rule of Appellate Procedure 42(b), Plaintiff-Appellant, AdjustaCam, LLC ("AdjustaCam") respectfully submits this voluntary dismissal of its appeal at Docket Number 13-1665, which was instituted by its notice of appeal at Docket Number 765 in Civil Action No. 6:10-cv-329-LED.

Defendants-Cross Appellants have informed Adjustacam that they do not oppose this voluntary withdrawal/dismissal of AdjustaCam's appeal.

Dated: May 28, 2015                                   Respectfully submitted,

*/s/ John J. Edmonds*
John J. Edmonds
COLLINS, EDMONDS, POGORZELSKI,
SCHLATHER & TOWER, PLLC
1616 South Voss Road, Suite 125
Houston, Texas 77057
Telephone:  (281) 501-3425
Fax:  (832) 415-2535
jedmonds@cepiplaw.com

## CERTIFICATE OF CONFERENCE

The undersigned certified that counsel for Defendants-Cross Appellants Newegg and Sakar have informed AdjustaCam via email that they do not oppose this voluntary withdrawal/dismissal of AdjustaCam's appeal.

Dated: May 28, 2015                                   Respectfully submitted,

*/s/ John J. Edmonds*
John J. Edmonds
COLLINS, EDMONDS, POGORZELSKI,
SCHLATHER & TOWER, PLLC

P a g e 3 | 3

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of this document was served on all counsel of record on May 28, 2015 by CM/ECF.

      Respectfully submitted,

      */s/ John J. Edmonds*
      John J. Edmonds
      COLLINS, EDMONDS, POGORZELSKI,
      SCHLATHER & TOWER, PLLC