# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

13-1665, -1666, -1667

## ADJUSTACAM, LLC,
*Plaintiff-Appellant*

v.

## NEWEGG, INC., NEWEGG.COM, INC. and ROSEWILL, INC.,
*Defendants-Cross Appellants*

and

## SAKAR INTERNATIONAL, INC.,
*Defendant-Cross Appellant*

Appeals from the United States District Court for the Eastern District of Texas in No. 10-CV-0329, Chief Judge Leonard Davis.

## **MANDATE**

In accordance with the judgment of this Court, entered September 17, 2015, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

    FOR THE COURT

    /s/ Daniel E. O'Toole
    Daniel E. O'Toole
    Clerk of Court

cc: Kent E. Baldauf Jr.
Daniel H. Brean
Anthony W. Brooks
Yar Roman Chaikovsky
Clerk of Court, Eastern District of Texas (Tyler)
John J. Edmonds
Richard Gregory Frenkel
Dana M. Herberholz
Mark A. Lemley
Laura Miller
Steven Moore
Shea Neal Palavan
Edward R. Reines

Stephen F. Schlather
Ezra Sutton